UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, THE HUMANE SOCIETY OF THE UNITED STATES, and THE OCEAN CONSERVANCY<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, in his official capacity as Secretary of the Department of Commence, and WILLIAM T. HOGARTH, in his official capacity as Assistant Administrator for Fisheries, National Marine Fisheries Service<br><br>Defendants. | Case No. 1:05CV02191 |

## NOTICE OF APPEARANCE

TO THE COURT AND ALL PARTIES OF RECORD, please take notice that Bridget Kennedy McNeil will represent the Federal Defendants in the above-captioned matter. Please direct all documents and correspondence to the addresses listed below.

Respectfully submitted this 9th day of January, 2006.

> SUE ELLEN WOOLRIDGE
> Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Division
> JEAN E. WILLIAMS, Chief
>
>   /s/ *Bridget Kennedy McNeil*
> BRIDGET KENNEDY McNEIL, Trial Attorney
> Wildlife and Marine Resources Section
> Ben Franklin Station, P.O. Box 7369
> Washington, D.C. 20044-7369
> Tel: (202) 305-0388/ Fax: (202)305-0275
> bridget.mcneil@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2006, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**
howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**
eric@meyerglitz.com

Pursuant to the Court's mailing information for this case, listed on the ECF system, no parties require manual noticing.

_Bridget Kennedy McNeil_____