UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
Defenders of Wildlife, <u>et</u> <u>al</u>.           )
                                        )        No. 05-2191 (PLF)
           v.                           )
                                        )
<u>Carlos Gutierrez, et al.</u>              )

**<u>ORDER</u>**

Upon consideration of plaintiffs' Motion to file an Amended Complaint, any response thereto, and the entire record herein, it is hereby, on this ___ day of _____, 2006, ORDERED that plaintiffs' Motion is GRANTED; and it is further

ORDERED that plaintiffs' Amended Complaint shall be deemed filed as of the date of this Order.

_____
U.S. District Judge