UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
Defenders of Wildlife, et al.         )
                                      )    No.  05-2191 (PLF)
        v.                            )
                                      )
Carlos Gutierrez, et al.              )
_____)
```

**RULE 16.3(d) REPORT**

Pursuant to Local Rule 16.3(d), the parties represent that they have conferred on the matters set forth in Local Rule 16.3, and they submit the following Joint Report to the Court:

Plaintiffs' Complaint alleges that the National Marine Fisheries Service of the National Oceanic and Atmospheric Administration ("NMFS") has violated the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, by denying plaintiffs' Rulemaking Petition seeking emergency regulations to protect North Atlantic right whales from collisions with marine vessels.  Plaintiffs seek to file an Amended Complaint to add allegations that the United States Coast Guard is violating the Endangered Species Act ("ESA"), 16 U.S.C. § 1531, et seq., and the APA by also failing to take legally mandated steps to protect right whales from these collisions.  The Amended Complaint also alleges that NOAA Fisheries' denial of the Rulemaking Petition violates that agency's obligations under the ESA, 16 U.S.C. § 1536(a)(1).

NMFS asserts that their response to Plaintiffs' petition was reasonable and is supported by the administrative record for that agency action.  Defendants oppose Plaintiffs' motion to amend their complaint to add claims against the United States Coast Guard and additional claims against NMFS.

With regard to the specific items set forth in Local Rule 16.3, the parties state as follows:

1.    The parties agree that this case is likely to be resolved on cross-motions for summary judgment once defendant has produced the relevant Administrative Record(s) ("AR").

2.    Plaintiffs have filed a motion to amend their Complaint, which defendant opposes. The parties agree that some of the factual or legal issues may be narrowed or agreed upon as the case proceeds.

3.    The parties do not believe this case should be assigned to a magistrate.

4.    The parties believe there may be a possibility of settling this case, but have not yet engaged in any settlement talks. The parties will exchange written settlement proposals to explore the possibility of settlement.

5.    Counsel have discussed the ADR options with their clients, and the parties agree that the case would not benefit from the Court's ADR program at this time. However, if it appears from the parties' negotiations that participating in a particular ADR process would assist the parties' negotiations, the parties will request that the Court make ADR available.

6.    The parties agree that this action will likely be resolved on cross-motions for summary judgment. They also agree that, before briefing commences, Defendant should produce to plaintiffs the Administrative Record(s) ("AR") related to plaintiffs' claims. Defendant anticipates that, should the Court grant plaintiffs' motion to file an amended complaint, the AR for NOAA Fisheries and the AR for the Coast Guard can be produced within forty-five (45) days of the Court's Order.

The parties propose to file a joint proposed schedule for production of the AR, and summary judgment briefing, within two weeks after the Court resolves the pending Motion.

7. The parties agree to dispense with initial disclosures, and Defendant agrees to produce the AR underlying plaintiffs' claims. Plaintiffs reserve the right to object to the completeness and accuracy of this production if necessary.

8. Plaintiffs do not presently anticipate that there will be discovery. Defendant believes that discovery is unavailable in this action because Plaintiffs' claims must be reviewed on the basis of the Administrative Record(s).

9. The parties do not presently anticipate the need for an exchange of expert witness reports.

10-13. The parties agree that these items are not applicable at this time.

Respectfully submitted,

_____/s/_____
Howard M. Crystal (D.C. Bar No. 446189)
Eric R. Glitzenstein (D.C. Bar No. 358287)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C 20009
(202) 588-5206

Attorneys for Plaintiffs


SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

          JEAN E. WILLIAMS, Chief

          _____/s/_____
          BRIDGET KENNEDY McNEIL, Trial Attorney
          Wildlife and Marine Resources Section
          Ben Franklin Station, P.O. Box 7369
          Washington, D.C. 20044-7369
          Tel: (202) 305-0388/ Fax: (202)305-0275
          bridget.mcneil@usdoj.gov

          Attorneys for Defendants

Dated this 26th day of January, 2006.