UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, et al.        ) | |
|                                                         )   | No.  05-2191 (PLF) |
|           v.                                        ) | |
|                                                         ) | |
| Carlos Gutierrez, et al.              ) | |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to Local Rule 16.3, and the parties' Rule 16.3(d) Report, the parties have conferred regarding the schedule for the resolution of this action, and hereby propose the following schedule:

| | | |
|---|---|---|
| March 31, 2006 | – | Defendants produce their Administrative Records ("AR") to plaintiffs and the Court |
| April 21, 2006 | – | Deadline to either resolve AR issues, or to inform the Court as to how the parties propose to resolve any AR issues that may remain |
| May 19, 2006 | – | Plaintiffs file for Summary Judgment |
| June 16, 2006 | – | Defendants file a combined Opposition to Plaintiffs' Motion and a Cross Motion for Summary Judgment |
| July 12, 2006 | – | Plaintiffs file an Opposition to Defendants' Motion and Reply in Support of their Motion |
| August 7, 2006 | – | Defendants file a Reply in Support of their Cross Motion |

The Court will hear oral argument on the cross-motions for summary judgment on _____.

                                    Respectfully submitted,

                                    _____/s/_____
                                    Howard M. Crystal (D.C. Bar No. 446189)
                                    Eric R. Glitzenstein (D.C. Bar No. 358287)
                                    Meyer Glitzenstein & Crystal
                                    1601 Connecticut Ave., N.W., Suite 700
                                    Washington, D.C 20009
                                    (202) 588-5206

                                    Attorneys for Plaintiffs


                                    SUE ELLEN WOOLDRIDGE
                                    Assistant Attorney General
                                    United States Department of Justice
                                    Environment and Natural Resources Division

                                    JEAN E. WILLIAMS, Chief

                                    _____/s/_____
                                    BRIDGET KENNEDY McNEIL, Trial Attorney
                                    Wildlife and Marine Resources Section
                                    Ben Franklin Station, P.O. Box 7369
                                    Washington, D.C. 20044-7369
                                    Tel: (202) 305-0388/ Fax: (202)305-0275
                                    bridget.mcneil@usdoj.gov

February 17, 2006                       Attorneys for Defendants


So Ordered:    _____
                  U.S. District Judge