UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Defenders of Wildlife, et al.      )
                                   )    No. 05-2191 (PLF)
        v.                         )
                                   )
Carlos Gutierrez, et al.           )

**AFFIDAVIT OF SERVICE**

I hereby declare that service of the Summonses, Complaint, and Amended Complaint in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was served by hand delivery on November 9, 2005.

2. The U.S. Attorney General was served by certified mail on November 14, 2005;

3. The Secretary of the Department of Commerce, Carlos Gutierrez, was served by certified mail on November 14, 2005;

4. The Assistant Administrator for Fisheries of the National Marine Fisheries Service, William T. Hogarth, was served by certified mail on November 14, 2005;

5. The Secretary of the Department of Homeland Security, Michael Chertoff, was served by certified mail on March 20, 2006;

6. The Commandant of the U.S. Coast Guard, Admiral Thomas H. Collins, was served by certified mail on March 13, 2006;

Receipts verifying this information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

                                        Respectfully submitted,

                                              /s/
                                        Howard M. Crystal (D.C. Bar No. 446189)
                                        Meyer Glitzenstein & Crystal
                                        1601 Connecticut Ave., N.W., Suite 700
                                        Washington, D.C. 20009
                                        (202) 588-5206

March 24, 2006                          Attorney for Plaintiff

RECEIVED IN OFFICIAL CAPACITY ONLY
Summons & Complaint C.A. No. 05-2191
and/or Document(s) DEFENDERS OF WILDLIFE,
v. GUTIERREZ
BY: J. Rowan
Title: LEGAL ASST.
Date: 11/9/05

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Department of Justice
   10th & Constitution Ave., NW
   Washington, D.C. 20230

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [signature]    B. Date of Delivery: NOV 1 4 2005

C. Signature: X    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7000 1670 0010 2863 2708

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carlos Gutierrez
   Secretary
   Department of Commerce
   14th Street & Constitution Ave., NW
   Washington, DC 20230

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): S. Jones    B. Date of Delivery: 11-14-05

C. Signature: X    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7000 1670 0010 2863 2692

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William T. Hogarth
   Assistant Administrator for Fisheries
   National Marines Fisheries Service
   1335 East-West Highway
   Silver Spring, MD   20910

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): P-Thompson [illegible]
B. Date of Delivery: M/14/05
C. Signature: X [signature]   ☐ Agent   ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7000 1670 0010 2863 2685

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Chertoff
   Secretary
   U.S. Department of Homeland Security
   Washington, DC   20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): MAR 20 2006
B. Date of Delivery:
C. Signature: X [signature: Frances Adams]   ☐ Agent   ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes   ☐ No

*SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY*

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7000 1670 0010 2863 2470

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Admiral Thomas H. Collins
   Commandant
   United States Coast Guard
   2100 Second Street, SW
   Washington, DC   20593

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Shelinda Speight
B. Date of Delivery: 3-13-06
C. Signature: X [signature]   ☐ Agent   ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes   ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7000 1670 0010 2863 2487

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952