UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, THE HUMANE SOCIETY OF THE UNITED STATES, and THE OCEAN CONSERVANCY<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, *et al.*<br><br>Defendants. | Case No. 1:05CV02191 |

## NOTICE OF FILING ADMINISTRATIVE RECORDS

PLEASE TAKE NOTICE that on the 31st day of March, 2006, Defendants filed the United States Coast Guard's original certified Administrative Record, in six volumes, and the National Marine Fisheries Service's original certified Administrative Record, in one volume, in the above-captioned case. These Administrative Records are in paper form only, in accordance with Local Civil Rule 5.4(e)(1). This Record is on file with the clerk's office and available for public viewing between the hours of 9:00 A.M. to 4:00 P.M., Monday through Friday.

Respectfully submitted this 31st day of March, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JEAN E. WILLIAMS, Chief

   /s/ *Bridget Kennedy McNeil*
BRIDGET KENNEDY McNEIL, Trial Attorney
Wildlife and Marine Resources Section

Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0388/ Fax: (202)305-0275
bridget.mcneil@usdoj.gov

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2006, I electronically filed the foregoing **NOTICE OF FILING ADMINISTRATIVE RECORDS** with the Clerk of Court using the ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**
howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**
eric@meyerglitz.com

Pursuant to the Court's mailing information for this case, listed on the ECF system, no parties require manual noticing.

I hereby further certify that on this 31st day of March, 2006, Plaintiffs were served with a copy of each administrative record referenced in the Notice at the following address:

Howard M. Crystal
Eric R. Glitzenstein
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW
Suite 700
Washington, DC 20009


_Bridget Kennedy McNeil_____