UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, <u>et</u> <u>al</u>. )<br> )<br>           v.                                    )<br> )<br>Carlos Gutierrez, et al.              ) | No. 05-2191 (PLF) |

**<u>JOINT NOTICE CONCERNING ADMINISTRATIVE RECORD</u>**

Pursuant to the Scheduling Order in this action, which provides that by this date the parties would either have resolved any Administrative Record ("Record") issues, or would inform the Court as to how the parties propose to resolve any such issues that may remain, the parties state as follows:

1.　On or about March 31, 2006, the Federal Defendants provided plaintiffs with a copy of the one volume Record for plaintiffs' claim against the National Marine Fisheries Service, and the six volume Record for plaintiffs' claims against the United States Coast Guard.

2.　The parties have since exchanged several letters addressing plaintiffs' concerns regarding the adequacy of both Records. Based on some of the concerns raised, Defendants will modify the administrative records accordingly.

3.　Although plaintiffs do not believe that all of their concerns have been addressed, plaintiffs propose that any remaining issues be resolved concurrently with the summary judgment briefing. In particular, plaintiffs presently anticipate filing a motion to supplement the record with specific documents they believe the Court should consider. Defendants do not object to proceeding in this fashion.

Respectfully submitted,


_____/s/_____
Howard M. Crystal (D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C 20009
(202) 588-5206
howard.crystal@meyerglitz.com

Attorney for Plaintiffs


SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JEAN E. WILLIAMS, Chief

_____/s/_____
BRIDGET KENNEDY McNEIL, Trial Attorney
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0388/ Fax: (202)305-0275
bridget.mcneil@usdoj.gov

April 21, 2006                    Attorneys for Defendants