UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, THE HUMANE SOCIETY OF THE UNITED STATES, and THE OCEAN CONSERVANCY </br></br>     Plaintiffs, </br></br> v. </br></br> CARLOS GUTIERREZ, *et al.* </br></br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br> Case No. 1:05CV02191 |

## NOTICE OF FILING AMENDED ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that on the 2nd day of May, 2006, Defendants filed the National Marine Fisheries Service's original certified Amended Administrative Record, in one volume, in the above-captioned case. This Record is on file with the clerk's office and available for public viewing between the hours of 9:00 A.M. to 4:00 P.M., Monday through Friday.

Respectfully submitted this 2nd day of May, 2006.

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    United States Department of Justice
    Environment and Natural Resources Division

    JEAN E. WILLIAMS, Chief
      /s/ *Bridget Kennedy McNeil*
    BRIDGET KENNEDY McNEIL, Trial Attorney
    Wildlife and Marine Resources Section
    Ben Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369
    Tel: (202) 305-0388/ Fax: (202)305-0275
    bridget.mcneil@usdoj.gov

    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2006, I electronically filed the foregoing **NOTICE OF FILING ADMINISTRATIVE RECORD** with the Clerk of Court using the ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**
howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**
eric@meyerglitz.com

Pursuant to the Court's mailing information for this case, listed on the ECF system, no parties require manual noticing.

I hereby further certify that on this 1st day of May, 2006, Plaintiffs were served with a copy of the administrative record referenced in the Notice at the following address:

Howard M. Crystal
Eric R. Glitzenstein
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW
Suite 700
Washington, DC 20009


                                    _Bridget Kennedy McNeil_____