```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE, et al.    )
                                 )
                                 )
              Plaintiffs,        )
     v.                          )    No. 05-2191 (PLF)
                                 )
CARLOS GUTIERREZ, et al.,        )
                                 )
              Defendants.        )
```

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE
AND SUPPORTING MEMORANDUM**

Plaintiffs respectfully requests a modification to the briefing schedule in this action, in order to permit plaintiffs additional time to complete their opening summary judgment memorandum, presently due on May 19, 2006, and to provide sufficient time for the parties to prepare their subsequent briefs.  In support of this request, plaintiffs state as follows:

1.   On February 22, 2006, the Court entered in Minute Order approving the parties initial proposed schedule in this action, which provided that the defendants would file the Administrative Records on March 31, 2006, and established a summary judgment briefing schedule whereby briefing would be completed on August 7, 2006.  In that Minute Order, the Court set Oral Argument for September 6, 2006.

2.   On April 21, 2006, the parties filed a Notice concerning the Administrative Records, explaining that plaintiffs have concerns about the adequacy of the Records that have been produced, and that they anticipate filing, concurrently with

their summary judgment motion, a motion to supplement the record with specific documents they believe the Court should consider. Defendants do not object to proceeding in this fashion.

    3.   Since that time, plaintiffs have been assembling materials they intend to ask the Court to consider that defendants did not include in the Administrative Record. In addition, defendants recently informed plaintiffs that the U. S. Coast Guard had discovered additional Records that might be relevant to plaintiffs' claim against that agency, and plaintiffs just reviewed those Records last week.

    4.   In light of these developments, and due to other conflicting deadlines, plaintiffs' counsel sought defendants consent to seek a brief extension for the opening brief. However, due to various scheduling conflicts, any extension will require delaying the deadline for defendants' opening brief to July 14, 2006.

    5.   Accordingly, plaintiffs propose the following amended briefing schedule, which will accommodate both plaintiffs' need for additional time before filing their opening brief, and the parties' scheduling conflicts thereafter. The new proposed schedule is as follows:

June 2, 2006   –   Plaintiffs file for Summary Judgment

July 14, 2006   –   Defendants file combined Opposition to Plaintiffs' Motion and a Cross Motion for Summary Judgment

August 4, 2006  –   Plaintiffs file an Opposition to Defendants' Motion and Reply in Support of their Motion

August 25, 2006 –   Defendants file a Reply in Support of their Cross Motion

    6. As noted, oral argument on the cross-motions is presently set for September 6, 2006. See Feb. 22, 2006 Minute Order. The parties anticipate that, in light of this amendment, the Court may choose to reschedule the oral argument date. In that event, plaintiffs respectfully request that the Court reschedule the argument for the earliest practicable date. Defendants' counsel is not available on September 13, 2006.

    7. Plaintiffs' counsel has conferred with defendants' counsel, who represents that defendants do not oppose this request to amend the briefing schedule.

    A proposed order is attached.

                     Respectfully submitted,

                     _____/s/_____
                     Howard M. Crystal
                     (D.C. Bar No. 446189)

                     Meyer Glitzenstein & Crystal
                     1601 Connecticut Ave., N.W., Suite 700
                     Washington, D.C.  20009
                     (202) 588-5206

                     Of Counsel:

                     Michael P. Senatore (D.C. Bar No. 453116)
                     Andrew Hawley (Cal. Bar No. 229274)
                     Defenders of Wildlife
                     1130 Seventeenth Street, N.W.
                     Washington, D.C.  20036

May 10, 2006         Attorneys for Plaintiffs