UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | No. 05-2191 (PLF) |
| ) | |
| CARLOS GUTIERREZ, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of plaintiffs' unopposed motion to modify briefing schedule, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further

ORDERED that the parties shall file their summary judgment briefs according to the following schedule:

June 2, 2006   –   Plaintiffs file for Summary Judgment

July 14, 2006  –   Defendants file combined Opposition to Plaintiffs' Motion and a Cross Motion for Summary Judgment

August 4, 2006 –   Plaintiffs file an Opposition to Defendants' Motion and Reply in Support of their Motion

August 25, 2006 –  Defendants file a Reply in Support of their Cross Motion

_____
U.S. District Judge