UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, THE HUMANE SOCIETY OF THE UNITED STATES, and THE OCEAN CONSERVANCY<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, *et al.*<br><br>Defendants. | Case No. 1:05CV02191 |

**NOTICE OF FILING SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that on the 19th day of May, 2006, Defendants filed the Coast Guard's Supplement to the Administrative Record, in the above-captioned case. The entire Record is on file with the clerk's office and available for public viewing between the hours of 9:00 A.M. to 4:00 P.M., Monday through Friday.

Respectfully submitted this 19th day of May, 2006.

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        JEAN E. WILLIAMS, Chief
          /s/ *Bridget Kennedy McNeil*
        BRIDGET KENNEDY McNEIL, Trial Attorney
        Wildlife and Marine Resources Section
        Ben Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369
        Tel: (202) 305-0388/ Fax: (202)305-0275
        bridget.mcneil@usdoj.gov

        Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2006, I electronically filed the foregoing **NOTICE OF FILING SUPPLEMENT TO THE ADMINISTRATIVE RECORD** with the Clerk of Court using the ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**
howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**
eric@meyerglitz.com

Pursuant to the Court's mailing information for this case, listed on the ECF system, no parties require manual noticing.

I hereby further certify that on this 19th day of May, 2006, Plaintiffs were served with a copy of the supplement to the administrative record referenced in the Notice at the following address:

Howard M. Crystal
Eric R. Glitzenstein
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW
Suite 700
Washington, DC 20009


_Bridget Kennedy McNeil_____