UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Carlos Gutierrez, et al., )<br>)<br>Defendants. )<br>) | No. 05-2191 (PLF) |

**PLAINTIFFS' NOTICE OF FILING**

Plaintiffs hereby file their exhibits in support of their motion for summary judgment.

Respectfully submitted,

/s/

Howard M. Crystal
(D.C. Bar No. 446189)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206

June 2, 2006              Attorneys for Plaintiffs