# Plaintiffs' Exhibit 1
# Defenders of Wildlife v. Gutierrez
# No. 05-2191 (PLF) (D.D.C.)



