Plaintiffs' Exhibit 2
Defenders of Wildlife v. Gutierrez
No. 05-2191 (PLF) (D.D.C.)



