Plaintiffs' Exhibit 7
Defenders of Wildlife v. Gutierrez
No. 05-2191 (PLF) (D.D.C.)



DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Address reply to:
COMMANDER (m)
Fifth Coast Guard District
Federal Bldg.
431 Crawford St.
Portsmouth, Va. 23705

m
3900
22 June 1970

From: Commander, Fifth Coast Guard District
To:   Commandant (MVI-4)

Subj: Chesapeake Bay Entrance Sealanes--Report of the Survey, forwarding of

1. During the month of April 1970, a use survey of subject sealanes was conducted by this office with the cooperation of Maryland and Virginia Pilot Associations. This survey solicited responses from masters of arriving and departing ships, concerning their use of the sealanes and their views on placement, markings, and lighting. Approximately 150 ships responded, representing about 950 annual passages.

2. Practically all ships use the sealanes and found their use clearly understandable. The only area of significant suggestion was in the matter of light characteristics. The predominant recommendation made by the masters was for replacement of CBJ with an IQF characteristic and NCA and CB with a 10 second flash. There were other schemes and suggestions, but the three changes noted were by far the most prevalent. A lesser opinion was to increase the candlepower of CB and NCA.

3. While the purpose of the sealanes was to provide a traffic separation scheme, it is inevitable that the outer buoys will be used as navigation markers, both for arrival from and departure to sea. Consequently, distinctive characteristics at the extremities take on added meaning.

4. The Aids to Navigation Branch of this District has been requested to study the problem of providing distinctive light characteristics to the junction buoy and, if possible, the two seaward end buoys.

5. A typical responsive questionaire received from a British vessel is enclosed as a sample of the information requested.

J. N. JENSEN
By direction

Encl:
(1) Questionaire