Plaintiffs' Exhibit 9
Defenders of Wildlife v. Gutierrez
No. 05-2191 (PLF) (D.D.C.)

# RECOVERY PLAN FOR THE

# NORTH ATLANTIC RIGHT WHALE

## *(EUBALAENA GLACIALIS)*

### REVISION



Original Version:  December 1991
Revisions: July 2001, August 2004

Prepared:
The Office of Protected Resources
National Marine Fisheries Service





# RECOVERY PLAN FOR THE

# NORTH ATLANTIC RIGHT WHALE

## (*EUBALAENA GLACIALIS*)

## REVISION

Original Version:  December 1991
Revisions: July 2001, August 2004

Prepared by

The Office of Protected Resources
National Marine Fisheries Service

Approved : *William T. Hogarth*
William T. Hogarth, Ph.D.
Assistant Administrator for Fisheries
National Oceanic and Atmospheric Administration

Date: *26 May 2005*

**PREFACE**

Congress passed the Endangered Species Act (ESA) of 1972 (16 USC 1531 *et seq*) to protect species of plants and animals endangered or threatened with extinction. The National Marine Fisheries Service (NMFS) and the U.S. Fish and Wildlife Service share responsibility for the administration of the Act. NMFS is responsible for most marine mammal species including right whales. This Plan was written at the request of the Assistant Administrator for Fisheries to promote the conservation and recovery of North Atlantic right whales.

The goals and objectives of the plan can be achieved only if a long-term commitment is made to support the actions recommended here. Achievement of these goals and objectives will require the continued cooperation of the governments of the United States and Canada. Within the United States, the shared resources and cooperative involvement of Federal, State, and local governments, industry, academia, non-governmental organizations, and key individuals will be required throughout the recovery period.

## DISCLAIMER

Recovery plans delineate reasonable actions, which the best available science indicates are required to recover and/or protect, listed species. Plans are published by the National Marine Fisheries Service, sometimes prepared with the assistance of recovery teams, contractors, State agencies, and others. Recovery plans do not necessarily represent the views or the official positions or approval of any individuals or agencies involved in the plan formulation, other than the National Marine Fisheries Service. They represent the official position of the National Marine Fisheries Service only after they have been signed by the Assistant Administrator for Fisheries. Recovery plans are guidance and planning documents only; identification of an action to be implemented by any public or private party does not create a legal obligation beyond existing legal requirements. Nothing in this plan should be construed as a commitment or requirement that any federal agency obligate or pay funds in any one fiscal year in excess of appropriations made by Congress for that fiscal year in contravention of the Anti-Deficiency Act, 31 U.S.C. 1341, or any other law or regulation. Approved recovery plans are subject to modification as dictated by new findings, changes in species status, and the completion of recovery actions.

LITERATURE CITATION SHOULD READ AS FOLLOWS:

National Marine Fisheries Service. 2005. Recovery Plan for the North Atlantic Right Whale (*Eubalaena glacialis*). National Marine Fisheries Service, Silver Spring, MD.

ADDITIONAL COPIES MAY BE OBTAINED FROM:

National Marine Fisheries Service
Office of Protected Resources
1315 East-West Highway, 13th Floor
Silver Spring, Maryland 20910
301-713-2322 or 301-713-1401

Fees for plans vary depending upon the number of pages. Recovery plans can be downloaded from NMFS' website: http://www.nmfs.noaa.gov/pr/PR3/recovery.html

## ACKNOWLEDGMENTS

NMFS gratefully acknowledges the contributions of the following individuals in developing the Recovery Plan for the North Atlantic Right Whale.

The primary authors of this plan are:

Phillip J. Clapham
Northeast Fisheries Science Center
National Marine Fisheries Service

Gregory K. Silber
Office of Protected Resources
National Marine Fisheries Service

Additional thanks go to the following for their technical assistance, editing, and/or for drafting many sections of this document:

Jen Bachus (Sea Grant Fellow)
Office of Protected Resources
National Marine Fisheries Service

Richard Merrick
Northeast Regional Office
National Marine Fisheries Service

Moira Brown
Center for Coastal Studies

Michael Moore
Woods Hole Oceanographic Institute

Tom Eagle
Office of Protected Resources
National Marine Fisheries Service

Michael Payne
Office of Protected Resources
National Marine Fisheries Service

Aleria Jensen
Office of Protected Resources
National Marine Fisheries Service

Susan Pultz
Office of Protected Resources
National Marine Fisheries Service

Craig Johnson
Office of Protected Resources
National Marine Fisheries Service

Yianna Samuel (former intern)
Office of Protected Resources
National Marine Fisheries Service

Sharanya Krishna Prasad
Office of Protected Resources
National Marine Fisheries Service

Donna Wieting
Office of Protected Resources
National Marine Fisheries Service

Scott Kraus
New England Aquarium

Sharon Young
Humane Society of the United States

## EXECUTIVE SUMMARY

**Current Species Status:** The Northern right whale (*Eubalaena glacialis*) has been listed as endangered under the Endangered Species Act (ESA) since its passage in 1973 (originally listed as the northern right whale). Historically, right whale populations were severely depleted by commercial whaling. More recently, direct and indirect impacts from human activities -- mostly in the form of vessel collisions and entanglement in fishing gear -- have contributed to a lack of recovery. While past population estimates were based on more limited information and may have been less accurate, the best estimate of population size for the North Atlantic right whale in 1991, when the first recovery plan was adopted, was 350 animals. The population is currently believed to contain only about 300 individuals and it remains unclear whether its abundance is static, undergoing modest growth or, as recent modeling exercises suggest, currently in decline. However, there has been no apparent sign of recovery in the last 15 years and the species may be rarer and more endangered than previously thought. Because the right whale is a long-lived species, extinction may not occur in the near future, but the possibility of biological extinction in the next century is very real.

**Habitat Requirements and Limiting Factors:** The North Atlantic right whale primarily occurs in coastal or shelf waters. Individuals in the western North Atlantic population range from winter calving and nursery areas in coastal waters off the southeastern United States to summer feeding grounds in New England waters and north to the Bay of Fundy and Scotian Shelf. For much of the year, their distribution is strongly correlated with the distribution of their prey, which appears to be primarily calanoid copepods in the Northern Hemisphere. It appears that not all reproductively active females return to calving and nursery grounds each year; furthermore, the whereabouts of much of the population during winter remains unknown.

Ship collisions and entanglements in fishing gear are the most common anthropogenic causes of mortality in North Atlantic right whales. Action is urgently needed to reduce these significant threats, and thus improve the survival of right whales. Other potential threats are habitat degradation, noise, contaminants, and climate and ecosystem change. It is necessary to further examine such threats to identify and modify activities that may pose risks to right whales.

**Recovery Strategy:** The most significant need for North Atlantic right whale recovery is to reduce or eliminate deaths and injuries from anthropogenic activities, namely shipping and commercial fishing operations. In addition, the development of demographically-based recovery criteria must be completed quickly. Secondary priorities for the species' recovery are characterization, monitoring, and protection of important habitat; and identification and monitoring of the status, trends, distribution and health of the species. Third priorities include conducting studies on the effects of other potential threats and ensuring that they are addressed, and conducting genetic studies to assess population structure and diversity. An overarching need is to work closely with State, other Federal, international and private entities to ensure that research and recovery efforts are coordinated.

**Recovery Goals and Criteria:** The ultimate goal of this recovery plan is to promote the recovery of North Atlantic right whales to a level sufficient to warrant their removal from the List of Endangered and Threatened Wildlife and Plants under the ESA. The intermediate goal is to reclassify the species from endangered to threatened.

North Atlantic right whales may be considered for *reclassifying to threatened* when all of the following have been met:

1) The population ecology (range, distribution, age structure, and gender ratios, etc.) and vital rates (age-specific survival, age-specific reproduction, and lifetime reproductive success) of right whales are

indicative of an increasing population;
2) The population has increased for a period of 35 years at an average rate of increase equal to or greater than 2% per year;
3) None of the known threats to Northern right whales (summarized in the five listing factors) are known to limit the population's growth rate; and
4) Given current and projected threats and environmental conditions, the right whale population has no more than a 1% chance of quasi-extinction in 100 years.

Criteria for *delisting* North Atlantic right whales are not included this recovery plan because the current abundance of North Atlantic right whales is an order of magnitude less than an abundance at which NMFS would even consider delisting the species, and decades of population growth likely would be required before the population could attain such an abundance. In addition, conditions related to delisting are now too distant and hypothetical to realistically develop specific criteria. Such criteria will be included in a future revision of the recovery plan well before the population is at a level when delisting becomes a reasonable decision.

**Estimated Cost of Five-Year Recovery Efforts (in thousands):**

| Year | Action 1 | Action 2* | Action 3 | Action 4 | Action 5 | Yearly Total |
|------|----------|-----------|----------|----------|----------|--------------|
| FY01 | 6,050 | --- | 735 | 2,365 | 180 | 9,330 |
| FY02 | 6,250 | --- | 865 | 2,645 | 200 | 9,960 |
| FY03 | 5,505 | --- | 880 | 2,630 | 250 | 9,265 |
| FY04 | 4,675 | --- | 770 | 2,360 | 250 | 8,055 |
| FY05 | 4,565 | --- | 595 | 2,235 | 300 | 7,695 |
| **Totals** | **27,045** | **---** | **3,845** | **12,235** | **1,180** | **44,305** |

\* No direct cost at present (NMFS staff time only)

**Total Estimated Cost of Recovery:**  The total estimated cost of recovery cannot be determined, as it will likely take numerous decades, and many management activities that are currently impossible to predict, to bring the species to a point at which the protections of the ESA are no longer warranted.

# TABLE OF CONTENTS

PREFACE ....................................................................................................................... ii

DISCLAIMER ............................................................................................................... iii

ACKNOWLEDGMENTS ............................................................................................. iv

EXECUTIVE SUMMARY ............................................................................................ v

TABLE OF CONTENTS ............................................................................................. viii

I.   BACKGROUND ................................................................................................ IA-1

    A. Brief Overview .............................................................................................. IA-1

    B. Description and Taxonomy ............................................................................... IB

    C.  Distribution and Habitat Use ....................................................................... IC-1

    D. Critical Habitat ................................................................................................ ID

    E.  Life History .................................................................................................. IE-1

        E.1  Reproduction ........................................................................................ IE-1

        E.2  Natural Mortality ................................................................................. IE-1

        E.3  Feeding and Prey Selection .................................................................. IE-2

        E.4. Competition ......................................................................................... IE-2

    F.  Abundance and Trends ................................................................................. IF-1

    G.  Threats ....................................................................................................... IG-1

        G.1  Vessel Interactions ............................................................................. IG-1

        G.2  Entrapment and Entanglement in Fishing Gear .................................. IG-1

        G.3  Habitat Degradation ............................................................................ IG-2

G.4  Noise ........................................................................................ IG-3

G.5  Contaminants ............................................................................. IG-3

G.6  Underwater Explosives ............................................................... IG-4

G.7  Climate and Ecosystem Change ................................................. IG-4

G.8  Commercial Exploitation ........................................................... IG-4

H.  Conservation Measures .................................................................. IH-1

H.1  Establishment of Regional Recovery Plan Implementation Teams ............................. IH-1

H.1.1  Southeastern U.S. Implementation Team (SEIT) for the Right
Whale Recovery Plan ................................................................. IH-1

H.1.2  Northeastern U.S. Implementation Team (NEIT) for the Right
Whale Recovery Plan ................................................................. IH-2

H.2  Steps Taken to Reduce the Threat of Fishing Gear Entanglement ............................. IH-3

H.2.1  List of Fisheries .................................................................. IH-3

H.2.2  Take Reduction Teams ......................................................... IH-4

H.2.2.1 Atlantic Large Whale Take Reduction Team and Plan ........................... IH-4

H.2.2.2 Atlantic Offshore Cetacean Take Reduction Team and
Plan ....................................................................................... IH-5

H.3  Efforts to disentangle right whales ............................................. IH-5

H.4  Efforts to Reduce Mortality or Disturbance from Ship Activities ............................. IH-6

H.4.1  Vessel Approach Regulations ................................................. IH-6

H.4.2  Aircraft Surveys in the Southeastern United States ............................. IH-7

H.4.3  Aircraft Surveys in the Northeastern United States ............................. IH-7

H.4.4  Updating Navigational Publications ................................................................IH-9

H.4.5  Mandatory Ship Reporting System ..............................................................IH-9

H.4.6  International Safety Management Code ........................................................IH-10

H.4.7  Educational Materials and Outreach ...........................................................IH-10

H.4.8  Ship Strike Strategy Advanced Notice of Proposed Rulemaking ...................IH-10

H.4.9  Canadian Ship Routing Measures ...............................................................IH-10

H.5  Strandings and Necropsies .............................................................................IH-10

H.6 Coordination of Federal agency recovery activities under the
Endangered Species Act .......................................................................................IH-11

II.  RECOVERY STRATEGY ....................................................................................II

III.  RECOVERY GOALS AND CRITERIA ................................................................III-1

A. Reclassification to Threatened ...........................................................................IIIA-1

B. Delisting ...........................................................................................................IIIB

IV.  RECOVERY PROGRAM ....................................................................................IV

A. Step-down Outline ............................................................................................IVA-1

B. Recovery Narrative ...........................................................................................IVB-1

V.  IMPLEMENTATION SCHEDULE .......................................................................V-1

VI.  LITERATURE CITED .......................................................................................VI-1

VII.  APPENDICES .................................................................................................VIIA-1

A. CONSULTATION HISTORY .............................................................................VIIA-1

B. GLOSSARY AND LIST OF ABBREVIATIONS ..................................................VIIB-1

C. THREATS ANALYSIS (THE FIVE LISTING FACTORS) ........................................VIIC-1

D. NORTH ATLANTIC RIGHT WHALE CRITICAL HABITAT ..................................VIID-1

    D.1 Figure 1:  Northeast Critical Habitat ......................................................................VIID-1

    D.2 Figure 2:  Southeast Critical Habitat ......................................................................VIID-2

# I. BACKGROUND

## A. Brief Overview

The Northern right whale, *Eubalaena glacialis*, is among the rarest of all large whales, and among the rarest of all marine mammal species. Right whales have been listed as endangered under the Endangered Species Act (ESA) since its passage in 1973 (35 FR 8495, June 2, 1970; See I.B., Description and Taxonomy, for more discussion of the listing). Although precise estimates of abundance are not available, it appears that the eastern North Atlantic population is nearly extinct and the western North Atlantic population numbers approximately 300 whales.

At its 1983 right whale workshop, the IWC considered hypotheses regarding the distinctiveness of three right whale stocks in the North Atlantic: an eastern, central, and western population or stock. Whaling records indicate that the central stock may have existed in the central Atlantic Ocean, and migrated from east of Greenland to the Azores or Bermuda (Reeves and Mitchell 1986). However, given the uncertainty of a central population, the workshop agreed to a provisional division of eastern and western stocks (IWC 1986).

The eastern North Atlantic population probably numbers only in the low tens of animals at best, and may be functionally extinct (Best *et al.* 2001). The western North Atlantic population is the largest right whale population in the Northern Hemisphere. Nonetheless, as of the writing of this plan, the population is believed to contain only about 300 individuals and it's unclear as to whether its abundance is remaining static, undergoing modest growth or, as recent modeling exercises suggest, in decline (Caswell *et al.* 1999).

Rosenbaum *et al.* (2000) used mitochondrial DNA ( mtDNA) extracted from museum specimens of baleen to examine historic genetic structure in right whales. This work includes the only available analysis of eastern North Atlantic specimens, and suggests that the eastern and western populations were not historically distinct. The analysis also suggests that little genetic variation has been lost in the 20th century, although it is recognized that the greatest loss of variation is likely to have occurred well prior to this, during periods of major exploitation.

From mtDNA analysis, Schaeff *et al.* (1993) suggested that western North Atlantic right whales are a single breeding population that consists of three matrilines. Further work has identified two additional matrilines (Malik *et al.* 1999), and the five mtDNA haplotypes vary greatly in their present frequency within the population. Skin biopsy sampling has resulted in compilation of a DNA library of almost 300 North Atlantic right whales, i.e., the majority of the population. When analysis of these samples is complete, an assessment of the genetic variation of the population will be available and identification of stock structure may be further elucidated.

Historically, right whale populations were severely depleted by commercial whaling. More recently, direct and indirect impacts from human activities -- mostly in the form of vessel collisions and entanglement in fishing gear -- almost certainly have contributed to a lack of recovery in the North Atlantic. Action is urgently needed to reduce the frequency of collisions with ships and fishing gear entanglements, and thus to improve the survival of right whales.

There is reason for serious concern about the future of North Atlantic right whales. Because the right whale is a long-lived species, extinction may not occur in the near future, but the possibility of biological extinction in the next century is very real. A number of proactive steps are needed by a variety of public and private entities.

Much attention has focused on right whales in recent years. Efforts to protect the North Atlantic right whale population increased significantly in 1992-1993 following completion of the first Recovery Plan (NMFS 1991) and substantial annual increases in Federal funding allocated toward recovery of endangered species, including the right whale, listed under the ESA. Scrutiny of, and the number of restrictions on, commercial fishing activities has also increased in the last decade as efforts have been made to reduce levels of fishing gear entanglement. In addition, NMFS has conducted a number of consultations with other Federal agencies under the ESA, and involvement in right whale recovery by those and other agencies has increased significantly. Regional Recovery Plan Implementation Teams have been established to review recovery activities and recommend improvements, and Take Reduction Teams have been established under the 1994 amendments to the Marine Mammal Protection Act (MMPA) to develop and implement plans to reduce mortality and serious injury. In spite of these efforts, recovery appears to be slow or absent.

## B. Description and Taxonomy

The Northern right whale, *Eubalaena glacialis* (Müller 1776), is a large baleen whale. Adults are generally between 45 and 55 feet in length and can weigh up to 70 tons. Females are larger than males. Distinguishing features for right whales include a stocky body, generally black coloration (although some individuals have white patches on their undersides), lack of a dorsal fin, a large head (about 1/4 of the body length), strongly bowed margin of the lower lip, and callosities on the head region. Two rows of long (up to about eight feet in length), dark baleen plates hang from the upper jaw, with about 225 plates on each side. The tail is broad, deeply notched, and all black with smooth trailing edge.

For many years, the distinction between *E. glacialis* (the "northern" right whales, understood to include animals in both the North Atlantic and North Pacific Oceans) and *E. australis* (the southern right whale) was based upon a single morphological character in the orbital region of the skull (Muller 1954). Recent genetic studies have made it possible to re-evaluate the taxonomy of right whales, and Rosenbaum et al. (2000) reported strong evidence of separate specific status for North Atlantic and North Pacific right whales. NMFS currently lists right whales as *Eubalaena* spp. NMFS recognizes the existence of three separate species is generally supported by the scientific community and scientific literature: *Eubalaena glacialis*, *E. japonica* and *E. australis*. On April 10, 2003, NMFS published a "Notice of Technical Revision to Right Whale Nomenclature and Taxonomy Under the U.S. Endangered Species Act" (68 FR 17560) to clarify that the recognized generic name is *Eubalaena*, and to recognize distinct species in the North Atlantic (*E. glacialis*) and North Pacific (*E. japonica*). On January 1, 2005, NMFS published a notice recognizing that this taxonomic revision did not comply with the requirements of the ESA (70 FR 1830). NMFS is currently conducting a status review and will determine whether separate listings may be appropriate. This status review could result in a proposed listing of the North Atlantic and North Pacific right whales as separate species, and the North Atlantic and North Pacific populations face different threats and will generally be managed differently; therefore, separate plans are being prepared for *E. glacialis* and *E. japonica*.

## C. Distribution and Habitat Use

Right whales have occurred historically in all the world's oceans from temperate to subpolar latitudes. The pre-exploitation distribution of the North Atlantic right whale probably included coastal and continental shelf waters in temperate to subarctic latitudes of the North Atlantic Ocean. Post-exploitation distribution is much more limited.

Right whales are frequently found in coastal or shelf waters, although movements over abyssal depths are known (Scarff 1986; Mate *et al.* 1997). For much of the year, their distribution is strongly correlated to the distribution of their prey, which appears to be primarily calanoid copepods in the Northern Hemisphere. During the winter in both hemispheres, many right whales have been observed in the coastal waters of lower latitudes where calving takes place. These animals migrate to higher latitudes during spring and summer. In the both the North Atlantic and the Southern Hemisphere, it appears that not all reproductively active females return to calving grounds each year (Kraus *et al.* 1986; Payne 1986); furthermore, the whereabouts of much of the population during winter remains unknown.

*Western North Atlantic population*

Individuals in the western North Atlantic population range from wintering and calving areas in coastal waters off the southeastern United States to summer feeding and nursery grounds in New England waters and north to the Bay of Fundy and Scotian Shelf. However, occurrence of some individuals has been reported as far north as Newfoundland, the Labrador Basin, the southeast of Greenland (Knowlton *et al.* 1992), and Norway, and sightings have been reported as far south as the Gulf of Mexico (Moore and Clarke 1963; Schmidly *et al.* 1972). Five areas of "high use" were identified in the previous Recovery Plan for the Northern Right Whale (NMFS 1991), and they are still key habitat areas for right whales:

1) Coastal Florida and Georgia (Sebastian Inlet, Florida to the Altamaha River, Georgia)
2) The Great South Channel (east of Cape Cod)
3) Massachusetts Bay and Cape Cod Bay
4) The Bay of Fundy, and
5) The Scotian Shelf, including Browns and Baccaro Banks, Roseway Basin and areas to the east

The first three of these areas were designated as Northern right whale critical habitat in June 1994. Right whales occur off New England at various times, with a peak occurrence in winter/spring (Hamilton and Mayo 1990). Peak abundance occurs in the Great South Channel in spring (Kenney *et al.* 1995; Kenney 2001). In summer and fall, much of the population is found in Canadian waters (i.e., the Bay of Fundy and Scotian Shelf, with the former area being a major summer nursery ground) (Mitchell *et al.* 1986; Winn *et al.* 1986; Stone *et al.* 1990). Whales seen in the Roseway Basin/Browns Bank region were primarily juvenile and adult males (Brown *et al.* 2001), whereas most of the summer/autumn sightings of mother/calf pairs have been in the Bay of Fundy (Kenney *et al.* 2001). However, the former area appears to have been largely abandoned in 1993, and the population composition in the Bay of Fundy has recently been much more mixed than it was previously.

Known wintering areas for this population are along the southeastern U.S. coast, where calving occurs from December through March (Winn 1984; Kraus *et al.* 1986; International Whaling Commission (IWC) 1986), and in Cape Cod Bay where, in 1998, whales were sighted from mid January to mid May (Brown and Marx 1998). However, a majority of the population is unaccounted for in winter (Kraus *et al.* 1986). Other wintering areas have been suggested,

based upon sparse data; these include the Gulf of St. Lawrence (Lien *et al.* 1989), Newfoundland (Beamish 1981; Lien *et al.* 1989), New York and New Jersey coastal waters (Mead 1986), Bermuda (Payne and McVay 1971), and the Gulf of Mexico (Mead 1986) (see Reeves 2001 for a review). Telemetry studies have revealed movement patterns of considerable length and duration (Mate *et al.* 1997; Slay *et al.* 1998).

Right whales have been sighted in waters off Massachusetts in most months (Watkins and Schevill 1982; Schevill *et al.* 1986; Winn *et al.* 1986; Hamilton and Mayo 1990). Most sightings occur between February and May, with peak abundance in late March. Schevill *et al.* (1986) reported 764 sightings of right whales between 1955 and 1981 in Cape Cod waters. More than 70 right whales were seen in one day in 1970. Hamilton and Mayo (1990) reported 2,643 sightings of 113 individual right whales in Massachusetts waters, with a concentration in the eastern part of Cape Cod Bay. A number of right whales, including cow/calf pairs, resided in Cape Cod and Massachusetts Bays during the summers of 1986 and 1987, which may have been related to shifts in abundance of prey in adjacent waters (Hamilton and Mayo 1990; Payne *et al.* 1990).

Information on residency times of individual whales at specific sites is ambiguous, especially in light of recent satellite transmitter results indicating right whales tagged in the Bay of Fundy may travel long distances in the few days or weeks between sightings (Mate *et al.* 1997). Schevill *et al.* (1986) reported individual right whales residing in Cape Cod waters for no more than a few days. In 1976 they observed a cow and calf over a 7-week period, the longest residence time documented during observations between 1955 and 1981. Prior to 1986, Hamilton and Mayo (1990) reported observations of individual whales up to 12 times in a year, with the longest apparent residency being 89 days. Fifty percent of individual right whales sighted by Hamilton and Mayo (1990) were seen in more than one year.

Waters south of Cape Cod and north of the Georgia/Florida winter calving ground, especially waters off New York/New Jersey and the "mid-Atlantic" states, have not been considered to include "high use" areas, yet the whales clearly move through these waters regularly (Reeves *et al.* 1978; Reeves and Mitchell 1986; Winn *et al.* 1986; Reeves *et al.* 1999). Most calving takes place off Georgia and Florida, but limited surveys recently conducted along the mid-Atlantic suggest some mother-calf pairs use the area from Cape Fear North Carolina to South Carolina as a wintering/calving area as well. They may also feed, at least opportunistically, while migrating. It may be reasonable to give priority to the protection of the whales and their habitat in known high-use areas, although attention is also needed in the connecting waters between such areas, including waters far offshore (e.g., Mate *et al.* 1997). Successful efforts to protect the whales in areas where they linger for long periods and/or aggregate in relatively high densities could be offset if the animals were to be exposed to serious risks, such as collision or entanglement, while in transit between such areas.

*Eastern North Atlantic Population*

The eastern North Atlantic right whale population may originally have migrated along the coast from northern Europe to the northwest coast of Africa. The population was heavily exploited by whalers in the Bay of Biscay (off southern Europe) and Cintra Bay (off the northwestern coast of Africa), as well as off coastal Iceland and the British Isles during the 14th through 16th centuries. It is clear from historical records that Cintra Bay was also heavily exploited by whalers from 1855-1880 (Reeves 2001), where right whale mothers and calves visited coastal waters during winter months. More recently, an intense period of whaling in the eastern North Atlantic between 1902 and 1967 (including harvest off the Shetlands, Hebrides and Ireland in the years 1906-1910) was particularly catastrophic for the eastern North Atlantic right whale

population. Since that time, there have only been sporadic sightings of right whales in the eastern North Atlantic (Best *et al.* 2001). In two recent winter surveys of Cintra Bay, no evidence was found to suggest that right whales still use the area; this absence of evidence also corresponds to a lack of recent observations in northern European waters (Reeves 2001).

Based on the paucity of sighting information, current distribution and migration patterns of the eastern North Atlantic right whale population, if it remains extant, are unknown. The 1998 IWC Workshop on the Comprehensive Assessment of Right Whales agreed that only animals found in the western North Atlantic can be considered a functioning extant unit based on current sightings information. Animals found in the eastern North Atlantic may be considered as a 'relict' population or populations (Best *et al.* 2001).

**D. Critical Habitat**

As noted above, there are five well-known habitats used annually by western North Atlantic right whales: 1) coastal Florida and Georgia, 2) the Great South Channel, east of Cape Cod, 3) Cape Cod and Massachusetts Bays, 4) the Bay of Fundy, and 5) Browns and Baccaro Banks, south of Nova Scotia. The first three areas occur in U.S. waters and were designated by NMFS as critical habitat in June 1994 (59 FR 28793). See Appendix D.

On July 11, 2002, NMFS received a petition to revise and expand the designation of critical habitat for this species. On November 19, NMFS found this petition to present substantial scientific information indicating that the revision may be warranted and solicited public comment on the petition (67 FR 69708). On August 28, 2003, NMFS determined that the requested revision, as specified by the petitioner, was not warranted at this time. However, NMFS plans to continue to analyze the physical and biological habitat features essential to the conservation of North Atlantic right whales, and outlined the steps it will take to further investigate those features and to propose any revisions to designated critical habitat that might be supported by new information and analysis (68 FR 51758). In the meantime, the critical habitat designated in 1994 remains in place.

Actions authorized, funded, or carried out by Federal agencies that may have an impact on critical habitat must be consulted upon in accordance with Section 7 of the Endangered Species Act (ESA), regardless of the presence of right whales at the time of impacts. Impacts on these areas that may affect primary constituent elements such as prey availability and the quality of nursery areas must be considered when analyzing whether habitat may be adversely modified.

## E. Life History

### E.1 Reproduction

Most known right whale nursery areas are in shallow, coastal waters. In the western North Atlantic, calving takes place between December and March. In both the northern and southern hemisphere, females give birth to their first calf at an average age of nine years (Best *et al.* 1998; Hamilton *et al.* 1998a). Calves are 5.5-6.0 meters in length at birth (Best 1994). Gestation lasts from 357 to 396 days in southern right whales (Best 1994), and it is likely to be similar in the northern species. Weaning seems to be variable, and has been reported as 8 to 17 months in North Atlantic right whales (Hamilton and Marx 1995).

Standard reproductive rates for the western North Atlantic population have yet to be calculated, and this is complicated by the occurrence patterns of mature females, for whom the probability of sighting in studied habitats is dependent upon reproductive condition. The number of calves observed in this population since 1993 has varied from one (in 2000) to 31 (in 2001) (Knowlton *et al.* 1994; A. Knowlton, pers. comm.), but how these figures translate into standard birth rates is unclear. In 2000, one new calf was observed; 31 calves, 27 believed to survive, were reported in 2001. Calf production for the last two decades has averaged around 11 individuals per year. The calving interval for right whales is between 2 and 7 years, with means ranging from 3.12 (95% CI 3.05-3.17) to 3.67 years (95% CI 3.3-4.1) (Knowlton *et al.* 1994; Best *et al.* 2001; Burnell 2001; Cooke *et al.* 2001). However, in the western North Atlantic, there has been a recent significant increase in the calving interval from 3.67 years for the period 1980 to 1992 (Knowlton *et al.* 1994) to 5.8 years for the period 1990 to 1998 (Kraus *et al.*, 2001). This longer calving interval is markedly different from that of southern right whale populations, whose mean calving interval is between three and four years, with modes generally around three years. The increase in the interval is of particular concern and, together with other perplexing biological parameters, may suggest the population is under rather unusual biological, energetic, or reproductive stress.

It is possible to calculate a theoretical maximum birth rate from knowledge of three parameters: sex ratio, proportion of females that are sexually mature, and mean interbirth interval. The sex ratio of the western North Atlantic population is known to be even (Brown *et al.* 1994), and recent work by Hamilton *et al.* (1998a) has suggested that 60% of females in this population are mature. Given an annual average interbirth interval of 3 years, the expected maximum annual birth rate should be approximately 0.10 (1.00/2/1.67/3). A longer interbirth interval (such as that suggested above), or a lower proportion of mature (or reproductively active) females, would decrease this rate accordingly.

### E.2 Natural Mortality

Deaths resulting from human activities account for at least one-third of all known mortalities in the western North Atlantic right whale population (Kraus 1990). The extent to which natural factors, such as disease and predation, affect mortality rates is not known. Kraus (1990) used photo-identification data from the western North Atlantic population to calculate an average mortality rate of 17 percent per year in first-year right whales, while second- through fourth-year whales had an average mortality rate of 3 percent per year. Including all sources of mortality, both natural and anthropogenic, 27 percent of all western North Atlantic right whales die before reaching four years of age (Kraus 1990).

An unusually high number of right whale deaths occurred off the southeast United States from January through March 1996, when five deaths were reported. Of these, four were recovered

and examined for cause of death. Of those recovered, one was killed by a ship strike, but the cause of death could not be determined for the remainder.

Various species of large sharks and killer whales (*Orcinus orca*) may be predators of right whales, particularly for young or sick individuals. However, no such attacks have been observed in this species. Scars from killer whale attacks have been photographed on North Atlantic right whales (Kraus 1990), although the level of killer whale attacks and the extent to which they result in death is not known.

### E.3 Feeding and Prey Selection

In the western North Atlantic, right whales feed primarily on copepods, with *Calanus finmarchicus* believed to be the primary prey (Kraus *et al.* 1988; Wishner *et al.* 1988; Murison and Gaskin 1989). However, other zooplankters are also taken, including *Pseudocalanus, Centropages,* and even cyprids (Mayo and Marx 1990). There is no evidence for consumption of euphausiids although, given the inclusion of this taxon in the diet of right whales elsewhere, it would be surprising if North Atlantic right whales were different in this regard. Unlike balaenopterid whales, right whales are skimmers; they feed by continuously filtering prey through their baleen while moving, mouth agape, through a patch of zooplankton.

Feeding occurs from spring through fall, and also in winter in certain areas (e.g., Cape Cod Bay; Mayo and Marx 1990). Oceanographic and bathymetric features, such as relatively cooler water temperatures and 100-200 m depths adjacent to steeply sloping bottom topography, also seem to be related to the utilization of certain areas for feeding (Winn *et al.* 1986; Clapham 1999).

### E.4 Competition

It has been suggested that interspecific competition with either sei whales (*Balaenoptera borealis*) or planktivorous fish may limit Northern right whale prey consumption (Mitchell 1975; Kraus *et al.* 1988; Payne *et al.* 1990). In the North Atlantic, sei whales are sympatric with the right whales, and because both species feed on small zooplankton species, they may compete (Mitchell 1975). There is also speculation about competition with certain species of fish in the Gulf of Maine, including sand lance (*Ammodytes* spp.), herring (*Clupea* spp.), Atlantic mackerel (*Scomber scombrus*), river herrings (shad, blueback; *Alosa* spp.), menhaden (*Brevoortia tyrannus*), and basking sharks (*Cetorhinus maximus*). However, as noted by Clapham and Brownell (1996), assertions regarding interspecific competition are rarely well defined or ecologically based; while the potential for interference competition exists for right whales, direct evidence is essentially absent.

**F. Abundance and Trends**

The eastern North Atlantic population probably numbers only in the low tens of animals at best, and is not considered a functioning extant unit based on current sightings information (Best *et al.* 2001); see discussion under C. Distribution and Habitat Use).

Based on a census of individual whales identified using photo-identification techniques, the western North Atlantic population size was estimated to be 295 individuals in 1992 (Knowlton *et al* 1994). Kraus *et al.* (2001) provided population size estimates based on a multi-year running total of catalogued animals, and based on these numbers the 1998 IWC right whale workshop accepted an estimate of about 300 individuals for this population (IWC 1998). However, because of heterogeneity of capture probabilities (relating to either distribution of individuals and/or sighting effort), calculation of an unbiased point estimate of abundance for this population is difficult, and population modeling approaches to estimating abundance are considered preferable by NMFS.

The estimated rate of increase for the western North Atlantic population from 1986-1992 was calculated at 2.5 percent (CV=0.12) using photographic identification techniques (Knowlton *et al.* 1994). Estimates by Kraus *et al.* (2001) were used to obtain an annual rate of increase (range -0.039 to +0.031) for each of the years 1987 to 1996. A regression estimate based on these data is probably negatively biased (r=0.01, SD=0.0232) because of reduced sampling effort in recent years. During the 1998 IWC right whale workshop, two alternative methods were used to obtain estimates of the rate of increase for this population. One provided an estimate of 1.59 percent (C.I. -0.0246, 0.0564) with the caveat that the result is for recent years. The second suggests that 4.3 percent is an upper bound to the population growth rate. With regard to the latter estimate, the IWC report stated that "[a]lthough actual growth rates are likely to be considerably less than this, this figure serves to illustrate that the growth rate of the North Atlantic right whale is both low and substantially less than that of southern right whale populations." In contrast, Southern Hemisphere right whale populations (those off Argentina, Australia and South Africa) are increasing at annual rates on the order of 7-8 percent (IWC 1998).

With regard to the western North Atlantic population, the 1998 IWC workshop report also stated the following:

> Whereas it may have increased since protection in 1935... and may have still been increasing at a modest rate (about 2.5 percent) in the 1980s (Knowlton *et al.* 1994), more recent data (near-failure of calf production from 1993-95, increased calving interval, and a relatively large number of human-induced mortalities) suggest that this modest recovery rate (by comparison to the Southern Hemisphere) may not have continued in the 1990s. North Atlantic parous females show an increase between 1985 and 1997 but with an apparent long-term oscillation in recruitment. These features together with the lack of significant increase in calving rates, support the need for age-structured models to account for the complexity of this population's dynamics. It is now unclear whether the population is declining, stationary or increasing and the best estimate of current population size is only 300 animals.

A recent modeling exercise, which calculated crude survival probability from photographically identified individuals (Caswell *et al.* 1999), found that these rates decreased from about 0.99 per year in 1980 to about 0.94 in 1994, and that population growth rate declined from about 5.3 percent in 1980 to a negative 2.4 percent in 1994. The model suggested further that, under current conditions, the population is headed for extinction and an upper bound on the expected

time to extinction was 191 years.

## G. Threats

Ship collisions and fishing gear entanglements are the most common anthropogenic causes of mortality in western North Atlantic right whales, judging from observations of stranded animals. Other potential threats are habitat degradation, noise, contaminants, underwater bombing activities, climate and ecosystem change, and commercial exploitation.

### G.1 Vessel Interactions

The greatest known current cause of right whale mortality in the western North Atlantic is collision with ships. Out of 27 documented deaths from 1970 through 1991, 22 percent were caused by ship propellers severing the tail stock or spine, or causing mortal wounds on the head region (NMFS 1991). From 1991 through the beginning of 1993, an additional 3 deaths were reported as a result of collisions with vessels (Kenney and Kraus 1993). Of 45 confirmed deaths of western North Atlantic right whales between 1970 and 1999, 16 are known to have been caused by ship strikes and two additional collisions were judged as possibly fatal (Knowlton and Kraus (2001)). There were two known ship struck right whale deaths in 2001; one in 2002; one in 2003; and two in 2004. The low incidence (7 percent) of photographically identified whales showing scars and wounds from ship propellers compared to the high rate of ship propeller wounds on stranded carcasses indicates that a high proportion of interactions between ships and whales are fatal to the whale (Kraus 1990). It should be noted that with improved reporting and more thorough necropsies in recent years, the rate of detection and confirmation of ship-strike deaths has probably increased. This may confound efforts to determine trends in the frequency of collisions. Laist et al. (2001) argued that ship speed was an important factor in the frequency of occurrence of ship strikes in large whale species, including right whales, and that strikes occurring at reduced speeds (below 10 knots) rarely caused serious injuries.

Concern has been raised over the possible adverse effects of whale-watching activities on right whale aggregations, particularly in the western North Atlantic (i.e., Cape Cod Bay and lower Bay of Fundy). While adverse effects from this activity are possible, there are no data that conclusively establish adverse effects beyond the possibility of ship strikes, and recent minimum distance regulations (i.e., 500-yard no approach regulations for right whales) are designed to reduce the threat of collision or harassment in U.S. Atlantic waters. That is, most effects from whale-watching activities are likely limited to behavioral changes or perhaps relatively small changes in distribution. Given the above-mentioned regulations on vessel approaches to right whales, the potential for temporary, perhaps relatively minor, effects has been reduced. However, relatively recent collisions between whale-watching boats and a humpback (2001), and a minke whale (1998) indicate that much more serious consequences, e.g., death or serious injury, are also possible. In addition, the number of high-speed (capable of speeds >28 knots) whale-watch vessels, ferries, and other craft has increased recently in areas where right whales occur, and this means that the threat of collisions has grown. Therefore, it may be necessary to examine the effects of whale watching in the vicinity of right whales and issue additional regulations and/or guidelines regarding the number of vessels, and their speed, manner and distances of approaches near whales. In January 2000 NMFS issued an Advanced Notice of Proposed Rulemaking (ANPR) for North Atlantic Whale Protection (65 FR 2:270–272). NMFS is currently working on a proposed rule which would include whale watching guidelines for protection of North Atlantic whale species.

### G.2 Entrapment and Entanglement in Fishing Gear

Kraus (1990) estimated that 57 percent of right whales in the western North Atlantic bear scars and injuries indicating fishing gear entanglement. This figure was revised to 61.6 percent by