Plaintiffs' Exhibit 17
Defenders of Wildlife v. Gutierrez
No. 05-2191 (PLF) (D.D.C.)

**Subject:** Re: a briefing
**Date:** Fri, 08 Jul 2005 12:21:23 -0400
**From:** "Jessica Gribbon" <Jessica.Gribbon@noaa.gov>
**To:** "Greg Silber" <Greg.Silber@noaa.gov>
**CC:** lane.willson@earthtech.com

Greg,
  The revised schedule is attached. I wanted to discuss this with you the other day at the meeting, although we ran out of time. The earlier schedule you had in mind was the one we discussed at the April 28 meeting with Mike and Lane. At this time, we thought we were done with the EA and that work on the EIS would commence in May. Although, it was at this meeting that Mike Requested we revise the EA in order to be posted on the internet. Over the next six weeks, we revised the EA, drafted the NOI and drafted/revised the alternatives. Work commenced on the EIS after the EA was posted on the internet, and as soon as the alternatives were agreed upon, and the NOI was published in the FR.

In addition, the bulk of the economic analysis all needs to be completed prior to the first submittal of the PDEIS to NOAA. Therefore, Earth Tech's timelines are contingent on those of Nathan's deliverables and allowing sufficient time to integrate the economic analysis into the EIS.

With that said, we are as eager as you to keep this on the fast track and will do everything within our means to meet our tentative deadlines. On a side note, Earth Tech is also in the preliminary stages of bringing on another employee to assist with the EIS.

Good luck with briefing the Admiral.
Jessica

----- Original Message -----
From: "Greg Silber" <Greg.Silber@noaa.gov>
Date: Thursday, July 7, 2005 3:03 pm
Subject: a briefing

>
> Jessica,
>
> We are to provide a briefing for Lautenbacher on ship strikes/right
> whale regs in prep for a mtg he has with NGOS. Could you provide
> to be
> the (updated) schedule for delivery of PDEIS, DEIS, etc.?
>
> thanks, Greg
>
>
>

| | Name: AppendixA_ EIS_Schedule.doc |
|---|---|
| 📄 AppendixA_ EIS_Schedule.doc | Type: WINWORD File (application/msword)<br>Encoding: base64<br>Download Status: Not downloaded with message |

# DRAFT

## Tentative Project Schedule for EIS

| | Description of Tasks | Proposed Date |
|---|---|---|
| 1 | Notice to Proceed | June 2005 |
| 2 | Draft Description of Proposed Action and Alternatives | June 2005 |
| 3 | Description of Proposed Action and Alternatives | July 2005 |
| 4 | Preliminary Draft EIS (Submittal No. 1) | Oct/Nov 2005 |
| 5 | PDEIS Progress Review Meeting | Nov 2005 |
| 6 | Preliminary Draft EIS (Submittal No. 2) * | Dec 2005 |
| 7 | Draft Notice of Availability for Draft EIS (NOAA) | Dec/Jan 2006  *proposed rule* |
| 8 | Public Meetings for Draft EIS | Jan 2006 |
| 9 | Draft Responses to Comments on Draft EIS^ | Feb/Mar 2006 |
| 10 | Progress Review Meeting to Finalize Responses to DEIS | Mar 2006 |
| 11 | Preliminary Final EIS | Apr 2006 |
| 12 | Draft Notice of Availability for Final EIS (NOAA) | May 2006 |
| 13 | Draft ROD | Summer 2006 |
| 14 | EIS Administrative Record | Summer 2006 |

* This schedule is contingent on the timely completion of the USCG PARS, the alternatives not changing significantly, the amount/scope of public comments, and NOAA-funded studies that support the strategy and should be included in the DEIS (i.e. hydrodynamics, vessel emissions). This also implies that NOAA will review and comment on the PDEIS in a timely fashion, in order for Earth Tech to revise the DEIS and submit the second PDEIS in approximately 6-8 weeks from the first PDEIS submittal.

^ Date for drafting responses depends on how long the comment period is initially and if it is extended. This also depends on the comment period for the proposed rule.

*Sept proposed rule to OMB*