Plaintiffs' Exhibit 18
Defenders of Wildlife v. Gutierrez
No. 05-2191 (PLF) (D.D.C.)

**Subject:** right whale issue on emerg regs
**Date:** Thu, 09 Jun 2005 08:01:03 -0400
**From:** "Michael Payne" <Michael.Payne@noaa.gov>
**Organization:** NOAA
**To:** Jim Lecky <Jim.Lecky@noaa.gov>, Greg Silber <Greg.Silber@noaa.gov>

Jim, we received a petition to draft emergency regs to strict vessel speed to 12 knots or less within 20-25 miles of all major ports on east coast. We need to respond somehow and here are options as I see them. I have a 1 pm meeting with you and Greg to talk about this .... and it is on Div Chief meeting agenda for Monday..

Right Whale emergency rulemaking options

1) deny petition to draft emergency rulemaking - reasoning, this is not an emergency but an ongoing problem.

2) draft FR notice that is may be warranted and ask public for comments.  upside-no Agency committment; downside - a bit disingenuous-we have received comments on the shipstrike strategy, and have held many public meetings... we dont need more comments. We pretty
much know who supports what and what where the 'push-backs' will occur

3) draft FR notice - tell people that speed restrictions are in the shipstrike strategy and we are considering drafting the regs as petitioned... solicit comments. This will get more attention than #2 without a firm committment.  It will elevate the issue

4) draft FR notice and propose rulemaking.  The recommendations of the emergency rulemaking are part of the shipstrike strategy , almost word for word. We say that this is important and issue emergency regulations that are permanent in nature.  Downside - likely large response, congressional, public, shipping..

5) draft FR notice proposing rulemaking based on emergency petition and solicit comments... we will get same response as in #4 but we have a built in buffer in proposed rulemaking. ...