Plaintiffs' Exhibit 19
Defenders of Wildlife v. Gutierrez
No. 05-2191 (PLF) (D.D.C.)



UNITED STATES DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE
1315 East-West Highway
Silver Spring, Maryland 20910

THE DIRECTOR

SEP 1 4 2005

Mr. Jonathan R. Lovvorn
Vice President, Animal Protection Litigation
The Humane Society of the United States
2100 L Street N.W.
Washington, D.C. 20037

Dear Mr. Lovvorn:

This is in response to your co-signed petition to "promulgate emergency regulations, within sixty days, to slow and/or re-route vessels within right whale habitat, as a means of protecting the species until such time as permanent measures can be enacted. Such emergency regulations should require all ships entering and leaving all major East Coast ports to travel at speeds of 12 knots or less within 25 nautical miles of port entrances during expected right whale high-use periods."

The status of northern right whales is a very serious issue for NOAA's National Marine Fisheries Service (NMFS). While calf production has increased somewhat in recent years, recovery is seriously affected by fatalities and serious injury resulting from human activities, primarily from entanglement in fishing gear and collisions with ships. I can assure you that reducing mortality to right whales is one of the highest priority issues for NMFS staff and leadership.

Regarding ship strikes, NMFS is developing a multi-year, wide-ranging Ship Strike Reduction Strategy. The draft Strategy was published as an Advance Notice of Proposed Rulemaking (ANPR) (69 FR 30857, 1 June 2004) and a series of public meetings were held on the ANPR. We are currently analyzing its various measures and alternatives. A Notice of Intent has also been published (70 FR 36121, 22 June 2005), announcing NMFS' intent to prepare a Draft Environmental Impact Statement under the National Environmental Policy Act on the draft Strategy. The draft Strategy identifies a set of protective measures that include proposed routing changes and ship speed restrictions along the eastern seaboard as your petition requested. We expect to issue the DEIS and a proposed rule by the end of the year or early in 2006.

We have also had discussions with other federal agencies for the past few months about the need to discuss measures each agency can take under their own authority to reduce the likelihood of a ship strike with a right whale. Generally the focus of the discussions has been on reducing vessel speeds voluntarily when possible to 12 knots or less where human safety or national security is not compromised. We have found that most agencies are working to the best of their ability, within their respective mandates, to reduce or eliminate the likelihood of a vessel strike. Nonetheless, we are planning to convene interagency meetings to discuss federal ship operation activities and NOAA's draft Strategy for the commercial shipping industry. In addition, we will continue to work with the other agencies on completing or initiating further consultations under Section 7(a) of the Endangered Species Act. The intent of these informal and formal discussions is to ensure that routine vessel operations by federal vessels, or special activities involving vessels, are not likely to jeopardize the continued existence of right whales or destroy or adversely modify right whale critical habitat.

THE ASSISTANT ADMINISTRATOR
FOR FISHERIES



Printed on Recycled Paper

6

The U.S. Coast Guard (USCG) is also conducting Port Access Route Studies (70 FR 8312, 18 February 2005) on two routing changes (one in Cape Cod Bay, and one in right whale critical habitat in waters off Florida and Georgia) as identified in the draft Strategy. The USCG analysis will assess potential navigational and environmental problems should the routes be imposed. The USCG is required to provide its recommendations on the proposed routes in a report to Congress by the end of 2005.

We are also issuing information on right whales, their vulnerability to ship strikes, and advisories to ships to slow to 12 knots or less when transiting areas occupied by right whales on NOAA Weather Radio broadcasts, as well as issuing the same information in revisions to the U.S. Coast Pilots; we have also initiated a program to provide speed advisories on near real-time electronic navigational charts. In addition, we have increased efforts to educate mariners about steps they can take to reduce the likelihood of a ship strike. These efforts include collaboration with the cruise industry to develop training modules (including speed advisories) for all captains and crews. The module is being distributed this summer.

NMFS acknowledges the receipt of your petition for emergency rulemaking. As noted above, we are in the process of developing and analyzing a broad ship strike reduction strategy that includes routing changes and ship speed restrictions along the eastern seaboard. Promulgating a separate 12-knot speed limit, at this time, would duplicate agency efforts and reduce agency resources for a more comprehensive strategy, as well as risk delaying implementation of the draft Strategy. Your petition does not present any new information about right whales that warrants promulgating a rule on an emergency basis rather than completing the ongoing rulemaking. Instead of imposing measures in piecemeal fashion, NMFS continues to believe that putting a comprehensive strategy in place is the best course of action. Therefore, we will publish a denial of the petitioned request to issue emergency regulations in the *Federal Register*. We will continue, however, to proceed as quickly as possible with analysis and rulemaking to implement the comprehensive ship strike strategy.

Further information on NMFS' North Atlantic right whale program is available online, at www.nmfs.noaa.gov/pr/shipstrike/ and www.nero.noaa.gov/shipstrike/.

We appreciate your continued interest and support of marine mammal conservation, especially with regard to the serious status of northern right whales.

Sincerely,

William T. Hogarth, Ph.D.
Assistant Administrator
 for Fisheries

Enclosure