# Plaintiffs' Exhibit 21
# Defenders of Wildlife v. Gutierrez
# No. 05-2191 (PLF) (D.D.C.)

Case 1:05-cv-02191-PLF   Document 24-2   Filed 06/02/2006   Page 1 of 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, et al. ) | |
| ) | No. 05-2191 (PLF) |
| v. ) | |
| ) | |
| Carlos Gutierrez, et al. ) | |

**DECLARATION REGINA ASMUTIS-SILVIA**

I, Regina Asmutis-Silvia, declare as follows:

1. I have lived in Plymouth, Massachusetts for more than 12 years, and have been involved in research on and the conservation of imperiled marine species, including the North Atlantic right whale, and marine ecosystems for more than fifteen years.

2. The right whale, see Plaintiffs' Exhibit 1, is native to the waters of the coast of Massachusetts, where I live, and I regularly enjoy and will continue to enjoy educational, professional, scientific and recreational activities in this marine environment, including visiting areas where right whales congregate in the hopes of seeing these amazing creatures. I enjoy boating, swimming, nature observation, photography, and other pursuits in and around right whale habitat. I also enjoy whale watching and work as a first mate on a whale watch vessels providing me the opportunity to see right whales and visit their habitat. I regularly visit Manomet and Race Points attempting to view right whales from shore. Over the past 16 years I would estimate that I have seen more than 200 sightings of right whales in their natural habitat.

3. I also provide lectures to school children using a life-sized inflatable right whale to emphasize the need for conservation of this species. The photographs I have taken of right whales are used regularly in newsletter articles by the Whale and Dolphin Conservation Society and the Stellwagen Bank National Marine Sanctuary. I have taught marine mammal science, including lessons on right whales, to high school and college students and trips to right whale

habitat, are often part of that curriculum.

3. I have a Masters of Science in Biology, and, in addition to enjoying and studying right whales in the wild, I also participate in many activities through which I advocate for the protection and conservation of the right whale and its habitat. For example, I am a member of the Atlantic Large Whale Take Reduction Team and in this capacity I advocate for fishing practices that will reduce the risk of entanglement to large whales, including the critically endangered right whale. I am also a member of the Stellwagen Bank National Marine Sanctuary (hereinafter Sanctuary) Advisory Council (hereinafter SAC) through which I represent the conservation of large whale species within the Sanctuary. I Chaired the Marine Mammal Behavioral Disturbance Working and Large Whale Entanglement Working Groups and represented the Conservation Seat on the Sanctuary's Ship Strike Working Group. I have provided the Sanctuary with sightings data of North Atlantic right whales. At the most recent SAC meeting, I presented a summary of the right whale mortality that has occurred within the last two years. Moreover, I participate with the Northeast Implementation Team which deals almost exclusively with the right whale ship strike issues. In addition, I am a member of the Right Whale Consortium, the Cape Cod Stranding Network, the New England Aquarium Stranding Network, and provide marine observers to Battelle while they are conducting water sampling cruises in Massachusetts and Cape Cod Bays.

4. The North Atlantic right whale is the most endangered large whale on the East coast of the U.S. To my continued concern, their population has continued to decline since I began studying the species, and the impact of ship strikes is one of the major factors causing this decline. See Plaintiffs' Exhibit 2, photo 1 (Multiple lacerations in a right whale calf which was run over off of Florida coast by 25-meter vessel on January 5, 1993). Indeed, adding to the near

Case 1:05-cv-02191-PLF   Document 24-2   Filed 06/02/2006   Page 4 of 6

catastrophic loss of individual whales over the past several years, in the first five months of this year, three additional right whales have died. Specifically, a right whale calf was killed by a ship off the coast of Florida in January 2006, <u>see</u> Plaintiffs' Exhibit 2, photo 2 (On January 10, 2006, a dead male right whale calf, estimated to be one month old, was reported north of the Mayport Jetties in Florida; lacerations caused by a propeller, can be noted in the photo including the tail stock laceration that completely cut off the flukes), and another calf injured by a vessel in Texas less than a week later.  Moreover, a right whale calf was killed in January after it had become entangled in fishing gear and another right whale was recently found dead forty nautical miles west of Moriches, Long Island, New York.

5. In light of my enjoyment, and commitment to the conservation, of the North Atlantic right whale, NMFS's and the Coast Guard's failures to provide the appropriate level of protection for the right whale, and to take the steps necessary to ensure the survival and recovery of the species, injures my interests by significantly impairing the chances for me, or the generations after me, to have an opportunity to continue to appreciate and study these magnificent creatures in their natural habitat.

6. In particular, NMFS's denial of the Petition for Emergency Rule Making harms my interests because it indefinitely delays the imposition of critically important measures to reduce the risks of right whales being killed or injured from ship strikes.  As a result, the species is receiving less protection in the areas I visit to look for these magnificent creatures and other wildlife, and there is a lower likelihood that the right whale will continue to return to these areas in the future as their population dwindles.  The potentially avoidable deaths and injuries that continue to occur as a result of NMFS's refusal to grant the Rulemaking Petition impairs my

- 3 -

ability to observe right whales, and reduces the likelihood that I will ever enjoy a recovered right whale population.

7. In addition to the harm to my interests caused by NMFS's failure to grant the Rulemaking Petition, I am also harmed by the Coast Guard's failure to consult with NMFS on the impacts of the commercial shipping it authorizes on right whales, including whether these activities are jeopardizing the continued existence of the species or adversely modifying critical habitat.

8. My interests are undoubtedly harmed by the NMFS's and the Coast Guard's failures to adequately protect the right whale and will continue to be harmed unless the Court grants Plaintiffs' requested relief. The benefits that I derive from the right whale and its habitat, or would derive, but for the agencies' failure to adequately protect the species and its habitat, have been, are being, and will continue to be harmed, adversely affected, and irreparably injured by NMFS's failure to take the steps necessary to ensure that the species is not driven to extinction as a result of preventable ships strikes and the Coast Guard's failure to ensure that its actions are not jeopardizing the continued existence of the species. The agencies' inactions will likely lead to the continued decline of the right whale thereby impeding the eventual recovery of the species. It is my belief that all native species are important to the ecosystems and have an inherent value as unique life forms that deserve to have protection from human activity that could cause the eradication of the species. Thus, the defendants' actions will continue to deprive me of aesthetic, spiritual, and recreational benefits I derive from the species and its habitat.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

- 5 -

DATED this 1st day of June, 2006

_____
Regina Asmutis-Silvia