Plaintiffs' Exhibit 22
Defenders of Wildlife v. Gutierrez
No. 05-2191 (PLF) (D.D.C.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Defenders of Wildlife, et al.        )
                                     )    No. 05-2191 (PLF)
        v.                           )
                                     )
Carlos Gutierrez, et al.             )

I, Sharon Young, declare as follows:

1       I have lived in Sagamore Beach, Massachusetts, for more than fifteen years, and I am a member of, and the Marine Issues Field Director for, The Humane Society of the U.S. (hereinafter The HSUS). I have been an employee and member of The HSUS since 1992.

2.      I have devoted a significant amount of my professional attention and personal concern to the plight of right whales. Prior to joining The HSUS I conducted research on feeding and foraging ecology of large baleen whales while at the Station Recherche des Isles Mingan, in Quebec, Canada and Plymouth Marine Mammal Research Center. I am also still Adjunct Faculty in the Tufts University Animals and Public Policy graduate school, supervising independent study projects for their graduate students interested in marine policy. And I was, for one semester, an instructor in the Boston University Marine Program in Woods Hole.

3.      I enjoy studying, observing and appreciating North Atlantic right whales in their natural habitat. I regularly take trips on the water to look for right whales, and also have seen right whales from land at seen right whales from the beach in Provincetown Massachusetts. I work occasionally as a naturalist on whale watching boats and regularly go out on these boats to see whales. In the past twenty two years I have seen right whales on numerous occasions and I will continue to look for, observe and appreciate right whales as long as the species remains extant, but, as discussed below, that becomes ever more difficult as the population diminishes.

4.      The HSUS, a non-profit organization headquartered in Washington, D.C., is the largest animal protection organization in the United States, with over nine million members and constituents.  The HSUS is committed to the goals of protecting, conserving, and enhancing the nation's wildlife and wildlands, and fostering the humane treatment of all animals.  In furtherance of its goals and objectives, The HSUS and its members have demonstrated a strong interest in the preservation, enhancement, and humane treatment of marine mammals.

5.      Prior to my employment by The HSUS, I was involved in field research studying feeding and foraging behavior of large baleen whales.  I am a co-author on a number of scientific publications that focus on North Atlantic right whales.[1]  I have also worked on commercial whale watching boats in Massachusetts where I was able to see and study right whales and their behavior.  This position afforded me an opportunity to educate the public about the conservation issues facing right whales and other endangered cetaceans.  While working aboard a whale watch vessel, I observed another commercial vessel strike and injure an endangered humpback whale and was involved in the enforcement action taken against the operator.   I was also involved in the 1998 necropsy of a juvenile blue whale that was struck and killed by a commercial ship that was inbound to Rhode Island.  These events had a profound effect on me and strengthened my resolve to continue studying, and advocating on behalf of, endangered marine mammals, including right whales.

6.      In light of my professional experience and knowledge regarding whales, in 1996 I was appointed by the National Marine Fisheries Service (hereinafter NMFS) to participate in the Atlantic Large Whale Take Reduction Team, a Congressionally mandated stakeholder group

---

[1] *See e.g*. Clapham P.J., S.B. Young and R.L. Brownell. 1999 *Baleen Whales: Conservation Issues and the Status of the Most Endangered Populations.* Mammal Review: 29 (1) pp 35-60;  Payne, P.M., D.N. Wiley, S.B. Young, S. Pittman, and P.J. Clapham. 1990 *Recent Fluctuations in the Abundance of Baleen Whales in the Southern Gulf of Maine in Relation to Changes in Selected Prey.* Fisheries Bulletin, U.S.88:687-696 and Young, S. *Reauthorization of the Marine Mammal Protection Act: The Impact on Fisheries and Endangered Marine Mammals.* 1993 Endangered Species Update 10 (#11-12):13-14.

charged with recommending strategies to reduce the mortality and serious injury of endangered large whales resulting from entanglement in commercial lobster trap and gillnet fishing gear. The major focus of this Team is reducing the threat to right whales, and we continue to work on this issue.

7. In 1996 I was also appointed by the NMFS to the Atlantic Offshore Cetacean Take Reduction Team, which was charged with reducing the serious injury and mortality of both large and small species of cetaceans killed in several offshore fisheries, including the pelagic driftnet fishery which had been charged with the death of a right whale. This team submitted its recommendations to NMFS in November 1996 and was subsequently disbanded. I am also an appointed representative of the Atlantic Scientific Review Group, which comments on the NMFS stock assessment for right whales and makes recommendations for research and conservation actions to assist in the recovery of the species.

8. I regularly provide comments on behalf of The HSUS on all NMFS and federal and state agency actions that affect right whales, including the annual List of Fisheries, stock assessments, proposed rulemaking, the issuance of scientific permits to study right whales and other published notices. I also attend meetings of the Recovery Plan Implementation Teams and attended the public meetings of the Northeast Implementation Team and its Ship Strike Subcommittee until the team was disbanded in 2005.

9. It has been extremely frustrating to me to see that, since 2001, the NMFS and Coast Guard have had in hand recommendations from the Ship Strike Subcommittee that virtually mirror the proposals that were finally published by NMFS as an advance notice of rulemaking in June of 2004 to address risk from ship strikes. Yet, to this date, there still has been no rule published to even propose the enactment of risk reduction measures.

10. The North Atlantic right whale is the most endangered large whale on the East coast of the U.S. To my continued concern, their population has continued to decline since I began studying the species in 1984. According to a number of national and international experts who have presented results at meetings I have attended, the proximal cause of the decline of the species is anthropogenic. That is, the death of these animals is a result of collisions with commercial vessels and fishing gear entanglement. Current research indicates that recent increases in right whale births are still too small to compensate for the number of whales that are dying in collisions or as a result of entanglement in fishing gear. If the two causes of mortality can be addressed with corrective action by NMFS and the Coast Guard, the species is likely to slowly recover in spite of its low fecundity.

11. Deaths of right whales from collisions with ships have reached epidemic proportions. Published literature cites the deaths of eight right whales between January of 2004 and July of 2005. Six of these were females, three of whom were pregnant. All of the pregnant whales were killed by ships. Since the article was published in the journal Science, additional whales have been killed or injured by collisions with vessels. A right whale calf was killed by a ship off the coast of Florida in January 2006, and another calf injured by a vessel in Texas less than a week later. In light of the fact that the NMFS's own stock assessment states that there are currently only approximately 300 right whales left in the population, these ongoing deaths are very distressing to me, as they significantly impair my ability to study, observe and appreciate these magnificent creatures in their natural habitat. Moreover, these deaths are preventable and due to government inaction.

12. In April and May of 2006, there have been large numbers of right whales in Cape Cod and Massachusetts Bays. They can often be seen from shore, and I have seen them on many occasions. The rapid transit of vessels in their vicinity can also be readily viewed. Having seen the results of vessel collisions in the past, I am acutely concerned with the fate of whales I see in the vicinity of boats. I have also been contacted by a number of concerned citizens who have either seen whales from shore or from aboard whale watching vessels and are similarly concerned about their fate as they are observed navigating among fishing buoys and moving vessels.

13. The unique combination of my residence in coastal Massachusetts close to right whale habitat and my personal and professional contacts have afforded me numerous opportunities to observe these fascinating, endangered creatures. I will continue to take advantage of opportunities to view these animals as well as to assist in the conservation of the species.

14. However, NMFS's and the Coast Guard's failures to provide the appropriate level of protection for the right whale injures my a ability to observe and study the species.. In particular, NMFS's denial of the Petition for Emergency Rulemaking harms my interests because it indefinitely delays the imposition of critically important measures to reduce the risks of right whales being killed or injured from ship strikes, and the Coast Guard's failure to consult with NMFS on the impacts of the commercial shipping it authorizes on right whales increases the likelihood that these activities are jeopardizing the continued existence of the species. Consequently, defendants' actions deprive me of aesthetic, recreational, and scientific benefits I derive from this species and my ability to observe right whales in their natural habitat.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of June, 2006

_____
Sharon B. Young