Plaintiffs' Exhibit 23
Defenders of Wildlife v. Gutierrez
No. 05-2191 (PLF) (D.D.C.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Defenders of Wildlife, et al.        )
                                     )   No. 05-2191 (PLF)
       v.                            )
                                     )
Carlos Gutierrez, et al.             )

## DECLARATION LINDA BERMER

I, Linda Bremer, declare as follows:

1.  I have lived in Jacksonville, Florida for more than sixteen years, and I am a member of Defenders of Wildlife (Defenders). I have been involved with Defenders for the past five years.

2.  Defenders, a national non-profit charitable organization with its principal place of business in Washington, D.C., currently has more than one million members and supporters across the United States. Defenders is dedicated to the protection of all native wild animals and plants in their natural communities, focusing its programs on two of the most serious environmental threats to the planet: the accelerating rate of extinction of species and the associated loss of biological diversity, and habitat alteration and destruction. Defenders works to protect marine species, such as the North Atlantic right whale, and the habitats these species depend on for their survival.

3.  I have always had an interest in seeing wildlife in its natural habitat. The plight of the right whale has been especially of concern to me because of my proximity to the right whale calving area in northeastern Florida. The high numbers of deaths of right whale calves and females reported in our local newspaper, *The Florida Times-Union*, has made this a front and center environmental issue for me. In the winter of 2005 I attended lectures, participated in conference calls, interviewed whale researchers, and in January 2006 attended a meeting of

Atlantic east coast environmentalists in St. Augustine, Florida to discuss threats to the right whale, and actions planned to improve their safety from ship strikes and other marine threats. I wrote a letter of concerns during the public comment period for the U.S. Navy Undersea Warfare Training Range which proposed a site placement off Jacksonville, Florida in right whale habitat.

4.     For recreation, my husband and I enjoy observing wildlife. We often plan vacations around seeing sea birds, whales, and other sea life. We have taken organized whale watching tours, and have also seen whales on ferry rides in the Northeast.

5.     More recently, most of our boating activities are off the coast of Florida and Georgia in the winter and to the Chesapeake Bay in the summer. We own a 42-foot motor yacht that is great for wildlife watching opportunities. Wherever we cruise we are on the lookout for wildlife and keep our binoculars handy.

6.     Since 1996, we have cruised our boat every year except three to the Chesapeake for the spring and summer. Reaching and returning from the Chesapeake takes us between 10-14 days during which time we are on-board constantly. After the boat is situated at a marina or dock on the Chesapeake, we return for a week each month to spend time cruising in the local waters and traveling to natural areas. We return to Florida in the fall and spend the winter in Florida cruising mostly between Cumberland Island, Georgia and St. Augustine Florida. We enjoy watching for whales, turtles, and birds during all these cruises.

7.     I will continue these activities, including looking for right whales, and will continue to use and enjoy these areas for various outdoor recreational pursuits in the future. Accordingly, the National Marine Fisheries Service's (NMFS) and the U.S. Coast Guard's failure to provide the appropriate level of protection for the right whale, and to take the steps necessary to ensure the survival and recovery of the species, injures my interests by significantly impairing

the chances for me, or the generations after me, to have an opportunity to continue to appreciate and study these magnificent creatures in their natural habitat..

8.     NMFS's denial of the Petition for Emergency Rule Making harms my interests because it indefinitely delays the imposition of critically important measures to reduce the risks of right whales being killed or injured from ship strikes.  As a result, the species is receiving less protection in the areas I visit to look for these magnificent creatures and other wildlife, and there is a lower likelihood that the right whale will continue to return to these areas in the future as their population dwindles.  The potentially avoidable deaths and injuries that continue to occur as a result of NMFS's refusal to grant the Rulemaking Petition impairs my ability to observe right whales, and reduces the likelihood that I will ever enjoy a recovered right whale population.

9.     I am also harmed by the Coast Guard's failure to consult with NMFS on the impacts of the commercial shipping it authorizes on right whales, including whether these activities are jeopardizing the continued existence of the species or adversely modifying critical habitat.

10.     My interests are undoubtedly harmed by the NMFS's and the Coast Guard's failures to adequately protect the right whale and will continue to be harmed unless the Court grants Plaintiffs' requested relief.  The benefits that I derive from the right whale and its habitat, or would derive, but for the agencies' failure to adequately protect the species and its habitat, have been, are being, and will continue to be harmed, adversely affected, and irreparably injured by NMFS's failure to take the steps necessary to ensure that the species is not driven to extinction as a result of preventable ships strikes and the Coast Guard's failure to ensure that its actions are not jeopardizing the continued existence of the species.  The agencies' inactions will likely lead to the continued decline of the right whale thereby impeding the eventual recovery of the species.

It is my belief that all native species are important to the ecosystems and have an inherent value as unique life forms that deserve to have protection from human activity that could cause the eradication of the species. Thus, the defendants' actions will continue to deprive me of aesthetic, spiritual, and recreational benefits I derive from the species and its habitat.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of June, 2006

*Linda Bremer*

Linda Bremer

- 4 -