Plaintiffs' Exhibit 24
Defenders of Wildlife v. Gutierrez
No. 05-2191 (PLF) (D.D.C.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, et al. ) | |
| ) | No. 05-2191 (PLF) |
| v. ) | |
| ) | |
| Carlos Gutierrez, et al. ) | |
| ) | |

DECLARATION OF JOHN PHILLIPS

I, John Phillips, declare the following:

1. I am a member of The Ocean Conservancy and reside in Portland, Maine, and Boston, Massachusetts. I am also the New England Regional Director for The Ocean Conservancy and am based in The Ocean Conservancy's New England Office in Portland, Maine. I have held this position with The Ocean Conservancy for 5 years.

2. My experience growing up on the coast of New England instilled in me a strong love of the ocean and its living resources. I keep a sailboat in Harpswell, Maine, and regularly use it in the surrounding waters and all the way down to Cape Cod. The loss of marine life and destruction of the ocean ecosystem diminishes my enjoyment of cruising the coast of New England.

3. My interest in ocean protection is also influenced by my scientific background and professional experience. I hold a Bachelor's Degree in American history from Harvard University and a Master of Science Degree in Natural Resources from the University of Michigan's School of Natural Resources. Before coming to work for The Ocean Conservancy, I worked for three Governors of Massachusetts, the National Oceanic and Atmospheric Administration, and several non-profit organizations. I was the U.S. Executive Director for the Atlantic Salmon Federation in the coastal town of Ipswich, Massachusetts, trying to restore salmon populations severely depleted by overfishing and habitat destruction. I also worked as a consultant to the Conservation Law Foundation on fish conservation issues, including working to ameliorate the damaging effects of salmon aquaculture.

4. From 1991 until 1999, I served as the Commissioner of Fisheries, Wildlife, and Environmental Law Enforcement for the State of Massachusetts. In that capacity, I oversaw a variety of work to protect North Atlantic right whales, including the Massachusetts Division of Marine Fisheries' involvement in fishing gear changes and its participation on the Atlantic Large Whale Take Reduction Team, formed

pursuant to the federal Marine Mammal Protection Act and facilitated by the National Marine Fisheries Service. During my tenure with the State of Massachusetts, we were aware of the growing problem of right whale ship strikes and discussed the need to take action through the U.S. Coast Guard and international organizations. As evidenced by this lawsuit, action still has not been taken to protect this highly endangered species.

5. I have seen right whales in New England waters first hand and have a strong interest in being able to continue to see them as part of my enjoyment of the New England coast and Atlantic Ocean. The failure of the federal defendants to protect and recover the species – including their failure to take timely action to slow and reroute vessels to reduce the risk of ship strikes, which remain the leading cause of right whale mortality – directly affects my aesthetic, recreational, and scientific interests.

6. The Ocean Conservancy, founded in 1972, is a non-profit science-based environmental advocacy organization with headquarters in Washington, D.C., and offices in Maine, Florida, California, Alaska, Texas, Washington, and the U.S. Virgin Islands. The Ocean Conservancy is the largest and oldest U.S. environmental organization solely dedicated to protecting ocean ecosystems and sustainable fisheries, including those resources off the Gulf Coast. To further its goals, The Ocean Conservancy conducts research, promotes public awareness, education, and citizen involvement in the conservation of ocean wildlife, and advocates for conservation through litigation, lobbying federal, state, and local legislatures, and participating in administrative informal rulemakings through comments and at hearings.

7. The Ocean Conservancy currently has approximately 190,000 members and donors nationwide, including over 73,544 members in East Coast states that border right whale habitat and migratory routes. The Ocean Conservancy regularly sends information to our members that is relevant to our mission via direct mailings, our magazine – BluePlanet Quarterly, electronic mail, and our website -- www.oceanconservancy.org. Ocean Conservancy staff members regularly publish special reports, stories, and articles in various media. These communication capabilities enable us to disseminate our advocacy messages on behalf of our members and educate and empower our members to communicate with their elected officials.

8. Many of our members, like myself, belong to The Ocean Conservancy because they use and enjoy the oceans for numerous activities, including fishing, scuba diving, snorkeling, boating, swimming, research, and study. As a result of their activities, members of The Ocean Conservancy receive economic, social, aesthetic, recreational, scientific, educational, and physical benefits from the Atlantic Ocean and its marine wildlife. Many of our members are especially

concerned about protecting marine wildlife and accordingly maintain an active interest in the conservation of right whales as one of the most endangered marine mammals in the world.

9. The Ocean Conservancy (formerly the Center for Marine Conservation) has actively worked to conserve the North Atlantic right whale since 1989. This work has included commenting on the Recovery Plan for the North Atlantic Right Whale, originally published in 1991 and revised in 2001 and 2004, as well as commenting on the designation of critical habitat for the species. In 2002, The Ocean Conservancy petitioned to revise the critical habitat designation to improve protections for the species. The Ocean Conservancy has participated as a member of the Atlantic Large Whale Take Reduction Team since its establishment in 1996 in an attempt to find solutions to the problem of right whale entanglement in commercial fisheries. We have also been involved in educating the public and advocating for action to stop the rising problems of ship strikes, including working with the Right Whale Recovery Plan Northeast Implementation Team, and participating in NMFS' proposal to regulate shipping impacts to right whales beginning in 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on May 31, 2006, in Portland, Maine.

John C. Phillips
New England Regional Director
The Ocean Conservancy

3