Plaintiffs' Exhibit 29
Defenders of Wildlife v. Gutierrez
No. 05-2191 (PLF) (D.D.C.)


UNITED STATES DEPARTMENT OF COMMERCE
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
1315 East-West Highway
Silver Spring, Maryland 20910

THE DIRECTOR

JUL - 1 2005

Mr. David Cottingham
Executive Director
Marine Mammal Commission
4340 East-West Highway
Bethesda, Maryland 20814-4447

Dear Mr. ~~Cottingham~~ David:

This is in response to your January 24, 2005, letter providing recommendations to protect North Atlantic right whales from ship strikes. The status of northern right whales is a very serious issue for the National Oceanic and Atmospheric Administration's National Marine Fisheries Service (NMFS). While calf production has increased somewhat in recent years, recovery is seriously affected by fatalities and serious injuries resulting from human activities, primarily from entanglements in fishing gear and collisions with ships. Reducing right whale mortalities is one of the highest priority issues within NMFS, and I appreciate the Marine Mammal Commission's (MMC) continued interest in this difficult matter.

With regard to ship strikes, NMFS has developed a multi-year, range-wide Ship Strike Reduction Strategy. The Strategy was issued as an Advance Notice of Proposed Rulemaking (ANPR) (69 FR 30857, 1 June 2004) and a series of public meetings were held on the ANPR. We are currently analyzing its various measures, and alternatives, as required under the National Environment Policy Act (NEPA). A Notice of Intent was published on June 22, 2005, announcing NMFS' intent to prepare a Draft Environmental Impact Statement (DEIS) under NEPA on the Strategy and its alternatives. The Strategy and its alternatives identify a set of protective measures that include proposed routing changes and ship speed restrictions along the eastern seaboard. These include many of the recommendations by the MMC in its January 24th letter. We expect to issue the DEIS and proposed rule by the end of the year.

The U.S. Coast Guard (USCG) is also currently conducting Port Access Route Studies (70 FR 8312, 18 February 2005) on two routing changes (one in Cape Cod Bay, and one in right whale critical habitat in waters off Florida and Georgia) recommended in the Strategy. The USCG analysis will assess potential navigational and environmental problems should the routes be imposed. The USCG is required to provide its recommendations on the proposed routes in a report to Congress by the end of 2005.

NMFS has considered emergency rulemaking. However, despite the title, emergency regulations still require that an environmental analysis be conducted, including economic effects, on affected parties and the environment. As a result, emergency regulations require considerable time to implement, comparable to the normal rulemaking process. Given those constraints and the importance of public notice and comment, we have decided not to pursue emergency



THE ASSISTANT ADMINISTRATOR
FOR FISHERIES



Printed on Recycled Paper

rulemaking at this time so that we may direct our full energies to proceed as quickly as possible with analysis and rulemaking to implement the comprehensive ship strike strategy. If we can stay on target, emergency rulemaking should not be necessary as long as we publish the above rules in a timely manner.

In the meantime, we have requested that the USCG issue information in its broadcast Notice to Mariners to advise commercial ships to slow to speeds no greater than 12 knots when transiting areas occupied by right whales. A copy of my letter to the USCG is enclosed. In addition, we have increased efforts to educate mariners on steps they can take to reduce the likelihood of a ship strike. This includes collaboration with the cruise industry involving training modules for all captains and crews being distributed this summer.

We have also had discussions with other federal agencies for the past few months about the need for a summit to discuss measures each agency can take under its own authority to reduce the likelihood of a ship strike with a right whale. Generally the focus of the discussions has been on reducing federal vessel speeds voluntarily whenever possible to 12 knots or less where human or national security are not compromised. We have found that most agencies believe they are working to the best of their ability, within their respective mandates, to reduce or eliminate the likelihood of a vessel strike and, because our opinion on the need for a summit is not shared, a summit likely will not occur. We will continue to work with the other agencies, as you have recommended, especially with regard to completing or initiating further consultations under Section 7(a) of the Endangered Species Act. The intent of these informal and formal discussions is to ensure that routine vessel operations, or other activities involving vessels, do not jeopardize right whales or their habitat.

On a related matter, NMFS recently completed an updated Recovery Plan for the North Atlantic right whale, outlining major activities needed to recover right whales, including implementation of these plans. Copies are enclosed and additional copies are being sent to you and your staff. Extra copies can be obtained at www.nmfs.noaa.gov/pr/pr3/recovery, or by contacting the Office of Protected Resources. Further information on NMFS' North Atlantic right whale program is available at http://www.nmfs.noaa.gov/pr/shipstrike/ and http://www.nero.noaa.gov/whaletrp/.

I appreciate the Commission's concern about this serious issue and its interest in right whale conservation.

Sincerely,

Rebecca Lent

William T. Hogarth, Ph.D.

Enclosures