

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Wildlife and Marine Resources Section*　　　　　　　　　　　　　　　　　　　　　*Telephone (202) 305-0210*
*P.O. Box 7369*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Facsimile (202) 305-0275*
*Ben Franklin Station*
*Washington, DC 20044-7369*

March 21, 2006

Howard Crystal
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009-1056

　　　　Re:　　Defenders of Wildlife v. Gutierrez, No. 05-2191 (D.D.C. (PLF)

Dear Howard,

　　　　This letter responds to your correspondence of March 13, 2006, concerning the materials that your clients wish to see represented in the administrative records due on March 31, 2006. While I can appreciate your desire to proceed with the litigation in a timely fashion, I do feel that your letter is premature. The parties built into the litigation schedule a period for review of the administrative record and an opportunity to informally resolve any issues concerning the adequacy of the record.

　　　　With respect to NMFS' internal guidelines on the content of administrative records, the agency stands behind these guidelines. NMFS is in the process of assembling the administrative record. If, upon receipt and review of their record, you feel that there are materials lacking, we can certainly discuss supplementation issues at that time.

　　　　With respect to the Coast Guard's record, that agency is endeavoring to assemble a complete administrative record on the routing measures referenced in your complaint and any possible impacts of those routing measures on endangered species.

　　　　Once your clients have had an opportunity to review each agency's record, I will be happy to address specific concerns or questions you may have on either record.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　/s/  Bridget Kennedy McNeil

Att. 2