### Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009-1056

Katherine A. Meyer                                    Telephone (202) 588-5206
Eric R. Glitzenstein                                        Fax (202) 588-5049
Howard M. Crystal                              meyerglitz@meyerglitz.com
Kimberly D. Ockene
Tanya M. Sanerib

May 12, 2006

**Via Email**
Bridget Kennedy McNeil
Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369

          Re:    <u>Defenders of Wildlife v. Gutierrez</u>, No. 05-2191 (D.D.C.) (PLF)

Dear Bridget:

I am writing to address the additional materials that will be added to the Coast Guard Administrative Record. In your April 18, 2006 letter, you agreed to add the 2004 Memorandum by Ms. Brice-O'Hara to the Record. Last week I reviewed additional records that the Coast Guard made available, and had copies made of a few of those documents. Most of them are Federal Register notices, and, assuming the Coast Guard has no objection to our relying on those Notices in our briefs, we see no reason they would need to be added to the Administrative Record.

However, there were several additional documents I reviewed that plaintiffs would like added to the Record, a copy of each of which is attached. They are (a) 1970 Survey (5 pages); (b) 1979 "Study Structure" (7 pages); (c) Commandant Instruction 16651 (3 pages); (d) 1980 Letter from Chief, Port Safety and Law Enforcement (2 pages); and (e) Distinctions Between TSS and Fairways (3 pages). Each of these records is relevant to plaintiffs' claim, concerning both the Coast Guard's authority to regulate shipping in right whale habitat and the manner in which that regulation takes place.

Please let us know when the Coast Guard can provide an amended record that adds these additional records.

Sincerely,

Howard M. Crystal

enc.

Att. 7
