

U.S. Department of Justice

Environment and Natural Resources Division

---

*Wildlife and Marine Resources Section*  *Telephone (202) 305-0210*
*P.O. Box 7369*  *Facsimile (202) 305-0275*
*Ben Franklin Station*
*Washington, DC 20044-7369*

May 17, 2006

Howard Crystal
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009-1056

Re:    Defenders of Wildlife v. Gutierrez, No. 05-2191 (D.D.C. (PLF)

Dear Howard,

This responds to your May 12, 2006 letter concerning supplementation of the administrative record filed by the Coast Guard in the above-captioned case.

You mentioned that several of the documents were Federal Register notices, and "assuming the Coast Guard has no objection" to your reliance upon those Notices in your briefs, you stated that they did not need to be added to the administrative record. We do not agree that these Federal Register notices are appropriate inclusions in the administrative record. We take no further current position on your reliance upon such documents in your briefing, but reserve the right to make all appropriate objections.

Concerning your request to add specific documents to the record, the Coast Guard confirms that it is willing to supplement the administrative record to add the March 24, 2004 recommendation Memorandum from Rear Admiral Brice-O'Hara, and will do so shortly, but does not agree to supplement the record with the five additional documents referenced in your letter. The Coast Guard does not believe that any of the five additional documents are properly part of the administrative record for the actions challenged in your complaint, despite your assertion that they are relevant to Plaintiffs' claim concerning Coast Guard authority to regulate shipping.

If you choose to pursue inclusion of these additional documents in the record, we assume that you will follow the course outlined earlier to the Court, by filing a motion to supplement the administrative record concurrent with your opening brief. Please inform me if you plan to take alternative action, or if you have further questions or concerns.

Sincerely,

/s/ Bridget McNeil

Bridget Kennedy McNeil

Att. 8