UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE *et al.*,   )<br>  )<br>         Plaintiffs,   )<br>  )<br>     v.   )<br>  )<br>CARLOS GUTIERREZ *et al.*,   )<br>  )<br>         Defendants.   )<br>_____)  | Case No. 1:05CV02191 |

### DECLARATION OF BRIDGET KENNEDY McNEIL

I, Bridget Kennedy McNeil, declare and state as follows:

1. I am a trial attorney in the Wildlife and Marine Resources Section of the Environment and Natural Resources Division of the United States Department of Justice, and am counsel for Federal Defendants in the above-captioned case.

2. I am licensed to practice law in the State of Colorado, and as counsel for the Federal Government, I am permitted to practice in the U.S. District Court for the District of Columbia, pursuant to local rule.

3. I have personal knowledge of the matters contained in this declaration and, if called and sworn as a witness, I can and will competently testify to all of the matters contained herein.

4. Attached as Exhibit A is a true and correct copy of excerpts from the International Maritime Organization's Ships' Routeing guide, 8th Edition, 2003.

   I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2006 in Washington, D.C.

                                                                    *Bridget Kennedy McNeil*
                                                                    Bridget Kennedy McNeil