UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE *et al.*, ) | |
| ) | Case No. 1:05CV02191 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CARLOS GUTIERREZ *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Cross-Motion for Summary Judgment, the opposition thereto, and the entire record herein, it is hereby ORDERED that the Cross-Motion is GRANTED; and it is further

ORDERED that Plaintiffs' Motion for Summary Judgment is denied; and it is further

ORDERED that Plaintiffs' Amended Complaint is dismissed with prejudice; and it is further

ORDERED that each party shall bear their own attorneys' fees and costs.

Dated:_____, 2006.

_____
The Honorable Paul. L. Friedman
U.S. District Court Judge