COMMANDANT (G-LMI)
U.S. COAST GUARD
2100 SECOND STREET SW
ROOM 1416
WASHINGTON, DC 20593

# **SHIPS'** Routeing

Eighth edition, 2003

This edition includes amendments adopted up to December 2003
**The chartlets contained herein are not to be used for navigation**



INTERNATIONAL
MARITIME
ORGANIZATION
London, 2004

*First published in 1970*
by the INTERNATIONAL MARITIME ORGANIZATION
4 Albert Embankment, London SE1 7SR

*Second edition, 1972*
*Third edition, 1973*
*(Supplement, 1975)*
*Fourth edition, 1978*
*Fifth edition, 1984*
*Sixth edition, 1991*
*Seventh edition, 1999*
*Eighth edition, 2003 (updated to 2004, format amended)*

Printed in Great Britain by William Clowes Ltd, Beccles, Suffolk

4  6  8  10  9  7  5

ISBN-13: 978-92-801-4175-7
ISBN-10: 92-801-4175-9

IMO PUBLICATION

Sales number: IB927E

Copyright © International Maritime Organization 2004

*All rights reserved.*
*No part of this publication may be reproduced,*
*stored in a retrieval system or transmitted*
*in any form or by any means*
*without prior permission in writing from the*
*International Maritime Organization.*

# Note

This eighth edition supersedes the first, second, third, fourth, fifth, sixth and seventh editions and includes all routeing measures adopted by IMO up to and including the seventy-sixth session (December 2002) of the Maritime Safety Committee and the twenty-third session of the Assembly (December 2003). The expected dates of implementation of these revisions that were not in force on the date of publication of this edition are shown in footnotes.

With regard to the dates of implementation of the routeing measures, reference should be made to relevant Notices to Mariners. Users of this publication should note that there may be a delay between amendment to the General Provisions on Ships' Routeing and routeing measures and publication of revised pages.

The numbers of reference charts in the description of individual systems are those applicable at the time of adoption.

Hydrographic services promulgate, by appropriate means, full details of routeing systems adopted by IMO and such General Provisions on Ships' Routeing, as amended, as are relevant to the mariner.

# Contents

|  | Page |
|---|---|
| Introduction . . . . . . . . . . . . . . . . . . . | ix |
| SOLAS 1974, as amended, regulation V/10. . . . . . . . . . . . . . . . . . . . . . | xi |

## Part A — General provisions on ships' routeing

|  | |
|---|---|
| Introduction . . . . . . . . . . . . . . . . . | 1 |
| 1 Objectives . . . . . . . . . . . . . . . . . | 1 |
| 2 Definitions. . . . . . . . . . . . . . . . . . | 1 |
| 3 Procedures and responsibilities . . . | 2 |
| 4 Methods . . . . . . . . . . . . . . . . . . . | 4 |
| 5 Planning . . . . . . . . . . . . . . . . . . | 7 |
| 6 Design criteria . . . . . . . . . . . . . . . | 8 |
| 7 Temporary adjustments and suspensions . . . . . . . . . . . . . . . . | 10 |
| 8 Use of routeing systems . . . . . . . . | 11 |
| 9 Representation on charts. . . . . . . . | 12 |

## Part B — Traffic separation schemes

|  | |
|---|---|
| Rule 10 of COLREG 1972, as amended | 1 |

### Section I – Baltic Sea

|  | |
|---|---|
| Off Sommers Island . . . . . . . . . . . . | I/1 |
| Off Hogland (Gogland) Island. . . . . . | I/2 |
| Off Rodsher Island. . . . . . . . . . . . . | I/3 |
| Off Kalbådagrund Lighthouse. . . . . . | I/4 |
| Off Porkkala Lighthouse. . . . . . . . . . | I/5 |
| Off Hankoniemi Peninsula . . . . . . . . | I/6 |
| Off Kõpu Peninsula (Hiiumaa Island). . . . . . . . . . . . . . . . . . . . | I/7 |
| Off Gotland Island. . . . . . . . . . . . . | I/8 |
| Off Öland Island . . . . . . . . . . . . . . | I/9 |
| Off Falsterborev. . . . . . . . . . . . . . . | I/10 |
| In The Sound. . . . . . . . . . . . . . . . . | I/11 |
| South of Gedser. . . . . . . . . . . . . . . | I/12 |
| Off Kiel Lighthouse . . . . . . . . . . . . | I/13 |
| Between Korsoer and Sprogoe. . . . . . | I/14 |
| At Hatter Barn . . . . . . . . . . . . . . . | I/15 |

### Section II – Western European waters

|  | |
|---|---|
| Summary chartlets . . . . . . . . . . . . . | II/1 |
| West of the Scilly Isles . . . . . . . . . . | II/2 |
| South of the Scilly Isles. . . . . . . . . . | II/3 |
| Off Land's End, between Seven Stones and Longships. . . . . . . . . . | II/4 |
| Off Ushant . . . . . . . . . . . . . . . . . . | II/5 |
| Off Casquets . . . . . . . . . . . . . . . . . | II/6 |
| In the Strait of Dover and adjacent waters . . . . . . . . . . . . . . | II/7 |
| At West Hinder . . . . . . . . . . . . . . . | II/8 |
| Off Friesland . . . . . . . . . . . . . . . . . | II/9 |
| In the approaches to Hook of Holland and at North Hinder . . . . | II/10 |
| Off Texel. . . . . . . . . . . . . . . . . . . . | II/11 |
| Off Vlieland, Vlieland North and Vlieland Junction . . . . . . . . . . . . | II/12 |
| Terschelling–German Bight . . . . . . . . | II/13 |
| German Bight western approach . . . . | II/14 |

|  | Page |
|---|---|
| Jade approach . . . . . . . . . . . . . . . . | II/15 |
| Elbe approach . . . . . . . . . . . . . . . . | II/16 |
| In the approaches to the River Humber. . . . . . . . . . . . . . . . . . . | II/17 |
| Off Feistein . . . . . . . . . . . . . . . . . . | II/18 |
| Off Fastnet Rock . . . . . . . . . . . . . . . | II/19 |
| Off Smalls . . . . . . . . . . . . . . . . . . . | II/20 |
| Off Tuskar Rock . . . . . . . . . . . . . . . | II/21 |
| Off Skerries. . . . . . . . . . . . . . . . . . | II/22 |
| In the North Channel. . . . . . . . . . . . | II/23 |
| Off Finisterre. . . . . . . . . . . . . . . . . | II/24 |
| Off Berlenga . . . . . . . . . . . . . . . . . | II/25 |
| Off Cape Roca. . . . . . . . . . . . . . . . | II/26 |
| Off Cape S. Vicente . . . . . . . . . . . . | II/27 |
| At Banco del Hoyo . . . . . . . . . . . . | II/28 |

### Section III – Mediterranean Sea and Black Sea

|  | |
|---|---|
| In the Strait of Gibraltar . . . . . . . . | III/1 |
| Off Cabo de Gata . . . . . . . . . . . . . | III/2 |
| Off Cape Palos. . . . . . . . . . . . . . . . | III/3 |
| Off Cape La Nao . . . . . . . . . . . . . . | III/4 |
| Off Cani Island . . . . . . . . . . . . . . . | III/5 |
| Off Cape Bon . . . . . . . . . . . . . . . . | III/6 |
| Saronicos Gulf (in the approaches to Piraeus Harbour) . . . . . . . . . . . . | III/7 |
| Off the Mediterranean coast of Egypt | III/8 |
| In the southern approaches to the Kerch Strait. . . . . . . . . . . . . . . . | III/9 |
| Between the ports of Odessa and Ilichevsk . . . . . . . . . . . . . . . . . . | III/10 |
| In the approaches to the ports of Odessa and Ilichevsk . . . . . . . . . | III/11 |
| Strait of Istanbul – North approach. . | III/12 |
| Strait of Istanbul . . . . . . . . . . . . . . | III/13 |
| Strait of Istanbul – South approach and Sea of Marmara. . . . . . . . . . . | III/14 |
| Strait of Çanakkale . . . . . . . . . . . . | III/15 |
| Strait of Çanakkale – South-west approach . . . . . . . . . . . . . . . . . | III/16 |

### Section IV – Indian Ocean and adjacent waters

|  | |
|---|---|
| In the Gulf of Suez. . . . . . . . . . . . . | IV/1 |
| In the entrance to the Gulf of Aqaba. | IV/2 |
| In the southern Red Sea – west and south of Hanish al Kubra . . . . . . . | IV/3 |
| In the southern Red Sea – east of Jabal Zuqar Island . . . . . . . . . . . . . . . | IV/4 |
| In the Strait of Bab el Mandeb . . . . . | IV/5 |
| Off Ras al Hadd . . . . . . . . . . . . . . . | IV/6 |
| In the Strait of Hormuz . . . . . . . . . . | IV/7 |
| Tunb–Farur. . . . . . . . . . . . . . . . . . . | IV/8 |
| Between Zaqqum and Umm Shaif . . . | IV/9 |
| In the approaches to Ras Tanura and Ju'aymah. . . . . . . . . . . . . . . . . . | IV/10 |
| Marjan/Zuluf. . . . . . . . . . . . . . . . . . | IV/11 |
| Off Dondra Head. . . . . . . . . . . . . . | IV/12 |
| Off Alphard Banks 34 miles south of Cape Infanta . . . . . . . . . . . . . . . | IV/13 |
| Off the FA platform 47 miles south of Mossel Bay . . . . . . . . . . . . . . . . | IV/14 |

*Page*

**Section V – South-East Asia**
Summary chartlets . . . . . . . . . . . . . . V/1
At One Fathom Bank. . . . . . . . . . . V/2
Port Klang to Port Dickson . . . . . . . V/3
Port Dickson to Tanjung Keling . . . . V/4
Malacca to Iyu Kecil . . . . . . . . . . . V/5
In the Singapore Strait (Main Strait) . V/6
Singapore Strait (Off St. John's Island) V/7
Singapore Strait (Off Changi/Pulau
  Batam) . . . . . . . . . . . . . . . . . . . V/8
At Horsburgh Lighthouse area . . . . . V/9
In the East Lamma and Tathong
  Channels . . . . . . . . . . . . . . . . . . V/10

**Section VI – Australasia**
South of Wilson Promontory in the
  Bass Strait. . . . . . . . . . . . . . . . . VI/1
In the Bass Strait . . . . . . . . . . . . . . VI/2

**Section VII – North America, Pacific coast**
In Prince William Sound. . . . . . . . . VII/1
In the Strait of Juan de Fuca and its
  approaches . . . . . . . . . . . . . . . . VII/2
In Puget Sound and its approaches . . VII/3
In Haro Strait, Boundary Pass, and in
  the Strait of Georgia. . . . . . . . . . VII/4
Off San Francisco . . . . . . . . . . . . . VII/5
In the Santa Barbara Channel. . . . . . VII/6
In the approaches to Los Angeles –
  Long Beach . . . . . . . . . . . . . . . . VII/7
In the approaches to Salina Cruz. . . . VII/8

**Section VIII – South America, Pacific coast**
Landfall and approaches to Talara
  Bay. . . . . . . . . . . . . . . . . . . . . . VIII/1
Landfall and approaches to Paita Bay VIII/2
Landfall off Puerto Salaverry . . . . . . VIII/3
Landfall and approaches to Ferrol Bay
  (Puerto Chimbote) . . . . . . . . . . . VIII/4
Approaches to Puerto Callao . . . . . . VIII/5
Landfall and approaches to Puerto San
  Martin . . . . . . . . . . . . . . . . . . . . VIII/6
Landfall and approaches to San
  Nicolas Bay. . . . . . . . . . . . . . . . . VIII/7
Landfall and approaches to Puerto Ilo VIII/8
In the approaches to Arica . . . . . . . . VIII/9
In the approaches to Iquique. . . . . . . VIII/10
In the approaches to Antofagasta . . . VIII/11
In the approaches to Quintero Bay . . VIII/12
In the approaches to Valparaiso . . . . VIII/13
In the approaches to Concepcion Bay VIII/14
In the approaches to San Vicente Bay VIII/15
In the approaches to Punta Arenas . . VIII/16

**Section IX – Western North Atlantic Ocean,
    Gulf of Mexico and
    Caribbean Sea**
In the approaches to Chedabucto Bay IX/1
In the Bay of Fundy and approaches . IX/2
In the approaches to Portland, Maine IX/3
In the approach to Boston,
  Massachusetts . . . . . . . . . . . . . . . IX/4

*Page*

In the approaches to Narragansett
  Bay, Rhode Island, and Buzzards
  Bay, Massachusetts. . . . . . . . . . . . IX/5
Off New York . . . . . . . . . . . . . . . . IX/6
Off Delaware Bay. . . . . . . . . . . . . . IX/7
In the approaches to Chesapeake Bay IX/8
In the approaches to Galveston Bay. . IX/9
In the approaches to the port of
  Veracruz . . . . . . . . . . . . . . . . . . . IX/10
Off Cabo San Antonio . . . . . . . . . . IX/11
Off La Tabla . . . . . . . . . . . . . . . . . IX/12
Off Costa de Matanzas. . . . . . . . . . . IX/13
In the Old Bahama Channel . . . . . . . IX/14
Off Punta Maternillos. . . . . . . . . . . . IX/15
Off Punta Lucrecia. . . . . . . . . . . . . . IX/16
Off Cabo Maysi . . . . . . . . . . . . . . . IX/17

**Section X – Asia, Pacific coast**
In the fourth Kuril Strait . . . . . . . . . X/1
In the Proliv Bussol . . . . . . . . . . . . X/2
Off the Aniwa Cape . . . . . . . . . . . . X/3
In the approaches to the Gulf of
  Nakhodka . . . . . . . . . . . . . . . . . . X/4
Off the Ostrovnoi Point . . . . . . . . . . X/5
In the waters off Chengshan Jiao
  Promontory . . . . . . . . . . . . . . . . . X/6

**Part C — Deep-water routes**

**Section I – Baltic Sea**
Recommendation on navigation
  through the entrances to the Baltic
  Sea . . . . . . . . . . . . . . . . . . . . . . . I/1
Deep-water route between Hatter
  Rev and Hatter Barn . . . . . . . . . . I/2
Deep-water route off the east
  coast of Langeland . . . . . . . . . . . I/3
Deep-water route north-east of
  Gedser. . . . . . . . . . . . . . . . . . . . . I/4
Deep-water route from the borders of
  the TSS from Gogland Island to
  Rodsher Island. . . . . . . . . . . . . . . I/5

**Section II – Western European waters**
Deep-water route leading to the
  port of Antifer. . . . . . . . . . . . . . . II/1
Deep-water route forming part of
  the north-eastbound traffic lane
  of the "In the Strait of Dover
  and adjacent waters" traffic
  separation scheme . . . . . . . . . . . II/2
Deep-water routes forming parts of
  routeing system "Off Friesland" . . II/3
Deep-water route leading to
  Europoort . . . . . . . . . . . . . . . . . . II/4
Deep-water route leading to
  IJmuiden . . . . . . . . . . . . . . . . . . . II/5
Deep-water route west of the
  Hebrides . . . . . . . . . . . . . . . . . . . II/6

**Section III – South-East Asia**
Deep-water routes within the traffic
  separation schemes in the
  Strait of Malacca . . . . . . . . . . . . . III/1

*Page*

Deep-water routes forming part of
the eastbound traffic lane of the
traffic separation scheme "In the
Singapore Strait" . . . . . . . . . . . .     III/2

**Section IV – Western North Atlantic Ocean,
Gulf of Mexico and
Caribbean Sea**
Deep-water route in the southern
approach to Chesapeake Bay. . . . .     IV/1

## Part D — Areas to be avoided

**Section I – North-western European waters**
In the region of the Rochebonne Shelf     I/1
In the English Channel and its
approaches . . . . . . . . . . . . . . . .     I/2
In the Dover Strait. . . . . . . . . . . . .     I/3
Around the F3 station within the
separation scheme "In the Strait of
Dover and adjacent waters" . . . . .     I/4
At North Hinder Junction Point . . . .     I/5
At Maas Centre . . . . . . . . . . . . . . .     I/6
In the region of the Orkney Islands . .     I/7
In the region of The Fair Isle . . . . . .     I/8
In the region of the Shetland Islands .     I/9
Between The Smalls Lighthouse and
Grassholme Island . . . . . . . . . . .     I/10

**Section II – North and Central American
waters**
In the region of Nantucket Shoals . . .     II/1
In the region of the Bermuda
Islands . . . . . . . . . . . . . . . . . . .     II/2
Off the Florida coast . . . . . . . . . . .     II/3
At Louisiana Offshore Oil Port
(LOOP) in the Gulf of Mexico . . .     II/4
Area to be avoided in the approaches
to the part of Veracruz. . . . . . . . .     II/5
At maritime oil terminal
off Cayo Arcas. . . . . . . . . . . . . .     II/6
In the Gulf of Campeche . . . . . . . . .     II/7
In the region of the North-West
Hawaiian Islands . . . . . . . . . . . . .     II/8
Off the Washington coast . . . . . . . . .     II/9
Off the California coast . . . . . . . . . .     II/10
In the approaches to Salina Cruz. . . .     II/11
In the access routes to the ports of
Matanzas and Cardenas . . . . . . . .     II/12

**Section III – Other areas to be avoided**
In the region of the Vorioi Sporadhes
islands. . . . . . . . . . . . . . . . . . . .     III/1
North of the Straits of Tiran. . . . . . .     III/2
North of Sharm el Sheikh harbour . .     III/3
At the southern extremity of the Sinai
Peninsula. . . . . . . . . . . . . . . . . . .     III/4
In the region of Fasht Buldani . . . . .     III/5
In the region of Mahé Island
in the Seychelles. . . . . . . . . . . . . .     III/6
In the region of the Aldabra
Islands in the Seychelles . . . . . . . .     III/7

*Page*

In the region of the Great Barrier
Reef . . . . . . . . . . . . . . . . . . . . .     III/8
In the region of Three Kings Islands .     III/9
In the Bass Strait . . . . . . . . . . . . . .     III/10
Malpelo Island. . . . . . . . . . . . . . . .     III/11
In the region of Cape Terpeniya
(Sakhalin) . . . . . . . . . . . . . . . . .     III/12

## Part E — Other routeing measures

Recommendations on navigation
through the Gulf of Finland traffic
area . . . . . . . . . . . . . . . . . . . . .     1
Recommended directions of
traffic flow in the English Channel.     2
Recommended routes in the
Fair Isle Channel . . . . . . . . . . . .     3
Recommendations on navigation
around the United Kingdom coast.     4
Recommended directions of
traffic flow in the German Bight . .     5
Routeing measures in the Strait of
Bonifacio. . . . . . . . . . . . . . . . . .     6
Recommended routes off the
Mediterranean coast of Egypt . . . .     7
Recommended directions of traffic
flow off Ras Shukheir. . . . . . . . . .     8
In the southern Red Sea –
Recommended tracks between Jabal
Zuqar and the precautionary area
and between Hanish al Kubra and
the precautionary area . . . . . . . . .     9
In the southern Red Sea –
Precautionary area north of
the amended traffic separation
scheme "In the Strait of Bab el
Mandeb". . . . . . . . . . . . . . . . . . .     10
Recommended two-way route in the
Strait of Juan de Fuca . . . . . . . . .     11
Recommended tracks off the
California coast for ships of
300 gross tonnage and above and
for ships carrying hazardous
cargo in bulk . . . . . . . . . . . . . . .     12
Recommended tracks in the
Gulf of Campeche . . . . . . . . . . . .     13
Precautionary area in the region of the
Grand Banks of Newfoundland. . .     14

## Part F — Associated rules and
recommendations on
navigation

Recommendations on navigation
through the English Channel and
the Dover Strait. . . . . . . . . . . . . .     1
Rules and recommendations on
navigation through the Strait of
Istanbul, the Strait of Çanakkale
and the Marmara Sea. . . . . . . . . .     2

*Page*

*Part F — Associated rules and*
        *recommendations on*
        *navigation (continued)*

Rules for ships navigating in
    the Gulf of Suez. . . . . . . . . . . . . .    3
Rules for navigation of laden tankers
    off the South African coast . . . . . .    4
Rules for vessels navigating through
    the Straits of Malacca and
    Singapore . . . . . . . . . . . . . . . . .    5
Navigation in the vicinity of
    the Grand Banks of Newfoundland    6


*Part G — Mandatory ship reporting*
        *systems, mandatory*
        *routeing systems and*
        *mandatory no anchoring*
        *areas*

SOLAS 1974, as amended,
regulation V/11 . . . . . . . . . . . . . . . . . . . . . .    1

**Section I – Mandatory ship reporting systems**
    In the Gulf of Finland traffic area . . .    I/1
    In the Great Belt Traffic area . . . . . .    I/2
    Off Ushant . . . . . . . . . . . . . . . . . .    I/3
    Off Les Casquets and the adjacent
        coastal area . . . . . . . . . . . . . . . .    I/4
    The Dover Strait/Pas de Calais . . . . .    I/5
    Off Finisterre . . . . . . . . . . . . . . . . .    I/6
    "In the Strait of Gibraltar" traffic
        separation scheme area . . . . . . . . .    I/7
    In the Strait of Bonifacio . . . . . . . . .    I/8
    In the Adriatic Sea . . . . . . . . . . . . .    I/9

*Page*

In the Straits of Malacca and
    Singapore . . . . . . . . . . . . . . . . .    I/10
In the Torres Strait and the Inner
    Route of the Great Barrier Reef . .    I/11
Mandatory ship reporting systems in
    Greenland waters . . . . . . . . . . . .    I/12
Mandatory ship reporting systems for
    protection of endangered North
    Atlantic right whales in sea areas off
    the north-eastern and south-eastern
    coasts of the United States . . . . . .    I/13
Off Chengshan Jiao Promontory . . . .    I/14

**Section II – Mandatory routeing systems and
        mandatory no anchoring areas**
Mandatory route for tankers from
    North Hinder to the German Bight
    and vice versa . . . . . . . . . . . . . . .    II/1
Mandatory no anchoring areas for all
    ships on Flower Garden Banks
    coral reefs . . . . . . . . . . . . . . . . .    II/2
Mandatory no anchoring areas in the
    Tortugas Ecological Reserve and
    Tortugas Bank . . . . . . . . . . . . . . .    II/3


*Part H — Adoption, designation*
        *and substitution of*
        *archipelagic sea lanes*

General provisions for the adoption,
    designation and substitution of
    archipelagic sea lanes . . . . . . . . .    1

**Section I – Adopted archipelagic sea lanes**
    Partial system of achipelagic sea lanes
        in Indonesian archipelagic waters. .    I/1

# INTERNATIONAL CONVENTION FOR
# THE SAFETY OF LIFE AT SEA, 1974, AS AMENDED

**Regulation V/10 – Ships' routeing** [*]

1   Ships' routeing systems contribute to safety of life at sea, safety and efficiency of navigation, and/or protection of the marine environment. Ships' routeing systems are recommended for use by, and may be made mandatory for, all ships, certain categories of ships or ships carrying certain cargoes, when adopted and implemented in accordance with the guidelines and criteria developed by the Organization.[†]

2   The Organization is recognized as the only international body for developing guidelines, criteria and regulations on an international level for ships' routeing systems. Contracting Governments shall refer proposals for the adoption of ships' routeing systems to the Organization. The Organization will collate and disseminate to Contracting Governments all relevant information with regard to any adopted ships' routeing systems.

3   The initiation of action for establishing a ships' routeing system is the responsibility of the Government or Governments concerned. In developing such systems for adoption by the Organization, the guidelines and criteria developed by the Organization[†] shall be taken into account.

4   Ships' routeing systems should be submitted to the Organization for adoption. However, a Government or Governments implementing ships' routeing systems not intended to be submitted to the Organization for adoption or which have not been adopted by the Organization are encouraged to take into account, wherever possible, the guidelines and criteria developed by the Organization.[†]

5   Where two or more Governments have a common interest in a particular area, they should formulate joint proposals for the delineation and use of a routeing system therein on the basis of an agreement between them. Upon receipt of such proposal and before proceeding with the consideration of it for adoption, the Organization shall ensure details of the proposal are disseminated to the Governments which have a common interest in the area, including countries in the vicinity of the proposed ships' routeing system.

6   Contracting Governments shall adhere to the measures adopted by the Organization concerning ships' routeing. They shall promulgate all information necessary for the safe and effective use of adopted ships' routeing systems. A Government or Governments concerned may monitor traffic in those systems. Contracting Governments shall do everything in their power to secure the appropriate use of ships' routeing systems adopted by the Organization.

7   A ship shall use a mandatory ships' routeing system adopted by the Organization as required for its category or cargo carried and in accordance with the relevant provisions in force unless there are compelling reasons not to use a particular ships' routeing system. Any such reason shall be recorded in the ship's log.

8   Mandatory ships' routeing systems shall be reviewed by the Contracting Government or Governments concerned in accordance with the guidelines and criteria developed by the Organization.[†]

9   All adopted ships' routeing systems and actions taken to enforce compliance with those systems shall be consistent with international law, including the relevant provisions of the 1982 United Nations Convention on the Law of the Sea.

10   Nothing in this regulation nor its associated guidelines and criteria[†] shall prejudice the rights and duties of Governments under international law or the legal regimes of straits used for international navigation and archipelagic sea lanes.

---

[*] This amended text was adopted on 5 December 2000 and entered into force on 1 July 2002.

[†] Refer to the General provisions on ships' routeing adopted by the Organization by resolution A.572(14), as amended.

A

# PART A

## GENERAL PROVISIONS
## ON
## SHIPS' ROUTEING

# General provisions on ships' routeing

## INTRODUCTION

The General Provisions on Ships' Routeing are established pursuant to regulation V/10 of the SOLAS Convention.

## 1 OBJECTIVES

1.1 The purpose of ships' routeing is to improve the safety of navigation in converging areas and in areas where the density of traffic is great or where freedom of movement of shipping is inhibited by restricted sea-room, the existence of obstructions to navigation, limited depths or unfavourable meteorological conditions. Ships' routeing may also be used for the purpose of preventing or reducing the risk of pollution or other damage to the marine environment caused by ships colliding or grounding or anchoring in or near environmentally sensitive areas.

1.2 The precise objectives of any routeing system will depend upon the particular hazardous circumstances which it is intended to alleviate, but may include some or all of the following:

   .1 the separation of opposing streams of traffic so as to reduce the incidence of head-on encounters;

   .2 the reduction of dangers of collision between crossing traffic and shipping in established traffic lanes;

   .3 the simplification of the patterns of traffic flow in converging areas;

   .4 the organization of safe traffic flow in areas of concentrated offshore exploration or exploitation;

   .5 the organization of traffic flow in or around areas where navigation by all ships or by certain classes of ship is dangerous or undesirable;

   .6 the organization of safe traffic flow in or around or at a safe distance from environmentally sensitive areas;

   .7 the reduction of risk of grounding by providing special guidance to vessels in areas where water depths are uncertain or critical; and

   .8 the guidance of traffic clear of fishing grounds or the organization of traffic through fishing grounds.

## 2 DEFINITIONS

2.1 The following terms are used in connection with matters related to ships' routeing:

   .1 *Routeing system*
   Any system of one or more routes or routeing measures aimed at reducing the risk of casualties; it includes traffic separation schemes, two-way routes, recommended tracks, areas to be avoided, no anchoring areas, inshore traffic zones, roundabouts, precautionary areas and deep-water routes.

   .2 *Mandatory routeing system*
   A routeing system adopted by the Organization, in accordance with the requirements of regulation V/10 of the International Convention for the Safety of Life at Sea 1974, for mandatory use by all ships, certain categories of ships or ships carrying certain cargoes.

   .3 *Traffic separation scheme**
   A routeing measure aimed at the separation of opposing streams of traffic by appropriate means and by the establishment of traffic lanes.

   .4 *Separation zone or line**
   A zone or line separating the traffic lanes in which ships are proceeding in opposite or nearly opposite directions; or separating a traffic lane from the adjacent sea area; or separating traffic lanes designated for particular classes of ship proceeding in the same direction.

   .5 *Traffic lane**
   An area within defined limits in which one-way traffic is established. Natural obstacles, including those forming separation zones, may constitute a boundary.

   .6 *Roundabout*
   A routeing measure comprising a separation point or circular separation zone and a circular traffic lane within defined limits. Traffic within the roundabout is separated by moving in a counterclockwise direction around the separation point or zone.

   .7 *Inshore traffic zone**
   A routeing measure comprising a designated area between the landward boundary of a traffic separation scheme and the adjacent coast, to be used in accordance with the provisions of rule 10(d), as amended, of the International Regulations for Preventing Collisions at Sea, 1972 (Collision Regulations).

   .8 *Two-way route*
   A route within defined limits inside which two-way traffic is established, aimed at providing safe passage of ships through waters where navigation is difficult or dangerous.

   .9 *Recommended route*
   A route of undefined width, for the conve-

---

* These terms are used in the 1972 Collision Regulations.



nience of ships in transit, which is often marked by centreline buoys.

.10 *Recommended track*
A route which has been specially examined to ensure so far as possible that it is free of dangers and along which ships are advised to navigate.

.11 *Deep-water route*
A route within defined limits which has been accurately surveyed for clearance of sea bottom and submerged obstacles as indicated on the chart.

.12 *Precautionary area*
A routeing measure comprising an area within defined limits where ships must navigate with particular caution and within which the direction of traffic flow may be recommended.

.13 *Area to be avoided*
A routeing measure comprising an area within defined limits in which either navigation is particularly hazardous or it is exceptionally important to avoid casualties and which should be avoided by all ships, or certain classes of ship.

.14 *No anchoring area*
A routeing measure comprising an area within defined limits where anchoring is hazardous or could result in unacceptable damage to the marine environment.     Anchoring in a no anchoring area should be avoided by all ships or certain classes of ships, except in case of immediate danger to the ship or the persons on board.

.15 *Established direction of traffic flow*
A traffic flow pattern indicating the directional movement of traffic as established within a traffic separation scheme.

.16 *Recommended direction of traffic flow*
A traffic flow pattern indicating a recommended directional movement of traffic where it is impractical or unnecessary to adopt an established direction of traffic flow.

## 3   PROCEDURES AND RESPONSIBILITIES

### *Procedures and functions of IMO*

3.1   IMO is recognized as the only international body responsible for establishing and adopting measures on an international level concerning ships' routeing systems for use by all ships, certain categories of ships or ships carrying certain cargoes or types and quantities of bunker fuel.

3.2   In deciding whether or not to adopt or amend a traffic separation scheme, IMO will consider whether:

.1   the aids to navigation proposed will enable mariners to determine their position with sufficient accuracy to navigate in the scheme in accordance with rule 10 of the 1972 Collision Regulations, as amended;

.2   the state of hydrographic surveys in the area is adequate;[*]

.3   the scheme takes account of the accepted planning considerations and complies with the design criteria for traffic separation schemes and with established methods of routeing.

3.3   In deciding whether or not to adopt or amend a routeing system other than a traffic separation scheme, IMO will consider whether the aids to navigation and the state of hydrographic surveys are adequate for the purpose of the system.[*]

3.4   IMO shall not adopt or amend any routeing system without the agreement of the interested coastal States, where that system may affect:

.1   their rights and practices in respect of the exploitation of living and mineral resources;

.2   the environment, traffic pattern or established routeing systems in the waters concerned; and

.3   demands for improvements or adjustments in the navigational aids or hydrographic surveys in the waters concerned.

3.5   In deciding whether or not to adopt or amend a mandatory routeing system, IMO will, in addition to the provisions of paragraphs 3.2, 3.3, as appropriate, and 3.4, consider whether:

.1   proper and sufficient justification for the establishment of a mandatory routeing system has been provided by the sponsoring Government or Governments; and

.2   ports or harbours of littoral States would be adversely affected.

3.6   In deciding whether or not to adopt or amend a routeing system which is intended to protect the marine environment, IMO will consider whether:

.1   the proposed routeing system can reasonably be expected to significantly prevent or reduce the risk of pollution or other damage to the marine environment of the area concerned;

.2   given the overall size of the area to be protected, or the aggregate number of environmentally sensitive areas established or identified in the geographical region concerned, the use of routeing systems – particularly areas to be avoided – could have the effect of unreasonably limiting the sea area available for navigation; and

.3   the proposed routeing system meets the requirements of these General Provisions.

---

[*] The minimum standards to which hydrographic surveys are to be conducted, to verify the accuracy of charted depths in the traffic lanes of a proposed or amended traffic separation scheme or in a deep-water route or other routeing measure, are those defined in Special Publication No. 44 of the International Hydrographic Organization, *IHO Standards for Hydrographic Surveys – Classification criteria for deep sea soundings – Procedures for elimination of doubtful data.*



3.7  IMO will not adopt a proposed routeing system until is is satisfied that the proposed system will not impose unnecessary constraints on shipping and is completely in accordance with the requirements of regulation V/10, paragraph 9 of the SOLAS Convention. In particular, an area to be avoided will not be adopted if it would impede the passage of ships through an international strait.

## Responsibilities of Governments and recommended and compulsory practices

3.8  A new or amended routeing system adopted by IMO shall not come into force as an IMO adopted system before an effective date promulgated by the Government that proposed the system, which shall be communicated to IMO by the responsible Government. That date shall not be earlier than six months after the date of adoption of a routeing system by IMO but, when new chart editions necessitate a substantially longer period between adoption and implementation, IMO shall set a later date as required by the circumstances of the case. If the Government that proposed the system is unable at the time of adoption by IMO to declare a definite date of implementation, this information should be communicated to IMO as soon as possible thereafter and the implementation date then declared should not be earlier than four months after the date on which the declaration is made; in the case of a traffic separation scheme the exact time of implementation should also be stated. If there is a protracted delay in making such a declaration, the Government concerned should periodically inform IMO of the situation and forecast when implementation is likely to be possible. Either Notices to Mariners to amend charts, or revised charts to depict the system, shall be made available in ample time before the system comes into force.

3.9  The responsible Government implementing a new or amended routeing system should ensure that full and final details of planned changes to aids to navigation, anchorage areas or pilot boarding areas which are closely associated with the system and important to its effective utilization by the mariner are provided to the appropriate hydrographic authority at least six months prior to the date of implementation.

3.10  When establishing or amending a routeing system in a particular area where two or more Governments have a common interest, they should formulate joint proposals for adoption by IMO in accordance with SOLAS chapter V, regulation 10.5.

3.11  A Government, or Governments jointly, proposing a new routeing system or an amendment to an adopted system, any part of which lies beyond its or their territorial sea, should consult IMO so that such system may be adopted or amended by IMO for international use. Such Government or Governments should furnish all relevant information, in particular with regard to:

.1  the objectives of the proposed routeing system and a demonstrated need for its establishment, including the consideration of alterna-

tive routeing measures and the reasons why the proposed routeing system is preferred;

.2  the traffic pattern, hazards to navigation, aids to navigation and the state of hydrographic surveys;

.3  marine environmental considerations;

.4  the application to all ships, certain categories of ships or ships carrying certain cargoes or types and quantities of bunker fuel of a routeing system or any part thereof;

.5  any alternative routeing measure, if necessary, for all ships, certain categories of ships or ships carrying certain cargoes which may be excluded from using a routeing system or any part thereof; and

.6  the number, edition and, where possible, the geodetic datum of the reference chart used for the delineation of the routeing system, together with copies of the reference charts listed in the description of the routeing system showing the new system or the amendments to existing systems.

3.12  Governments are recommended to ensure, as far as practicable, that drilling rigs (MODUs), exploration platforms and other similar structures are not established within the traffic lanes of routeing systems adopted by IMO or near their terminations. When the temporary positioning of a drilling rig or a similar structure in a traffic lane of an adopted traffic separation scheme cannot be avoided, the system should, if necessary, be amended temporarily in accordance with the guidelines given in section 7. In the case of mandatory routeing systems, Governments should ensure that drilling rigs (MODUs), exploration platforms and other structures obstructing navigation and not being an aid to navigation will not be established within the traffic lanes of a traffic separation scheme being part of a mandatory routeing system.

3.13  If the above exploration activities lead to the finding of important exploitation prospects, the effect of subsequent exploitation on the safety of marine traffic should be considered carefully. If the establishment of permanent installations within a traffic separation scheme is unavoidable, permanent amendments to the scheme, if deemed necessary, should be submitted to IMO for adoption.

3.14  Governments establishing routeing systems, no part of which lies beyond their territorial seas or in straits used for international navigation, are requested to design them in accordance with IMO guidelines and criteria for such schemes and submit them to IMO for adoption.

3.15  Where, for whatever reason, a Government decides not to submit a routeing system to IMO, it should, in promulgating the system to mariners, ensure that there are clear indications on charts and in nautical publications as to what rules apply to the system.



3.16 Governments establishing routeing systems, other than traffic separation schemes, no parts of which lie beyond their territorial seas, are recommended to follow the same procedure as that set out in paragraphs 3.14 and 3.15 above.

3.17 A routeing system, when adopted by IMO, shall not be amended or suspended before consultation with and agreement by IMO unless local conditions or the urgency of the case, as described in paragraph 3.19, require that earlier action be taken. In considering the proposal, IMO shall take account of the objectives, procedures, responsibilities, methods and criteria for routeing systems as set out in these General Provisions. A mandatory routeing system, when adopted by IMO, shall not be temporarily amended or suspended except in urgent cases as described in paragraph 3.19.

3.18 Mandatory routeing systems should be reviewed, as necessary, by the Government or Governments concerned, taking into account pertinent comments, reports and observations on the routeing system. Elements under review might include variations to traffic patterns, offshore exploration and exploitation, hydrographical changes, effectiveness of aids to navigation and other developments.

3.19 In an emergency such as might result from the unexpected blocking or obstruction of a traffic lane or any other part of a routeing system by a wreck or other hazard, immediate temporary changes in the use of the affected traffic separation scheme or other routeing system may be made by the responsible and sponsoring Government or Governments, with the objective of directing traffic flow clear of the new hazard. In such cases, every possible measure shall be taken by the Government or Governments concerned to immediately inform shipping of the hazard and of the temporary changes which have been made.

The responsible and sponsoring Government or Governments should inform IMO as soon as possible of any such changes and their justification.

3.20 By rules 10(k) and 10(l) respectively of the 1972 Collision Regulations, a vessel restricted in its ability to manoeuvre when engaged in an operation for either the maintenance of safety of navigation or the laying, servicing or picking up of a submarine cable in a traffic separation scheme is exempted from complying with rule 10 to the extent necessary to carry out the operation. The Government or authority responsible for safety of navigation in a traffic separation scheme should ensure that:

.1 the intention of undertaking such an operation is first notified to each Government or appropriate authority concerned;

.2 information about such ships working in a traffic separation scheme is, as far as practicable, promulgated in advance by Notice to Mariners, and subsequently by radionavigation warnings broadcast before and at regular intervals during the operations; and

.3 such operations are, as far as possible, avoided in conditions of restricted visibility.

## 4 METHODS

In meeting the objectives set out in section 1, the following are among the methods which may be used:

### 4.1 The separation of opposing streams of traffic by separation zones, or lines where zones are not possible

In this method, streams of traffic proceeding in opposite or nearly opposite directions are separated by separation zones (4) or lines (3); the use of zones is to be preferred, but in narrow passages and restricted waters it may be necessary to use a separation line rather than a zone so as to allow more navigable space in the traffic lanes. A length of separation line may also be substituted for a zone in positions where this may encourage and facilitate correct procedures by crossing traffic. The outside limits (6) of such traffic separation schemes are the outer boundaries of the traffic lanes. The arrows (1) indicate the established direction of traffic flow.



*Figure 1 – Traffic separation by separation zone and line*

### 4.2 The separation of opposing streams of traffic by natural obstructions and geographically defined objects

This method is used where there is a defined area with obstructions such as islands, shoals or rocks restricting free movement and providing a natural division for opposing traffic streams.



*Figure 2 – Separation of traffic by natural obstructions*

Part A

### 4.3 The separation of through and local traffic by providing inshore traffic zones

Beyond the outside limits of traffic separation schemes, ships may navigate in any direction. Where such areas lie between the traffic separation scheme and the coast they may be designated as inshore traffic zones (see also figures 4 and 10), with the purpose of keeping local traffic clear of the traffic separation scheme which should be used by through traffic.

Traffic in inshore traffic zones is separated from traffic in the adjacent traffic lane by separation zones (4) or by separation lines (3) (see also figures 4 and 10).



**Figure 3 – *Inshore traffic zones***

### 4.4 The sectorial division of adjacent traffic separation schemes at approaches to focal points

This method is used where ships converge at a focal point or a small area from various directions. Port approaches, sea pilot stations, positions where landfall buoys or lightvessels are located, entrances to channels, canals, estuaries, etc., may be considered as such focal points.



**Figure 4 – *Sectorial division of adjacent traffic separation schemes at approaches to focal points***

### 4.5 The routeing of traffic at focal points and route junctions where traffic separation schemes meet

The routeing measure to be utilized at focal points, route junctions and intersections should be selected from the most appropriate of the following methods:

.1 *Roundabouts*
If the need can be demonstrated, a roundabout may be used to guide traffic counterclockwise round a circular separation zone (4) or specified point, as illustrated in figure 5.

.2 *Junctions*
These methods are used where two routes join or cross. The directions of traffic flow are established in the lanes of the adjoining schemes; the separation zone may be interrupted, as shown in figures 6 and 7, or replaced by a separation line, as shown in figure 8, in order to emphasize the correct method of crossing by traffic changing from one scheme to the other.



**Figure 5 – *Separation of traffic at a roundabout***



**Figure 6 – *Separation of traffic at a crossing***



**Figure 7 – *Separation of traffic at a junction***



.3  *Precautionary areas*

It may be best, when routes converge, to terminate them clear of their potential joining points and in such a case a precautionary area (9) can be instituted so as to emphasize the need for care in navigation. Figures 9 and 10 illustrate the use of such an area at focal points; a direction of traffic flow may be recommended (2) around the focal point, as shown in figure 10.

Figure 11 gives an example of how a precautionary area (9) can be used at a junction with crossing traffic. The traffic lanes are terminated short of the point where traffic is expected to cross and replaced by a precautionary area within which the recommended directions of traffic flow (2) are indicated.

Precautionary areas may also be used at the termination of any single route.



Figure 8 – *A junction, showing a separation line substituted for a zone, where there will be crossing traffic*



Figure 11 – *Precautionary area at a junction with recommended directions of traffic flow*



Figure 9 – *Precautionary area at a focal point*



Figure 12 – *Deep-water route (two-way)*



Figure 10 – *Precautionary area with recommended direction of traffic flow around an area to be avoided*



Figure 13 – *One-way deep-water route (within a traffic lane)*

### 9.5  *Cautionary and explanatory notes on charts*

#### 9.5.1  *Traffic separation schemes and other routeing measures*

The existence of special provisions applying to particular measures should be mentioned on the charts affected, if necessary referring mariners to the full text in *Sailing Directions*.

#### 9.5.2  *Deep-water routes*

Where maintenance of a minimum depth can be guaranteed, the least depth (e.g. 22 m) may be given after the abbreviation DW. In other cases charted soundings will indicate the least depth, preferably in conjunction with a note giving the date of the latest survey.

#### 9.5.3  *Areas to be avoided*

Notes on conditions governing avoidance of areas (classes and sizes of ships, nature of cargoes, etc.) should preferably be given on charts and should always be given in *Sailing Directions*.

#### 9.5.4  *No anchoring areas*

Notes on conditions governing no anchoring areas (classes and sizes of ships, etc.) should preferably be given on charts and should always be given in *Sailing Directions*.

### 4.6 Other routeing methods

Other routeing methods which may be used are as shown in the figures below:

.1 *Deep-water routes* (figures 12 and 13);

.2 *Areas to be avoided* (figures 10 and 18);

.3 *Recommended directions of traffic flow* (figure 14), *two-way routes* (figure 15) and *recommended routes and tracks through areas where navigation is difficult or dangerous* (figures 16 and 17);

.4 *No anchoring areas* (figure 19).

### 5 PLANNING

5.1 The routeing system selected for a particular area should aim at providing safe passage for ships through the area without unduly restricting legitimate rights and practices, and taking account of anticipated or existing navigational hazards.

5.2 When planning, establishing, reviewing or adjusting a routeing system, the following factors shall be among those taken into account by a Government:

.1 their rights and practices in respect of the exploitation of living and mineral resources;

.2 previously established routeing systems in adjacent waters, whether or not under the proposing Government's jurisdiction;



Figure 14 – Recommended directions of traffic flow between two traffic separation schemes



Figure 17 – Recommended tracks (in black)



Figure 15 – Two-way route (with one-way sections)



Figure 18 – Area to be avoided



Figure 16 – Recommended routes



Figure 19 – No anchoring area



.3 the existing traffic pattern in the area concerned, including coastal traffic, crossing traffic, naval exercise areas and anchorage areas;

.4 foreseeable changes in the traffic pattern resulting from port or offshore terminal developments;

.5 the presence of fishing grounds;

.6 existing activities and foreseeable developments of offshore exploration or exploitation of the sea-bed and subsoil;

.7 the adequacy of existing aids to navigation, hydrographic surveys and nautical charts of the area;

.8 environmental factors, including prevailing weather conditions, tidal streams and currents and the possibility of ice concentrations; and

.9 the existence of environmental conservation areas and foreseeable developments in the establishment of such areas.

5.3 A Government or Governments planning, implementing and maintaining mandatory routeing systems should consider whether, because of the particular circumstances in the area or parts of the area concerned, an associated monitoring service, a reporting service or VTS should be established in accordance with the guidelines adopted by IMO for such services,* as appropriate.

5.4 Routeing systems should not be established in areas where the instability of the sea-bed is such that frequent changes in the alignment and positions of the main channels, and thus of the routeing system itself, are likely.

5.5 When establishing areas to be avoided by all ships or by certain classes of ship, the necessity for creating such areas should be well demonstrated and the reasons stated. In general, these areas should be established only in places where inadequate survey or insufficient provision of aids to navigation may lead to danger of stranding, or where local knowledge is considered essential for safe passage, or where there is the possibility that unacceptable damage to the environment could result from a casualty, or where there might be hazard to a vital aid to navigation. These areas shall not be regarded as prohibited areas unless specifically so stated; the classes of ship which should avoid the areas should be considered in each particular case.

5.6 When establishing a no anchoring area for all ships or certain classes of ships, the necessity for creating such an area should be well demonstrated and the reasons stated. In general, these areas should be established only in areas where anchoring is hazardous, or where there is a possibility that unacceptable damage to the marine environment could result. The classes of ships which should avoid anchoring in an area should be considered and clearly identified in each particular case.

5.7 Governments considering establishing a new routeing system or amending an existing one should consult at an early stage with:

.1 mariners using the area;

.2 authorities responsible for aids to navigation and for hydrographic surveys and nautical publications;

.3 port authorities; and

.4 organizations concerned with fishing, offshore exploration or exploitation and environmental protection, as appropriate.

This consultation process is implied in paragraphs 3.4, 3.11, 5.2, 5.5 and 6.2.

## 6    DESIGN CRITERIA

6.1 The following standards should, so far as the circumstances allow, be applied in the design of ships' routeing measures.

### General

6.2 Routes should follow as closely as possible the existing patterns of traffic flow in the areas as determined by traffic surveys.

6.3 The configuration and length of routeing systems which are established to provide for an unobstructed passage through offshore exploration and exploitation areas may differ from the dimensions of normally established systems if the purpose of safeguarding a clear passage warrants such a special feature.

6.4 Course alterations along a route should be as few as possible and should be avoided in the approaches to convergence areas and route junctions or where crossing traffic may be expected to be heavy.

6.5 The number of convergence areas and route junctions should be kept to a minimum, and should be as widely separated from each other as possible. Adjacent traffic separation schemes should be placed such that nearly opposing streams of traffic in the adjacent schemes are separated as widely as possible. Route junctions should not be located where concentrated crossing traffic, not following established routes, may be expected, e.g. ferry traffic.

6.6 Routes should be designed to allow optimum use of aids to navigation in the area, and of such shipborne navigational aids as are required or recommended to be fitted by international conventions or by IMO resolutions and recommendations.

6.7 The state of hydrographic surveys within the limits of a routeing system and in the approaches thereto should be such that full information on existing depths of water and hazards to surface navigation is available to nautical charting authorities.

### Traffic separation schemes

6.8 Traffic separation schemes shall be designed so as to enable ships using them to fully comply at all

---

* Refer to resolution MSC.43(64), Guidelines and criteria for ship reporting systems, as amended by resolution MSC.111(73), and resolution A.857(20), Guidelines for vessel traffic services, as amended.



times with the International Regulations for Preventing Collisions at Sea, 1972, as amended.

6.9   The extent of a traffic separation scheme should be limited to what is essential in the interests of safe navigation.

6.10  Traffic lanes should be designed to make optimum use of available depths of water and the safe navigable areas, taking into account the maximum depth of water attainable along the length of the route. The width of lanes should take account of the traffic density, the general usage of the area and the sea-room available.

6.11  Where there is sufficient space, separation zones should be used in preference to separation lines to separate opposing streams of traffic and to segregate inshore traffic zones from adjacent traffic lanes. Separation zones or lines may also be used to separate a traffic lane from adjacent sea areas other than inshore traffic zones, in appropriate circumstances, taking into account traffic density and the available means of fixing ships' positions.

### 6.12  Position fixing

6.12.1  It should be possible for ships to fix their position anywhere within the limits of and in the immediate approaches to a traffic separation scheme by one or more of the following means, both by day and by night:

.1  visual bearing of readily identifiable objects;
.2  radar bearings and ranges of readily identifiable objects;
.3  D/F bearings; and
.4  other radionavigation equipment suitable for use throughout the intended voyage.

6.12.2  The position fixing of ships may be supplemented or substituted by shore-based radar and radio direction-finder systems to assist ships which have difficulty to accurately establish their position with the means prescribed under 6.12.1. Such shore-based systems should be approved by IMO before they are recognized as a position-fixing system for supporting the safety of navigation in or near traffic separation schemes.

6.13  When it is considered essential to provide within a traffic separation scheme an additional lane for ships carrying hazardous liquid substances in bulk, as specified in the International Convention for the Prevention of Pollution from Ships, 1973, as modified by the Protocol of 1978 relating thereto, in circumstances where it is not possible for ships to fix their position as set out in paragraph 6.12 over the whole area of that lane and an electronic position-fixing system covers that area, the existence of that system may be taken into account when designing the scheme.

6.14  The minimum widths of traffic lanes and of traffic separation zones should be related to the accuracy of the available position-fixing methods, accepting the appropriate performance standards for shipborne equipment as set out in IMO resolutions and recommendations.

6.15  Where space allows the use of traffic separation zones, the width of the zone should, if possible, be not less than three times the transverse component of the standard error (measured across the separation zone) of the most appropriate of the position-fixing methods listed in paragraph 6.12. Where necessary or desirable, and where practicable, additional separation should be provided to ensure that there will be adequate early indication that traffic proceeding in the opposite direction will pass on the correct side.

6.16  If there is doubt as to the ability of ships to fix their positions positively and without ambiguity in relation to separation lines or zones, serious consideration should be given to providing adequate marking by buoys.

### Mandatory routeing systems

6.17  The extent of a mandatory routeing system should be limited to what is essential in the interest of safety of navigation and the protection of the marine environment.

6.18  It shall be possible for ships to fix their positions in relation to a mandatory routeing system by one or more of the means mentioned in paragraph 6.12 of this section.

### Converging and junction areas

6.19  Whichever of the several available routeing methods is chosen for use at a route junction or in a converging area, it must be a cardinal principle that any ambiguity or possible source of confusion in the application of the 1972 Collision Regulations must be avoided. This principle should be particularly borne in mind when establishing or recommending the direction of traffic flow in such areas. If recommended directions of traffic flow are adopted, these should take full account of the existing pattern of traffic flow in the area concerned, and also of all other applicable provisions of ships' routeing.

6.20  At route junctions the following particular considerations apply:

.1  the need to encourage the crossing of traffic lanes as nearly as possible at right angles;
.2  the need to give ships which may be required to give way under the 1972 Collision Regulations as much room to manoeuvre as possible;
.3  the need to enable a stand-on vessel to maintain a steady course, as required by the 1972 Collision Regulations, for as long as possible before the route junction; and
.4  the need to encourage traffic not following an established route to avoid crossing at or near route junctions.

### Deep-water routes

6.21  In designing deep-water routes, consideration should be given to marking critical turning points. Any wrecks or sea-bed obstructions which lie within the limits of a deep-water route and which have less depth of water over them than the minimum depth of water for the route as indicated on the charts, should be marked.



## 7    TEMPORARY ADJUSTMENTS AND SUSPENSIONS

### Traffic separation schemes

7.1    When the temporary positioning of an exploration rig is unavoidable, the design criteria and the provisions for planning should be taken into account before permitting the positioning of the rig or subsequently adjusting a traffic separation scheme.

7.2    The said adjustments should be made in accordance with the following:

   .1    when the drilling location is situated near the boundary of a traffic lane or separation zone, a relatively slight adjustment of the scheme could have such effect that the drilling rig and its associated safety zone are sufficiently clear of the traffic lane;

### Example





|                    |                   |
|:------------------:|:-----------------:|
| Original situation | Adapted situation |

   .2    if a small temporary adjustment of the traffic lane is not possible the whole or part of the scheme could be temporarily shifted away from the drilling area so that traffic connected with the drilling operations will stay clear of the lane;

### Example





|                    |                   |
|:------------------:|:-----------------:|
| Original situation | Adapted situation |

   .3    temporary local interruption of the scheme or part of the scheme in the area of location of the drilling rig. Such an interruption could be made a precautionary area;



*Example*





*Original situation*                                    *Adapted situation*

.4    temporary suspension of the whole scheme.

7.3    In each case, exploration sites should be reviewed and such conditions specified as the responsible Government may deem necessary to ensure safety of navigation in the area.

7.4    Details of these temporary adjustments should be forwarded to IMO and to appropriate hydrographic offices at least four months before the rig is positioned within an adopted traffic separation scheme so as to allow ample time to inform shipping. When the duration of such temporary adjustments is expected to be six months or more, this should be made known to the relevant hydrographic authorities in order to allow appropriate action to be taken in notifying mariners.

7.5    In the event of a temporary adjustment to a traffic separation scheme remaining in force for more than one year, the responsible Government should consider whether permanent amendments to the scheme may ultimately become necessary and, if appropriate, initiate timely procedures for IMO to adopt such amendments.

## *Mandatory routeing systems*

7.6    Mandatory routeing systems should not be temporarily adjusted. If necessary for the safety of navigation in the area concerned, a mandatory routeing system may be entirely or partly suspended by the Contracting Government or Governments which have implemented such systems. The responsible Government or Governments should inform IMO of such a suspension and promulgate details of the suspension by all appropriate means.

## 8    USE OF ROUTEING SYSTEMS

8.1    Unless stated otherwise, routeing systems are recommended for use by all ships and may be made mandatory for all ships, certain categories of ships or ships carrying certain cargoes or types and quantities of bunker fuel.

8.2    Routeing systems are intended for use by day and by night in all weathers, in ice-free waters or under light ice conditions where no extraordinary manoeuvres or ice-breaker assistance are required.

8.3    Bearing in mind the need for adequate under-keel clearance, a decision to use a routeing system must take into account the charted depth, the possibility of changes in the sea-bed since the time of the last survey, and the effects of meteorological and tidal conditions on water depths.

8.4    A ship navigating in or near a traffic separation scheme adopted by IMO shall in particular comply with rule 10 of the 1972 Collision Regulations to minimize the development of risk of collision with another ship. The other rules of the 1972 Collision Regulations apply in all respects, and particularly the rules of part B, sections II and III, if risk of collision with another ship is deemed to exist.

8.5    At junction points where traffic from various directions meets, a true separation of traffic is not really possible, as ships may need to cross routes or change to another route. Ships should therefore navigate with great caution in such areas and be aware that the mere fact that a ship is proceeding along a through-going route gives that ship no special privilege or right of way.

8.6    A deep-water route is primarily intended for use by ships which, because of their draught in relation to the available depth of water in the area concerned, require the use of such a route. Through traffic to which the above consideration does not apply should, as far as practicable, avoid using deep-water routes.

8.7    Precautionary areas should be avoided, if practicable, by passing ships not making use of the associated traffic separation schemes or deep-water routes, or entering or leaving adjacent ports.



8.8   In two-way routes, including two-way deep-water routes, ships should as far as practicable keep to the starboard side.

8.9   Arrows printed on charts in connection with routeing systems merely indicate the general direction of established or recommended traffic flow; ships need not set their courses strictly along the arrows.

8.10   The signal *YG*, meaning *You appear not to be complying with the traffic separation scheme*, is provided in the International Code of Signals for appropriate use.

## 9   REPRESENTATION ON CHARTS

9.1   The legends, symbols and notes appearing in paragraphs 9.2, 9.3, 9.4 and 9.5 are recommended by the International Hydrographic Organization as guidance for the representation of details of routeing systems and associated measures on nautical charts. They are included to illustrate the information likely to be found on charts and as an aid to those designing proposed routeing systems for adoption by IMO.

### 9.2   *Use of legends on charts and in notes*

| Legend | Use of legend |
|---|---|
| Traffic separation scheme | Not usually shown on charts. Referred to in notes. |
| Inshore traffic zone | Shown on charts and referred to in notes. |
| Precautionary area | May be shown on charts in lieu of the symbol and referred to in notes. |
| Deep-water route | DW is shown on charts to indicate the deep water; *DW* or *deep-water route* is referred to in notes. |
| Area to be avoided | Shown on charts and referred to in notes. |
| Two-way route | Not usually shown on charts but referred to in notes. |
| Recommended route | Not usually shown on charts but referred to in notes. |
| Recommended track | Not usually shown on charts but referred to in notes. |
| Mandatory routeing system | Not usually shown on charts but referred to in notes. |
| No anchoring area | Shown on charts and referred to in notes. |

### 9.3   *Symbols for basic elements of routeing measures*

Unless otherwise specified, symbols are printed on charts in colour, usually magenta.

| Routeing term | Symbol | Description | Applications | Notes and paragraph references |
|---|---|---|---|---|
| 1  Established direction of traffic flow | Outlined arrow | Outlined arrow | Traffic separation schemes and deep-water routes (when part of a traffic lane) | (1), (2) |
| 2  Recommended direction of traffic flow | Dashed outlined arrow | Dashed outlined arrow | Precautionary areas, two-way routes, recommended routes and deep-water routes | (1) |
| 3  Separation lines | | Tint, 3 mm wide | Traffic separation schemes and between traffic separation schemes and inshore traffic zones | (3), (4) and paragraph 9.4 |

| Routeing term | Symbol | Description | Applications | Notes and paragraph references |
|---|---|---|---|---|
| 4 Separation zones | | Tint, may be any shape | Traffic separation schemes and between traffic separation schemes and inshore traffic zones | (4), (5) and paragraph 9.4 |
| 5 Limits of restricted areas (charting term) | | T-shaped dashes | Areas to be avoided, no anchoring areas and ends of inshore traffic zones | (6) and paragraph 9.4 |
| 6 General maritime limits (charting term) | | Dashed line | Traffic separation schemes, precautionary areas, two-way routes and deep-water routes | |
| 7 Recommended tracks: one-way two-way | | Dashed lines with arrowheads (colour black) | Generally reserved for use by charting authorities | (7) |
| 8 Recommended routes | | Dashed line and dashed outlined arrows | Recommended routes | |
| 9 Precautionary areas | | Precautionary symbol | Precautionary areas | (8) |

NOTES

(1)    Arrows dispersed over width of route. Arrows may be curved. Where the traffic lane is converging, arrows should be oriented to the approximate average directions of the side boundaries.

(2)    Arrow omitted at intersections (other than roundabouts) to avoid implying priority of one lane.

(3)    Separation line 3 mm wide where chart scale permits.

(4)    Tint light enough not to obscure detail beneath it.

(5)    If traffic lanes are separated by natural obstacles, may be replaced by the symbol for general maritime limits at the boundaries of the lanes.

(6)    Stems of dashes point towards the area in question.

(7)    Symbol intended for tracks to be followed closely through inadequately surveyed areas.

(8)    Legend Precautionary area may also be used within the precautionary area instead of the symbol.

For examples of routeing measures using these basic symbols see figures 1 to 19 in section 4.

## 9.4 *Boundary symbols in detail*

Example:   Boundary symbol 8 means that the boundary, indicated by the line, between a precautionary area and an inshore traffic zone is to be shown by T-shaped dashes, with the stems of the T's pointing towards the ITZ.

| | | |
|---|---|---|
| 1 | Traffic separation scheme (ends) / Open sea | No boundary |
| 2 | Traffic separation scheme (sides) / Open sea | -------------- or ........ or ........ (zone) |
| 3 | Traffic separation scheme / Inshore traffic zone | ........ or ........ (zone) |
| 4 | Traffic separation scheme next to traffic separation scheme | No boundary |
| 5 | Inshore traffic zone (ends) / Open sea | ⊥ ⊥ ⊥ ⊥ ⊥ ⊥ ⊥ ⊥ |
| 6 | Precautionary area / Open sea | -------------- |
| 7 | Precautionary area / Traffic separation scheme | -------------- |
| 8 | Precautionary area / Inshore traffic zone | ⊤ ⊤ ⊤ ⊤ ⊤ ⊤ ⊤ ⊤ |
| 9 | Deep-water route (sides) / Open sea | -------------- |
| 10 | Deep-water route (ends) / Open sea | -------------- |
| 11 | Deep-water route (ends) / Traffic separation scheme | -------------- |
| 12 | Deep-water route next to deep-water route | No boundary |
| 13 | Deep-water route (ends) / Precautionary area | -------------- |
| 14 | Deep-water route / Separation zone/line | ▓▓▓▓▓▓ (Separation zone/line acts as boundary) |
| 15 | Two-way route / All other areas | -------------- |
| 16 | Area to be avoided / All other areas | ⊥ ⊥ ⊥ ⊥ ⊥ ⊥ ⊥ ⊥ |
| 17 | No anchoring area / All other areas | ⊥ ⊥ ⊥ ⊥ ⊥ ⊥ ⊥ ⊥ |



# PART B

# TRAFFIC SEPARATION SCHEMES



Part B

# INDEX
## THE SECTIONS OF PART B



# Section IX

# WESTERN NORTH ATLANTIC OCEAN, GULF OF MEXICO AND CARIBBEAN SEA

**CAUTION:**
The chartlets are for illustrative purposes only and must not be used for navigation. Mariners should consult the appropriate nautical publications and charts for up-to-date details on aids to navigation and other relevant information.

**WARNING:**
The geographical positions given in the descriptions of the routeing systems are only correct for charts using the same geodetic datum as the reference charts indicated under each scheme. Charts published by other hydrographic offices may use a different geodetic datum, as may new editions of the reference charts published after the adoption of the routeing system.



Part B





INDEX:
WESTERN NORTH ATLANTIC OCEAN, GULF OF MEXICO AND CARIBBEAN SEA
1:   In the approaches to Chedabucto Bay
2:   In the Bay of Fundy and approaches
3:   In the approaches to Portland, Maine
4:   In the approach to Boston, Massachusetts
5:   In the approaches to Narragansett Bay, Rhode Island and?
     Buzzards Bay, Massachusetts
6:   Off New York
7:   Off Delaware Bay
8:   In the approaches to Chesapeake Bay
9:   In the approaches to Galveston Bay
10:  In the approaches to the port of Veracruz?
11:  Off Cabo San Antonio
12:  Off La Tabla
13:  Off Costa de Matanzas
14:  In the Old Bahama Channel
15:  Off Punta Maternillos
16:  Off Punta Lucrecia
17:  Off Cabo Maysí



## IN THE APPROACHES TO PORTLAND, MAINE

(Reference charts: United States 13006, 1982 edition; 13009, 1985 edition; 13260, 1986 edition; 13286, 1985 edition; 13288, 1985 edition; 13290, 1987 edition.
*Note:* These charts are based on North American 1927 Geodetic Datum.)

### Description of the traffic separation scheme

The traffic separation scheme "In the approaches to Portland, Maine" consists of three parts:

### Part I
#### Precautionary area

(a)   A precautionary area of radius 5.45 miles is centred upon geographical position 43°31'.60 N, 070°05'.53 W, the areas within separation zones and traffic lanes excluded.

### Part II
#### Eastern approach

(a)   A separation zone, one mile wide, is centred upon the following geographical positions:
   (1)   43°30'.18 N,      069°59'.17 W      (2)   43°24'.28 N,      069°32'.70 W

(b)   A traffic lane, one and a half miles wide, is established on each side of the separation zone.

### Part III
#### Southern approach

(a)   A separation zone, one mile wide, is centred upon the following geographical positions:
   (3)   43°27'.00 N,      070°03'.48 W      (4)   43°07'.82 N,      069°54'.95 W

(b)   A traffic lane, one and a half miles wide, is established on each side of the separation zone.





**IN THE APPROACHES TO PORTLAND, MAINE**

## IN THE APPROACH TO BOSTON, MASSACHUSETTS

*Note:* See mandatory ship reporting system "For protection of endangered North Atlantic right whales in sea areas off the north-eastern and south-eastern coasts of the United States" in part G, section I.

(Reference chart: United States 13009, 1985 edition.
*Note:* This chart is based on North American 1927 Geodetic Datum.)



### Description of the traffic separation scheme

(a) A separation zone, one mile wide, is centred upon the following geographical positions:

|  |  |  |  |  |
|---|---|---|---|---|
| (1) | 42°21'.00 N, | 070°40'.70 W | (3) | 40°49'.50 N, | 069°00'.00 W |
| (2) | 42°08'.50 N, | 069°53'.60 W | | | |

(b) A traffic lane, two miles wide, is established on each side of the separation zone.

### Precautionary areas

(a) A precautionary area of radius five miles is centred upon geographical position 42°22'.70 N, 070°48'.00 W.

(b) A precautionary area is bounded to the east by a circle of radius 15.5 miles, centred upon geographical position 40°35'.00 N, 069°00'.00 W, intersected by the traffic separation schemes "In the approach to Boston, Massachusetts" and "Eastern approach, off Nantucket" (part II of the traffic separation scheme "Off New York") at the following geographical positions:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| (i) | 40°50'.33 N, | 068°57'.00 W | (ii) | 40°23'.75 N, | 069°14'.63 W |

The precautionary area is bounded to the west by a line connecting the two traffic separation schemes between the following geographical positions:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| (iii) | 40°36'.75 N, | 069°15'.16 W | (iv) | 40°48'.00 N, | 069°03'.33 W |





**IN THE APPROACH TO BOSTON, MASSACHUSETTS**



## IN THE APPROACHES TO NARRAGANSETT BAY, RHODE ISLAND, AND BUZZARDS BAY, MASSACHUSETTS

(Reference chart: United States 13218, 1987 edition.
*Note:* This chart is based on North American 1983 Geodetic Datum.)



### Description of the traffic separation scheme

The traffic separation scheme "In the approaches to Narragansett Bay, Rhode Island, and Buzzards Bay, Massachusetts" consists of two parts:

### Part I
### Narragansett Bay approach

(a) A separation zone, two miles wide, is centred upon the following geographical positions:
   (1)   41°22'.70 N,        071°23'.30 W        (2)   41°11'.10 N,        071°23'.30 W

(b) A traffic lane, one mile wide, is established on each side of the separation zone.

### Part II
### Buzzards Bay approach

(a) A separation zone, one mile wide, is centred upon the following geographical positions:
   (3)   41°10'.20 N,        071°19'.10 W        (4)   41°21'.80 N,        071°07'.10 W

(b) A traffic lane, one mile wide, is established on each side of the separation zone.

### Precautionary areas

A precautionary area of radius 5.4 miles is centred upon geographical position 41°06'.00 N, 071°23'.30 W.
A precautionary area of radius 3.55 miles is centred upon geographical position 41°25'.60 N, 071°23'.30 W.

### Restricted area

*Note:*

A restricted area, two miles wide, extending from the southern limit of the Narragansett Bay approach traffic separation zone to latitude 41°24'.70 N, has been established.

The restricted area will only be closed to ship traffic by the Naval Underwater System Center during periods of daylight and optimum weather conditions for torpedo range usage. The closing of the restricted area will be indicated by the activation of a white strobe light mounted on Brenton Reef Light and controlled by a naval ship supporting the torpedo range activities. There would be no ship restrictions expected during inclement weather or when the torpedo range is not in use.









IN THE APPROACHES TO NARRAGANSETT BAY, RHODE ISLAND,
AND BUZZARDS BAY, MASSACHUSETTS



## OFF NEW YORK

(Reference charts: United States 12300, 1985 edition; 12326, 1986 edition.
*Note:* These charts are based on North American 1927 Geodetic Datum.)



### Description of the traffic separation scheme

The traffic separation scheme "Off New York" consists of five parts:

### Part I
#### Precautionary areas

(a)  A precautionary area of radius seven miles is centred upon Ambrose Light in geographical position 40°27′.50 N, 073°49′.90 W.

(b)  A precautionary area is located between part II of this traffic separation scheme (Eastern approach, off Nantucket) and the traffic separation scheme "In the approach to Boston, Massachusetts". Details of the precautionary area are contained in paragraph (b) of the description of the precautionary areas in the amended traffic separation scheme "In the approach to Boston, Massachusetts".

### Part II
#### Eastern approach, off Nantucket

(a)  A separation zone is bounded by a line connecting the following geographical positions:

|     |               |              |      |               |              |
|-----|---------------|--------------|------|---------------|--------------|
| (1) | 40°28′.75 N,  | 069°14′.83 W | (3)  | 40°30′.62 N,  | 070°14′ 00 W |
| (2) | 40°27′.62 N,  | 070°13′.77 W | (4)  | 40°31′.75 N,  | 069°14′.97 W |

(b)  A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

|     |              |              |     |              |              |
|-----|--------------|--------------|-----|--------------|--------------|
| (5) | 40°36′.75 N, | 069°15′.17 W | (6) | 40°35′.62 N, | 070°14′.15 W |

(c)  A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

|     |              |              |     |              |              |
|-----|--------------|--------------|-----|--------------|--------------|
| (7) | 40°22′.62 N, | 070°13′.60 W | (8) | 40°23′.75 N, | 069°14′.63 W |

### Part III
#### Eastern approach, off Ambrose Light

(a)  A separation zone is bounded by a line connecting the following geographical positions:

|      |              |              |      |              |              |
|------|--------------|--------------|------|--------------|--------------|
| (9)  | 40°24′.33 N, | 073°04′.97 W | (12) | 40°27′.00 N, | 073°40′.75 W |
| (10) | 40°24′.20 N, | 073°11′.50 W | (13) | 40°27′.20 N, | 073°11′.50 W |
| (11) | 40°26′.00 N, | 073°40′.93 W | (14) | 40°27′.33 N, | 073°04′.95 W |

(b)  A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

|      |              |              |      |              |              |
|------|--------------|--------------|------|--------------|--------------|
| (15) | 40°32′.33 N, | 073°04′.95 W | (17) | 40°28′.00 N, | 073°40′.73 W |
| (16) | 40°32′.20 N, | 073°11′.50 W |      |              |              |

(c)  A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

|      |              |              |      |              |              |
|------|--------------|--------------|------|--------------|--------------|
| (18) | 40°25′.05 N, | 073°41′.32 W | (20) | 40°19′.33 N, | 073°04′.97 W |
| (19) | 40°19′.20 N, | 073°11′.50 W |      |              |              |

### Part IV
#### South-eastern approach

(a)  A separation zone is bounded by a line connecting the following geographical positions:

|      |              |              |      |              |              |
|------|--------------|--------------|------|--------------|--------------|
| (21) | 40°03′.10 N, | 073°17′.93 W | (24) | 40°23′.20 N, | 073°42′.70 W |
| (22) | 40°06′.50 N, | 073°22′.73 W | (25) | 40°08′.72 N, | 073°20′.10 W |
| (23) | 40°22′.45 N, | 073°43′.55 W | (26) | 40°05′.32 N, | 073°15′.28 W |

(b)  A traffic lane for north-westbound traffic is established between the separation zone and a line connecting the following geographical positions:

|      |              |              |      |              |              |
|------|--------------|--------------|------|--------------|--------------|
| (27) | 40°08′.98 N, | 073°10′.87 W | (29) | 40°24′.02 N, | 073°41′.97 W |
| (28) | 40°12′.42 N, | 073°15′.67 W |      |              |              |

(c)  A traffic lane for south-eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

|      |              |              |      |              |              |
|------|--------------|--------------|------|--------------|--------------|
| (30) | 40°21′.82 N, | 073°44′.55 W | (32) | 39°59′.43 N, | 073°22′.35 W |
| (31) | 40°02′.80 N, | 073°27′.15 W |      |              |              |

## Part V
### Southern approach

(a)  A separation zone is bounded by a line connecting the following geographical positions:

    (33)  39°45'.70 N,   073°48'.00 W    (35)  40°20'.87 N,   073°47'.07 W

    (34)  40°20'.63 N,   073°48'.33 W    (36)  39°45'.70 N,   073°44'.00 W

(b)  A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (37)  39°45'.70 N,   073°37'.70 W    (38)  40°21'.25 N,   073°45'.85 W

(c)  A traffic lane for southbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (39)  40°20'.53 N,   073°49'.65 W    (40)  39°45'.70 N,   073°54'.40 W



### *Note:*

Use of LORAN-C enables masters of appropriately equipped ships to be informed highly accurately and continuously about the ship's position in the area covered by this scheme.

*(chartlet overleaf)*









**OFF NEW YORK**

## OFF DELAWARE BAY

(Reference chart: United States 12214, 1994 edition
*Note:* This chart is based on North American Datum 1983 (WGS 84).)

**Description of the traffic separation scheme**

*Part I*
**Eastern approach**

(a)  A separation zone is bounded by a line connecting the following geographical positions:
|     | (1) | 38°46'.30 N, | 074°34'.45 W | (3) | 38°47'.45 N, | 074°55'.40 W |
|-----|-----|--------------|--------------|-----|--------------|--------------|
|     | (2) | 38°46'.33 N, | 074°55'.75 W | (4) | 38°47'.35 N, | 074°34'.50 W |

(b)  A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:
|     | (5) | 38°48'.32 N, | 074°55'.30 W | (6) | 38°49'.80 N, | 074°34'.60 W |
|-----|-----|--------------|--------------|-----|--------------|--------------|

(c)  A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:
|     | (7) | 38°45'.45 N, | 074°56'.20 W | (8) | 38°44'.45 N, | 074°34'.35 W |
|-----|-----|--------------|--------------|-----|--------------|--------------|

*Part II*
**South-eastern approach**

(a)  A separation zone is bounded by a line connecting the following geographical positions:
|     | (9) | 38°27'.00 N, | 074°42'.30 W | (11) | 38°44'.20 N, | 074°57'.20 W |
|-----|------|--------------|--------------|------|--------------|--------------|
|     | (10) | 38°43'.40 N, | 074°58'.00 W | (12) | 38°27'.60 N, | 074°41'.30 W |

(b)  A traffic lane for north-westbound traffic is established between the separation zone and a line connecting the following geographical positions:
|     | (13) | 38°28'.80 N, | 074°39'.30 W | (14) | 38°45'.10 N, | 074°56'.60 W |
|-----|------|--------------|--------------|------|--------------|--------------|

(c)  A traffic lane for south-eastbound traffic is established between the separation zone and a line connecting the following geographical positions:
|     | (15) | 38°42'.80 N, | 074°58'.90 W | (16) | 38°27'.00 N, | 074°45'.40 W |
|-----|------|--------------|--------------|------|--------------|--------------|

**Precautionary area**

A precautionary area is established as follows: from 38°42'.80 N, 074°58'.90 W; thence northerly by an arc of 8 nautical miles centred at 38°48'.90 N, 075°05'.60 W to 38°48'.32 N, 074°55'.30 W; thence westerly to 38°47'.50 N, 075°01'.80 W; thence northerly to 38°50'.75 N, 075°03'.40 W; thence north-easterly to 38°51'.27 N, 075°02'.83 W; thence northerly to 38°54'.80 N, 075°01'.60 W; thence westerly by an arc of 6.7 nautical miles centred at 38°48'.90 N, 075°05'.60 W to 38°55'.53 N, 075°05'.87 W; thence south-westerly to 38°54'.00 N, 075°08'.00 W; thence southerly to 38°46'.60 N, 075°03'.55 W; thence south-easterly to 38°42'.80 N, 074°58'.90 W.

**Two-way route**

A two-way traffic route is bounded on the west and south by a line connecting the following geographical positions:
|     | (1) | 38°50'.75 N, | 075°03'.40 W | (4) | 38°50'.20 N, | 074°49'.73 W |
|-----|-----|--------------|--------------|-----|--------------|--------------|
|     | (2) | 38°47'.50 N, | 075°01'.80 W | (5) | 39°00'.00 N, | 074°40'.23 W |
|     | (3) | 38°48'.32 N, | 074°55'.30 W |     |              |              |

and is bounded on the east and north by a line connecting the following geographical positions:
|     | (6) | 39°00'.00 N, | 074°41'.00 W | (9)  | 38°48'.33 N, | 074°59'.30 W |
|-----|-----|--------------|--------------|------|--------------|--------------|
|     | (7) | 38°50'.48 N, | 074°50'.30 W | (10) | 38°49'.10 N, | 075°01'.65 W |
|     | (8) | 38°48'.80 N, | 074°55'.25 W | (11) | 38°51'.27 N, | 075°02'.83 W |

*Note for the use of the two-way route:*

This two-way route is recommended for use predominantly by tug and tow traffic transiting to and from the north-east in order to separate such traffic from large inbound vessel traffic.



**OFF DELAWARE BAY**



## IN THE APPROACHES TO CHESAPEAKE BAY

(Reference charts: United States 12200, 1986 edition; 12207, 1985 edition; 12221, 1989 edition. *Note:* These charts are based on North American 1983 Geodetic Datum.)

### Description of the traffic separation scheme

The traffic separation scheme "In the approaches to Chesapeake Bay" consists of three parts:



### *Part I*
### Precautionary area

(a)  A precautionary area of radius two miles is centred upon geographical position 36°56′.13 N, 075°57′.45 W.

### *Part II*
### Eastern approach

(a)  A separation line connects the following geographical positions:
     (1)  36°58′.67 N,      075°48′.65 W       (2)  36°56′.80 N,       075°55′.10 W

(b)  A traffic lane, half a mile wide, is established on each side of the separation line.

### *Part III*
### Southern approach

(a)  A separation line connects the following geographical positions:
     (3)  36°50′.33 N,      075°46′.29 W       (5)  36°55′.96 N,       075°54′.97 W
     (4)  36°52′.90 N,      075°51′.52 W

(b)  A separation line connects the following geographical positions:
     (6)  36°55′.11 N,      075°55′.23 W       (8)  36°49′.70 N,       075°46′.80 W
     (7)  36°52′.35 N,      075°52′.12 W

(c)  A separation line connects the following geographical positions:
     (9)  36°49′.52 N,      075°46′.94 W      (11)  36°54′.97 N,       075°55′.43 W
    (10)  36°52′.18 N,      075°52′.29 W

(d)  A separation line connects the following geographical positions:
    (12)  36°54′.44 N,      075°56′.09 W      (14)  36°48′.87 N,       075°47′.42 W
    (13)  36°51′.59 N,      075°52′.92 W

(e)  A traffic lane for inbound traffic is established between the separation lines described in paragraphs (a) and (b).

(f)  A traffic lane for outbound traffic is established between the separation lines described in paragraphs (c) and (d).

(g)  A deep-water route is established between the separation lines described in paragraphs (b) and (c). The types of ships which are recommended to use the deep-water route are given in the description of the deep-water route (see part C, section IV). All other ships using the southern approach traffic separation scheme should use the appropriate inbound or outbound traffic lane.

COMMANDANT (G-LMI)
U.S. COAST GUARD
2100 SECOND STREET SW
ROOM 1416
WASHINGTON, DC 20593

# **SHIPS'** Routeing

Eighth edition, 2003

This edition includes amendments adopted up to December 2003
**The chartlets contained herein are not to be used for navigation**



INTERNATIONAL
MARITIME
ORGANIZATION
London, 2004

# PART G

# MANDATORY SHIP REPORTING SYSTEMS, MANDATORY ROUTEING SYSTEMS AND MANDATORY NO ANCHORING AREAS

G

G

# INTERNATIONAL CONVENTION FOR THE SAFETY OF LIFE AT SEA, 1974, AS AMENDED

### Regulation V/11 – Ship reporting systems[*]

1　Ship reporting systems contribute to safety of life at sea, safety and efficiency of navigation, and/or protection of the marine environment. A ship reporting system, when adopted and implemented in accordance with the guidelines and criteria developed by the Organization[†] pursuant to this regulation, shall be used by all ships, or certain categories of ships or ships carrying certain cargoes in accordance with the provisions of each system so adopted.

2　The Organization is recognized as the only international body for developing guidelines, criteria and regulations on an international level for ship reporting systems. Contracting Governments shall refer proposals for the adoption of ship reporting systems to the Organization. The Organization will collate and disseminate to Contracting Governments all relevant information with regard to any adopted ship reporting system.

3　The initiation of action for establishing a ship reporting system is the responsibility of the Government or Governments concerned. In developing such systems, provisions of the guidelines and criteria developed by the Organization[†] shall be taken into account.

4　Ship reporting systems not submitted to the Organization for adoption do not necessarily need to comply with this regulation. However, Governments implementing such systems are encouraged to follow, wherever possible, the guidelines and criteria developed by the Organization.[†] Contracting Governments may submit such systems to the Organization for recognition.

5　Where two or more Governments have a common interest in a particular area, they should formulate proposals for a co-ordinated ship reporting system on the basis of agreement between them. Before proceeding with a proposal for adoption of a ship reporting system, the Organization shall disseminate details of the proposal to those Governments which have a common interest in the area covered by the proposed system. Where a co-ordinated ship reporting system is adopted and established, it shall have uniform procedures and operations.

6　After adoption of a ship reporting system in accordance with this regulation, the Government or Governments concerned shall take all measures necessary for the promulgation of any information needed for the efficient and effective use of the system. Any adopted ship reporting system shall have the capability of interaction and the ability to assist ships with information when necessary. Such systems shall be operated in accordance with the guidelines and criteria developed by the Organization[†] pursuant to this regulation.

7　The master of a ship shall comply with the requirements of adopted ship reporting systems and report to the appropriate authority all information required in accordance with the provisions of each such system.

8　All adopted ship reporting systems and actions taken to enforce compliance with those systems shall be consistent with international law, including the relevant provisions of the United Nations Convention on the Law of the Sea.

9　Nothing in this regulation or its associated guidelines and criteria shall prejudice the rights and duties of Governments under international law or the legal regime of straits used for international navigation and archipelagic sea lanes.

10　The participation of ships in accordance with the provisions of adopted ship reporting systems shall be free of charge to the ships concerned.

11　The Organization shall ensure that adopted ship reporting systems are reviewed under the guidelines and criteria developed by the Organization.[†]

[*] This amended text was adopted on 5 December 2000 and entered into force on 1 July 2002.

[†] Refer to the Guidelines and criteria for ship reporting systems, adopted by the Maritime Safety Committee of the Organization by resolution MSC.43(64) and amended by resolution MSC.111(73). Refer also to the General principles for ship reporting systems and ship reporting requirements, including guidelines for reporting incidents involving dangerous goods, harmful substances and/or marine pollutants, adopted by the Organization by resolution A.851(20).

G

G

# Section I

# MANDATORY SHIP REPORTING SYSTEMS

**CAUTION:**
The chartlets are for illustrative purposes only and must not be used for navigation. Mariners should consult the appropriate nautical publications and charts for up-to-date details on aids to navigation and other relevant information.

**WARNING:**
**The geographical positions given in the descriptions of the reporting systems are only correct for charts using the same geodetic datum as the reference charts indicated under each description. Charts published by other hydrographic offices may use a different geodetic datum, as may new editions of the reference charts published after the adoption of the reporting system.**



G



Part G



INDEX     MANDATORY SHIP REPORTING SYSTEMS

1: In the Gulf of Finland Traffic area
2: In the Great Belt Traffic area
3: Off Ushant
4: Off Les Casquets and the adjacent coastal area
5: The Dover Strait/Pas de Calais
6: Off Finisterre
7: In the Strait of Gibraltar traffic separation
   scheme area
8: In the Strait of Bonifacio
9: In the Adriatic Sea
10: In the Straits of Malacca and Singapore
11: In the Torres Strait and the Inner Route of the
    Great Barrier Reef
12: Systems in Greenland waters
13: Off the north-eastern and south-eastern coasts
    of the United States
14: Off Chengshan Jiao Promontory

Tropic of Cancer

Equator

Tropic of Capricorn

Antarctic Circle

Arctic Circle

G

REPORTING SYSTEMS FOR PROTECTION OF ENDANGERED NORTH ATLANTIC RIGHT WHALES IN SEA AREAS OFF THE NORTH-EASTERN AND SOUTH-EASTERN COASTS OF THE UNITED STATES

1    Categories of ships required to participate in the systems

All ships of 300 gross tonnage or greater are required to participate in the reporting systems, except sovereign immune vessels which are exempt from reporting by SOLAS regulation V/8-1(c).

**2    Geographical coverage of the systems and the number and edition of the reference charts used for the delineation of the systems**

2.1    *North-eastern United States*

Geographical boundaries of the north-east area include the water of Cape Cod Bay, Massachusetts Bay, and the Great South Channel east and south-east of Massachusetts (appendix 1). Co-ordinates of the area are as follows: from a point on Cape Ann, Massachusetts at 42°39'.00 N, 070°37'.00 W; then north-east to 42°45'.00 N, 070°13'.00 W; then south-east to 42°10'.00 N, 068°31'.00 W; then south to 41°00'.00 N, 068°31'.00 W; then west to 41°00'.00 N, 069°17'.00 W; then north-east to 42°05'.00 N, 070°02'.00 W, then west to 42°04'.00 N, 070°10'.00 W; and then along the Massachusetts shoreline of Cape Cod Bay and Massachusetts Bay back to the point on Cape Ann at 42°39'.00 N, 070°37'.00 W. NOAA Chart 13009.

2.2    *South-eastern United States*

Geographical boundaries of the south-east area include coastal waters within about 25 nautical miles along a 90 nautical miles stretch of the Atlantic seaboard in Florida and Georgia (appendix 2). The area extends from the shoreline east to longitude 080°51'.60 W with the southern and northern boundary at latitudes 30°00'.00 N and 31°27'.00 N, respectively. NOAA Chart 11009.

**3    Format, content of report, times and geographical positions for submitting reports, Authority to whom the reports should be sent, available services**

3.1    *Format*

The format for reporting is as set forth in paragraph 2 of the appendix to resolution A.851(20). An example of a transmission between ship and shore is at appendix 3.

3.2    *Content*

Ships are required to provide the following information: the name of the ship; call sign or IMO identification number, if applicable; position when entering the system; course; speed; route; and destination. Commercially sensitive information received in conjunction with the reporting system shall be kept confidential.

3.3    *Geographical position for submitting reports*

Participating ships are required to report to a shore-based authority only when entering the reporting area during a single voyage (that is, a voyage in which a ship is in the area to visit one or multiple ports or traverse the area before leaving for a port outside the reporting area); ships will not be required to report in again after leaving a port in the area or when exiting the system.

3.4    *Authority*

The Authority for both areas of the system is the United States Coast Guard.

**4    Information to be provided to participating ships and procedures to be followed**

Ships will be provided with the following information:

4.1    Mariners shall be informed that they are entering an area of critical importance for the protection of the highly endangered right whale; that such whales are present; and that ship strikes pose a serious threat to whales and may cause damage to ships. Communication systems between ship and shore are described in paragraphs 7 and 8, below.

4.2    To obtain seasonal right whale advisories which are broadcast periodically, mariners would also be advised to monitor Coast Guard Broadcast Notice to Mariners, NAVTEX, NOAA Weather Radio, and, in the north-eastern ship reporting system area only, the Cape Cod Canal Vessel Traffic Control and the Bay of Fundy Vessel Traffic Control. These advisories are based on surveys that are flown seasonally and in daylight and good weather conditions only. The sighting information may be useful only for brief periods as the whales move and surveys detect only a small percentage of the whales present.




4.3   Mariners would be advised to consult with NAVTEX, Inmarsat-C SafetyNET (satellite text broadcasts), the United States Coast Pilot, Notice to Mariners, the nautical charts for information on the boundaries of the right whale critical habitat and the national marine sanctuary, applicable regulations, and precautionary measures that mariners may take to reduce the risk of hitting right whales. Mariners will further be advised that information placards, videos, and other educational materials are available from shipping agents, port authorities, pilots, relevant State agencies, the Coast Guard, and the National Marine Fisheries Service.

4.4   In the message back to the ship, mariners will also be requested to report any whale sightings and dead, injured, or entangled marine mammals to the nearest local Coast Guard station.

4.5   Where available, specific and timely information on whale locations will be provided to ships.

**5     Radiocommunications required for the systems, frequencies on which reports should be transmitted and the information to be reported**

5.1   The reporting system in the north-eastern United States will operate independently of the system in the south-eastern United States. The system in the north-eastern United States will operate year-round, and the system in the south-eastern United States will operate from 15 November through 15 April.

5.2   The systems require ships to report in standard format, preferably through Inmarsat-C. For ships using Inmarsat-C, the message will be sent to the shore-based Authority described in paragraph 7.1 and a message will be automatically transmitted back to the ship, also via Inmarsat-C.

5.3   Ships not equipped with Inmarsat-C are required to report in standard format to the shore-based Authority described in paragraph 7.2, either through direct-printing telegraphy (Inmarsat-A/-B, HF, MF or VHF) or by telephony (Inmarsat-A/-B, MF, HF or VHF). Ships reporting through such direct-printing telegraphy systems will receive a message from the shore-based Authority described in paragraph 7.2.

5.4   The language used for reports in the systems is English, using the IMO Standard Marine Communication Phrases where necessary. Standard phrases in a prescribed format will be used in all direct-printing telegraphy and radiotelephony communications.

5.5   Commercially sensitive information will be kept confidential.

5.6   The United States will review the ship reporting systems no later than five years after their implementation date, to examine advances made in ship communication technologies and to ensure effective operation of the systems.

**6     Rules and regulations in force in the areas of the systems**

The United States has taken appropriate action to implement international conventions to which it is a party, including, where appropriate, adopting domestic legislation and promulgating regulations through domestic law. Relevant laws in force include domestic legislation and regulations to implement the International Convention on Collision Regulations, the Safety of Life at Sea Convention, the International Convention on the Prevention of Pollution from Ships, the International Convention on Oil Pollution Preparedness, Response and Co-operation, the Convention on the International Trade in Endangered Species of Wild Fauna and Flora, the International Convention for the Regulation of Whaling, and other treaties. Relevant domestic legislation includes the Ports and Waterways Safety Act, the Endangered Species Act, the Whaling Convention Act, the Marine Mammal Protection Act, the Marine Protection Resources and Sanctuaries Act, and a variety of other acts. In some cases, rules have been promulgated, including those relating specifically to right whales or governing ship operations. For example, a regulation has been promulgated which prohibits most approaches within 500 yards (460 metres) of a northern right whale. This regulation, as well as other domestic law, is implemented and enforced consistent with international law.

**7     Shore-based facilities to support operation of the systems**

7.1   The shore-based Authority for those ships reporting via Inmarsat-C is the United States Coast Guard. The e-mail addresses to be used for this reporting will be provided well in advance of implementation of the systems through Notices to Mariners.

7.2   The small percentage of ships that do not have Inmarsat-C capabilities will be required to contact the nearest Coast Guard communication station through appropriate communication channels. The United States Coast Guard maintains communication stations along the United States east coast. Information about these stations can be found in the GMDSS Master Plan (GMDSS/Circ.7) or National Imagery and Mapping Agency (NIMA) Publication 117. Information received from the ships will be sent electronically to a central location for data storage, handling, and retrieval.

3    Alternative communications if the communication facilities of the shore-based Authority fail

Short-term failure of the reporting systems due to communications problems will not result in a loss of life, and will have minimal impact on the safety of vessels. NAVTEX Broadcast Notice to Mariners can be used to notify mariners of the temporary failure of the system and can provide mariners with basic information necessary to avoid right whales. Downtime is likely to be minimal and is not expected to result in increased ship strikes and whale mortality. For those ships reporting through Inmarsat-C or direct-printing radiotelegraphy, the standard protocol now used for such systems will be used to re-route incoming and outgoing communications through an alternate address, and it is expected that this will minimize the system's downtime, though some delay may occur.

The Coast-Guard-operated MF, HF, and VHF voice communications systems, by design, have built-in redundancies and overlapping coverage areas, and an individual equipment or site failure is unlikely to affect the ability of a mariner to contact a Coast Guard facility to make a required report.





## Appendix 1



G

## Appendix 2







## Appendix 3
### Example of message from the ship

A       Ship name
B       Call sign or IMO Identification Number
D       Course
E       Speed
H       Entry
I       Destination
L       Route


### Example of message back to the ship

00016April1999
From: Shore-based Authority
To: M/V Ship

You are entering an area where North Atlantic right whales exist. Right whales are critically endangered and at risk from ship strikes. Whales can damage ships' sonar dome. propeller, and shaft. Recommend monitoring Coast Guard Broadcast Notice to Mariners, NAVTEX, NOAA Weather Radio, or, in the north-east only, Cape Cod Canal Vessel Traffic Control and Bay of Fundy Vessel Traffic Control for latest advisories and sightings reports. These advisories and reports are based on surveys which are conducted seasonally; however, such surveys locate only a small percentage of the whales, the information from them remains valid only for a short period of time because the whales move, and they cannot be conducted at night or in inclement weather.

Urge exercising prudent seamanship to avoid approaching right whales. Recommend consulting NAVTEX, Inmarsat-C SafetyNET, the United States Coast Pilot, and Notices to Mariners for information on precautionary measures that may be taken to reduce the risk of hitting right whales and for applicable regulations. Right whale critical habitat and the Stellwagen Bank National Marine Sanctuary are also marked on charts.

Right whale information placards, videos, and other educational material are available from shipping agents, port authorities, relevant State agencies, the United States Coast Guard, and the National Marine Fisheries Service. Mariners are requested to report right whale sightings, whale entanglements, or dead whales to the Coast Guard on VHF channel 16.