UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE *et al.*, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>CARLOS GUTIERREZ *et al.*, )<br> )<br>Defendants. )<br>_____) | Case No. 1:05CV02191 |

**ERRATA**

On Friday, July 14, 2006, Federal Defendants filed a Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, as Docket Numbers 28 and 29. On page 30 of the supporting memorandum, Defendants neglected to fill in a missing citation. Defendants hereby file a corrected copy of that document as an attachment to this Errata.

Respectfully submitted this 17th day of July, 2006.

 SUE ELLEN WOOLRIDGE
 Assistant Attorney General
 United States Department of Justice
 Environment and Natural Resources Division
 JEAN E. WILLIAMS, Chief

  /s/ *Bridget Kennedy McNeil*
 BRIDGET KENNEDY McNEIL, Trial Attorney
 Wildlife and Marine Resources Section
 Ben Franklin Station, P.O. Box 7369
 Washington, D.C. 20044-7369
 Tel: (202) 305-0388/ Fax: (202)305-0275
 bridget.mcneil@usdoj.gov

 Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2006, I electronically filed the foregoing Errata with the Clerk of Court using the ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**          howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**    eric@meyerglitz.com

Pursuant to the Court's mailing information for this case, listed on the ECF system, no parties require manual noticing.


                                        _*Bridget Kennedy McNeil*_____