Plaintiffs' Exhibit 37
Defenders of Wildlife v. Gutierrez
No. 05-2191 (PLF) (D.D.C.)

# RECOVERY PLAN FOR THE

# NORTH ATLANTIC RIGHT WHALE

## (EUBALAENA GLACIALIS)

## REVISION



Original Version: December 1991
Revisions: July 2001, August 2004

Prepared:
The Office of Protected Resources
National Marine Fisheries Service





## A. Step-down Outline

1. Significantly reduce sources of human-caused death, injury and disturbance.

  1.1  Reduce ship collisions with right whales.

    1.1.1 Develop and implement a ship strike reduction strategy.

    *"Early Warning/Sighting Advisory System"*

    1.1.2 Continue and improve seasonal aircraft surveillance of right whale habitats and other elements of the "early warning/sighting advisory system" program.

    1.1.3 Provide right whale sighting locations to mariners through broadcasts and other appropriate media.

    1.1.4 When possible, notify individual ships directly when their course is likely to bring them to or near a location where a whale was sighted by the aircraft.

    1.1.5 Assess the effectiveness and efficiency of the survey programs in attaining the primary goal of reducing ship strikes.

    1.1.6 While continuing to conduct surveys, standardize surveys and data collection to ensure data obtained from the surveys are of maximum use for subsequent analysis of whale distribution and abundance.

    1.1.7 Establish a program for regular and timely analysis of aircraft survey data to determine seasonal whale distribution and abundance and to contribute to predictive modeling exercises of environmental correlates relative to whale distribution, whale distribution relative to ship traffic, and use in subsequent risk analysis.

    *Vessel Traffic Management*

    1.1.8 Use acoustic detection technology (e.g., "pop-up" buoys), surveys, and other technologies as available to monitor right whale occurrence and distribution in waters off the mid-Atlantic states.

    1.1.9 Develop a system to encourage, collect, and appropriately analyze opportunistic sightings from fishing vessels, whale-watching vessels, charter vessels, etc.

    1.1.10 Collect standardized data during aerial surveys on "close calls" between ships and whales.

    1.1.11 Assess the utility and feasibility of ship routing changes in right whale habitat.

    1.1.12 Assess the utility and feasibility of speed restrictions in right whale habitat.

    1.1.13 Using existing data on whale sightings and vessel locations, conduct risk assessment analyses of various ship routing or speed options to assess the best set

of vessel traffic management options by area.

1.1.14  Assess the potential economic impact of vessel management options.

1.1.15  Work with mariners, the shipping industry, and appropriate State and Federal agencies to develop and implement a regionally-based set of measures to reduce the threat of ship strikes.

1.1.16  Assess the effectiveness of ship strike measures and adjust, as necessary.

1.1.17  Explore possible mechanisms for encouraging vessels that have struck a whale to report the incident.

*Education and Outreach*

1.1.18  Establish and/or maintain regionally-based liaison positions to work directly, and maintain a dialog, with the shipping industry, discuss feasibility of various management measures, foster industry cooperation, and conduct related activities.

1.1.19  Develop programs and update materials to educate mariners about right whales, to provide recommended practices for avoiding ship strikes, and to educate the shipping industry about steps being taken to reduce ship strikes.  Make provisions for ongoing distribution of materials.

1.1.20  Routinely review and update information about right whale habitat and high-use areas, right whale vulnerability to ship strikes, and related ship collision reduction measures on nautical charts, *Coast Pilots*, published *Notice to Mariners*, and other appropriate navigational aids.

*Mandatory Ship Reporting Systems*

1.1.21  Continue to implement mandatory ship reporting systems along the east coast of the United States.

1.1.22  To the extent possible, use incoming information from the reporting system for analysis of ship volume and routing studies with a view to assessing possible measures to reduce ship/whale interactions.

1.1.23  Periodically assess the effectiveness of existing ship reporting systems and reporting areas -- both with regard to their operation and capacity to reduce ship strikes -- and consider implementing others or expanding the existing ones, as necessary.

1.1.24  Monitor compliance with the mandatory ship reporting system and take steps to improve compliance as necessary.

1.1.25  Continue and improve outreach efforts to educate the shipping community about the mandatory ship reporting system.

*Whale Detection Technology*

1.1.26  Conduct studies of active acoustic (e.g., SONAR) and passive acoustic