UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE *et al.*,           )<br>                                                                )<br>            Plaintiffs,                              )<br>                                                                )<br>    v.                                                        )<br>                                                                )<br>CARLOS GUTIERREZ *et al.*,                  )<br>                                                                )<br>            Defendants.                          )<br>_____)  | Case No. 1:05CV02191 |

## SECOND DECLARATION OF BRIDGET KENNEDY McNEIL

I, Bridget Kennedy McNeil, declare and state as follows:

1.      I am a trial attorney in the Wildlife and Marine Resources Section of the Environment and Natural Resources Division of the United States Department of Justice, and am counsel for Federal Defendants in the above-captioned case.

2.      I am licensed to practice law in the State of Colorado, and as counsel for the Federal Government, I am permitted to practice in the U.S. District Court for the District of Columbia, pursuant to local rule.

3.      I have personal knowledge of the matters contained in this declaration and, if called and sworn as a witness, I can and will competently testify to all of the matters contained herein.

4.      Attached as Exhibit B is a true and correct copy of the IMO Sub-Committee on the Safety of Navigation's Report of the Fifty-Second Session, dated August 10, 2006.

5.      Attached as Exhibit C is a true and correct copy of the IMO Sub-Committee on the Safety of Navigation's Report of the Working Group, Routeing of Ships, Ship Reporting and Related Matters, dated July 20, 2006.

6.      Attached as Exhibit D is a true and correct copy of the IMO Sub-Committee on the

Safety of Navigation's Draft Report to the Maritime Safety Committee, dated July 20, 2006.

    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2006 in Washington, D.C.

                                                  *Bridget Kennedy McNeil*
                                                  Bridget Kennedy McNeil