# Exhibit B

INTERNATIONAL MARITIME ORGANIZATION



IMO



E

| MARITIME SAFETY COMMITTEE | MSC 82/11 |
|---|---|
| 82nd session | 10 August 2006 |
| Agenda item 11 | Original: ENGLISH |

### SAFETY OF NAVIGATION

### Report of the fifty-second session of the Sub-Committee

### Note by the Secretariat

| SUMMARY | |
|---|---|
| *Executive summary:* | The Committee is invited to take action on matters emanating from NAV 52 |
| *Action to be taken:* | Paragraphs 2 and 3 |
| *Related document:* | NAV 52/18 |

1   The Sub-Committee on Safety of Navigation (NAV) held its fifty-second session from 17 to 21 July 2006 and its report on that session has been circulated under the symbol NAV 52/18.

2   The Committee, at its eighty-second session, is invited to:

.1   in accordance with resolution A.858(20), adopt:

   .1   the proposed new traffic separation schemes, including associated routeing measures "Off the coast of Norway from Vardø to Røst" (paragraph 3.36 and annex 1[*]);

   .2   the proposed three new traffic separation schemes including associated routeing measures "In the SUNK area and northern approaches to the Thames estuary" (paragraph 3.39 and annex 1);

   .3   the proposed new traffic separation scheme "Off Neist Point" in the Minches (paragraph 3.40 and annex 1);

   .4   the proposed amendments to the existing traffic separation schemes "In the Strait of Gibraltar" (paragraph 3.41 and annex 1);

   .5   the proposed amendments to the existing traffic separation scheme "In the approach to Boston, Massachusetts" (paragraph 3.42 and annex 1);

---

[*]   All references are to paragraphs of, and annexes to, the report of NAV 52 (NAV 52/18).

For reasons of economy, this document is printed in a limited number. Delegates are kindly asked to bring their copies to meetings and not to request additional copies.

I:\MSC\82\11.doc

    .6    the proposed amendments to the existing traffic separation schemes "In the Adriatic Sea" (paragraph 3.43 and annex 1);

    .7    the proposed amendments to the existing traffic separation schemes "Off Cani Island" and "Off Cape Bon", off the coast of Tunisia (paragraph 3.45 and annex 1);

    .8    the proposed amendments to the existing traffic separation scheme "Off Botney Ground" (paragraph 3.46 and annex 1);

    .9    the proposed new Area to be Avoided/Mandatory No Anchoring Area in the approaches to the Gulf of Venice (paragraph 3.47 and annex 2);

    .10    the proposed new Precautionary Area off the west coast of the North Island of New Zealand (paragraph 3.48 and annex 2);

    .11    the proposed amendments to the Deep-Water route west of the Hebrides (paragraph 3.49 and annex 2);

    .12    the proposed new Recommended Routes in the Minches (paragraph 3.50 and annex 2);

    .13    the proposed amendments to the Recommendation on navigation around the United Kingdom coast (paragraph 3.51 and annex 2);

    .14    the proposed abolition of the Area to be Avoided around the EC2 Lighted Buoy including the consequential amendment relating to the cancellation of the Recommendations on directions of traffic flow in the English Channel (paragraph 3.52 and annex 2);

    .15    the proposed new mandatory ship reporting system "In the Galapagos Particularly Sensitive Sea Area (PSSA)" (paragraph 3.54 and annex 3);

    .16    the proposed amendments to the existing mandatory ship reporting system "In the Storebælt (Great Belt) Traffic Area" (paragraph 3.55 and annex 4);

    .17    the proposed amendments to the existing mandatory ship reporting system "In the Gulf of Finland" (paragraph 3.56 and annex 5);

.2    endorse the action taken by the Sub-Committee in submitting the outcome of its deliberations on the issue of XML format for ship reporting systems to COMSAR 11 (paragraph 3.58);

.3    adopt the draft MSC resolution on Adoption of the revised performance standards for ECDIS (paragraph 5.8 and annex 6);

.4    endorse the action taken by the Sub-Committee in circulating SN.1/Circ.255 on Additional guidance on chart datums and the accuracy of position on charts (paragraph 5.10);

    .5    endorse the action taken by the Sub-Committee in submitting a liaison statement to ITU-R Working Party 8B on Maintenance and Administration of AIS binary messages (paragraph 9.6 and annex 7);

    .6    adopt the draft MSC resolution on Adoption of Performance Standards for shipborne Galileo receiver equipment (paragraph 10.8 and annex 8);

    .7    approve the draft MSC circular on Unified interpretations of COLREGs 1972, as amended (paragraph 14.5 and annex 9);

    .8    approve the draft MSC circular on Unified interpretations of SOLAS chapter V (paragraph 14.7 and annex 10);

    .9    approve the draft SN circular on Emergency wreck marking buoy (paragraph 17.17 and annex 12);

    .10    approve the draft Assembly resolution on Amendments to the International Regulations for Preventing Collisions at Sea, 1972, as amended (paragraph 17.49 and annex 13); and

    .11    approve the report in general.

3    The Committee is also invited to review the proposed work programme of the Sub-Committee and the draft provisional agenda for NAV 53 (annex 11) under agenda item 21 (Work programme).

_____