# Exhibit C

INTERNATIONAL MARITIME ORGANIZATION



*E*

**IMO**

SUB-COMMITTEE ON SAFETY OF
NAVIGATION
52nd session
Agenda items 3 and 17K

NAV 52/WP.5
20 July 2006
Original:  ENGLISH

**ROUTEING OF SHIPS, SHIP REPORTING AND RELATED MATTERS**

**Report of the working group**

**1      General**

1.1     As instructed by the Sub-Committee, a working group on Ships' Routeing and related matters met from 17 to 19 July 2006 under the chairmanship of Captain P. Hannken (Germany).

1.2     The working group was attended by delegates from the following Member Governments:

| | |
|---|---|
| BRAZIL | NETHERLANDS |
| CHILE | NEW ZEALAND |
| CHINA | NORWAY |
| CROATIA | POLAND |
| DENMARK | PORTUGAL |
| ECUADOR | REPUBLIC OF KOREA |
| FINLAND | RUSSIAN FEDERATION |
| FRANCE | SAUDI ARABIA |
| GERMANY | SINGAPORE |
| GREECE | SPAIN |
| HONDURAS | SWEDEN |
| ICELAND | TUNISIA |
| ITALY | TURKEY |
| JAPAN | UNITED KINGDOM |
| MALAYSIA | UNITED STATES |
| MOROCCO | |

and observers from the following inter-governmental and non-governmental organizations in consultative status:

INTERNATIONAL ASSOCIATION OF INSTITUTIONS OF NAVIGATION (IAIN)
INTERNATIONAL CHAMBER OF SHIPPING (ICS)
INTERNATIONAL MARITIME PILOTS' ASSOCIATION (IMPA)
INTERNATIONAL ASSOCIATION OF INDEPENDENT TANKER OWNERS
    (INTERTANKO)
INTERNATIONAL SAILING FEDERATION (ISAF)
WORLD WIDE FUND FOR NATURE (WWF)

For reasons of economy, this document is printed in a limited number.  Delegates are kindly asked to bring their copies to meetings and not to request additional copies.

1.3    The working group considered the following documents: NAV 52/3/1 and Corr.1 (English only) (Ecuador), NAV 52/3/2 (Spain and Morocco), NAV 52/3/3 (United States), NAV 52/3/4 (Denmark), NAV 52/3/5 (Estonia, Finland and the Russian Federation), NAV 52/3/6 and Corr.1 (Norway), NAV 52/3/7 (Croatia and Italy), NAV 52/3/8 (Italy), NAV 52/3/9 and Corr.1 (United Kingdom), NAV 52/3/10 (Tunisia), NAV 52/3/11 (New Zealand), NAV 52/3/12 (United Kingdom), NAV 52/3/14 (United Kingdom), NAV 52/3/15 (United Kingdom and the Netherlands), NAV 52/3/16 (United Kingdom), NAV 52/INF.9 (WWF), NAV 52/2/2 (Secretariat) MSC 81/23/12 (Norway), and NAV 52/WP.1 (Chairman).

## 2      Terms of Reference

2.1    Taking into account any decisions of, and comments and proposals made in Plenary as well as relevant decisions of other IMO bodies (item 2), the working group should:

.1      consider all documents submitted under item 3 regarding routeing of ships and related matters and prepare routeing and reporting measures, as appropriate and recommendations for consideration and approval by Plenary;

.2      consider the request of COMSAR 10 (COMSAR 10/16, paragraphs 7.7 to 7.9) to the NAV Sub-Committee to provide relevant comments and advice regarding the use of XML format to be standardized for data exchange of ship reporting systems and advise the Sub-Committee accordingly;

.3      consider document MSC 81/23/12 and prepare draft revised text of the proposed amendment to Annex IV of the Convention on the International Regulations for Preventing Collisions at Sea, 1972, as amended;

.4      take into account the role of the human element guidance as updated at MSC 75 (MSC 75/24, paragraph 15.7) including the Human Element Analysing Process (HEAP) given in MSC/Circ.878/MEPC/Circ.346 in all aspects of the items considered; and

.5      submit a report to Plenary on Thursday, 20 July 2006.

## 3      New Traffic Separation Schemes (TSSs)

### New Traffic Separation Schemes and recommended routes off the coast of Norway from Vardø to Røst

3.1    The working group considered the proposal by Norway (NAV 52/3/6 and Corr.1 (English only)), to establish a ships' routeing system in international waters (a new traffic separation scheme), off the coast of Norway, from Vardø to Røst, which would establish a safe route for sea transport, and in particular for the transport of oil from the increased petroleum activity in the Barents Region, thereby reducing the environmental risk related to ship movements in the area, especially with regard to tanker traffic.

3.2    The working group also noted the additional information provided by WWF (NAV 52/INF.9) about the nature resources and environmental values in the area from Vardø to Røst including WWF's support for routeing ship traffic to reduce environmental risks in this vulnerable area.

3.3     The delegation of the Russian Federation informed the working group that Norway had been in touch with Russia in the early stages of its development of the ships' routeing proposal. The Russian Federation fully shared the concerns of Norway and supported their proposal. However, the Russian Federation was of the opinion that the growth of traffic flow in the region had been over estimated (for the year 2015, Norway had estimated a growth in traffic of 150 million tonnes whilst according to the Russian Federation it should be 50 million tonnes); there was no special regime under the COLREGs for a mandatory traffic separation scheme; as there are no restricted waters in the region the width of the traffic lanes of the proposed traffic separation scheme should be extended to three miles and accordingly the distance off from the shore of the proposed routeing system should be minimised taking into account navigational and hydrometeorological conditions of the region.

3.4     The delegation of Denmark noted the intentions of the proposal and agreed that Norway was concerned of the increasing number of oil transports in the area. Routeing measures seem appropriate, however, the delegation of Denmark felt that the proposal was too comprehensive and was of the opinion that a traffic separation scheme was not the most appropriate routeing measure in this particular area.

3.5     The working group agreed, in general to a routeing system off the coast of northern Norway between Vardø to Røst to improve the safety of navigation and the protection of the marine environment.  However, the majority of the working group could not agree to one mandatory traffic separation scheme of 560 nautical miles between Vardø and Røst. Taking this into account and what was said in the plenary, the delegation of Norway was invited to amend their proposal.

3.6     The delegation of Norway agreed to revise their proposal.  The revised proposal consists of eight new traffic separation schemes and seven recommended routes connecting them, off the coast of northern Norway, from Vardø to Røst.  The proposed new traffic separation schemes and recommended routes will establish a safe route for sea transport, and in particular for the transport of oil from the increased petroleum activity in the Barents Region, thereby reducing the environmental risk related to ship movements in the area, especially with regard to tanker traffic. The new traffic separation schemes and recommended routes are not likely to cause a disproportionate burden to the shipping industry.

3.7     The working group agreed to the proposed new traffic separation schemes and recommended routes with some corrections to the description as set out in annex 1, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**New Traffic Separation Schemes – Modification and extension of the existing SUNK Precautionary Area**

3.8     The working group considered the proposal by the United Kingdom (NAV 52/3/9 and Corr.1 (English only)) for the establishment of a comprehensive new routeing system for the northern approaches to the Thames Estuary consisting of modification and extension of the existing SUNK Precautionary Area (which had not been adopted by IMO) in two parts, and establishment of three associated traffic separation schemes, a two-way route, a recommended route and an area to be avoided.

3.9     The working group noted the information provided in annex 2 of document NAV 52/3/9 regarding the SUNK Vessel Traffic Service (VTS) Rules.

NAV 52/WP.5                          - 4 -

3.10    The working group agreed to the proposed comprehensive routeing system with some corrections to the description as set out in annex 2, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**New Traffic Separation Scheme – "Off Neist Point" in the Minches**

3.11    The working group considered the proposal by the United Kingdom (NAV 52/3/14) to establish a new traffic separation scheme "Off Neist Point" consisting of one north and one south bound route with a separation zone.

3.12    The working group noted that the datum system in the annex to document NAV 52/3/14 was not in WGS-84. The group also agreed to keep the used system. However, the corrections of the co-ordinates in WGS-84 datum will be include in the annex 3.

3.13    The working group agreed to the proposed new traffic separation scheme with some corrections to the description as set out in annex 3, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**4       Amendments to existing Traffic Separation Schemes (TSSs)**

**Amendments to the existing Traffic Separation Scheme "In the Strait of Gibraltar"**

4.1     The working group considered the proposal by Spain and Morocco (NAV 52/3/2) to amend the existing routeing system in the "In the Strait of Gibraltar" by the establishment of two precautionary areas, one adjoining the eastern end of the traffic separation scheme for the Strait of Gibraltar and the other off the Moroccan port of Tanger-Med, together with the recommended directions for ships entering or leaving that port, and an amendment to the existing southern inshore traffic zone involving the creation of two new southern inshore traffic zones.

4.2     The working group noted that the geographical positions in the existing traffic separation scheme in the Strait of Gibraltar are based on European Datum and the amendments to the traffic separation scheme are based on WGS-84 Datum.  Consequently the delegations of Spain and Morocco have provided the geographical positions in the existing traffic separation scheme in the Strait of Gibraltar in WGS-84, as set out in annex 4.

4.3     The working group agreed, in general to the amendments to the existing traffic separation scheme "In the Strait of Gibraltar" to improve the safety of navigation and the protection of the marine environment.  However, the group suggested that the geographical positions in the existing traffic separation scheme should be renumbered according to the ships' routeing.  Taking this into account, the delegations of Spain and Morocco were invited to amend their proposal.

4.4     The delegations of Spain and Morocco agreed to revise and provide their proposal and to renumber the geographical positions in WGS-84 datum.

4.5     The working group agreed to the proposed amended traffic separation scheme with some corrections to the description as set out in annex 4, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**Amendments to the existing Traffic Separation Scheme "In the approach to Boston, Massachusetts"**

4.6    The working group considered the proposal by the United States (NAV 52/3/3) to amend the existing traffic separation scheme (TSS) "In the approach to Boston, Massachusetts" that should result in a significant reduction in the likelihood of ship strike deaths and serious injuries to Right and other whales, while maintaining and improving maritime safety.

4.7    The delegation of United States informed that the datum system used in the existing traffic separation scheme (TSS) "In the approach to Boston, Massachusetts" are based on North American 1983 Datum which for charting purposes is considered equivalent to the WGS-84.

4.8    The working group agreed to the proposed amended traffic separation scheme with some corrections to the description as set out in annex 5, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**Amendments to the existing Traffic Separation Schemes "In the Adriatic Sea"**

4.9    The working group considered the proposal by Croatia and Italy (NAV 52/3/7) to amend the existing traffic separation schemes (TSSs) "In the Adriatic Sea" intended to enhance maritime safety, safety of navigation and protection of the environment.

4.10    The delegation of Italy informed that for the purposes of implementation of the amended routeing system "In the Adriatic Sea", they will disseminate the correspondence information (e.g., new edition of nautical charts, notice to mariners and navigational warnings) on time.

4.11    The working group agreed to the proposed amended traffic separation schemes with some corrections to the description as set out in annex 6, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**Amendments to Existing Traffic Separation Schemes "Off Cani Island" and "Off Cape Bon", off the coast of Tunisia**

4.12    The working group considered the proposal by Tunisia (NAV 52/3/10) to amend the existing traffic separation schemes (TSSs) "Off Cani Island" and "Off Cape Bon", off the coast of Tunisia.

4.13    The working group noted that the datum system in the amended existing traffic separation schemes (TSSs) "Off Cani Island" and "Off Cape Bon", off the coast of Tunisia are based on ED50 Datum. Consequently, the delegation of Tunisia informed that the Tunisian Hydrographic Office will publish an *ad hoc* nautical chart based on WGS-84 in September 2006.

4.14    The working group agreed to the proposed amended traffic separation schemes with some corrections to the description as set out in annex 7, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**Amendments to the existing Traffic Separation Scheme "Off Botney Ground"**

4.15    The working group considered the proposal by the United Kingdom and the Netherlands (NAV 52/3/15) to amend the existing traffic separation scheme (TSS) "Off Botney Ground".

4.16    The working group agreed to the proposed amended traffic separation scheme as set out in annex 8, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

# 5    Routeing measures other than Traffic Separation Schemes (TSSs)

**Establishment of an Area to be Avoided/Mandatory No Anchoring Area in the approaches to the Gulf of Venice**

5.1    The working group considered the proposal by Italy (NAV 52/3/8) to establish an Area to be Avoided/Mandatory No Anchoring Area in the approaches to the Gulf of Venice.

5.2    The delegation of the United States noted that a safety zone is not a measure that is subject to IMO review and approval under the general provisions on ships' routeing.  Rather, it is a measure of Italian domestic law.  Italy noted that the safety zone would be applicable only to those ships calling at the facility itself or to and from Italian ports.  The Area to be avoided, being overlaid on the safety zone, will apply to all ships and as a practical matter, should protect safety of navigation and protect the marine environment.

5.3    The delegation of the United Kingdom stressed that every coastal State which authorizes and regulates the operation and use of offshore installations and structures under its jurisdiction should follow the Recommendation on Safety zones and safety of navigation around offshore installations and structures in Assembly resolution A.671(16) and article 60.5 of UNCLOS related to artificial islands, installations and structures in the exclusive economic zone stating that safety zones should not exceed a distance of 500 metres around them.

5.4    The working group agreed to the proposed Area to be Avoided/Mandatory No Anchoring Area with some corrections to the description as set out in annex 9, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**Establishment of a Precautionary Area off the west coast of the North Island of New Zealand**

5.5    The working group considered the proposal by New Zealand (NAV 52/3/11) to establish a new Precautionary Area off the west coast of the North Island of New Zealand aimed at minimizing the risk of collision in an area of dense traffic.

5.6    The delegation of Denmark was of the opinion that this rather large precautionary area where ships must navigate with particular caution was not justified.  Instead, recommended routes according to MSC/Circ.1060 could be used.

5.7    The working group agreed to the proposed new Precautionary Area with some corrections to the description as set out in annex 10, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**Amendments to the existing Deep-Water route west of the Hebrides**

5.8    The working group considered the proposal by the United Kingdom (NAV 52/3/12) to amend the existing Deep-Water route west of the Hebrides, as a measure to increase the protection of the marine environment in the area.

5.9    The working group noted that the datum system in the annex to document NAV 52/3/12 was not in WGS-84. The group also agreed to keep the used system. However, the corrections of the co-ordinates in WGS-84 datum will be include in the annex 11.

5.10    The working group agreed to the proposed amended Deep-Water route with some corrections to the description as set out in annex 11, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**Amendments to the existing Recommended Tracks in the Minches**

5.11    The working group considered the proposal by the United Kingdom (NAV 52/3/14) to upgrade the existing Recommended Tracks in the Minches to Recommended Routes.

5.12    The working group agreed to the proposed upgrading of the existing Recommended Tracks in the Minches to Recommended Routes, as set out in annex 12, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**Amendments to the Recommendations on navigation around the United Kingdom coast**

5.13    The working group considered the proposal by the United Kingdom (NAV 52/3/14) to amend the Recommendations on navigation around the United Kingdom coast (Resolution A.768(18), annex) adopted on 4 November 1993) relating to the existing voluntary reporting system in the Minches to cover all ships.

5.14    The working group agreed to the proposed amended Recommendations on navigation around the United Kingdom coast with some corrections to the description as set out in annex 13, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**Abolition of the Area to Be Avoided around the EC 2 Lighted Buoy**

5.15    The working group considered the proposal by the United Kingdom (NAV 52/3/16) to abolish the Area to be Avoided around the EC 2 Lighted Buoy due to the intended discontinuance of the EC 2 Lighted Buoy.

5.16    The working group noted that this amendment would also entail a consequential amendment to Recommended directions of traffic flow in the English Channel (resolution A.475 (XII), annex 1, sections 2 and 3 adopted on 19 November 1981).

5.17    The working group agreed to the proposed abolition of the Area to be Avoided around the EC 2 Lighted Buoy including the consequential amendment relating to the cancellation of the Recommendation on directions of traffic flow in the English Channel as set out in annex 14, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**6      Implementation of new and amended traffic separation schemes and other routeing measures**

6.1    The new TSSs and amendments to the existing TSSs and other routeing measures mentioned in above paragraphs 3.1 to 3.13, 4.1 to 4.16 and 5.1 to 5.17 will be implemented at a date not less than 6 months after the adoption by the Committee.

## 7    Mandatory ship reporting systems

**New mandatory ship reporting system for the Galapagos**

7.1    The working group considered the proposal by Ecuador (NAV 52/3/1 and Corr.1) to establish a new mandatory ship reporting system (GALREP) for the Galapagos Particularly Sensitive Sea Area and Area to be Avoided, which would enable the Maritime Rescue Sub-Centre located in the Galapagos to obtain accurate information on these ships and give the alert promptly to ensure an immediate response, if necessary.

7.2    The working group agreed to the proposed new mandatory ship reporting system with some corrections as set out in annex 15, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**Amendments to the existing mandatory ship reporting system "In the Great Belt Traffic Area"**

7.3    The working group considered the proposal by Denmark (NAV 52/3/4) to amend the existing mandatory ship reporting system "In the Great Belt Traffic Area" and the implementation of a structured Navigational Assistance Service in this area.

7.4    The working group agreed to the proposed amendments to the existing ship reporting system with some corrections as set out in annex 16, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

**Amendments to the existing mandatory ship reporting system "In the Gulf of Finland"**

7.5    The working group considered the proposal by Estonia, Finland and the Russian Federation (NAV 52/3/5) to amend the existing mandatory ship reporting system "In the Gulf of Finland".

7.6    The working group agreed to the proposed amendments to the existing ship reporting system with some corrections as set out in annex 17, which the Sub-Committee is invited to approve and forward to the Committee for adoption.

## 8    Implementation of Mandatory Ship Reporting Systems

8.1    The new and amended mandatory ship reporting systems mentioned in above paragraphs 7.1 to 7.6 will be implemented at a date six months after the adoption by the Committee.

## 9    XML format for ship reporting systems

9.1    The working group noted that COMSAR 10 (COMSAR 10/16, paragraphs 7.7 to 7.9) had agreed, in principle, that an XML format similar to that proposed by Japan in document COMSAR 10/7 should be standardized for data exchange of ship reporting systems recognized by the Organization.  It was noted that XML format standards for maritime services were being developed within other fora, notably through projects supported by the European Union, although these standards did not necessarily include ship reporting systems.  Therefore, COMSAR 10 deemed it was necessary to obtain further information and views from the European Union and maritime agencies on document COMSAR 10/7 and the use of the XML format for consideration at its next session, with a view towards developing an MSC resolution regarding this standard.

9.2      The working group also noted that COMSAR 10 had further agreed that the NAV Sub-Committee should also be asked to provide relevant comments and advice on the issue.

9.3      The working group also took into consideration the statement by the European Union.

9.4      The working group was in the view that taking into consideration the recent changes in the technology in communications; it would be appropriate to standardize the format for ship reporting systems and agreed in principal with the proposed XML format standards for maritime services.

9.5      XML format will contribute to reduce the heavy work load for masters and navigational officer during the navigational watch. Bearing in mind the mentioned reasons the group feels that it will be appropriate to implement the standardized XML format in short time.

9.6      The working group considered also that direct data exchange between ship to shore, but also between VTS and others (authorities, ship owners and shipping agencies) by XML format, will contribute to improve the safety and security.

## 10      Proposed amendment to Annex IV to COLREG

10.1     The working group considered the proposal by Norway (MSC 81/23/12) concerning the revision of Annex IV to COLREG. The Sub-Committee invited the working group to revise a draft amendment to the list of Distress signals contained in Annex IV to COLREG.

10.2     The working group was of the opinion that mobile satellite providers for Global Maritime Distress and Safety System (GMDSS) other than Inmarsat should be recognized by COLREG, as set out in annex 18.

## 11      Other matters

11.1     The working group took account of the role of the human element including the Human Element Analysing Process (HEAP) given in MSC/Circ.878/MEPC/Circ.346 in all aspects of the items considered.

## 12      Action requested of the Sub-Committee

12.1     The Sub-Committee is invited to:

    .1      approve the new traffic separation schemes and recommended routes off the coast of Norway, from Vardø to Røst and forward it to the Committee for adoption (paragraph 3.7 and annex 1);

    .2      approve the new comprehensive routeing system for the northern approaches to the Thames Estuary and forward it to the Committee for adoption (paragraph 3.10 and annex 2);

    .3      approve the new traffic separation scheme "Off Neist Point" in the Minches and forward it to the Committee for adoption (paragraph 3.13 and annex 3);

.4      approve amendments to the existing traffic separation scheme "In the Strait of Gibraltar" and forward it to the Committee for adoption (paragraph 4.5 and annex 4);

.5      approve amendments to the existing traffic separation scheme (TSS) "In the approach to Boston, Massachusetts" and forward it to the Committee for adoption (paragraph 4.8 and annex 5);

.6      approve the amendments to the existing traffic separation scheme (TSS) "In the Adriatic Sea" and forward it to the Committee for adoption (paragraph 4.11 and annex 6);

.7      approve the amendments to the existing traffic separation scheme (TSS) "Off Cani Island" and "Off Cape Bon", Off the coast of Tunisia and forward it to the Committee for adoption (paragraph 4.14 and annex 7);

.8      approve the amendments to the existing traffic separation scheme (TSS) "Off Botney Ground" and forward it to the Committee for adoption (paragraph 4.16 and annex 8);

.9      approve a new Area to be Avoided/Mandatory No Anchoring Area in the approaches to the Gulf of Venice and forward it to the Committee for adoption (paragraph 5.4 and annex 9);

.10     approve a new Precautionary Area off the west coast of the north Island of New Zealand and forward it to the Committee for adoption (paragraph 5.7 and annex 10);

.11     approve the amendments to the existing Deep-Water route west of the Hebrides and forward it to the Committee for adoption (paragraph 5.10 and annex 11);

.12     approve the amendments to the existing Recommended Tracks in the Minches and forward it to the Committee for adoption (paragraph 5.12 and annex 12);

.13     approve the amendments to the Recommendations on navigation around the United Kingdom coast and forward it to the Committee for adoption (paragraph 5.14 and annex 13);

.14     approve the abolition of the "Area to be Avoided" around the EC 2 Lighted Buoy and forward it to the Committee for adoption (paragraph 5.17 and annex 14);

.15     approve the new mandatory ship reporting system for the Galapagos (PSSA) and forward it to the Committee for adoption (paragraph 7.2 and annex 15);

.16     approve the amendments to the existing mandatory ship reporting system "In the Great Belt Traffic Area" and forward it to the Committee for adoption (paragraph 7.4 and annex 16);

.17     approve the amendments to the existing mandatory ship reporting system "In the Gulf of Finland" and forward it to the Committee for adoption (paragraph 7.6 and annex 17);

.18     endorse the views of the working group regarding the use of XML format to be standardized for data exchange of ship reporting systems and to instruct the Secretariat to forward them to COMSAR 11 (paragraphs 9.4 to 9.6);

.19     endorse the views of the working group regarding the draft revised text of the proposed amendments to Annex IV of the Convention on the International Regulations for Preventing Collisions at Sea, 1972, as amended and forward them to the Committee for adoption and communication to all Contracting Parties and Members of the Organization at least six months prior to its consideration by the twenty-fifth Assembly and to instruct the Secretariat to forward them to COMSAR 11 for review and comments to MSC 83 (paragraph 10.2 and annex 18); and

.20     approve the report in general.

***

ANNEX 1


**NEW TRAFFIC SEPARATION SCHEMES AND RECOMMENDED ROUTES OFF THE COAST OF NORWAY FROM VARDØ TO RØST**


(Reference charts are Norwegian Hydrographic Service charts No. 319 – 325.  The geographical positions, (1) – (98), listed in this annex are given in the WGS-84 datum.)

**Categories of ships to which the traffic separation schemes apply**

Tankers of all sizes, including gas and chemical tankers, and all other cargo ships of 5,000 gross tonnage and upwards engaged on international voyages should follow the routeing system consisting of a series of traffic separation schemes joined by recommended routes off the coast of Norway from Vardø to Røst.

**International voyages to or from ports in Norway from Vardø to Røst**

Ships on international voyages to or from ports in Norway from Vardø to Røst should follow the ship's routeing system until a course to port can be clearly set. This also applies to ships calling at Norwegian ports for supplies or service.

**Description of the traffic separation schemes**

I        Off Vardø

(a)      A separation zone is bounded by a line connecting the following geographical positions:

| | | | |
|---|---|---|---|
| (1)  70° 44.55' N | 031° 49.52' E | (3)  70° 51.05' N | 031° 33.87' E |
| (2)  70° 49.44' N | 029° 53.32' E | (4)  70° 46.20' N | 031° 53.31' E |

(b)      A traffic lane for westbound traffic is established between the separation zone described in paragraph (a) and a line connecting the following geographical positions:

| | | | |
|---|---|---|---|
| (5)  70° 48.59' N | 031° 58.90' E | (6)  70° 53.40' N | 031° 39.19' E |

(c)      A traffic lane for eastbound traffic is established between the separation zone described in paragraph (a) and a line connecting the following geographical positions:

| | | | |
|---|---|---|---|
| (7)  70° 42.22' N | 031° 44.20' E | (8)  70° 47.08' N | 031° 24.76' E |

II       Off Slettnes

(d)      A separation zone is bounded by a line connecting the following geographical positions:

| | | | |
|---|---|---|---|
| (9)  71° 23.01' N | 029° 11.08' E | (12)  71° 29.21' N | 028° 44.33' E |
| (10)  71° 26.11' | N 028° 58.61' E | (13)  71° 27.86' N | 029° 01.25' E |
| (11)  71° 27.26' | N 028° 42.95' E | (14)  71° 24.63' N | 029° 14.78' E |


NAV 52/WP.5
ANNEX 1
Page 2

(e)    A traffic lane for westbound traffic is established between the separation zone described in paragraph (d) and a line connecting the following geographical positions:

    (15)   71° 27.06' N    029° 20.38' E          (17)   71° 32.13' N    028° 46.76' E
    (16)   71° 30.60' N    029° 05.28' E

(f)    A traffic lane for eastbound traffic is established between the separation zone described in paragraph (d) and a line connecting the following geographical positions:

    (18)   70° 20.58' N    029° 05.48' E          (20)   71° 24.39' N    028° 40.62' E
    (19)   71° 23.35' N    028° 54.38' E

III    Off North Cape

(g)    A separation zone is bounded by a line connecting the following geographical positions:

    (21)   71° 40.27' N    026° 08.73' E          (24)   71° 42.53' N    025° 26.58' E
    (22)   71° 41.78' N    025° 49.27' E          (25)   71° 43.72' N    025° 49.45' E
    (23)   71° 40.61' N    025° 27.86' E          (26)   71° 42.19' N    026° 10.46' E

(h)    A traffic lane for westbound traffic is established between the separation zone described in paragraph (g) and a line connecting the following geographical positions:

    (27)   71° 45.05' N    026° 13.20' E          (29)   71° 45.39' N    025° 24.48' E
    (28)   71° 47.03' N    025° 49.12' E

(i)    A traffic lane for eastbound traffic is established between the separation zone described in paragraph (g) and a line connecting the following geographical positions:

    (30)   71° 37.34' N    026° 06.36' E          (32)   71° 37.60' N    025° 29.77' E
    (31)   71° 38.80' N    025° 48.40' E

IV    Off Sørøya

(j)    A separation zone is bounded by a line connecting the following geographical positions:

    (33)   71° 30.11' N    022° 39.50' E          (36)   71° 28.08' N    021° 59.45' E
    (34)   71° 28.95' N    022° 20.05' E          (37)   71° 30.73' N    022° 18.35' E
    (35)   71° 26.29' N    022° 01.90' E          (38)   71° 32.06' N    022° 38.23' E

(k)    A traffic lane for westbound traffic is established between the separation zone described in paragraph (j) and a line connecting the following geographical positions:

    (39)   71° 34.00' N    022° 36.42' E          (41)   71° 30.85' N    021° 55.63' E
    (40)   71° 33.65' N    022° 15.39' E

(l)      A traffic lane for eastbound traffic is established between the separation zone described in paragraph (j) and a line connecting the following geographical positions:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| (42) | 71° 27.17' N | 022° 41.31' E | (44) | 71° 23.55' N | 022° 05.83' E |
| (43) | 71° 26.00' N | 022° 23.00' E |  |  |  |

V       Off Torsvåg

(m)     A separation zone is bounded by a line connecting the following geographical positions:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| (45) | 71° 02.07' N | 019° 13.93' E | (48) | 70° 56.51' N | 018° 36.45' E |
| (46) | 70° 59.63' N | 018° 55.90' E | (49) | 71° 01.26' N | 018° 52.77' E |
| (47) | 70° 55.07' N | 018° 40.45' E | (50) | 71° 03.97' N | 019° 11.40' E |

(n)     A traffic lane for westbound traffic is established between the separation zone described in paragraph (m) and a line connecting the following geographical positions:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| (51) | 71° 06.32' N | 019° 07.81' E | (53) | 70° 58.73' N | 018° 30.34' E |
| (52) | 71° 03.77' N | 018° 47.82' E |  |  |  |

(o)     A traffic lane for eastbound traffic is established between the separation zone described in paragraph (m) and a line connecting the following geographical positions:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| (54) | 70° 59.40' N | 019° 17.65' E | (56) | 70° 52.80' N | 018° 46.70' E |
| (55) | 70° 56.97' N | 019° 00.60' E |  |  |  |

VI      Off Andenes

(p)     A separation zone is bounded by a line connecting the following geographical positions:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| (57) | 69° 48.74' N | 015° 06.86' E | (59) | 69° 44.77' N | 014° 46.12' E |
| (58) | 69° 43.32' N | 014° 50.07' E | (60) | 69° 50.22' N | 015° 03.14' E |

(q)     A traffic lane for westbound traffic is established between the separation zone described in paragraph (p) and a line connecting the following geographical positions:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| (61) | 69° 52.41' N | 014° 57.25' E | (62) | 69° 47.00' N | 014° 40.38' E |

(r)     A traffic lane for eastbound traffic is established between the separation zone described in paragraph (p) and a line connecting the following geographical positions:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| (63) | 69° 46.52' N | 015° 12.75' E | (64) | 69° 41.09' N | 014° 55.85' E |

VII     Off Røst (1)

(s)     A separation zone is bounded by a line connecting the following geographical positions:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| (65) | 68° 12.89' N | 010° 16.07' E | (68) | 68° 03.57' N | 009° 50.12' E |
| (66) | 68° 08.36' N | 010° 02.92' E | (69) | 68° 09.41' N | 009° 58.73' E |
| (67) | 68° 02.64' N | 009° 54.93' E | (70) | 68° 14.26' N | 010° 12.03' E |



NAV 52/WP.5
ANNEX 1
Page 4

(t)    A traffic lane for westbound traffic is established between the separation zone described in paragraph (p) and a line connecting the following geographical positions:

    (71)   68° 16.38' N   010° 06.20' E     (73)   68° 04.83' N   009° 43.01' E
    (72)   68° 11.32' N   009° 52.34' E

(u)    A traffic lane for eastbound traffic is established between the separation zone described in paragraph (p) and a line connecting the following geographical positions:

    (74)   68° 10.82' N   010° 21.89' E     (76)   68° 01.24' N   010° 02.10' E
    (75)   68° 06.71' N   010° 09.50' E

VIII    Off Røst (2)

(v) A separation zone is bounded by a line connecting the following geographical positions:

    (77)   67° 37.66' N   009° 21.34' E     (79)   67° 31.31' N   009° 07.29' E
    (78)   67° 30.42' N   009° 12.05' E     (80)   67° 38.55' N   009° 16.66' E

(w)    A traffic lane for westbound traffic is established between the separation zone described in paragraph (s) and a line connecting the following geographical positions:

    (81)   67° 39.00' N   009° 09.73' E     (82)   67° 32.64' N   009° 00.28' E

(x)    A traffic lane for eastbound traffic is established between the separation zone described in paragraph (s) and a line connecting the following geographical positions:

    (83)   67° 36.29' N   009° 28.33' E     (84)   67° 29.06' N   009° 18.88' E

**Description of the recommended routes**

(y)    A recommended route is established between the traffic separation schemes Off Vardø to Off Slettnes with a central line between the following geographical positions:

    (85)   70° 50.43' N   031° 31.22' E     (86)   71° 23.64' N   029° 13.67' E

(z)    A recommended route is established between the traffic separation schemes Off Slettnes to Off North Cape with a central line between the following geographical positions:

    (87)   71° 28.28' N   028° 42.65' E     (88)   71° 41.20' N   026° 10.59' E

(aa)    A recommended route is established between the traffic separation schemes Off North Cape to Off Sørøya with a central line between the following geographical positions:

    (89)   71° 41.50' N   025° 26.81' E     (90)   71° 31.20' N   022° 39.83' E

(bb)    A recommended route is established between the traffic separation schemes Off Sørøya to Off Torsvåg with a central line between the following geographical positions:

    (91)   71° 27.06' N   022° 00.01' E     (92)   71° 03.18' N   019° 13.28' E

(cc)    A recommended route is established between the traffic separation schemes Off Torsvåg to Off Andenes with a central line between the following geographical positions:

(93)   70° 55.68' N      018° 38.05' E          (94)   69° 49.78' N      015° 05.38' E

(dd)    A recommended route is established between the traffic separation schemes Off Andenes to Off Røst (1) with a central line between the following geographical positions:

(95)   69° 43.79' N      014° 47.17' E          (96)   68° 13.89' N      010° 15.05' E

(ee)    A recommended route is established between the traffic separation schemes Off Røst (1) to Off Røst (2) with a central line between the following geographical positions:

(97)   68° 02.84' N      009° 52.08' E          (98)   67° 38.34' N      009° 19.26' E

**Note**:

| No. | Title | Datum | Published |
|---|---|---|---|
| 319 | Træna – Lofotodden | ED 50 | 1971 |
| 320 | Lofoten og Vesterålen | ED 50 | 1966 |
| 321 | Fra Andenes til Grøtsund | ED 50 | 1936 |
| 322 | Fugløybanken – Lopphavet | ED 50 | 1960 |
| 323 | Fra Sørøya til Nordkapp | ED 50 | 1925 |
| 324 | Fra Nordkapp til Kjølnes | ED 50 | 1959 |
| 325 | Fra Sletnes til Grense-Jakobselv | ED 50 | 1929 |

Position co-ordinates referred to the WGS-84 datum, can be adjusted to the ED 50 datum of the Norwegian Hydrographic Service charts by the following values:

| | Position in WGS-84 datum to ED 50 datum | |
|---|---|---|
| No. | N | E |
| 319 | + 0.01' | + 0.10' |
| 320 | 0.00' | + 0.10' |
| 321 | 0.00' | + 0.10' |
| 322 | - 0.01' | + 0.09' |
| 323 | - 0.01' | + 0.08' |
| 324 | - 0.01' | + 0.07' |
| 325 | - 0.01' | + 0.06' |

\*\*\*

**ANNEX 2**

**NEW TRAFFIC SEPARATION SCHEMES IN THE SUNK AREA AND ASSOCIATED ROUTEING MEASURES IN THE NORTHERN APPROACHES TO THE THAMES ESTUARY**

Reference Chart: British Admiralty 1183, 2005 edition;
**Note:** This chart is based on World Geodetic System 1984 Datum (WGS-84)

A new integrated traffic routeing scheme for the SUNK Area consists of several elements comprising:

    a. One two-way route (Long Sand Head)
    b. Two traffic lanes 1.9 miles wide in two parts (SUNK TSS North and South)
    c. Two traffic lane 1.0 miles wide in one part (SUNK TSS East)
    d. A new inner Precautionary Area, named SUNK Inner Precautionary Area
    e. A new precautionary area, adjacent to the SUNK Inner Precautionary Area, named SUNK Outer Precautionary Area
    f. A 1 nautical mile diameter area to be avoided in the SUNK Outer Precautionary Area
    g. A recommended route ("Galloper" recommended route).

**Description of the two-way route**

*Part I:*

Long Sand Head two-way route is established. (Note that entry is restricted to piloted vessels, vessels operated under pilotage exemption certificate (PEC), and vessels exempt from pilotage under the destination ports pilotage directions.)

    a)    A **traffic lane boundary line** connecting the following geographical positions:

| | | |
|---|---|---|
| **1** | 51° 38′.09N | 001° 40′.43E |
| **2** | 51° 47′.90N | 001° 39′.42E |
| **3** | 51° 47′.77N | 001° 38′.16E |

    b)    A **separation zone** bounded by a line connecting the following geographical positions:

| | | |
|---|---|---|
| **4** | 51° 38′.31N | 001° 43′.60E |
| **5** | 51° 38′.33N | 001° 43′.89E |
| **6** | 51° 42′.16N | 001° 43′.20E |
| **7** | 51° 48′.29N | 001° 42′.08E |
| **8** | 51° 48′.98N | 001° 41′.64E |
| **9** | 51° 49′.28N | 001° 40′.72E |
| **10** | 51° 49′.49N | 001° 40′.06E |
| **11** | 51° 49′.30N | 001° 38′.16E |
| **12** | 51° 49′.11N | 001° 38′.16E |
| **13** | 51° 49′.30N | 001° 40′.01E |

NAV 52/WP.5
ANNEX 2
Page 2

| | | |
|---|---|---|
| **14** | 51º 48′.84N | 001º 41′.40E |
| **15** | 51º 48′.24N | 001º 41′.79E |

c)      A **two-way route** bounded by the **traffic lane boundary line** described in (a) above and the separation zone described in (b) above.

*Part II:*

**Description of the traffic separation schemes**

**SUNK Traffic Separation Scheme
South**

d)      A **separation zone** bounded by a line connecting the following geographical positions:

| | | |
|---|---|---|
| **16** | 51º 38′.54N | 001º 46′.87E |
| **17** | 51º 38′.61N | 001º 47′.85E |
| **18** | 51º 42′.44N | 001º 47′.16E |
| **19** | 51º 42′.37N | 001º 46′.18E |

e)      A **traffic lane** for **northbound** traffic between the separation zone described in (d) above and a **line** connecting the following geographical positions:

| | | |
|---|---|---|
| **20** | 51º 38′.82N | 001º 50′.83E |
| **21** | 51º 42′.65N | 001º 50′.14E |

f)      A **traffic lane** for **southbound** traffic between the separation zone described in (d) above and that portion of the separation zone described in (b) above connecting the following geographic positions:

| | | |
|---|---|---|
| **5** | 51º 38′.33N | 001º 43′.89E |
| **6** | 51º 42′.16N | 001º 43′.20E |

**SUNK Traffic Separation Scheme
East**

g)      A **separation zone** bounded by a line connecting the following geographical positions:

| | | |
|---|---|---|
| **22** | 51º 50′.91N | 002º 00′.00E |
| **23** | 51º 51′.21N | 002º 00′.00E |
| **24** | 51º 48′.84N | 001º 51′.86E |
| **25** | 51º 48′.54N | 001º 51′.85E |

h)      A **separation zone** bounded by a line connecting the following geographical
        positions:

| | | |
|---|---|---|
| **26** | 51° 52′.29N | 002° 00′.00E |
| **27** | 51° 49′.92N | 001° 51′.89E |
| **28** | 51° 52′.06N | 001° 49′.37E |
| **29** | 51° 53′.90N | 001° 49′.96E |
| **30** | 51° 55′.72N | 001° 50′.54E |
| **31** | 51° 55′.59N | 001° 51′.73E |
| **32** | 51° 52′.31N | 001° 50′.68E |
| **33** | 51° 50′.99N | 001° 52′.27E |
| **34** | 51° 53′.24N | 002° 00′.00E |

i)      A **traffic lane** for **eastbound** traffic between the separation zone described in
        (g) above and a **line** connecting the following geographical positions:

| | | |
|---|---|---|
| **35** | 51° 47′.45N | 001° 51′.82E |
| **36** | 51° 49′.84N | 002° 00′.00E |

j)      A **traffic lane** for **westbound** traffic between the separation zone described in (g)
        above and that portion of the separation zone described in (h) above connecting the
        following geographical positions:

| | | |
|---|---|---|
| **26** | 51° 52′.29N | 002° 00′.00E |
| **27** | 51° 49′.92N | 001° 51′.89E |

**SUNK Traffic Separation Scheme**
**North**

k)      A **separation zone** bounded by a line connecting the following geographical
        positions:

| | | |
|---|---|---|
| **37** | 51° 56′.06N | 001° 47′.40E |
| **38** | 51° 56′.16N | 001° 46′.45E |
| **39** | 51° 54′.34N | 001° 45′.87E |
| **40** | 51° 54′.24N | 001° 46′.81E |

l)      A **traffic lane** for **northbound** traffic between the separation zone described in (k)
        above and that portion of the separation zone described in (h) above connecting the
        following geographical positions:

| | | |
|---|---|---|
| **29** | 51° 53′.90N | 001° 49′.96E |
| **30** | 51° 55′.72N | 001° 50′.54E |

m)      A **traffic lane** for **southbound** traffic between the separation zone described in (k)
        above and a **line** connecting the following geographical positions:

| | | |
|---|---|---|
| **41** | 51° 56′.50N | 001° 43′.31E |
| **42** | 51° 54′.68N | 001° 42′.72E |

NAV 52/WP.5
ANNEX 2
Page 4

**SUNK Inner Precautionary Area**

n)    A precautionary area will be established by a line connecting the following geographical positions:

| | | |
|---|---|---|
| **12** | 51° 49′.11N | 001° 38′.16E |
| **11** | 51° 49′.30N | 001° 38′.16E |
| **10** | 51° 49′.49N | 001° 40′.06E |
| **9** | 51° 49′.28N | 001° 40′.72E |
| **43** | 51° 52′.61N | 001° 41′.12E |
| **44** | 51° 53′.03N | 001° 39′.03E |
| **45** | 51° 52′.73N | 001° 34′.26E |
| **46** | 51° 52′.46N | 001° 33′.20E |
| **47** | 51° 52′.46N | 001° 32′.35E |
| **48** | 51° 51′.59N | 001° 31′.32E |
| **49** | 51° 49′.61N | 001° 31′.32E |
| **50** | 51° 48′.51N | 001° 29′.50E |
| **51** | 51° 46′.07N | 001° 33′.42E |
| **52** | 51° 47′.50N | 001° 35′.64E |
| **3** | 51° 47′.77N | 001° 38′.16E |

**SUNK Outer Precautionary Area**

o)    A precautionary area will be established by a line connecting the following geographical positions:

| | | |
|---|---|---|
| **43** | 51° 52′.61N | 001° 41′.12E |
| **9** | 51° 49′.28N | 001° 40′.72E |
| **8** | 51° 48′.98N | 001° 41′.64E |
| **7** | 51° 48′.29N | 001° 42′.08E |
| **6** | 51° 42′.16N | 001° 43′.20E |
| **21** | 51° 42′.65N | 001° 50′.14E |
| **35** | 51° 47′.45N | 001° 51′.82E |
| **27** | 51° 49′.92N | 001° 51′.89E |
| **28** | 51° 52′.06N | 001° 49′.37E |
| **29** | 51° 53′.90N | 001° 49′.96E |
| **42** | 51° 54′.68N | 001° 42′.72E |

**Area to be avoided**

p)    An **area to be avoided**, 1 nautical mile in diameter, centred upon the following geographical position:

| | | |
|---|---|---|
| **53** | 51° 50′.10N | 001° 46′.02E |

**Note:**    The flow of traffic around the ATBA is counter-clockwise as indicated by the recommended directions of traffic flow in the Precautionary Area.  All ships should avoid the area within a circle of radius 0.5 miles, centred upon the following geographical position: 51° 50′.10N  001°46′.02E.

I:\NAV\52\WP\5.doc

This area is established to avoid hazard to a navigational aid which is established at the geographical position listed above, and which is considered vital to the safety of navigation.

*Part III:*

**Description of the recommended Route**

q) A **recommended route** ("Galloper" recommended route in the south-east sector of the scheme to enable regular ferry traffic sailing to and from the Port of Ostend to enter and leave the SUNK Outer Precautionary Area without deviating unnecessary to use traffic separation lanes) connecting the following geographical positions:

| | | |
|---|---|---|
| **54** | 51º 44′.93N | 001º 50′.93E |
| **55** | 51º 41′.33N | 002º 00′.03E |

NAV 52/WP.5
ANNEX 2
Page 6

Area to be avoided
Delete grey stipple separation zone



Details of the proposed new routeing measures for the Northern Approaches to the
Thames Estuary

***

I:\NAV\52\WP\5.doc

## ANNEX 3

## NEW TRAFFIC SEPARATION SCHEME – "OFF NEIST POINT" IN THE MINCHES

Reference charts: British Admiralty Chart No.2635, 1794, 1795.
**Note:**  These charts are based on the Ordnance Survey of Great Britain, 1936 (OSGB 36).

**Description of the Traffic Separation Scheme**

**Little Minches Separation Scheme**

a)    A **separation zone** bounded by a line connecting the following geographical positions:

| | | |
|---|---|---|
| (1) | 57$^o$ 23′.90 N | 006$^o$ 53′.40 W |
| (2) | 57$^o$ 26′.20 N | 006$^o$ 52′.80 W |
| (3) | 57$^o$ 27′.90 N | 006$^o$ 51′.60 W |
| (4) | 57$^o$ 28′.20 N | 006$^o$ 53′.06 W |
| (5) | 57$^o$ 26′.50 N | 006$^o$ 54′.40 W |
| (6) | 57$^o$ 24′.06 N | 006$^o$ 55′.10 W |

b)    A **traffic lane** for **northbound** traffic between the separation zone and a line connecting the following geographical positions:

| | | |
|---|---|---|
| (7) | 57$^o$ 23′.70 N | 006$^o$ 50′.50 W |
| (8) | 57$^o$ 25′.80 N | 006$^o$ 50′.10 W |
| (9) | 57$^o$ 27′.44 N | 006$^o$ 48′.86 W |

c)    A **traffic lane** for **southbound** traffic between the separation zone and a line connecting the following geographical positions:

| | | |
|---|---|---|
| (10) | 57$^o$ 24′.26 N | 006$^o$ 57′.60 W |
| (11) | 57$^o$ 26′.94 N | 006$^o$ 57′.08 W |
| (12) | 57$^o$ 28′.70 N | 006$^o$ 55′.55 W |

**Note:**  Positions co-ordinates referred to the OSGB 36 datum, can be adjusted to the WSG-84 datum by the following values:

Positions in OSGB 36 datum to WGS-84 datum:

0.02 minutes southward
0.06 minutes westward

\*\*\*

ANNEX 4

**AMENDMENTS TO THE EXISTING TSS "IN THE STRAIT OF GIBRALTAR"**

**ESTABLISHMENT OF A NEW PRECAUTIONARY AREA TO THE EASTERN SIDE OF THE GIBRALTAR TSS**

1.    The reference chart is No.445 issued by the Hydrographic Institute of the Spanish Navy, Datum WGS-84, 3rd edition, December 2003, covering the south coast of Spain (from Punta Camariñal to Punta Europa) and north Morocco (from Cape Espartel to Punta Almina).

2.    The precautionary area comprises a quadrilateral located outside the eastern limit of the Gibraltar traffic separation scheme and bounded by four geographical positions.

**3.    Description of the new precautionary area**:

A precautionary area will be established by the lines connecting the following geographical positions:

|  |  |  |
|---|---|---|
| (6) | 36º 02´.80 N | 005º 19´.68 W |
| (7) | 36º 01´.21 N | 005º 25´.68 W |
| (16) | 35º 56´.84 N | 005º 25´.68 W |
| (17) | 35º 58´.78 N | 005º 18´.55 W |

NAV 52/WP.5
ANNEX 4
Page 2


**ESTABLISHMENT OF A NEW PRECAUTIONARY AREA WITH RECOMMENDED DIRECTIONS OFF THE MOROCCAN PORT OF TANGER-MED IN THE GIBRALTAR TSS**

1.      The precautionary area comprises a quadrilateral located off the port of Tanger-Med and bounded by four geographical positions.

2.      This new precautionary area divides into two the separation area of the current scheme. The northern inshore traffic zone will remain with the same geographical positions. Recommended directions are also established for ships either heading for or leaving the port of Tanger-Med.

**3.      Description of the new precautionary area:**

A precautionary area will be established by the lines connecting the following geographical positions:

|       |               |               |
|-------|---------------|---------------|
| (8)   | 36º 00´.35 N  | 005º 28´.98 W |
| (9)   | 35º 59´.07 N  | 005º 33´.87 W |
| (14)  | 35º 54´.97 N  | 005º 32´.25 W |
| (15)  | 35º 56´.35 N  | 005º 27´.40 W |

**AMENDMENT TO THE EXISTING SOUTHERN INSHORE TRAFFIC ZONE IN THE STRAIT OF GIBRALTAR**

1.    The existing southern inshore traffic zone is divided into two inshore traffic zones to east and west, with a free navigational area between them, located between the southern limit of the TSS and the coast of Morocco; these are bounded by nine geographical positions.

**2.    Description of the south-eastern and the south-western inshore traffic zones:**

(a)    South-eastern zone: a traffic zone within the inshore traffic zone formed by the coast of Morocco, the external limit of the traffic lane for the traffic heading towards the eastern area of the current scheme and the lines connecting point 16 with point 18 and point 15 with point 19.

|  |  |
|---|---|
| (16) 35º56'.84 N | 005º25'.68 W |
| (18) 35º54'.45 N | 005º25'.68 W |
| | |
| (15) 35º56'.35 N | 005º27'.40 W |
| (19) 35º54'.88 N | 005º27'.40 W |

(b)    South-western zone: a traffic zone within the inshore zone formed by the coast of Morocco, the external limit of the traffic lane for the traffic heading towards the    eastern area of the current scheme and the lines connecting point 14 with point 20 and point 12 with point 21.

|  |  |
|---|---|
| (14) 35º54'.97 N | 005º32'.25 W |
| (20) 35º51'.33 N | 005º32'.25 W |
| | |
| (12) 35º52'.51 N | 005º44'.98 W |
| (21) 35º49'.09 N | 005º44'.98 W |

**Note**:

1.    Within this zone are arranged three areas serving the port of Tanger-Med as anchoring areas.

These areas are configured as three circles centred on the following co-ordinates   and having a radius of 0.4 miles.

| First anchoring area | (A): | 35º51'.05 N | 005º40'.34 W |
|---|---|---|---|
| Second anchoring area | (B): | 35º52'.03 N | 005º34'.65 W |
| Third anchoring area | (C): | 35º52'.03 N | 005º33'.49 W |

2.    Ships heading for the anchorages indicated in the south-western inshore traffic zone must sail through that zone if coming from the Atlantic or from the port of Tanger or if proceeding from these areas to anchorages at Tanger-Med or vice versa.

3.    Given the absence of ports or any type of facility in the south-eastern inshore traffic zone, ships entering or leaving the port of Tanger-Med must sail along the corresponding traffic lanes.

NAV 52/WP.5
ANNEX 4
Page 4

4.    Ships sailing from the Atlantic Ocean or the Mediterranean Sea towards the port of Tanger-Med, or departing from it for the Atlantic or the Mediterranean Sea must sail along the corresponding traffic lanes.

5.    Ships heading from the Atlantic to the anchoring areas of the south-western inshore traffic zone must sail, in accordance with rule 10 of the 1972 Collisions Regulations, through that same inshore traffic zone.

6.    Ships heading from the port of Tanger-Med to the anchoring areas of the south-western inshore traffic zone must sail, in accordance with rule 10 of the 1972 Collisions Regulations, through that same inshore traffic zone.

7.    Ships heading from the anchoring areas of the south-western inshore traffic zone towards the Atlantic must sail, in accordance with rule 10 of the 1972 Collisions Regulations, through that same inshore traffic zone.

## DESCRIPTION OF THE AMENDED TRAFFIC SEPARATION SCHEME

**Description of the amended traffic separation scheme**

(a) A separation zone, half a mile wide, is centred upon the following geographical positions:

(1) 35°59'.01 N          005°25'.68 W
(2) 35°58'.36 N          005°28'.19 W

A separation zone, half a mile wide, is centred upon the following geographical positions:

(3) 35°57'.08 N          005°33'.08 W
(4) 35°56'.21 N          005°36'.48 W
(5) 35°56'.21 N          005°44'.98 W

(b) A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

(7) 36°01'.21 N          005°25'.68 W
(8) 36°00'.35 N          005°28'.98 W

A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

(9) 35°59'.07 N          005°33'.87 W
(10) 35°58'.41 N          005°36'.48 W
(11) 35°58'.41 N          005°44'.98 W

(c) A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

(12) 35°52'.51 N          005°44'.98 W
(13) 35°53'.81 N          005°36'.48 W
(14) 35°54'.97 N          005°32'.25 W

A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

(15) 35°56'.35 N          005°27'.40 W
(16) 35°56'.84 N          005°25'.68 W

(d) A precautionary area is established in the Eastern side of the Gibraltar TSS by the lines connecting the following geographical positions:

 (6) 36º 02´.80 N          005º 19´.68 W
 (7) 36º 01´.21 N          005º 25´.68 W
(16) 35º 56´.84 N          005º 25´.68 W
(17) 35º 58´.78 N          005º 18´.55 W

NAV 52/WP.5
ANNEX 4
Page 6

(e) A precautionary area is established off the Moroccan port of Tanger-Med in the Gibraltar TSS formed by the lines connecting the following geographical positions:

| (8) 36º 00´.35 N | 005º 28´.98 W |
| (9) 35º 59´.07 N | 005º 33´.87 W |
| (14) 35º 54´.97 N | 005º 32´.25 W |
| (15) 35º 56´.35 N | 005º 27´.40 W |

**Inshore traffic zones**

Northern inshore traffic zone

(a) The area between the northern boundary of the scheme formed by the continuing line that links points 7,8,9,10 and 11 and the Spanish coast, and lying between the following limits is designated as an inshore traffic zone:

(1) Eastern limit: That part of the meridian 005º25'.68 W between the northern boundary of the westbound traffic lane (latitude 36º 01´.21 N, corresponding to point (7) on the attached chartlet) and the Spanish coast.

(2) Western limit: That part of the meridian 005º44'.98W between the northern boundary of the westbound traffic lane (latitude 35º58'.41 N, corresponding to point (11) on the attached chartlet) and the Spanish coast.

South-eastern inshore traffic zone

(a) The area between the southern boundary of the scheme and the Moroccan coast and lying between the following limits is designated as an inshore traffic zone:

(1) Eastern limit: That part of the meridian 005º25'.68 W between the southern boundary of the eastbound traffic lane (latitude 35º56'.84 N, corresponding to point (16) on the attached chartlet) and the Moroccan coast.

(2) Western limit: That part of the meridian 005º27'.40 W between the southern boundary of the westbound traffic lane (latitude 35º56'.35 N, corresponding to point (15) on the attached chartlet) and the Moroccan coast.

South-western inshore traffic zone

(a) The area between the southern boundary of the scheme and the Moroccan coast and lying between the following limits is designated as an inshore traffic zone:

(1) Eastern limit: That part of the meridian 005º32'.25 W between the southern boundary of the westbound traffic lane (latitude 35º54'.97 N, corresponding to point (14) on the attached chartlet) and the Moroccan coast.

(2) Western limit: That part of the meridian 005º44'.98 W between the southern boundary of the westbound traffic lane (latitude 35º52'.51 N, corresponding to point (12) on the attached chartlet) and the Moroccan coast.

***

ANNEX 5

## AMENDMENTS TO THE EXISTING TSS IN THE APPROACH TO BOSTON, MASSACHUSETTS

(Reference charts:  United States 13009, 2004 edition; 13200, 2005 edition; 13246, 2003 edition; 13267, 2004 edition.)

**Note**:  These charts are based on North American 1983 Datum, which for charting purposes is considered equivalent to the WGS-84.)

**Description of the traffic separation scheme**

(a)     A separation zone, one mile wide, is centred upon the following geographic positions:

      (1) 42°20′.84 N          070°40′.70 W          (3) 40°49′.16 N          068°59′.97 W
      (2) 42°18′.24 N          070°00′.40 W

(b)     A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:

      (4) 40°50′.27 N          068°56′.97 W          (6) 42°22′.81 N          070°40′.22 W
      (5) 42°20′.08 N          069°57′.92 W

(c)     A traffic lane for southbound traffic is established between the separation zone and a line connecting the following geographical positions:

      (7) 42°18′.95 N          070°42′.52 W          (9) 40°48′.03 N          069°02′.96 W
      (8) 42°16′.39 N          070°02′.88 W

**Precautionary areas**

(a)     A precautionary area of radius five miles is centred upon geographical position 42°22′.71 N, 070°46′.97 W.

(b)     A precautionary area is bounded to the east by a circle of radius 15.5 miles, centred upon geographical position 40°35′.01 N, 068°59′.97 W, intersected by the traffic separation schemes "In the approach to Boston, Massachusetts" and "Eastern Approach, Off Nantucket" (part II of the traffic separation scheme "Off New York") at the following geographical positions:

      (4) 40°50′.27 N          068°56′.97 W          (11) 40°23′.75 N          069°13′.95 W

The precautionary area is bounded to the west by a line connecting the two traffic separation schemes between the following geographical positions:

      (9) 40°48′.03 N          069°02′.96 W          (10) 40°36′.76 N          069°15′.13 W

\*\*\*

ANNEX 6

## AMENDMENTS TO THE EXISTING TRAFFIC SEPARATION SCHEMES
## IN THE ADRIATIC SEA

**The description of the routeing system**

The present description of the routeing system in the Adriatic Sea includes the following traffic separation schemes and other routing measures:

In the North Adriatic Sea – Western Part (TSS)...............................................................**amended**
Precautionary area at the southern limits of the traffic separation scheme ......................**amended**
Approaches to Gulf of Venice (TSS)..................................................................................**amended**
Area to be avoided in the North Adriatic Sea – **Northern Part** ……................ …..........**amended**
**Area to be avoided in the North Adriatic Sea – Southern Part …….................................new**

## IN THE NORTH ADRIATIC SEA - WESTERN PART (amended)

Reference chart: No. 435 of the Italian Navy Hydrographical Institute, Edition 1993, Datum ED-50, and No. 101 of the Hydrographical Institute of the Republic of Croatia, Edition 1998, Datum Hermanskogel, Bessel Ellipsoid.

**The co-ordinates listed below are in WGS-84**

**Description of the traffic separation scheme**

8     A separation zone is bounded by a line connecting the following geographical positions:

|   |   |   |   |
|---|---|---|---|
| (8a) 43º 54'.90 N | 013º 49'.20 E | (8d) 44º 45'.50 N | 013º 00'.00 E |
| (8b) 43º 56'.40 N | 013º 50'.50 E | (8e) 44º 45'.40 N | 012º 59'.40 E |
| (8c) 44º 17'.20 N | 013º 12'.80 E | (8f ) 44º 12'.10 N | 013º 14'.50 E |

9     A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:

|   |   |   |   |
|---|---|---|---|
| (9a) 43º 58'.40 N | 013º 52'.70 E | (9c) 44º 46'.10 N | 013º 03'.450 E |
| (9b) 44º 18'.80 N | 013º 15'.90 E | | |

10     A traffic lane for southbound traffic is established between the separation zone and a line connecting the following geographical positions:

|   |   |   |   |
|---|---|---|---|
| (10a) 43º 53'.00 N | 013º 47'.40 E | (10c) 44º 44'.70 N | 012º 55'.80 E |
| (10b) 44º 10'.50 N | 013º 11'.20 E | | |

The established directions of traffic flow are: 162º – 124º and 342º – 307º

NAV 52/WP.5
ANNEX 6
Page 2

**PRECAUTIONARY AREA AT THE SOUTHERN LIMITS OF THE TRAFFIC SEPARATION SCHEME (amended)**

**Description of the precautionary area**

Precautionary area is established by a line connecting the following geographical position:

|  |  |  |  |
|---|---|---|---|
| (3') | 43° 47'.50 N  013° 58'.20 E | (6a) | 44° 04'.40 N  014° 00'.97 E |
| (4') | 43° 59'.85 N  014° 16'.61 E | (9a) | 43° 58'.40 N  013° 52'.70 E |
| (5a) | 44° 08'.20 N  014° 08'.77 E | (10a) | 43° 53'.00 N  013° 47'.40 E |

**APPROACHES TO GULF OF VENICE (amended)**

Reference chart: No 435 of the Italian Hydrographical Institute, Edition 1993, Datum ED-50, and No. 101 of the Hydrographical Institute of the Republic of Croatia, Edition 1998, Datum Hermanskogel, Bessel Ellipsoid.

**The co-ordinates listed below are in WGS-84**

**Description of the traffic separation scheme approaches to gulf of Venice**

The separation zone in the approaches to Gulf of Venice is amended with the establishments of a new scheme consisting of two new separation scheme connected by a precautionary area for the transversal traffic from and to the LNG platform.

14    **NORTHERN PART**

A separation zone is bounded by a line connecting the following geographical positions:

|  |  |  |  |
|---|---|---|---|
| (1) | 45° 09'.10 N   12° 38'.50 E | (2) | 45° 10'.50 N   12° 40'.40 E |
| (3) | 45° 14'.30 N   12° 34'.00 E | (4) | 45° 12'.00 N   12° 31'.50 E |

A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:

|  |  |  |  |
|---|---|---|---|
| (5) | 45° 12'.00 N   12° 42'.40 E | (6) | 45° 15'.70 N   12° 35'.70 E |

A traffic lane for southbound traffic is established between the separation zone and a line connecting the following geographical positions:

|  |  |  |  |
|---|---|---|---|
| (7) | 45° 07'.70 N   12° 36'.50 E | (8) | 45° 10'.30 N   12° 29'.50 E |

The established directions of traffic flow are: 120° - 309°

15    **SOUTHERN PART**

A separation zone is bounded by a line connecting the following geographical positions:

|  |  |  |  |
|---|---|---|---|
| (9) | 44° 57'.20 N   12° 50'.30 E | (10) | 44° 57'.90 N   12° 53'.00 E |
| (11) | 45° 07'.80 N   12° 47'.10 E | (12) | 45° 06'.80 N   12° 43'.80 E |

I:\NAV\52\WP.5.doc

A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (13)  44° 58'.50 N   12°55'.60 E       (14)  45° 08'.50 N   12°49'.50 E

A traffic lane for southbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (15)  44° 56'.50 N   12°47'.60 E       (16)  45° 06'.00 N   12°40'.50 E

The established directions of traffic flow are: 337° - 154°

## 16    PRECAUTIONARY AREA

Description of the precautionary area connecting the southern and northern part of the separation scheme in the approaches to Gulf of Venice.

Precautionary area is established by a line connecting the following geographical positions:

    (16)  45° 06'.00 N   12°40'.50 E       (7)   45° 07'.70 N   12°36'.50 E
    (5)   45° 12'.00 N   12°42'.40 E       (14)  45° 08'.50 N   12°49'.50 E

## AREA TO BE AVOIDED IN THE NORTH ADRIATIC SEA – Northern Part (amended)

Reference chart: No. 435 of the Italian Navy Hydrographical Institute, Edition 1993, Datum ED-50, and No. 101 of the Hydrographical Institute of the Republic of Croatia, Edition 1998, Datum Hermanskogel, Bessel Ellipsoid.

### The co-ordinates listed below are in WGS-84

### Description of the area to be avoided (amended)

7    In order to avoid the risk of pollution due to damage of oil rigs, oil and gas pipelines in this area the area described below should be avoided by ships of more than 200 gross tonnage. The area to be avoided is bounded by a line connecting the following geographical positions:

    (7a)  44° 12'.80 N   013° 37'.50 E     (7f)  44° 52'.00 N   013° 17'.07 E
    (7b)  44° 17'.00 N   013° 43'.77 E     (7g) 44° 52'.00 N   013° 05'.77 E
    (7c)  44° 25'.30 N   013° 37'.47 E     (7h) 44° 37'.70 N   013° 07'.90 E
    (7d)  44° 34'.50 N   013° 25'.47 E     (7i) 44° 23'.00 N   013° 14'.30 E
    (7e)  44° 41'.90 N   013° 24'.97 E

## AREA TO BE AVOIDED IN THE NORTH ADRIATIC SEA – Southern Part (new)

Reference chart: No. 435 of the Italian Navy Hydrographical Institute, Edition 1993, Datum ED-50, and No. 101 of the Hydrographical Institute of the Republic of Croatia, Edition 1998, Datum Hermanskogel, Bessel Ellipsoid.

NAV 52/WP.5
ANNEX 6
Page 4


**The co-ordinates listed below are in WGS-84**

**Description of the area to be avoided (new)**

7       In order to avoid the risk of pollution due to damage of oil rigs, oil and gas pipelines in this area the area described below should be avoided by ships of more than 200 gross tonnage. The area to be avoided is bounded by a line connecting the following geographical positions:

| | | | |
|---|---|---|---|
| (7l) | 43º 58'.40 N    013º 52'.70 E | (7n) | 44º 09'.00 N    013º 40'.50 E |
| (7m) | 44º 01'.40 N    013º 56'.80 E | (7o) | 44º 06'.60 N    013º 37'.90 E |

***

ANNEX 7


**AMENDMENTS TO EXISTING (TSSs) "OFF CANI ISLAND"
AND "OFF CAPE BON", OFF THE COAST OF TUNISIA**


**AMENDMENT TO THE TRAFFIC SEPARATION SCHEME NORTH OF THE CANI
ISLANDS**

**1      Reference charts**

- The reference chart is No.948 of the Italian Hydrographic Institute, geodetic system ED50, scale 1:/250000, published in 1962 (4th edition1998), updated to 2003, for the area "From Bizerte to Ras El Melah (Trapani and Pantelleria)".

- Also relevant is chart 4314 (French Navy Hydrographic Institute), geodetic system not known, scale: 1/328130, published in 1955 (7th edition), updated to 2005, for the area "Bône to Tunis".

**2      Description of the Traffic Separation Scheme**

The proposed new separation lanes will comprise:

- Two traffic lanes, three miles wide.
- A separation zone between the two above-mentioned lanes, two miles wide.
- Another separation zone, one mile wide, separating the eastbound traffic lane and the inshore traffic zone.
- An inshore traffic zone in the form of a triangle, whose base is the separation zone located to the south of the scheme and whose apex is represented on the chart by the Cani Islands light (Lat: 37° 21′ 24″ N; Long: 010° 07′ 36″ E) (in Italian chart 948).

(a)      To the south of the TSS, a separation zone is established between the inshore traffic zone and the eastbound traffic lane, bounded by the following geographical positions:

| | | | |
|---|---|---|---|
| 1: Lat : | 37° 31′ 30″ N | 2: Lat: | 37° 31′ 30″ N |
| Long: | 010° 02′ 30″ E | Long: | 010° 13′ 25″ E |
| 3: Lat: | 37° 32′ 30″ N | 4: Lat: | 37° 32′ 30″ N |
| Long: | 010° 02′ 30″ E | Long: | 010° 13′ 25″ E |

(b)      In the centre of the TSS, a separation zone is established between the eastbound and westbound traffic lanes, bounded by the following geographical positions:

| | | | |
|---|---|---|---|
| 5: Lat: | 37° 35′ 30″ N | 6: Lat: | 37° 35′ 30″ N |
| Long: | 010° 02′ 30″ E | Long: | 010° 13′ 25″ E |
| 7: Lat: | 37° 37′ 30″ N | 8: Lat: | 37° 37′ 30″ N |
| Long: | 010° 02′ 30″ E | Long: | 010° 13′ 25″ E |

NAV 52/WP.5
ANNEX 7
Page 2

(c)    To the north of the TSS, a separation line is established between the westbound traffic lane and the open sea, bounded by the following geographical positions:

        9:  Lat:      37° 40′ 30″ N          10:  Lat:      37° 40′ 30″ N
            Long:  010° 02′ 30″ E                Long:  010° 13′ 25″ E

(d)    The inshore traffic zone to be established to the south of the TSS will form a triangle whose base will be a line joining the following geographical positions:

        1:  Lat:      37° 31′ 30″ N          2:  Lat:      37° 31′ 30″ N
            Long:  010° 02′ 30″ E               Long:  010° 13′ 25″ E

and whose apex will be represented on the Italian chart (CM 948) by the Cani Islands light, with the co-ordinates: Lat: 37° 21′ 24″ N;  Long: 010° 07′ 36″ E.


**AMENDMENT TO THE TRAFFIC SEPARATION SCHEME NORTH OF CAPE BON**


**1        Reference charts**

- The reference chart is No. 948 of the Italian Hydrographic Institute, geodetic system ED50, scale 1:/250000, published in 1962 (4th edition 1998), updated to 2003, for the area "From Bizerte to Ras El Melah (Trapani and Pantelleria)".

- Also relevant is chart 4314 (French Navy Hydrographic Institute), geodetic system not known, scale: 1/328130, published in 1955 (7th edition), updated to 2005, for the area "Bône to Tunis".

**2        Description of the traffic separation scheme**

The proposed new separation lanes will comprise:

- Two traffic lanes, three miles wide.
- A separation zone between the two above-mentioned lanes, two miles wide.
- Another separation zone, one mile wide, separating the eastbound traffic lane and the inshore traffic zone.
- An inshore traffic zone in the form of a triangle, whose base is the separation zone located to the south of the scheme and whose apex is represented on the chart by the Cape Bon light (Lat: 37° 04′ 42″ N; Long: 011° 02′ 42″ E) (in Italian chart 948).

(a)    To the south of the TSS, a separation zone is established between the inshore traffic zone and the eastbound traffic lane, bounded by the following geographical positions:

        1:  Lat:      37° 21′ 08″ N          2:  Lat:      37° 16′ 50″ N
            Long:  011° 06′ 33″ E               Long:  011° 15′ 45″ E

        3:  Lat:      37° 22′ 00″ N          4:  Lat:      37° 17′ 45″ N
            Long:  011° 07′ 10″ E               Long:  011° 16′ 25″ E

NAV 52/WP.5
ANNEX 7
Page 3

(b)     In the centre of the TSS, a separation zone is established between the eastbound and
         westbound traffic lanes, bounded by the following geographical positions:

5:  Lat:     37° 24′ 36″ N          6:  Lat:     37° 20′ 20″ N
    Long:  011° 09′ 03″ E              Long:  011° 18′ 20″ E

7:  Lat:     37° 26′ 20″ N          8:  Lat:     37° 22′ 05″ N
    Long:  011° 10′ 18″ E              Long:  011° 19′ 30″ E

(c)     To the north of the TSS, a separation line is established between the westbound traffic
         lane and the open sea, bounded by the following geographical positions:

9:  Lat:     37° 29′ 00″ N          10: Lat:     37° 24′ 41″ N
    Long:  011° 12′ 12″ E              Long:  011° 21′ 26″ E

(d)     The inshore traffic zone to be established to the south of the TSS will form a triangle
         whose base will be a line joining the following geographical positions:

1:  Lat:     37° 21′ 08″ N          2:  Lat:     37° 16′ 50″ N
    Long:  011° 06′ 33″ E              Long:  011° 15′ 45″ E

and whose apex will be represented on the Italian chart (CM 948) by the Cape Bon light, with the
co-ordinates: (Lat: 37° 04′ 48″ N ;  Long: 011° 02′ 36″ E).

NAV 52/WP.5
ANNEX 7
Page 4



\*\*\*

ANNEX 8

**AMENDMENT TO THE "OFF BOTNEY GROUND" TRAFFIC SEPARATION SCHEME BY EXTENDING IT TO THE SOUTH WEST WITHIN THE "OFF FRIESLAND" DEEP WATER ROUTE**

Reference Chart: British Admiralty 1632, 2005 edition;
**Note:** This chart is based on World Geodetic System 1984 Datum (WGS-84)

The proposed amendment consists of three distinct elements:

- Extension of the existing separation zone of the Off Botney Grounds TSS to the south west;
- Extension of the existing south west traffic lane of the Off Botney Grounds TSS to the south west; and
- Extension of the existing north east traffic lane of the Off Botney Grounds TSS to the south west.

**Note**: certain positions for the revised scheme also correspond to positions found in both the "Off Friesland" DWR and "Off Botney Ground" TSS. Such positions are identified below (e.g. equates to existing (46)) and any positional discrepancy is due to the use of the WGS-84 datum for the revised scheme, as opposed to the ED 50 datum for the original schemes.

a)   An extension to the separation zone extension is bounded by the following geographical positions:

| | | | |
|---|---|---|---|
| 1) | 53° 35′.25 N | 003° 03′.05 E | Equates to existing (46) |
| 2) | 53° 36′.22 N | 002° 58′.80 E | Equates to existing (47) |
| 3) | 53° 21′.38 N | 002° 49′.20 E | |
| 4) | 53° 20′.69 N | 002° 52′.13 E | |
| 5) | 53° 29′.82 N | 002° 58′.05 E | |

b)   An extension to the traffic lane for south west bound traffic is bounded by the extended separation zone in (a) above and a line connecting the following geographical positions:

| | | | |
|---|---|---|---|
| 6) | 53° 36′.70 N | 002° 56′.40 E | Equates to existing (53) |
| 7) | 53° 21′.88 N | 002° 46′.88 E | |

c)   An extension to the traffic lane for north east bound traffic is bounded by the extended separation zone in (a) above and a line joining the following geographic positions:

| | | | |
|---|---|---|---|
| 8) | 53° 20′.15 N | 002° 54′.48 E | |
| 9) | 53° 29′.40 N | 003° 00′ 60 E | Equates to existing (61) |
| 10) | 53° 34′.66 N | 003° 05′.40 E | Equates to existing (54) |

NAV 52/WP.5
ANNEX 8
Page 2

**Chartlet showing existing configuration**



**Chartlet showing proposed revision**



\*\*\*

ANNEX 9

**ESTABLISHMENT OF AN AREA TO BE AVOIDED/MANDATORY NO ANCHORING
AREA IN THE APPROACHES TO THE GULF OF VENICE**

(Reference chart:  Italy 924, 2005 edition.
**Note**:  This chart is based on DATUM Rome 1940)

**The co-ordinates listed below are in WGS-84**

**Description of an Area to be Avoided and Mandatory No Anchoring Area**

**(a)      Area to be Avoided and Mandatory No Anchoring Area**

The area within the circle of 1.5 nautical miles centred on the following geographical points:

(a)      45° 05′.30 N          012° 35′.10 E



**Notes:**

A   =   Safety zone within a circle of 2,000 metres radius from the centre of the terminal.

B   =   Area to be Avoided/Mandatory No Anchoring Area within a circle of 1.5 nautical miles
radius from the centre of the terminal as set out in annex 1 (overlays the safety zone).

***

## ANNEX 10

## ESTABLISHMENT OF A PRECAUTIONARY AREA OFF WEST COAST OF THE NORTH ISLAND OF NEW ZEALAND

Reference Charts: New Zealand North Island NZ23.  April 2005 Edition.  (WGS-84 Datum). Western Approaches to Cook Strait NZ48.  April 2000 Edition.  (WGS-84).

**Description of a Precautionary Area**

The precautionary area defined by a line connecting the following geographical locations, the landward extent of which is determined by mean high water spring:

| | | |
|---|---|---|
| (A) | The charted line of MHWS at approximately $38^o$ 31′ S | $174^o$ 37′.8 E |
| (B) | $39^o$ 18′.5 S | $173^o$ 05′ E |
| (C) | $39^o$ 26′ S | $173^o$ 01′ E |
| (D) | $40^o$ 03′ S | $173^o$ 04′ E |
| (E) | $40^o$ 10′ S | $173^o$ 16′ E |
| (F) | The charted line of MHWS at approximately $39^o$ 53′.5 S | $174^o$ 54′.5 E |

**Note:** All ships should navigate with particular caution in order to reduce the risk of maritime casualty and resulting marine pollution in the precautionary area.

NAV 52/WP.5
ANNEX 10
Page 2

**PRECAUTIONARY AREA IN THE TARANAKI BASIN**

**Primary Environmental Sensitivities and Shipping Data**



International shipping movements summarized from AIS position transmissions, 2000-2002.

\*\*\*

ANNEX 11

**AMENDMENTS TO THE EXISTING DEEP-WATER ROUTE WEST
OF THE HEBRIDES**

Reference Chart: British Admiralty 2635, 1996 edition.
**Note**:   This chart is based on Ordnance Survey of Great Britain (1936) datum.

**Description of the amended Deep Water Route**

The amended deep water route is bounded by a line connecting the following geographical positions:

| | | |
|---|---|---|
| (1) | 56$^o$ 46′.75 N | 008$^o$ 03′.00 W |
| (2) | 57$^o$ 36′.80 N | 008$^o$ 03′.00 W |
| (3) | 58$^o$ 21′.40 N | 007$^o$ 08′.00 W |
| (4) | 58$^o$ 37′.40 N | 006$^o$ 26′.00 W |
| (5) | 58$^o$ 40′.54 N | 006$^o$ 30′.76 W |
| (6) | 58$^o$ 24′.23 N | 007$^o$ 13′.58 W |
| (7) | 57$^o$ 37′.97 N | 008$^o$ 10′.50 W |
| (8) | 56$^o$ 46′.75 N | 008$^o$ 10′.29 W |

**Note:**  Positions co-ordinates referred to the OSGB 36 datum, can be adjusted to the WSG-84 datum by the following values:

Positions in OSGB 36 datum to WGS-84 datum:

0.02 minutes southward
0.06 minutes westward

NAV 52/WP.5
ANNEX 11
Page 2



DEEP-WATER ROUTE WEST OF THE HEBRIDES

***

## ANNEX 12

## AMENDMENT TO THE EXISTING RECOMMENDED TRACKS IN THE MINCHES

Reference charts: British Admiralty Chart No.2635, 1794, 1795.
Datum:  Ordnance Survey of Great Britain, 1936 (OSGB 36).

**Amendment to the existing recommended tracks in the Minches**

The existing recommended tracks are upgraded to recommended routes.

\*\*\*

**ANNEX 13**

**AMENDMENTS TO THE RECOMMENDATIONS ON NAVIGATION AROUND THE
UNITED KINGDOM COAST**

1      Amend resolution A. 768(18), annex as follows:

Section 3.2 Reporting requirements

Amend Route "The Minches" to read as follows:

"

| Route | Ship condition | Report to Coastguard | Report on VHF channel |
|---|---|---|---|
| The Minches | All Ships over 300 G.T. | Stornoway | 16 |

"

2      Additionally, increase the number of reporting points (B, C, E and F) as detailed below.

| | Reporting Reference | Latitude | Longitude |
|---|---|---|---|
| **South Bound** | | | |
| | | | |
| Initial report | When passing | 58 $^o$ 30′.00 N | |
| | B | 57 $^o$ 58′.00 N | 006 $^o$ 17′.00 W |
| | C | 57 $^o$ 28′.50 N | 006 $^o$ 54′.40 W |
| Final Report | When passing | 57 $^o$ 00′.00 N | |
| | | | |
| | | | |
| **North Bound** | | | |
| | | | |
| Initial Report | When passing | 57 $^o$ 00′.00 N | |
| | E | 57 $^o$ 23′.80 N | 006 $^o$ 51′.80 W |
| | F | 57 $^o$ 40′.40 N | 006 $^o$ 32′.00 W |
| Final Report | When passing | 58 $^o$ 30′.00 N | |
| | | | |

\*\*\*

ANNEX 14

**ABOLITION OF THE AREA TO BE AVOIDED AROUND THE EC 2 LIGHTED BUOY**

**(AMENDMENTS TO RESOLUTION A. 475 (XII) ON SHIPS' ROUTEING)**

Resolution A.475 (XII) on Ships' Routeing is amended as follows:

ANNEX 1

**ROUTEING SYSTEMS OTHER THAN TRAFFIC SEPARATION SCHEMES**

**2      AREAS TO BE AVOIDED**

**2.1      IN THE ENGLISH CHANNEL AND ITS APPROACHES (new areas)**

The area to be avoided (7) centred on geographical position 50º 12´.10 N, 001º 12´.40 W is abolished as a result of the discontinuation of the EC 2 Lighted Buoy in March 2007.

**3      OTHER ROUTEING MEASURES**

**3.1      RECOMMENDED DIRECTIONS OF TRAFFIC FLOW IN THE ENGLISH CHANNEL**

The recommended directions of traffic flow in the English Channel given in section 3.1 (as shown below) are cancelled as a result of the abolition of the area to be avoided.

"Ships proceeding from the traffic separation scheme "Off Casquets" to the traffic separation scheme "In the Dover Strait and Adjacent Waters" or vice versa are recommended to leave the mid-Channel areas to be avoided to port (see paragraph 2.1 of this Annex) proceeding parallel to a line connecting the centre of those areas."

\*\*\*

ANNEX 15

**DRAFT MSC RESOLUTION**

**(adopted on xxxx)**

**ADOPTION OF A NEW MANDATORY SHIP REPORTING SYSTEM "IN THE GALAPAGOS PSSA AREA"**

THE MARITIME SAFETY COMMITTEE,

RECALLING article 28 (b) of the Convention on the International Maritime Organization concerning the functions of the Committee,

RECALLING ALSO regulation V/11 of the International Convention for the Safety of Life at Sea, 1974 (SOLAS Convention), in relation to the adoption of mandatory ship reporting systems by the Organization, and

RECALLING FURTHER resolution A.858(20) resolving that the function of adopting ship reporting systems shall be performed by the Committee on behalf of the Organization,

TAKING INTO ACCOUNT the guidelines and criteria for ship reporting systems adopted by resolution MSC.43(64), as amended by resolutions MSC.111(73) and MSC.189(79),

HAVING CONSIDERED the recommendations of the Sub-Committee on Safety on Navigation at its fifty-second regular session,

1.      ADOPTS in accordance with SOLAS regulation V/11, the new mandatory ship reporting system "In the Galapagos Particularly Sensitive Sea Area";

2.      DECIDES that the mandatory ship reporting system "In the Galapagos Particularly Sensitive Sea Area (GALREP)" will enter into force at [0000] hours UTC on [1 July 2007];

3.      REQUESTS the Secretary-General to bring this resolution and its annex to the attention of the Member Governments and SOLAS Contracting Governments to the 1974 SOLAS Convention.

NAV 52/WP.5
ANNEX 15
Page 2

ANNEX

**MANDATORY SHIP REPORTING SYSTEM
FOR THE GALAPAGOS AREA TO BE AVOIDED AND PARTICULARLY SENSITIVE
SEA AREA ("GALREP")**

**1      Categories of ships required to participate in the system**

1.1    All ships are required to participate in the mandatory ship reporting system.

**2      Geographical coverage of the system and the number and edition of the reference
chart used for delineation of the system**

2.1    The operational area of GALREP covers the Galapagos Area to be Avoided and the
Particularly Sensitive Sea Area as shown on the chartlet given in Appendix 1.

2.1.1   The coordinates of the mandatory ship reporting system are as follows:

| Point | Latitude | Longitude |
|:---:|:---:|:---:|
| A | 02° 30´ N | 092° 21´ W |
| D1 | 01° 26´ N | 089° 03´ W |
| E1 | 00° 01´ S | 088° 06´ W |
| F1 | 00° 12´ S | 088° 01´ W |
| G1 | 00° 35´ S | 087° 54´ W |
| H1 | 01° 02´ S | 087° 53´ W |
| I1 | 02° 34´ S | 088° 48´ W |
| J1 | 02° 46´ S | 089° 30´ W |
| K1 | 02° 42´ S | 090° 42´ W |
| L1 | 02° 05´ S | 092° 18´ W |
| M1 | 01° 32´ S | 092° 44´ W |
| L | 01° 49´ N | 092° 40´ W |

2.2    The reference chart is I.O.A 20 (2nd edition 1992, updated and reprinted in 2006), issued
       by the Ecuadorean Navy Oceanography Institute (INOCAR), based on Datum WGS-84.

**3      Format and content of report, times and geographical positions for submitting
reports, Authority to whom reports should be sent and available services**

3.1    Reports may be sent by any modern means of communication, including Inmarsat C,
telephone, fax and e-mail, and other available means as described in appendix 2.

3.2    *Format*

3.2.1   The ship report shall be drafted in accordance with the format shown in appendix 3.  The
information requested from ships is derived form the Standard Reporting Format shown in
paragraph 2 of the appendix to IMO resolution A.851(20).

3.3     *Content*

3.3.1   A full report from a ship should contain the following information:

| | | |
|---|---|---|
| A: | Ship identification (name, call sign, IMO number, MMSI number or registration number) |
| B: | Date/time group |
| C: | Position |
| E: | True course |
| F: | Speed |
| G: | Name of last port of call |
| I: | Destination and expected time of arrival |
| P: | Type(s) of oil cargo, and quantity, quality and density. If these tankers are also carrying other hazardous material, the type, quantity and IMO classification should be stated, as appropriate. |
| Q: | Used in the event of defects or deficiencies which affect normal navigation |
| T: | Address for communication of information concerning cargo |
| W: | Number of persons on board |
| X: | Miscellaneous information concerning ships: |
| | - estimated quantity and characteristics of liquid fuel |
| | - navigational status (*e.g.*, moving under own propulsion, limited manoeuvrability, etc.) |

3.3.2   Every reporting message must begin with the word GALREP and include a two-letter prefix to enable identification, *i.e.*, sailing plan "SP", final report "FR" or deviation report "DR". Messages using these prefixes will be cost-free to ships.

3.3.3   The reports must be written in accordance with the following table:

.1      Designators A, B, C, E, F, G, I, P, T, W and X are compulsory for sailing plans;

.2      Designators A, B, C, E and F must be used for final reports;

.3      Designators A, B, C, E, F and I must be used for deviation reports; and

.4      Designator Q is included whenever a problem arises in the reporting area, whether defects, damage, deficiencies or circumstances that affect normal navigation in the reporting area.

3.4     *Geographical position for submitting reports*

3.4.1   A ship must give a full report at the following positions:

.1      on entering the reporting area;

.2      immediately after leaving a port or anchorage located in the Galapagos PSSA (the coordinates of which are at Appendix 4);

.3      when deviating from the route leading to the port of destination or anchorage reported originally;

NAV 52/WP.5
ANNEX 15
Page 4

    .4    when it is necessary to deviate from the planned route owing to weather conditions, damaged equipment or a change in navigational status; and

    .5    on finally leaving the reporting area.

3.5    *Authority*

3.5.1   On entering the GALREP mandatory reporting area, ships must send a message to notify the Santa Cruz Maritime Rescue Sub-Centre via Puerto Ayora Radio or Baquerizo Moreno Radio. The Maritime Rescue Sub-Centres and coastal radio stations to which reports must be sent are shown in appendix 2.

3.5.2   If a ship is not able to send a message to Puerto Ayora Radio, it must send one to Baquerizo Moreno Radio, in accordance with the information given in appendix 2.

**4       Information to be provided to ships and procedures to be followed**

4.1    Ships are required to keep a continuous listening watch in the area.

4.2    The Puerto Ayora Maritime Rescue Sub-Centre will provide ships with the information necessary for safe navigation in the reporting area as required, using the radio transmission resources available in the area.

4.3    If necessary, a specific ship may be informed individually about particular local weather conditions.

**5       Communication required for the system, frequencies on which reports should be transmitted and information reported**

5.1    Radiocommunications required for the system is as follows:

    The reports can be made by any modern means of communication, including Inmarsat C, telephone, fax, and email, and other available means as described in appendix 2.

5.2    Information of commercial confidential nature may be transmitted by non-verbal means.

5.3    The languages of communication used in this system are Spanish or English, using IMO Standard Marine Communication Phrases, where necessary.

**6       Rules and regulations in force in the area of the system**

6.1    *Vessel Traffic Services (VTS)*

Vessel traffic services are available at Puerto Ayora through Puerto Ayora Radio, which provides information for shipping in the Galapagoes Particularly Sensitive Sea Area.

6.2    *SAR Plan*

6.2.1    The national maritime SAR plan establishes the Coast Guard Command as the maritime rescue coordination centre and DIGMER as the SAR coordination centre, with its headquarters under the supervision of the Director General for the Merchant Marine. The Galapagos PSSA comes under the jurisdiction of the Galapagos Archipelago administrative area, at the SAR coordination sub-centre for the island region, which is responsible for deploying coast guard units operating in that area.

6.2.2    The National Maritime Authority is responsible for prevention and control of pollution produced by oil and other harmful substances in Ecuador's waters and along its coasts. Given the extent of the damage that can be caused by oil spills, there is a national contingency plan to deal with them, whether at sea or along the coasts or rivers. The plan covers the mainland waters, the Galapagos island waters and the rivers of the western region.  With regards to planning, implementation and control, geographical areas have been established corresponding to the maritime section of the island region, which includes the Galapagos PSSA, under the responsibility of the island naval operations command in co-ordination with the harbour masters' offices at Puerto Ayora, Puerto Baquerizo Moreno, Puerto Villamil and Seymour, and supported by the fleet air arm, the coast guard and the Galapagos National Park.

**7    Shore-based facilities to support the operation of the system**

7.1    *System capability*

7.1.1    The VTS, Maritime Rescue Sub-Centres, and coastal radio stations are shown in appendix 2; all have skilled personnel constantly on duty.

7.1.2    The accepted means of radiocommunication that are available are listed in appendix 2.

**8    Information concerning the applicable procedures if the communication facilities of shore based Authority fail**

If a ship is not able to send a message to Puerto Ayora Radio, it must send one to Baquerizo Moreno Radio, in accordance with the information given in appendix 2.

**9    Measures to be taken if a ship fails to comply with the requirements of the system**

If a ship in breach of the mandatory ship reporting system can be identified, any enforcement actions taken shall not be incompatible with international law.

NAV 52/WP.5
ANNEX 15
Page 6

APPENDIX 1

**Chart of area covered by the mandatory ship reporting system**



**Note:** The two traffic separation schemes in this chart are deleted.

APPENDIX 2

**Vessel traffic services, maritime rescue sub-centres, coastal radio stations and other establishments to which reports must be sent.**

**ECUADOR – GALAPAGOS ISLANDS**

**SANTA CRUZ: PUERTO AYORA RADIO**
**Name: HCY**
**Geographical co-ordinates:**          00° 44´.59 S,  090° 28´.29 W
**MRSC – SAR  Puerto Ayora:**       00° 44´.59 S,  090° 28´.29 W
Tel.     : + 593 5 2527473
Fax     : + 593 5 2527473
E-mail: ayoraradio@islasantacruz.com

Inmarsat-C: 473575713

Inmarsat Mini – M:
Voice :   761609548
Fax :      761609549
Data :     761609550

VHF channels:
156.800 MHZ     H-24 SIMPLEX   C-16
156.525 MHZ     H-24 SIMPLEX   C-70

MF channels:
4125.0  KHZ     H-24  SIMPLEX  C-421
2182.0  KHZ     H-24  SIMPLEX
2187.5  KHZ     H-24  DSC SIMPLEX

MMSI: 007354757.

**PUERTO BAQUERIZO MORENO: BAQUERIZO MORENO RADIO**
**Name: HCW**
**Geographical co-ordinates:**                 00° 54´ S,  089° 37´ W
**MRSC – SAR  Puerto Baquerizo Moreno:**  00° 54´ S,  089° 37´ W
Tel.     : +593 5 2520346
Fax      : +593 5 2520346
E-mail: capbaq@digmer.org

VHF channels:
156. 800 MHZ     H-24 SIMPLEX   C-16
156.525 MHZ     H-24 SIMPLEX   C-70

MF channels:
4125.0  KHZ     H-24  SIMPLEX  C-421
2182.0  KHZ     H-24  SIMPLEX
2187.5  KHZ     H-24  DSC SIMPLEX
MMSI: 007350090

NAV 52/WP.5
ANNEX 15
Page 8

APPENDIX 3

| Designator | Function | Text |
|---|---|---|
| System name | Code word | GALREP |
|  | Type of report:<br>Sailing plan:<br>Final report:<br><br>Deviation report | One of the following 2-letter identifiers:<br>SP<br>FR (on <u>finally</u> leaving reporting area) to include only **A, B, C, E and F.**<br>DR to include only **A, B, C, E, F and I.** |
| A | Ship | Name and call sign (Name of ship, call sign, IMO No. and MMSI No.), (e.g., TAURUS/HC4019/T-04-0561) |
| B | Date and time corresponding to position at C, expressed as UTC. | A six-digit group followed by a Z. The first two digits indicate day of the month, the second two the hours and the last two the minutes. The Z indicates that the time is given in UTC (e.g., 081340Z). |
| C | Position (latitude and longitude) | A 4-digit group giving latitude in degrees and minutes, with the suffix N or S, and a 5-digit group giving longitude in degrees and minutes, with the suffix W (e.g., 0030S 08805W). |
| E | Course | True course. A 3-digit group (e.g., 270). |
| F | Speed | Speed in knots. A 2-digit group (e.g.14). |
| G | Name of last port of call | Name of the last port of call (e.g., Guayaquil) |
| I | Destination and ETA (UTC) | Name of destination and date and time group as expressed in B (e.g. Puerto Ayora 082200Z) |
| P | Cargo | Type(s) of oil cargo, quantity, quality and density of heavy crude, heavy fuel, asphalt and coal tar. If the ships are carrying other potentially hazardous cargoes, indicate type, quantity and IMO classification (e.g., 10,000 TN DIESEL OIL). |
| Q | Defects, damage, deficiencies, limitations. | Brief details of defects, including damage, deficiencies and other circumstances that impair normal navigation. |
| T | Address for the communication of cargo information | Name, telephone no., and either fax or e-mail |
| W | Total no. of people on board | State how many |
| X | Miscellaneous | Miscellaneous information concerning these ships:<br>Characteristics and approximate quantity of bunker fuel for tankers carrying an amount of it greater than 5,000 tonnes<br>Navigational status (e.g., at anchor, moving under own propulsion, no steering, limited manoeuvrability, depth restriction, moored, aground, etc.) |

APPENDIX 4

**Particularly Sensitive Sea Area (PSSA)**

| Point | Latitude | Longitude |
|-------|----------|-----------|
| A | 02° 30′ N | 092° 21′ W |
| B | 02° 14′ N | 091° 40′ W |
| C | 01° 14′ N | 090° 26′ W |
| D | 00° 53′ N | 089° 30′ W |
| E | 00° 35′ S | 088° 38′ W |
| F | 00° 52′ S | 088° 34′ W |
| G | 01° 59′ S | 089° 13′ W |
| H | 02° 05′ S | 089° 34′ W |
| I | 02° 01′ S | 090° 35′ W |
| J | 01° 32′ S | 091° 52′ W |
| K | 01° 13′ S | 092° 07′ W |
| L | 01° 49′ N | 092° 40′ W |

***

ANNEX 16


**DRAFT MSC RESOLUTION**

**(adopted on xxxx)**


**ADOPTION OF AMENDMENTS TO THE EXISTING MANDATORY SHIP REPORTING SYSTEM "IN THE GREAT BELT TRAFFIC AREA"**

THE MARITIME SAFETY COMMITTEE,

RECALLING article 28 (b) of the Convention on the International Maritime Organization concerning the functions of the Committee,

RECALLING ALSO regulation V/11 of the International Convention for the Safety of Life at Sea, 1974 (SOLAS Convention), in relation to the adoption of mandatory ship reporting systems by the Organization, and

RECALLING FURTHER resolution A.858(20) resolving that the function of adopting ship reporting systems shall be performed by the Committee on behalf of the Organization,

TAKING INTO ACCOUNT the guidelines and criteria for ship reporting systems adopted by resolution MSC.43(64), as amended by resolutions MSC.111(73) and MSC.189(79),

HAVING CONSIDERED the recommendations of the Sub-Committee on Safety on Navigation at its fifty-second regular session,

1.      ADOPTS in accordance with SOLAS regulation V/11, the amendments to the existing mandatory ship reporting system "In the Great Belt Traffic Area";

2.      DECIDES that the said amendments to the existing mandatory ship reporting system "In the Storebælt (Great Belt) Traffic Area (BELTREP)" will enter into force at [0000] hours UTC on [1 July 2007];

3.      REQUESTS the Secretary-General to bring this resolution and its annex to the attention of the Member Governments and SOLAS Contracting Governments to the 1974 SOLAS Convention.

NAV 52/WP.5
ANNEX 16
Page 2

ANNEX

**AMENDED TEXT TO THE EXISTING MANDATORY SHIP REPORTING SYSTEM**
**"IN THE STOREBÆLT (GREAT BELT) TRAFFIC AREA (BELTREP)"**

**4      Categories of ships required to participate in the system**

1.1      Ships required to participate in the ship reporting system:

1.1.1    ships with a gross tonnage of 50 and above; and

1.1.2    all ships with an air draught of 15 m or more.

**5      Geographical coverage of the system and the number and edition of the reference chart used for delineation of the system**

2.1      The operational area of BELTREP covers the central and northern part of the Storebælt (Great Belt) and the Hatter Barn area north of Storebælt (Great Belt) as shown below and on the chartlet given in Appendix 1. The area includes the routeing systems in the Storebælt (Great Belt) area and at Hatter Barn.

2.1.1    Northern borderlines

|          |              |                                         |
|----------|--------------|-----------------------------------------|
| Fyn:     | 55°36′.00 N, | 010°38′.00 E (Korshavn)                 |
| Samsø:   | 55°47′.00 N, | 010°38′.00 E (East coast of Samsø)      |
|          | 56°00′.00 N, | 010°56′.00 E (At sea near Marthe Flak)  |
| Sjælland:| 56°00′.00 N, | 011°17′.00 E (Sjællands Odde)           |

2.1.2    Southern borderlines

|             |              |                                        |
|-------------|--------------|----------------------------------------|
| Stigsnæs:   | 55°12′.00 N, | 011°15′.40 E (Gulf Oil's Pier)         |
| Omø:        | 55°08′.40 N, | 011°09′.00 E (Ørespids, Omø)           |
|             | 55°05′.00 N, | 011°09′.00 E (At sea South of Ørespids)|
| Langeland E:| 55°05′.00 N, | 010°56′.10 E (Snøde Øre)               |
| Langeland W:| 55°00′.00 N, | 010°48′.70 E (South of Korsebølle Rev) |
| Thurø Rev:  | 55°01′.20 N, | 010°44′.00 E (Thurø Rev Light buoy)    |

2.1.3    The area is divided into two sectors at latitude 55°35′.00 N; each sector has an assigned VHF channel as shown in appendix 2.

2.2      The reference charts which include the operational areas of BELTREP are Danish charts Nos. 112 (11th edition 2005), 128 (8th edition 2005) 141(18th edition 2006), 142 (15th edition 2006), 143 (16th edition 2005) and 160 (6th edition 2006) (Datum: World Geodetic System 1984, WGS-84), which provide large-scale coverage of the VTS area.

**3      Format, content of reports, times and geographical positions for submitting reports, Authority of whom reports should be sent and available services**

3.1     Reports to the VTS authority should be made using VHF voice transmissions. However ships equipped with AIS (automatic identification system) can fulfil certain reporting requirements of the system through the use of AIS approved by the Organization.

3.2     A ship must give a full report when entering the mandatory ship reporting area. The full report may be combined by voice or by non-verbal means. A ship may select, for reason of commercial confidentiality, to communicate that section of the report, which provides information on next port of call by non-verbal means prior to entering the ship reporting area.

*3.3     Format*

3.3.1    The ship report shall be drafted in accordance with the format shown in appendix 3. The information requested from ships is derived form the Standard Reporting Format shown in paragraph 2 of the appendix to IMO resolution A.851(20).

*3.4     Content*

3.4.1    A full report from a ship to the VTS Authority by voice or by non-verbal means should contain the following information:

| | | |
|---|---|---|
| A | Name of the ship, call sign and IMO identification number (if available) | |
| C | Position expressed in latitude and longitude | |
| I | Next port of call | |
| L | Route information on the intended track through the Storebælt (Great Belt) area. | |
| O | Maximum present draught | |
| Q | Defects and deficiencies | |
| U | Deadweight tonnage and air draught | |

3.4.2    A short report by voice from a ship to the VTS authority should contain the following information:

| | |
|---|---|
| A | Name of the ship, call sign and IMO identification number (if available) |
| C | Position expressed in latitude and longitude |

***Note:***  On receipt of a report, operators of the VTS Authority will establish the relation to the ship's position and the information supplied by the facilities available to them. Information on position will help operators to identify a ship. Information on current in specific parts of the VTS area will be provided to the ship.

*3.5     Geographical position for submitting reports*

3.5.1    Ships entering the VTS area shall submit a full report when crossing the lines mentioned in paragraph 2.1, 2.1.1 and 2.1.2 or on departure from a port within the VTS area.

3.5.2    Ships passing the reporting line between sector 1 and sector 2 at latitude 55° 35′.00 N. shall submit a short report.

NAV 52/WP.5
ANNEX 16
Page 4

3.5.3 Further reports should be made whenever there is a change in navigational status or circumstance, particularly in relation to item Q of the reporting format.

3.6    *Crossing traffic*

3.6.1 Recognizing that ferries crossing Samsø Bælt from Århus, Ebeltoft and Samsø to Odden and Kalundborg generally operate in according to published schedules special reporting arrangements can be made on a ship-to-ship basis.

*3.7    Authority*

3.7.1    The VTS Authority for the BELTREP is Great Belt VTS.

**4    Information to be provided to ships and procedures to be followed**

4.1    Ships are required to keep a continuous listening watch in the area.

4.2    BELTREP provides information to shipping about specific and urgent situations, which could cause conflicting traffic movements as well as other information concerning safety of navigation for instance, information about weather, current, ice, water level, navigational problems or other hazards.

4.2.1    Information of general interest to shipping in the area will be given by request or will be broadcasted by BELTREP on VHF channel as specified by the VTS operator.  A broadcast will be preceded by an announcement on VHF channel 16.  All ships navigating in the area should listen to the announced broadcast.

4.2.2    If necessary BELTREP can provide individual information to a ship particularly in relation to positioning and navigational assistance or local conditions.

4.3    If a ship needs to anchor due to breakdown, low visibility, adverse weather, changes in the indicated depth of water, etc.  BELTREP can recommend suitable anchorages and place of refuge within the VTS area.  The anchorages are marked on the nautical charts covering the area and are shown on the chartlet in appendix 1.

**5    Communication required for the system, frequencies on which reports should be transmitted and information reported**

*5.1    Radio communications required for the system is as follows:*

5.1.1    The reports to the VTS authority can be made by voice on VHF radio using:

- In sector 1: Channel 74
- In sector 2: Channel 11

5.1.2    Information of commercial confidential nature may be transmitted by non-verbal means.

5.1.3    Broadcast by BELTREP and individual assistance to ships will be made on channel 10 or on any other available channel as assigned by BELTREP.

5.2    BELTREP is monitoring VHF channels 10, 11, 74 and 16.

5.3    The language used for communication shall be English, using IMO Standard Marine Communication Phrases, where necessary.

# 6    Rules and regulations in force in the area of the system

## 6.1    *Regulations for preventing collisions at sea*

6.1.1    The International Regulations for Preventing Collisions at sea are applicable throughout the operational area of BELTREP.

## 6.2    *Traffic separation scheme "Between Korsoer and Sprogoe"*

6.2.1    The Traffic separation scheme "Between Korsoer and Sprogoe", situated in the narrows of the Eastern Channel between the islands of Fyn and Sjælland, has been adopted by IMO, and rule 10 of the International Regulations for Preventing Collisions at Sea therefore applies.

## 6.3    *Traffic separation scheme "At Hatter Barn"*

6.3.1    The separation scheme "At Hatter Barn" situated north of the Storebælt (Great Belt) between the islands of Sjælland and Samsø, has been adopted by IMO, and rule 10 of the International Regulations for Preventing Collisions at Sea therefore applies.

6.3.2    The minimum depth in the traffic separation scheme is 15 metres at mean sea level. Ships with a draught of more than 13 meters should use the deep-water route, which lies west of the traffic separation scheme.

## 6.4    *The Great Belt Bridges*

6.4.1    Passage through the marked spans at the West Bridge is allowed only for ships below 1,000 tonnes deadweight and with an air draught of less than 18 metres.

6.4.2    Passage through the traffic separation scheme under the East Bridge is allowed only for ships with an air draught of less than 65 metres.  There is a recommended speed limit of 20 knots in the traffic separation scheme.

## 6.5    *IMO resolution MSC.138 (76)*

6.5.1    IMO resolution MSC.138(76), Recommendation on Navigation through the entrances to the Baltic Sea, adopted on 5 December 2002, recommends that ships with a draught of 11 metres or more or ships irrespective of size or draught, carrying a shipment of irradiated nuclear fuel, plutonium and high-level radioactive wastes (INF-cargoes) should use the pilotage services locally established by the coastal States.

## 6.6    *Mandatory pilotage*

6.6.1    Harbours within the BELTREP area are covered by provisions about mandatory pilotage for certain ships bound for or coming from Danish harbours.

NAV 52/WP.5
ANNEX 16
Page 6


7        **Shore based facilities to support the operation of the system**

7.1      *System capability*

7.1.1    The control centre is situated at the Naval Regional Centre at Korsør. The VTS system comprises several remote sensor sites.  The sites provide surveillance of the VTS area using a combination of radar, radio direction finding, Automatic Identification System (AIS) and electro-optic sensors. An integrated network of seven radar systems integrated with AIS provides surveillance of the VTS area.

7.1.2    All the sensors mentioned will be controlled or monitored by the VTS operators.

7.1.3    There are five operator consoles in the control centre, one of which is intended for system maintenance and diagnostic purposes, which allows these activities to be carried out without disruption of the normal operations.  The operator can from each of the consoles control and display the status of the sensors.  The VTS centre will at all times be manned with a duty officer and three operators.

7.1.4    Recording equipment automatically stores information from all tracks, which can be replayed. In case of incidents the VTS authority can use records as evidence.  VTS operators have access to different ship registers, pilot information and hazardous cargo data.

7.2      *Radar, electro-optic facilities and other sensors*

7.2.1    Information necessary to evaluate the traffic activities within the operational area of BELTREP is compiled via VTS area remote controlled sensors comprising:

- High-resolution radar systems;
- infra-red sensor systems;
- daylight TV systems;
- VHF communications systems; and
- DF systems.

7.3      *Radio communication facilities*

7.3.1    Radio communication equipment in the control centre consists of six VHF radios including DSC facilities. The VHF channels used are:

- Channel 74        Working channel
- Channel 11        Working channel
- Channel 10        Broadcast channel and reserve channel

*7.4      AIS facilities*

7.4.1    BELTREP is linked to the national shore based AIS network and can continually receive messages broadcast by ships with transponders to gain information on their identity and position. The information is displayed as part of the VTS system and is covering the VTS area.


I:\NAV\52\WP\5.doc

7.5    *Personnel qualifications and training*

7.5.1    The VTS centre is staffed with civilian personnel all experienced as officers at a competency level required in the International Convention on Standards of Training, Certification and Watchkeeping for Seafarers chapter II, section A-II/1 or A-II/2.

7.5.2    Training of personnel will meet the standards recommended by IMO.  Furthermore it will comprise an overall study of the navigation safety measures established in Danish waters and in particular the operational area of BELTREP including a study of relevant international and national provisions with respect to safety of navigation.  The training also includes real-time training in simulators.

7.5.3    Refresher training is carried out at least every third year.

**8    Information concerning the applicable procedures if the communication facilities of shore based Authority fail**

8.1    The system is designed with sufficient system redundancy to cope with normal equipment failure.

8.2    In the event that the radio communication system or the radar system at the VTS centre breaks down, the communications will be maintained via a standby VHF system.  To continue the VTS operation in order to avoid collisions in the bridge area, Great Belt VTS has two options.  Either to man the VTS emergency centre at Sprogø or to hand over the responsibility to the VTS Guard vessel, which at all times is stationed in the BELTREP operational area.

8.3    The VTS emergency centre is equipped with radar, VHF radio sets and CCTV cameras.

8.4    The VTS Guard vessel is equipped with VHF and radars with ARPA and AIS. Furthermore, it is equipped with ECDIS, which displays radar targets.

**9    Measures to be taken if a ship fails to comply with the requirements of the system**

9.1    The objective of the VTS Authority is to facilitate the exchange of information between the shipping and the shore in order to ensure safe passages of the bridges, support safety of navigation and protection of the marine environment.

9.2    The VTS Authority seeks to prevent collisions with the bridges crossing Storebælt (Great Belt). When a ship appears to be on a collision course with one of the bridges, the VTS guard vessel will be sent out to try to prevent such a collision.

9.3    All means will be used to encourage and promote the full participation of ships required to submit reports under SOLAS regulation V/11.  If reports are not submitted and the offending ship can be positively identified, then information will be passed to the relevant Flag State Authority for investigation and possible prosecution in accordance with national legislation. Information will also be made available to Port State Control inspectors.

NAV 52/WP.5
ANNEX 16
Page 8

**Appendix 1**



## Appendix 2

Assigned VHF channels for sectors in the mandatory reporting system
**IN THE STOREBÆLT (GREAT BELT) AREA (BELTREP)**

| Sector | VHF Channel | Authority receiving the report |
|---|---|---|
| Sector 1 | VHF Channel 74 | Great Belt VTS |
| Sector 2 | VHF Channel 11 | Great Belt VTS |

## Appendix 3

Drafting of radio reports to the mandatory ship reporting system
In the Storebælt (Great Belt) Area (BELTREP)

| Designator | Function | Information required |
|---|---|---|
| A | Ship | Name of the ship, call sign and IMO identification number (if available) |
| C | Position | A 4-digit group giving latitude in degrees and minutes suffixed with N and a 5-digit group giving longitude in degrees and minutes suffixed with E |
| I | Next port of call | The name of the expected destination |
| L | Route | A brief description of the intended routed as planned by the master (see below) |
| O | Draught | A 2 or 3-digit group giving the present maximum draught in metres (E.g.: 8.7 metres or 10.2 metres) |
| Q | Defects and deficiencies | Details of defects and deficiencies affecting the equipment of the ship or any other circumstances affecting normal navigation and manoeuvrability |
| U | Deadweight tonnage and air draught | |

**Examples of routes as given under designator L**

*Example .1 A southbound ship with a draught of 13.2 metres:*
DW route at Hatter Barn
Route T
DW route off east coast of Langeland

*Example 2. A northbound ship with a draught of 5.3 metres:*
Route H
Route T at Agersø Flak
TSS at Hatter Barn

*Example 3. A small southbound ship:*
Coastal east of Fyn
West Bridge
Between Fyn and Langeland

***

ANNEX 17

**DRAFT MSC RESOLUTION**

**(adopted on xxxx)**

**ADOPTION OF AMENDMENTS TO THE EXISTING MANDATORY SHIP
REPORTING SYSTEM "IN THE GULF OF FINLAND"**

THE MARITIME SAFETY COMMITTEE,

RECALLING article 28 (b) of the Convention on the International Maritime Organization
concerning the functions of the Committee,

RECALLING ALSO regulation V/11 of the International Convention for the Safety of Life at
Sea, 1974 (SOLAS Convention), in relation to the adoption of mandatory ship reporting systems
by the Organization, and

RECALLING FURTHER resolution A.858(20) resolving that the function of adopting ship
reporting systems shall be performed by the Committee on behalf of the Organization,

TAKING INTO ACCOUNT the guidelines and criteria for ship reporting systems adopted by
resolution MSC.43(64), as amended by resolutions MSC.111(73) and MSC.189(79),

HAVING CONSIDERED the recommendations of the Sub-Committee on Safety on Navigation
at its fifty-second regular session,

1.      ADOPTS in accordance with SOLAS regulation V/11, the amendments to the existing
mandatory ship reporting system "In the Gulf of Finland";

2.      DECIDES that the said amendments to the existing mandatory ship reporting system "In
the Gulf of Finland Traffic Area " will enter into force at [0000] hours UTC on [1 July 2007];

3.      REQUESTS the Secretary-General to bring this resolution and its annex to the attention
of the Member Governments and SOLAS Contracting Governments to the 1974 SOLAS
Convention.

NAV 52/WP.5
ANNEX 17
Page 2

ANNEX

**AMENDMENTS TO THE EXISTING MANDATORY SHIP REPORTING SYSTEM
"IN THE GULF OF FINLAND"**

**Amend sub-section 1.1 to read as follows:**

1.1 Ships of 300 gross tonnage and over are required to participate in the mandatory ship reporting system. Ships under 300 gross tonnage should make reports in circumstances where they:

    .1      are not under command or at anchor in the TSS;

    .2      are restricted in their ability to manoeuvre; and

    .3      have defective navigational aids.

**Amend sub-section 2.1 to read as follows:**

2.1    The mandatory ship reporting system in the Gulf of Finland covers the international waters in the Gulf of Finland. In addition, Estonia and Finland have implemented mandatory ship reporting systems to their national water areas outside VTS areas. These reporting systems provide same services and make same requirements to shipping as the system operating in the international waters. The mandatory ship reporting system and the Estonian and Finnish national mandatory ship reporting systems are together referred as the GOFREP and their area of coverage respectively as the GOFREP area.

**Amend sub-section 2.2 to read as follows:**

2.2    The reference charts are:

    .1      Finnish Maritime Administration chart 901 (2006 edition, scale 1:200 000), Geodetic datum is the national geodetic chart coordinate system (KKJ). WGS-84 latitude correction is -0´.01 and the longitude correction +0´.19. Finnish Maritime Administration charts 952 (2004 edition, scale 1:250 000) and 953 (2004 edition, scale 1:250 000). Geodetic datum for charts 952 and 953 is WGS-84.

    .2      Head Department of Navigation and Oceanography RF Ministry of Defence charts 22060-INT1213 (edition 2000, scale 1:250000). Geodetic datum of year 1942 (Pulkovo). For obtaining position in WGS-84 datum such positions should be moved 0,12' westward. 22061-INT1214 (edition 2002, scale 1:250000). For obtaining position in WGS-84 datum such positions should be moved 0,14' westward.

    .3      Estonian Maritime Administration updated charts 502, 504, 507, 509, 511 (all charts in scale 1:100 000, datum WGS-84).

**Borderline point by point of the Gulf of Finland ship reporting area**

**The co-ordinates below are in WGS-84**

| | | | | | |
|---|---|---|---|---|---|
| 1) | 59°33'.3N | 022°30'.0E | 26) | 60°08'.5N | 026°57'.5E |
| 2) | 59°36'.5N | 022°38'.1E | 27) | 60°08'.2N | 026°54'.5E |
| 3) | 59°38'.1N | 022°51'.4E | 28) | 60°05'.0N | 026°49'.0E |
| 4) | 59°39'.4N | 023°21'.1E | 29) | 60°08'.9N | 026°49'.0E |
| 5) | 59°47'.0N | 024°12'.4E | 30) | 60°06'.5N | 026°38'.0E |
| 6) | 59°47'.8N | 024°19'.9E | 31) | 60°06'.1N | 026°32'.2E |
| 7) | 59°49'.0N | 024°29'.3E | 32) | 60°05'.0N | 026°30'.0E |
| 8) | 59°53'.5N | 024°47'.1E | 33) | 59°57'.0N | 026°30'.0E |
| 9) | 59°55'.3N | 024°55'.8E | 34) | 59°56'.3N | 026°26'.1E |
| 10) | 59°56'.6N | 025°10'.2E | 35) | 59°54'.0N | 026°09'.1E |
| 11) | 59°55'.9N | 025°28'.3E | 36) | 59°48'.9N | 026°01'.2E |
| 12) | 59°55'.7N | 025°35'.0E | 37) | 59°49'.6N | 025°34'.6E |
| 13) | 59°55'.9N | 025°37'.2E | 38) | 59°42'.2N | 024°28'.8E |
| 14) | 59°58'.6N | 026°01'.0E | 39) | 59°34'.6N | 023°57'.1E |
| 15) | 60°00'.8N | 026°04'.5E | 40) | 59°28'.9N | 023°31'.2E |
| 16) | 60°02'.3N | 026°11'.3E | 41) | 59°29'.0N | 023°11'.4E |
| 17) | 60°02'.8N | 026°17'.7E | 42) | 59°28'.2N | 023°08'.5E |
| 18) | 60°09'.2N | 026°29'.5E | 43) | 59°27'.4N | 023°06'.4E |
| 19) | 60°09'.7N | 026°36'.7E | 44) | 59°17'.5N | 022°43'.9E |
| 20) | 60°11'.4N | 026°44'.5E | 45) | 59°17'.7N | 022°36'.1E |
| 21) | 60°12'.0N | 026°45'.9E | 46) | 59°16'.2N | 022°23'.8E |
| 22) | 60°12'.0N | 027°13'.4E | 47) | 59°14'.7N | 022°18'.4E |
| 23) | 60°12'.0N | 027°17'.6E | 48) | 59°03'.4N | 021°50'.9E |
| 24) | 60°10'.3N | 027°10'.9E | 49) | 59°02'.1N | 021°49'.0E |
| 25) | 60°08'.5N | 027°04'.2E | 50) | 59°10'.0N | 021°30'.0E |

**Amend section 3 to read as follows:**

Short report is always reported verbally on VHF. The short title for ship report is GOFREP. Vessels are urged to update their AIS information before entering the Gulf of Finland since they may fulfil the Full Report reporting requirements through the use of AIS. In cases where it is not possible to transmit the report fully with AIS additional information may be reported by other means.

**Amend sub-section 3.2.1 to read as follows:**

3.2.1    A short report by voice from a ship to the shore-based Authorities should contain the following information:

| | |
|---|---|
| A | Vessel's name, call sign and IMO identification. MMSI may be reported. |
| C | Geographical position by two 6 digit groups; or |
| D | Bearing and distance in nautical miles from a clearly identified landmark and |
| E | True course in three (3) digit group. |

NAV 52/WP.5
ANNEX 17
Page 4

**Amend sub-section 3.2.2 to read as follows:**

3.2.2     A full report from a ship to the shore-based Authorities by voice or by non-verbal means should contain the following information:

| | | |
|---|---|---|
| A | Vessel's name, call sign and IMO identification. MMSI may be reported. |
| C | Geographical position by two 6-digit groups; or |
| D | Bearing and distance in nautical miles from a clearly identified landmark and |
| E | True course in three (3) digit group. |
| F | Speed in knots with one decimal. |
| H | Time (UTC) and point of entry into the GOFREP area. |
| I | Destination and ETA. |
| O | Vessel's present draught in metres with one decimal. |
| P | Dangerous goods on board, main classes and total quantity in metric tons with up to two decimals. The amount of classes 1 and 7, if any, shall be reported separately.[*)] |
| Q | Brief details of defects or restrictions of manoeuvrability. |
| R | Description of pollution or dangerous goods lost overboard. |
| T | Address for the communication of cargo information. |
| U | Ship's type and length in meters. |
| W | Total number of persons onboard. |
| X | Characteristics and estimated quantity of bunker fuel for ships carrying more than 5000 tons of bunker and navigational status. |

[*)]     In addition to designator P report, information on cargo other than dangerous goods is collected from all ships entering or leaving the ports of European Union countries in the Gulf of Finland. Ships are not required to report the information on cargo other than dangerous goods. Information is asked from ships only if it can not been obtained by other means.

All VHF, telephone, radar, AIS and other relevant information will be recorded and the records stored for 30 days.

**Amend sub-section 3.3 to read as follows:**

3.3.1     The Gulf of Finland mandatory Ship Reporting System area is divided into three areas of monitoring responsibility with a borderline. This borderline is referred as Central Reporting Line and it consists of two parts.

The western part is drawn through the midpoints of the separation zones of the traffic separation schemes off Kõpu, Hankoniemi, Porkkala and Kalbådagrund to 59°59'.15N  026°30'.0E.

The eastern part of the Central Reporting Line is drawn from the point 59°57'.0N 026°30'.0E to 60°05'.0N 026°30'.0E and further through the borderline of the Russian territorial sea and the outer limit of the Finnish Exclusive Economic Zone eastwards until the point 60°08'.9N 026°49'.0E. From this point the Central Reporting Line continues through the limit of the Exclusive Economical Zone (EEZ) of Finland and the EEZ of Russia further to the point 60°10'.3N 026°57'.5E to 60°10'.3N 027°10'.9E and to 60°12'.0N 027°17'.6E.

Monitoring of the GOFREP area north of the Central Reporting Line is the responsibility of the Helsinki Traffic and, south of the Central Reporting Line in the area west of longitude 26°30´.0E is the monitoring area of the Tallinn Traffic and east of the longitude 26°30´.0E south of the Central Reporting Line is the monitoring area of St. Petersburg Traffic. Thus,

- the vessels entering the mandatory ship reporting area north of the Central Reporting Line report to Helsinki Traffic,
- south of the Central Reporting Line east of longitude 26° 30´.00 E report to St. Petersburg Traffic, and
- south of the Central Reporting Line west of longitude 26° 30´.00 E or from Väinameri report to Tallinn Traffic.

3.3.2  Ships shall submit a Full Report:

1. when entering the GOFREP area from the west or from Väinameri,

2. on departure from a port or latest before entering the reporting area,

3. on departure from a port if it shall not enter the reporting area at all,

4. before departing from Russian Port areas.

A Full Report on departure from a port is given to the Traffic Centre of the country whose port the vessel is departing in the Gulf of Finland traffic area.

3.3.3  Ships that are registered in domestic traffic navigating exclusively inside the inner territorial waters are not required to make a Full Report when departing from a port in the Gulf of Finland.

3.3.4  Ships shall submit a Short Report:

1. on entering the GOFREP area from the Estonian or Finnish VTS areas in the Gulf of Finland,

2. on crossing the Western or Väinameri Reporting Line inward-bound to Gulf of Finland,

3. on crossing the Central Reporting Line,

4. whenever there is a change in the vessel's navigational status excluding the change of status when berthing or unberthing.

Short Report is given on VHF when crossing the Central Reporting Line to the Traffic Centre of the country to which monitoring area the vessel is proceeding.

**Amend sub-section 4.1.1 to read as follows:**

4.1.1  Each Authority provides information to shipping about specific and urgent situations which could cause conflicting traffic movements and other information concerning safety of navigation, for instance information about weather, ice, water level, navigational problems or other hazards. Information is broadcast on the following frequencies when necessary or on request.

NAV 52/WP.5
ANNEX 17
Page 6

| Station | Frequency | Times | Additional broadcasts in wintertime |
|---------|-----------|-------|-------------------------------------|
| Tallinn | Main channel 61<br>Reserve channel 81 | on request or when needed | on request or when needed |
| Helsinki | Main channel 60<br>Reserve channel 80 | on request or when needed | on request or when needed |
| St. Petersburg | Main channel 74<br>Reserve channel 10 | on request or when needed | on request or when needed |

**Amend sub-section 5.4 to read as follows:**

5.4    The reports can be made verbally on VHF, by AIS or by facsimile as follows:
   –    Full Report in advance is to be sent by facsimile or e-mail.
   –    Short Report is to be made verbally on VHF.
   –    Full Report is made by non-verbal means (facsimile, AIS or e-mail) or verbally on VHF.

**Delete sub-section 5.5.**

**Replace term "working channel" with term "reserve channel" in sub-sections 7.1.3.1 and 7.3.3.1.**

**Amend sub-section 7.2.1.1 to read as follows:**

7.2.1.1   The system is managed from the Tallinn VTS Centre. There are two operator's positions with expansion capabilities and equipment for technical supervision of the systems.

**Amend sub-section 7.2.3.1 to read as follows:**

7.2.3.1   VHF radio transceivers cover all the Tallinn Traffic area of responsibility. The working channels are as follows:
      • Channel 61   main channel
      • Channel 81   reserve channel

**Delete sub-section 7.2.3.2.**

**Amend sub-section 7.2.4 to read as follows:**

7.2.4    AIS facilities

7.2.4.1   AIS system covers all the Tallinn Traffic area of responsibility. The relevant information can be displayed at the operators working positions on the screens and database.

**Amend new sub-section 7.2.5:**

7.2.5    Personnel qualifications and training

7.2.5.1   TALLINN TRAFFIC is staffed with personnel trained according to national and international recommendations.

7.2.5.2 The training of the personnel comprises an overall study of the navigation safety measures, the relevant international (IMO) and national provisions with respect to safety of navigation. The training also includes thorough real-time simulations.

**Delete sub-section Summary of Ship reporting System in the Gulf of Finland.**

**Amend Appendix 1 to read as follows:**

Designators used in the Gulf of Finland mandatory ship reporting system and the format of the reports

| Designator | Function | Information required |
|---|---|---|
| A | Ship | Vessel's name, call sign and IMO identification. MMSI may be reported. |
| C | Position | Geographical position by two 6 digit groups; or |
| D | Position | Bearing and distance in nautical miles from a clearly identified landmark |
| E | Course | True course in three (3) digit group |
| F | Speed | Speed in knots with one decimal |
| H | Entry | Time (UTC) and point of entry into the GOFREP area |
| I | Destination and ETA | Destination and expected time of arrival |
| O | Draught | Vessel's present draught in metres with one decimal |
| P | Cargo | Dangerous goods on board, main classes and total quantity in metric tons with up to two decimals. The amount of classes 1 and 7, if any, shall be reported separately. [*)] |
| Q | Deficiencies | Brief details of defects or restrictions of manoeuvrability |
| R | Pollution | Description of pollution or dangerous goods lost overboard |
| T | Owner or agent | Contact information of agent in the Gulf of Finland |
| U | Size and type | Ship's type and length in meters |
| W | Persons | Total number of persons onboard |
| X | Bunkers and navigational status | Characteristics and estimated quantity of bunker fuel for ships carrying more than 5000 tons of bunker and navigational status |

[*)]    In addition to designator P report, information on cargo other than dangerous goods is collected from all ships entering or leaving the ports of European Union countries in the Gulf of Finland. Ships are not required to report the information on cargo other than dangerous goods. Information is asked from ships only if it can not been obtained by other means.

A Short Report consists of designators A, C or D and E. Vessels may additionally be requested to report designator F.

A Full Report consists of designators A, C or D, E, I, O, P, T, U, W and X. Vessels may additionally be requested to report designators F or H.

NAV 52/WP.5
ANNEX 17
Page 8


Vessels not equipped with AIS entering the GOFREP area from the Northern Baltic or Väinameri, are recommended to give a Full Report to the relevant Traffic Centre by fax or e-mail at least one hour before entering the area. In any case, a Full Report shall be given prior to entering the GOFREP area.

If there are any circumstances affecting normal navigation in accordance with the provisions of the SOLAS and MARPOL Conventions, the Master of the vessel in question is obliged to report designator Q or R, whichever is relevant under the prevailing circumstances. This report shall be made without delay.



NAV 52/WP.5
ANNEX 17
Page 10



***



F:\NAV\52\WP\5.doc

**ANNEX 18**

**DRAFT ASSEMBLY RESOLUTION ON AMENDMENTS TO THE INTERNATIONAL REGULATIONS FOR PREVENTING COLLISIONS AT SEA, 1972**

THE ASSEMBLY,

RECALLING article VI of the Convention on the International Regulations for Preventing Collisions at Sea, 1972, on amendments to the Regulations,

HAVING CONSIDERED the amendments to the International Regulations for Preventing Collisions at Sea, 1972, adopted by the Maritime Safety Committee at its [eighty-second] session and communicated to all Contracting Parties in accordance with paragraph 2 of article VI of that Convention and also the recommendations of the Maritime Safety Committee concerning entry into force of these amendments,

1.     ADOPTS, in accordance with paragraph 3 of article VI of the Convention, the amendments set out in the Annex to the present resolution;

2.     DECIDES, in accordance with paragraph 4 of article VI of the Convention, that the amendments shall enter into force on [… November 2009] unless by [... May 2008] more than one third of the Contracting Parties have notified their objection to the amendments;

3.     REQUESTS the Secretary-General, in conformity with paragraph 3 of article VI, to communicate this resolution to all Contracting Parties to the Convention for acceptance.

4.     INVITES Contracting Parties to notify any objections to the amendments not later than [... May 2008], whereafter the amendments will be deemed to have been accepted to enter into force as determined in the present resolution.

NAV 52/WP.5
ANNEX 18
Page 2

ANNEX

**DRAFT AMENDMENTS TO COLREG, 1972**

**ANNEX IV**

Amend Annex IV to COLREG, 1972 to read as follows:

"DISTRESS SIGNALS

1.    The following signals, used or exhibited either together or separately, indicate distress and need of assistance:

    a.    a gun or other explosive signals fired at intervals of about a minute;
    b.    a continuous sounding with any fog-signalling apparatus;
    c.    rockets or shells, throwing red stars fired one at a time as short intervals;
    d.    a signal made ~~by radiotelegraphy or~~ by any ~~other~~ signalling method consisting of the group $\cdots\_\_\_\cdots$ (SOS) in the Morse Code;
    e.    a signal sent by radiotelephony consisting of the spoken word "MAYDAY";
    f.    the International Code Signal of distress indicated by N.C.;
    g.    a signal consisting of a square flag having above or below it a ball or anything resembling a ball;
    h.    flames on the vessel (as from a burning tar barrel, oil barrel, etc.);
    i.    a rocket parachute flare or a hand-flare showing a red light;
    j.    a smoke signal giving off orange-coloured smoke;
    k.    slowly and repeatedly raising and lowering arms outstretched to each side;
    l.    ~~the radiotelegraph alarm signal~~; <u>a distress alert by means of digital selective calling (DSC) transmitted on:</u>
        (a)    <u>VHF channel 70, or</u>
        (b)    <u>MF/HF on the frequencies 2187,5 kHz, 8414,5 kHz, 4207,5 kHz, 6312 kHz, 12577 kHz or 16804,5 kHz.</u>
    m.    ~~the radiotelephone alarm signal~~; <u>a ship-to-shore distress alert transmitted by the ship's Recognized Mobile Satellite Service Provider (RMSSP) ship earth station;</u>
    n.    signals transmitted by emergency position-indicating radio beacons;
    o.    approved signals transmitted by radiocommunications systems.

2.    The use or exhibition of any of the foregoing signals except for the purpose of indicating distress and need of assistance and the use of other signals which may be confused with any of the above signals is prohibited.

3.    Attention is drawn to the relevant sections of the International Code of Signals, the Merchant Ship Search and Rescue Manual and the following signals:

    a.    a piece of orange-coloured canvas with either a black square and circle or other appropriate symbol (for identification from the air);
    b.    a dye marker."

_____