UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | |
| ) | Case No. 1:05CV02191 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CARLOS GUTIERREZ, et al. ) | DECLARATION OF STEWART HARRIS |
| ) | |
| Defendants. ) | |

I Stewart Harris declare as follows:

1. I am employed by the Marine Mammal and Sea Turtle Conservation Division for the Office of Protected Resources, National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration. My job title is Acting Division Chief, Marine Mammal and Sea Turtle Conservation Division. As Acting Division Chief, I am responsible for providing guidance to NMFS through program reviews to ensure consistency with the Marine Mammal Protection Act, the Endangered Species Act, the National Environmental Policy Act, and Department of Commerce policies and programs.

2. I base this declaration on my personal and official knowledge and information.

3. NMFS has undertaken a number of measures designed to prevent ships from striking and killing North Atlantic right whales. Attached to my declaration is a description of these measures. By means of this declaration, I provide an update on some of those items mentioned in the attachment.

4. On June 26, 2006, NMFS published a proposed rule in the Federal Register (71 Fed. Reg. 36299) that would impose speed restrictions on certain vessels transiting right whale habitat during certain times of the year. This rule forms part of NMFS' Ship Strike Reduction Strategy.

On August 14, 2006, NMFS published a Federal Register notice (71 Fed. Reg. 46440) that extended the public comment period on the proposed rule from August 25, 2006 to October 5, 2006 after considering requests from the public to do so. During the public comment period, NMFS held public meetings in Jacksonville, Florida on August 8, 2006, in Baltimore, Maryland on August 10, 2006, and in Boston, Massachusetts on August 14, 2006.

5.  A draft environment impact statement (DEIS) was released on July 7, 2006 (71 Fed. Reg. 40096). On August 18, 2006, NMFS published a Federal Register notice (71 Fed. Reg. 47808) that extended the public comment period on the DEIS from September 5, 2006 to October 5, 2006 after considering requests from the public to do so. NMFS has also posted a detailed economic study of these measures which can be found at *www.nmfs.noaa.gov/pr/shipstrike/*.

6.  NMFS has so far received over 8,000 written public comments on the proposed rule and the DEIS. As NMFS will need to consider this voluminous amount of public comments prior to issuance of the final rule, final environmental impact statement and the Record of Decision, it anticipates publishing these documents no sooner than spring, 2007.

7.  In April 2006, the U.S. Government submitted a proposal to amend the Boston "Traffic Separation Scheme" (TSS) to the International Maritime Organization (IMO). This TSS was originally adopted by IMO in 1973 and any proposals to amend it therefore have to be submitted to IMO. The proposed modification of this TSS, which while it only involves a 12 degree shift in the northern leg and a narrowing of the two traffic lanes by approximately ½ mile each, is expected to reduce the risk of ship strikes to right whales by 58% and of other large whale species by 81% occurring in the area, with minimal concurrent impact to mariners using the TSS. On July 21, 2006, the IMO's Subcommittee on Safety of Navigation approved the

amendments to the TSS and forwarded them to the Maritime Safety Committee (MSC) for adoption. The MSC meets from November 29, 2006 – December 8, 2006. If adopted by the MSC and under IMO procedural rules, the amendments may be implemented no sooner than six months thereafter.

8.  NOAA has worked closely with the U.S. Coast Guard in the development of a Port Access Route Study (PARS) which identified specific routing measures for key right whale aggregation areas, within Cape Cod Bay and the calving/nursery areas in waters off Georgia and Florida. The routing measures recommended for waters within Cape Cod Bay are two-way routes, precautionary areas, and two-way recommended tracks while the routing measures recommended for waters off Florida and Georgia are two-way routes and precautionary areas. The process of finalizing these routes is underway. While the use of these routing measures is voluntary, they will be monitored and if it is observed that compliance is low, then consideration will be given to making their use mandatory.

9.  The PARS analysis of these two-way routes, precautionary areas, and two-way recommended tracks was based on Mandatory Ship Reporting (MSR) ship traffic data, years of right whale sighting data, discussions with and information provided by NOAA, and other information reflected in the relevant analysis set forth in the PARS. The PARS concluded with recommended routing measures to mariners that are designed to help reduce the co-occurrence of whales and ships by minimizing ship transit times in whale habitat, avoiding specific whale aggregation areas, while also ensuring navigational safety and minimizing adverse effects on the shipping industry.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 25th day of August, 2006 at Silver Spring, Maryland.

*Stewart Harris*
Stewart Harris
Acting Division Chief, Marine
Mammal and Sea Turtle
Conservation Division
Office of Protected Resources
National Marine Fisheries Service
SSMC3, Rm. 13635
Silver Spring, MD 20910
(301) 713-2322

Attachment