UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE *et al.*,  )<br>  )<br>              Plaintiffs,      )<br>  )<br>    v.                           )<br>  )<br>CARLOS GUTIERREZ *et al.*,       )<br>  )<br>              Defendants.     )<br>_____) | Case No. 1:05CV02191 |

### DEFENDANTS' NOTICE OF CHANGE OF ADDRESS

Federal Defendants hereby give notice of a change in address for counsel Bridget Kennedy McNeil in the above-captioned litigation. Effective immediately, the new address and contact information for Ms. McNeil are as follows:

Bridget Kennedy McNeil
U.S. Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1484
Telefax: 303-844-1350

The email address for Ms. McNeil remains the same: Bridget.McNeil@usdoj.gov.

Respectfully submitted this 18th day of September, 2006.

                          SUE ELLEN WOOLDRIDGE
                          Assistant Attorney General
                          United States Department of Justice
                          Environment and Natural Resources Division
                          JEAN E. WILLIAMS, Chief

                            /s/ *Bridget Kennedy McNeil*
                          BRIDGET KENNEDY McNEIL, Trial Attorney

Wildlife and Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: (303) 844-1484
Fx: (303) 844-1350
bridget.mcneil@usdoj.gov

Attorneys for Federal Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2006, I electronically filed the Defendants' Notice of Change of Address with the Clerk of Court using the ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**              howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**       eric@meyerglitz.com

Pursuant to the Court's mailing information for this case, listed on the ECF system, no parties require manual noticing.

_Bridget Kennedy McNeil_____