UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                       )
Defenders of Wildlife, et al.,         )
                                       )
        Plaintiffs,                    )   No. 05-2191 (PLF)
                                       )
        v.                             )
                                       )
Carlos Gutierrez, et al.,              )
                                       )
        Defendants.                    )
_____)
```

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Plaintiffs hereby request that the Court schedule a hearing on the parties' pending cross-motions for summary judgment at the earliest possible date. The reasons for this request are as follows:

1. In this action under the Endangered Species Act ("ESA"), 16 U.S.C. § 1531, et seq., and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, Plaintiffs are challenging the National Marine Fisheries Service's ("NMFS") denial of Plaintiffs' Rulemaking Petition seeking emergency regulations to protect North Atlantic right whales from ships strikes. Plaintiffs are also challenging the U.S. Coast Guard's refusal to undertake consultation under Section 7 of the ESA to insure that the shipping lanes the Coast Guard establishes and maintains in right whale habitat – including designated critical habitat – are not likely to jeopardize the species' continued existence. 16 U.S.C. § 1536(a)(2). The parties have briefed Plaintiffs' Claims on cross-motions for summary judgment, and briefing was completed on August 25, 2006.

      2.      The Court had previously scheduled oral argument for September 6, 2006, see Minute Order of Feb. 22, 2006, but the Court vacated the original hearing date after the briefing schedule was extended until shortly before the argument date. Minute Order of Aug. 18, 2006. The Court has not yet rescheduled the argument.

      3.      There have been two recent developments that further bolster Plaintiffs' arguments, and also counsel in favor of a hearing on the pending motions as soon as practicable. First, on August 14, 2006, NMFS extended the comment period on its June 26, 2006 Proposed Regulations for the vessel speed restrictions requested in Plaintiffs' Rulemaking Petition. 71 Fed. Reg. 46,440 (2006). At present, the comment period does not end until October 5, 2006 – more than 100 days after the Proposed Regulations were published. Id. Given Plaintiffs' request that NMFS impose *emergency* speed regulations during the upcoming right whale calving season that begins in *November, 2006*, this delay not only further demonstrates that Plaintiffs' Claim is not "prudentially moot," as defendants have argued, it also counsels in favor of an expeditious resolution of this Claim, since it is absolutely clear that NMFS will not be voluntarily imposing these restrictions anytime soon.

      4.      Second, while, in prior briefing, Plaintiffs have already informed the Court about the *four* North Atlantic right whales that had already died in 2006, since briefing was completed a *fifth* North Atlantic right whale – another female – was struck by a ship and killed.[1] The rate of these ship strikes, which appears to be increasing, also lends further urgency to Plaintiffs' request for a resolution of their Claims as soon as practicable.

---

[1]    See http://www.canadaeast.com/cp/atlantic/article.php?articleID=40540

5. Accordingly, for these reasons as well as those set forth in Plaintiffs' summary judgment memoranda, Plaintiffs respectfully request that the Court schedule oral argument on the pending motions for summary judgment as expeditiously as the Court's calendar allows.[2]

Respectfully submitted,

/s/
Howard M. Crystal (D.C. Bar No. 446189)

Of Counsel:
Michael P. Senatore (D.C. Bar No. 453116)   Eric R. Glitzenstein (D.C. Bar. No. 358287)
Andrew Hawley (Cal. Bar No. 229274)   Meyer Glitzenstein & Crystal
Defenders of Wildlife   1601 Connecticut Ave., N.W., Suite 700
1130 Seventeenth Street, N.W.   Washington, D.C. 20009
Washington, D.C. 20036   (202) 588-5206

October 3, 2006   Attorneys for Plaintiffs

---

[2] Plaintiffs' counsel is not available from October 12-18, 2006.

3