UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DEFENDERS OF WILDLIFE, *et al.*,    )
                                    )
      Plaintiffs,                  )
                                    )
      v.                           )   Civil Action No. 05-2191 (PLF)
                                    )
CARLOS GUTIERREZ,                   )
Secretary of the Department of Commerce, )
*et al.*,                           )
                                    )
      Defendants.                  )
_____)

ORDER

      Pending before the Court are cross motions for summary judgment and a motion to supplement the administrative record. On June 26, 2006, after the filing of one of the motions for summary judgment, the National Marine Fisheries Service published a proposed rule to implement speed restrictions in order to reduce the threat of ship strikes to North Atlantic right whales. See 71 Fed. Reg. 36,299. It is hereby

      ORDERED that counsel for the National Marine Fisheries Service, shall inform the Court within 10 days of the date of this Order when the final rule will issue.

      SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
DATE: October 25, 2006         United States District Judge