UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEFENDERS OF WILDLIFE *et al.*, | ) | |
| | ) | Case No. 1:05CV02191 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS GUTIERREZ *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' RESPONSE TO THE COURT'S OCTOBER 25, 2006 ORDER**

On June 26, 2006, the National Marine Fisheries Service ("NMFS") issued a proposed rule to implement speed restrictions in order to reduce the threat of ship strikes to North Atlantic right whales. 71 Fed. Reg. 36,299 (June 26, 2006). On October 25, 2006, this Court ordered NMFS to inform the Court, within 10 days of its Order,[1] when the final rule will issue. See Docket No. 39. NMFS hereby responds to that Order.

The accompanying Declaration of Samual D.Rauch, III, Deputy Assistant Administrator for Regulatory Programs, National Marine Fisheries Service sets forth how NMFS intends to proceed with the final rulemaking. As explained in greater detail in the Declaration, as NMFS has to respond to over 10,000 public comments received on its proposed rule, consult with other Federal agencies affected by this rule, consult with itself for purposes of Section 7 of the ESA, finish a final environmental impact statement and record of decision, and wait 30 days prior to implementation

---

[1] Defendants construed the Court's order to require that this notice was due on November 13, 2006, in accordance with Fed.R.Civ.P. 6. Plaintiff's counsel contacted Defendants to notify them of their belief that the Notice was due on November 8, 2006. Defendants respectfully request that the court accept this filing as timely.

1

of the proposed ship strike measures, NMFS anticipates taking final action on the proposed rule in

June 2007.  See Rauch Declaration, ¶¶ 4-11.

Respectfully submitted this 9th day of November, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief

    /s/ Bridget Kennedy McNeil
BRIDGET KENNEDY McNEIL, Trial Attorney
Wildlife and Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: (303) 844-1484
Fx: (303) 844-1350
bridget.mcneil@usdoj.gov

Attorneys for Federal Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of November, 2006, I electronically filed the

Defendants' Response to the Court's October 25, 2006 Order with the Clerk of Court using the

ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**                howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**        eric@meyerglitz.com

Pursuant to the Court's mailing information for this case, listed on the ECF system, no

parties require manual noticing.

_Bridget Kennedy McNeil_____