UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Carlos Gutierrez, et al., )<br>)<br>Defendants. )<br>) | No. 05-2191 (PLF) |

## ENTRY OF APPEARANCE

Plaintiffs Defenders of Wildlife, et al., hereby provide notice of the appearance of Michael P. Senatore as additional counsel for Plaintiffs in this matter. Plaintiffs request that the clerk of the Court please enter this appearance.

                                                                Respectfully submitted,

                                                                _____/s/_____
                                                                Michael P. Senatore (D.C. Bar No. 453116)
                                                                Andrew Hawley (Cal. Bar No. 229274)
                                                                Defenders of Wildlife
                                                                1130 Seventeenth Street, N.W.
                                                                Washington, D.C. 20036

March 23, 2007                                                       Attorneys for Plaintiffs