UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE *et al.*, ) | |
| ) | Case No. 1:05CV02191 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CARLOS GUTIERREZ *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### SUPPLEMENTAL STATEMENT OF MATERIAL FACTS

On March 16, 2007, this Court requested a summary of the history of establishment and amendment of the seven identified traffic separation schemes ("TSSs") at issue in this litigation: the six listed in paragraph 63 of Plaintiffs' Amended Complaint, as well as the Cape Fear TSS.[1] For each of the seven TSS areas, the discussion below sets forth citations to applicable actions by the International Maritime Organization to establish or amend these TSSs, any related Port Access Route Studies ("PARS"), and codification in the Code of Federal Regulations, if any.[2] The TSSs are discussed in chronological order of their initial establishment.

---

[1] The Court mentioned the southern approach to Chesapeake Bay, questioning whether the southern approach was a separate (eighth) TSS. The southern approach to Chesapeake Bay is a component of the overall TSS known as "The Approaches to Chesapeake Bay." See 33 C.F.R. § 167.200 et seq. The Chesapeake Bay TSS includes within the southern approach a deep-water route for deep draft vessels and aircraft carriers. Id.

[2] Where possible, this submission cites to documents already provided in the administrative record or publicly-available Federal Register notices. The Coast Guard has collected additional documents from its files which were not initially included in the administrative record because of the six-year statute of limitations. Because the Court has requested these materials, the Coast Guard has concurrently filed a supplemental administrative record with the relevant excerpts of these documents. These documents will be cited to as "CG Suppl. AR Doc. #".

A.   Off New York

In 1968, the Inter-Governmental Maritime Consultative Organization ("IMCO," as the IMO was formerly known) adopted Resolution A.161(ES. IV), which set forth the adoption of certain TSSs and areas to be avoided, along with the general principles concerning traffic separation and routing.  See CG Suppl. AR Doc. 1.  This Resolution also provisionally adopted TSSs off New York and in Delaware Bay, which the United States had proposed in October, 1968.  Id. at 3, 32-36; see CG Suppl. AR Doc. 24.  The New York and Delaware Bay TSSs were formally adopted in 1969, through Resolution A.186(VI).  See CG Suppl. AR Doc. 5.

After the Maritime Safety Committee ("MSC") of IMCO requested reconsideration of certain TSSs, the United States government conducted studies to affirm that navigation aides signaling these routing measures were accurate.  See CG Suppl. AR Doc. 10.  Believing that the navigational markings for the New York TSS were sufficient, the United States so advised the MSC.  Id.  The MSC disagreed, and the United States then proposed to amend the TSS Off New York in order to gain MSC approval.  Id.  IMCO adopted this amendment in 1977, through Resolution A.374(X).  See CG Suppl. AR Doc. 15 at 1, 12-13.

The New York TSS was first listed in the Code of Federal Regulations ("C.F.R.") in September, 1987.  CG AR 1287, *published at* 52 Fed.Reg. 33,587, 33,588 (Sept. 4, 1987).  The Coast Guard stated that the action was "administrative in nature," in order to renumber the TSSs in the C.F.R. to permit them to be numbered according to their geographic area.  Id.[3]  Since

---

[3] At the same time, the Coast Guard established new shipping safety fairways in the approach to New York, a recommendation from a 1984-85 PARS, see CG AR 1272-1281, but left the previously-established TSS unchanged.  52 Fed.Reg. at 33,588.  The establishment of the fairways was based on a Minerals Management Service-scheduled Outer Continental Shelf lease sale in the area which "posed a potentially significant impact on navigation."  Id.  Fairways

1987, there have been two technical corrections to the C.F.R. affecting this TSS, neither making any substantive change.  See 62 Fed.Reg. 33,365 (June 19, 1997); 64 Fed.Reg. 34,715 (June 29, 1999).  This TSS is codified at 33 C.F.R.§§ 167.150-155.

B.     In the Approaches to Delaware Bay, Delaware

Concurrently with the New York TSS, the Delaware Bay TSS was also provisionally adopted in the 1968 IMCO Resolution A.161(ES.IV), see CG Suppl. AR Doc. 1, and formally adopted in 1969.  See CG Suppl. AR Doc. 5.  In March 1976, the United States advised IMCO that, due to an unsafe navigational situation in Delaware Bay, an amendment to that TSS was being implemented on short notice, in accordance with IMCO provisions.  See CG Suppl. AR Doc. 9.  IMCO adopted this amendment in 1977.  See CG Suppl. AR Doc. 15 at 1, 7.

In 1994, the Coast Guard conducted a PARS study of the TSS in the Approaches to Delaware Bay, CG AR 1705, *published at* 59 Fed.Reg. 14,126 (March 22, 1994).  The Coast Guard published the notice of PARS results in 1995.  CG AR 1298, *published at* 60 Fed.Reg. 49,237(Sept. 22, 1995).  In April 1996, the United States proposed to amend the Delaware Bay TSS.  See CG Suppl. AR Doc. 18.  IMO adopted the proposed amendment in December 1996, and the change became effective in June, 1997.  See CG Suppl. AR Doc. 22.

In 2000, the Coast Guard codified "the existing traffic separation scheme" in the approaches to Delaware Bay. 65 Fed.Reg. 12,944 (March 10, 2000), *codified at* 33 C.F.R.§§ 167.170-174.

---

provide unobstructed approaches for vessels using U.S. ports by establishing lanes in which the erection of fixed structures or artificial islands is not permitted.  See 33 C.F.R. §§ 166.100, 166.105, 166.200, and 166.500.  The Coast Guard noted that the fairways "will overlay traditional traffic routes and will not alter applicable navigation rules."  52 Fed.Reg. at 33,589.

C.      In the Approach to Chesapeake Bay, Virginia

The United States initially proposed this TSS in September, 1969.  See CG Suppl. AR Doc. 2.  While the general outline of the proposed TSS was acceptable, the proposal was modified after suggestions from the working group of Subcommittee on Safety of Navigation ("NAV").  See CG Suppl. AR. Doc. 3; CG Suppl. AR Doc. 4 at 3-4.  The United States was to provide comments on the modification and submit them along with the proposal for consideration and adoption.  Id.  The TSS was formally adopted by the IMCO on October 12, 1971.  See CG Suppl. AR Doc. 6 at 1-3; see also 54 Fed.Reg. 29,627 (July 13, 1989).  In 1977, the United States proposed an amendment to this TSS, see CG Suppl. AR Doc. 12, and IMCO adopted this proposed amendment in the fall of 1977.  See CG Suppl. AR Doc. 15 at 1, 14.

After passage of the PWSA, in 1979, the Coast Guard initiated a nationwide PARS, which included analysis of this approach.  44 Fed.Reg. 22,543 (April 16, 1979).  The Notice of the PARS results, which concluded that the existing TSS was adequate, was published in 1982.  47 Fed.Reg. 31,766 (July 22, 1982).

The Coast Guard initiated another PARS in 1988 to evaluate the continuing need for routing measures in this area.  53 Fed.Reg. 26,282 (July 12, 1988).  The PARS concluded that there was a continuing need for the TSS, but recommended realignment of the TSS.  CG AR 1815, *published at* 54 Fed.Reg. 29,627 (July 13, 1989).  A proposal to amend the TSS was submitted to NAV in 1990.  See CG Suppl. AR Doc. 19; see also CG AR 1819, 1820, *published at* 59 Fed.Reg. 21,935, 21,936 (April 28, 1994).  NAV approved a portion of the proposal, but required amendment of the U.S. proposal before forwarding it on for adoption.  59 Fed.Reg. at 21,936.  The revised proposal was adopted in May 1991 and became effective in November

1991. Id.; see CG Suppl. AR Doc. 20.  The amended TSS was codified in April, 1994, and is listed at 33 C.F.R. §§ 167.200-203.  Id.

In 2002, the Coast Guard conducted another PARS to evaluate the effectiveness of the existing routing measures and to consider new measures.  CG AR 1892, *published at* 67 Fed.Reg. 48,837 (July 26, 2002).  The Notice of the Study Results were published in 2004.  CG AR 2115, *published at* 69 Fed.Reg.3,869 (Jan. 24, 2004).  The U.S. government proposed amendments to IMO in April 2004.  CG AR 2124-27 (proposed amendments to deep-water route in the southern approach to Chesapeake Bay); CG AR 2128-33 (proposed amendment to the TSS); CG AR 2134-35.  IMO adopted the proposal in December 2004, and it became effective on July 1, 2005.  CG AR 2138-39; CG AR 2538;CG AR 2530-56; CG AR 2140-59.  The 2004 amendment has yet to be codified in the C.F.R.

D.    In the Approach to Boston, Massachusetts

The United States government initially proposed this TSS in 1972.  See CG Suppl. AR Doc. 7.  This TSS was adopted by IMCO in 1973, through Resolution A.284(VIII).  See CG Suppl. AR Doc. 8 at 1, 48.  When the Coast Guard published the results of the initial nationwide PARS study, conducted after passage of the PWSA, it was found that the existing TSS in the approach to Boston was sufficient, but that an additional "precautionary area" was advisable. See 47 Fed.Reg. 879, 880 (Jan. 7, 1982).  The Coast Guard stated that in order to implement this proposal, "it will be necessary to apply to the [IMO] for adoption and international recognition of the changes."  Id. at 881.  In June of 1982, the United States submitted such a proposal.  See CG Suppl. AR Doc. 16.  The IMO adopted this proposal in 1983.  See CG Suppl. AR Doc. 18. This TSS has never been codified in the C.F.R.

On February 18, 2005, the Coast Guard issued a notice of the upcoming PARS which would focus on potential and existing vessel routing measures off of Cape Cod and the Georgia and Florida coasts. CG AR 674; *published at* 70 Fed. Reg. 8,312 (Feb. 18, 2005). On March 24, 2006, the United States submitted its proposal to amend the TSS in the Approach to Boston. CG AR 1084-93. On May 24, 2006, the Coast Guard issued a notice of the completed PARS and the recommendations, requesting additional public comment. 71 Fed. Reg. 29,876 (May 24, 2006) (*issued after closure of the administrative record*). The Coast Guard noted that "[c]hanges to the TSS will be implemented through submission of a proposal by the United States to the [IMO]. Upon IMO approval, adoption, and implementation, NOAA charts will be revised to reflect changes to the TSS and the Coast Guard will revise the list of TSSs at 33 CFR part 167." Id. at 29,878. In December, 2006, IMO adopted the proposed amendment to the Boston TSS, which will become effective on July 1, 2007. See CG Suppl. AR Doc. 23. This amendment has not been codified in the C.F.R.

E.      In the Approaches to Narrangansett Bay, Rhode Island and Buzzards Bay, Massachusetts

The United States government initially proposed this TSS in 1972. See CG Suppl. AR Doc. 7. The TSS was adopted by IMCO in 1973, through Resolution A.284(VIII). See CG Suppl. AR Doc. 8 at 1, 49. In 1977, the United States proposed an amendment to this TSS. See CG Suppl. AR Doc. 13. However, the United States subsequently requested that IMO defer consideration of the proposed amendment. See CG Suppl. AR Doc. 14. In June, 1982, after further study in the initial nationwide PARS, the United States submitted a revised proposal to the IMO. See CG Suppl. AR Doc. 17; 47 Fed.Reg. at 880-81. The IMO adopted this proposal in 1983. See CG Suppl. AR Doc. 18. This TSS has never been codified in the C.F.R.

In 2003, the Coast Guard issued a notice that it was initiating a PARS to evaluate the continued applicability of the current routing measures and the need for modifications. CG AR 1218, *published at* 68 Fed.Reg. 74,199 (Dec. 23, 2003). As of closure of the administrative record, this PARS had not been completed. To date, a Notice of Study Results has not been issued in the Federal Register.

F.   In the Approach to Portland, Maine and Casco Bay

The United States government initially proposed this TSS in 1972. See CG Suppl. AR Doc. 7. It was adopted by IMCO in 1973, through Resolution A.284(VIII). See CG Suppl. AR Doc. 8 at 1, 49. In 1977, the United States proposed an amendment to this TSS, see CG Supp. AR Doc. 11, and IMCO adopted this proposed amendment in the fall of 1977. See CG Suppl. AR Doc. 15 at 1, 14. This TSS has never been codified in the C.F.R.

In 2005, the Coast Guard published a notice that it would initiate a PARS concerning the approaches to Portland, Maine and Casco Bay. CG AR 1120, *published at* 70 Fed.Reg. 7,067 (Feb. 10, 2005). As of the closure of the administrative record, this PARS had not been completed. To date, a Notice of Study Results has not been issued in the Federal Register.

G.   In the Approach to Cape Fear, North Carolina

In 1996, the Coast Guard initiated a PARS to consider the need for routing measures in the approaches to the Cape Fear River and Beaufort Inlet, NC. CG AR 2179, *published at* 61 Fed.Reg. 35,703 (July 8, 1996). However, this PARS was not completed due to funding and personnel issues. See CG AR 2208. This PARS was re-initiated in 2002. CG AR 2205, *published at* 67 Fed.Reg. 2,616 (Jan. 18, 2002). The Notice of Study Results was published concurrently with a United States proposal to establish a TSS in the approaches to the Cape Fear

River.  CG AR 2525, *published at* 69 Fed.Reg. 18,476 (April 8, 2004); CG AR 2518-24.  The IMO adopted the proposal at its December 2004 meeting, with an effective date of July 1, 2005.  CG AR 2538;CG AR 2530-56; CG AR 2140-59.  This TSS has yet to be codified in the C.F.R.

At the Court's request, Federal Defendants have also included a chart summarizing the relevant dates of proposal, establishment or amendment of each TSS, and codification in the C.F.R., where applicable.  Due to the size of this chart, it begins on the next page.

| TSSs Named in Complaint | Original US Proposal | IMO Establishment | Further US Proposals | IMO Amendment | CFR Listing |
|---|---|---|---|---|---|
| a. New York | MSC XVIII/3(b)/P | 1968 - Resol. A. 161(ES. IV) | 1977 – NAV XIX/3(a)/2 | 1977 – Resol. A. 374(X) | 52 Fed. Reg. 33,589 (1987) 33 CFR 167.150-155 |
| b. Delaware Bay | MSC XVIII/3(b)/P | 1968 - Resol. A. 161(ES. IV) | 1976 – NAV XVIII/3/4  1996 – NAV 42/4/3 | 1977 – Resol. A. 374(X)  1996 – COLREG.2/Circ.42 | 65 Fed. Reg. 12,944 (2000) 33 CFR 167.170-174 |
| c. Chesapeake Bay | 1969 – NAV VIII/3(a)/5 | 1971 – Resol. A. 226 (VII) | 1977 – NAV XIX/3(a)/4  1990 – NAV 36/3/4  2004 – NAV 50/3/4 | 1977 – Resol. A. 374(X)  1991 – COLREG.2/Circ.37  2004 – COLREG.2/Circ.55 | 59 Fed. Reg. 21,935 (1994) 33 CFR 167.200-203 |
| d. Boston, MA | 1972 – NAV XIV/2(c)/3 | 1973 – Resol. A. 284 (VIII) | 1982 – NAV 27/3/2  2006 – NAV 52/3/3 | 1983 – MSC 48/25, Annex 25  2006 – COLREG.2/Circ.58 | Not Listed |
| e. Narragansett Bay, RI, and    Buzzards Bay, MA | 1972 – NAV XIV/2(c)/3 | 1973 – Resol. A. 284 (VIII) | 1977 – NAV XIX/3(a)/5*  1982 – NAV 27/3/3 |  1983 – MSC 48/25, Annex 25 | Not Listed |
| f. Portland, ME | 1972 – NAV XIV/2(c)/3 | 1973 – Resol. A. 284 (VIII) | 1977 – NAV XIX/3(a)/3 | 1977 – Resol. A. 374(X) | Not Listed |
| **TSS Not Named in Complaint** | | | | | |
| g. Cape Fear | 2004 - NAV 50/3/3 | 2004 – COLREG.2/Circ.55 | None | None | Not Listed |

* The 1977 U.S. proposed amendment of the Narragansett Bay and Buzzards Bay TSS was not adopted. The February 1977 Report of the IMCO Sub-Committee on Safety of Navigation (CG Suppl. AR Doc. 17 at 3) states that consideration of the proposed amendment was deferred at the request of the United States delegation to enable reappraisal. The amendment was proposed again in 1982, with changes, and subsequently adopted by IMO in 1983 as reflected in the table.

9

Respectfully submitted this 23rd day of March, 2007.

> MATTHEW J. McKEOWN
> Acting Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Division
> JEAN E. WILLIAMS, Chief
>
>   /s/ *Bridget Kennedy McNeil*
> BRIDGET KENNEDY McNEIL, Trial Attorney
> Wildlife and Marine Resources Section
> Ben Franklin Station, P.O. Box 7369
> Washington, D.C. 20044-7369
> Tel: (202) 305-0388/ Fax: (202)305-0275
> bridget.mcneil@usdoj.gov
>
> Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I electronically filed the Supplemental Statement of Material Facts with the Clerk of Court using the ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**              howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**        eric@meyerglitz.com

Pursuant to the Court's mailing information for this case, listed on the ECF system, no parties require manual noticing.

_Bridget Kennedy McNeil_____