UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, THE HUMANE SOCIETY OF THE UNITED STATES, and THE OCEAN CONSERVANCY<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CARLOS GUTIERREZ, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)　Case No. 1:05CV02191<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that on the 23rd day of March, 2007, Defendants filed the Coast Guard's Supplemental Administrative Record, in the above-captioned case. The Index and the documents are electronically attached to this Notice. The entire Record is on file with the clerk's office and available for public viewing between the hours of 9:00 A.M. to 4:00 P.M., Monday through Friday.

Respectfully submitted this 23rd day of March, 2007.

　　　　　　　　　　　　　　　　　　MATTHEW J. McKEOWN
　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　Environment and Natural Resources Division

　　　　　　　　　　　　　　　　　　JEAN E. WILLIAMS, Chief
　　　　　　　　　　　　　　　　　　　/s/ *Bridget Kennedy McNeil*
　　　　　　　　　　　　　　　　　　BRIDGET KENNEDY McNEIL, Trial Attorney
　　　　　　　　　　　　　　　　　　Wildlife and Marine Resources Section
　　　　　　　　　　　　　　　　　　Ben Franklin Station, P.O. Box 7369
　　　　　　　　　　　　　　　　　　Washington, D.C. 20044-7369
　　　　　　　　　　　　　　　　　　Tel: (202) 305-0388/ Fax: (202)305-0275
　　　　　　　　　　　　　　　　　　bridget.mcneil@usdoj.gov

　　　　　　　　　　　　　　　　　　Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2007, I electronically filed the foregoing **NOTICE OF FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD**, as well as the Index and the supplemental documents, with the Clerk of Court using the ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**
howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**
eric@meyerglitz.com

Pursuant to the Court's mailing information for this case, listed on the ECF system, no parties require manual noticing.

_Bridget Kennedy McNeil_____