DEFENDANT U.S. COAST GUARDS' SUPPLEMENTAL ADMINISTRATIVE RECORD

INDEX

| Doc. No. | Date | Author | Recipient | Description |
|---|---|---|---|---|
| 1 | 11/27/1968 | IMCO | | Resolution A.161(ES.IV) |
| 2 | 9/15/1969 | U.S. Gov't | IMCO | NAV VIII/3(a)/5 |
| 3 | 9/18/1969 | IMCO | | NAV VIII/WP.7 |
| 4 | 9/25/1969 | IMCO | | NAV VIII/8 |
| 5 | 10/28/1969 | IMCO | | Resolution A.186(IV) |
| 6 | 10/12/1971 | IMCO | | Resolution A.226(VII) |
| 7 | 12/6/1972 | U.S. Gov't | IMCO | NAV XIV/2(c)/3 |
| 8 | 11/20/1973 | IMCO | | Resolution A.284(VIII) |
| 9 | 3/5/1976 | U.S. Gov't | IMCO | NAV XVIII/3/4 |
| 10 | 1/20/1977 | U.S. Gov't | IMCO | NAV XIX/3(a)/2 |
| 11 | 1/20/1977 | U.S. Gov't | IMCO | NAV XIX/3(a)/3 |
| 12 | 1/20/1977 | U.S. Gov't | IMCO | NAV XIX/3(a)/4 |
| 13 | 1/20/1977 | U.S. Gov't | IMCO | NAV XIX/3(a)/5 |
| 14 | 3/1/1977 | IMCO | | NAV XIX/8 |
| 15 | 11/14/1977 | IMCO | | Resolution A.374(X) |
| 16 | 6/25/1982 | U.S. Gov't | IMO | NAV 27/3/2 |
| 17 | 6/25/1982 | U.S. Gov't | IMO | NAV 27/3/3 |
| 18 | 8/5/1983 | IMO | | COLREG.2/Circ.20 |
| 19 | 5/24/1990 | U.S. Gov't | IMO | NAV 36/3/4 |
| 20 | 6/19/1991 | IMO | | COLREG.2/Circ.37 |

| | | | | |
|---|---|---|---|---|
| 21 | 4/15/1996 | U.S. Gov't | IMO | NAV 42/4/3 |
| 22 | 1/2/1997 | | IMO | COLREG.2/Circ.42 |
| 23 | 12/11/2006 | | IMO | COLREG.2/Circ.58 |
| 24* | 10/21/1968 | | IMCO | MSC XVIII/3(b)/P |

*This document is not in chronological order, as the Coast Guard just received a copy from IMO shortly before filing on March 23, 2007.