# CG Suppl. AR Doc. 2

INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION



NAV VIII/3(a)/5
15 September 1969
Original: ENGLISH

# IMCO

SUB-COMMITTEE ON SAFETY OF
NAVIGATION - 8th session
Agenda item 3

MATTERS RELATED TO ROUTEING AND
TRAFFIC SEPARATION
NEW SCHEMES

Traffic Separation Scheme for Chesapeake Bay

Note by the Government of the
United States of America

For the past three years, a joint industry government sealane study group has been engaged in developing a traffic routing safety pattern for use by vessels traversing the Chesapeake Bay and its approaches. The study has reached its final stages and the group has recommended the attached traffic separation scheme for implementation. Present plans are to implement the scheme on 1 December 1969.

In arriving at this scheme, one of the initial considerations was depth of water; it being considered necessary to provide a channel of about 50 feet of depth for entering and departing deep draught vessels. The natural channel of this depth lying in the northwest-southeast direction between Cape Henry and Buoy "2CB", is the only one available. This channel is of limited width and has several shoal lumps, 40 to 44 feet of depth. To adequately indicate the clear channel of sufficient depth, it will be necessary to mark the centre of the channel with fairway buoys, so located as to be abreast of the shoal areas. Another natural channel, normally used by vessels of light and intermediate draught

- 2 -

NAV VIII/3(a)/5

(30 feet or less), arriving or departing from the north and east, must also be marked in similar fashion. Each of these channels is straight, in the best water available, and will be marked with a sufficient number of buoys to facilitate accurate navigation under adverse circumstances. In each case, the line of buoys will form a physical separation in which both inbound and outbound vessels keep the fairway buoys on their port hand. In addition to separating meeting traffic, the scheme has been designed to reduce the incidence of involvement between deep draught and shallow draught vessels.

General Information

The fairway buoys marked the deepest water available in a straight line approach to Cape Henry to the east and south. Each of the buoys is a black and white, vertically striped, radar reflecting fairway buoy lighted with Morse "A" flashing light. The buoy locations were selected in those areas of greatest risk and are to be equipped with sound signals designated to facilitate the identification. Traffic flow is to be shown by arrows, and it is strongly recommended that inbound and outbound vessels follow one of the two lanes keeping all fairway buoys to port.

Coordinates taken from Coast & Geodetic Survey Chart 1222.