CG Suppl. AR Doc. 6

INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION



Distr.
GENERAL

A VII/Res.226
2 November 1971

Original:  ENGLISH

# IMCO

ASSEMBLY – 7th session
Agenda item 8

### TRAFFIC SEPARATION SCHEMES

### RESOLUTION A.226(VII)
#### adopted on 12 October 1971

THE ASSEMBLY,

NOTING Article 16(i) of the Convention on the Inter-Governmental Maritime Consultative Organization concerning the functions of the Assembly,

RECOGNIZING the fact that the practice of following traffic separation schemes recommended by the Organization for international use would contribute considerably to the avoidance of collisions between ships,

RECOGNIZING ALSO that such practice would indirectly reduce the risk of pollution of the sea and the coastlines and the risk of damage to marine life in cases of accident,

HAVING EXAMINED the Recommendations by the Maritime Safety Committee at its twenty-first, twenty-third and twenty-fourth sessions,

HAVING ALSO TAKEN NOTE of previous Resolutions by which the Assembly adopted traffic separation schemes in other areas (Resolutions A.161(ES.IV) and A.186(VI)),

ADOPTS the traffic separation schemes described at Annex to this Resolution,

- 2 -

A VII/Res.226

INVITES the governments concerned to advise ships under their flags to follow the recommended routes,

REQUESTS the Maritime Safety Committee to keep the subject under continuous review aiming at preparation of new schemes or amending and updating existing schemes as necessary,

REQUESTS the Secretary-General to advise all concerned of the details of the schemes adopted.

ANNEX

TRAFFIC SEPARATION SCHEME IN THE APPROACHES
TO CHESAPEAKE BAY

(Reference chart 2843 and also United States' C & G.S. 1222)

This scheme consists of the following three parts:

Part I

The dividing line is a line passing through the following geographical positions:

   (i)   $36^\circ58'.7$ N., $75^\circ48'.7$ W
   (ii)  $36^\circ56'.5$ N., $75^\circ56'.3$ W

Part II

The dividing line is a line passing through the following geographical positions:

   (iii) $36^\circ51'.3$ N., $75^\circ50'.9$ W
   (iv)  $36^\circ55'.5$ N., $75^\circ56'.6$ W

Part III

A circular traffic separation zone of half a mile in diameter centred on a buoy was established in the following position:

   (v)   $36^\circ56'.1$ N., $75^\circ57'.5$ W

- 3 -

A VII/Res.226

The following buoys equipped with radar reflectors, lights and sound signals were established to facilitate navigation in the scheme:

(a)  in the centre of the circular traffic separation zone (position (v) above);

(b)  In Part I:

36°58'.7 N., 75°48'.7 W
36°58'.0 N., 75°50'.8 W
36°57'.4 N., 75°53'.0 W
36°56'.8 N., 75°55'.2 W

(c)  In Part II:

36°51'.3 N., 75°50'.9 W
36°52'.6 N., 75°52'.C W
36°53'.7 N., 75°54'.2 W
36°55'.0 N., 75°55'.8 W

General

Inbound and outbound traffic should leave all buoys of the scheme on the port side.

Date of implementation:  This scheme has been in operation since 1 December 1969.

TRAFFIC SEPARATION SCHEMES OFF THE COAST OF TUNISIA
OFF CANI ISLAND

(Reference chart 2122)

A two-mile wide separation zone is centred upon the following geographical positions:

(i)   37°31'.8 N., 10°02'.0 E
(ii)  37°31'.8 N., 10°12'.8 E

A traffic lane three miles wide is established on each side of the separation zone.

- 4 -

A VII/Res.226

The main traffic directions are:

090$^\circ$ - 270$^\circ$.

OFF CAPE BON

(Reference chart 2122)

A two-mile wide separation zone is centred upon the following geographical positions:

(i)  37$^\circ$13'.2 N., 11$^\circ$ 1'.3 E
(ii)  37$^\circ$10'.2 N., 11$^\circ$11'.5 E

A traffic lane three miles wide is established on each side of the separation zone.

The main traffic directions are:

290$^\circ$ - 110$^\circ$.

Date of implementation:  The schemes have been in operation since 1 August 1970.

SANDETTIE TRAFFIC SEPARATION SYSTEM

(Reference chart 1406)

The system consists of two Parts:

Part I

A circular traffic separation zone, one mile in diameter is centred at 51$^\circ$20'.9 N., 2$^\circ$08'.3 E

The main directions of crossing traffic are:

281$^\circ$ - 101$^\circ$

Part II

A traffic separation line passes through the following geographical positions:

- 5 -

A VII/Res.226

   (i)   $51^{\circ}21'.2$ N., $2^{\circ}26'.5$ E
  (ii)  $51^{\circ}19'.8$ N., $2^{\circ}21'.5$ E
(iii)  $51^{\circ}20'.5$ N., $2^{\circ}14'.5$ E

The main directions of crossing traffic are:

$281^{\circ}$ - $101^{\circ}$ and
$244^{\circ}$ - $064^{\circ}$.

## Precaution

Northeast-bound ships should be aware of the possibility of encountering west-bound ferries using the west-bound route in the general area between Bergues Whistle Buoy and Sandettie Lightvessel.

## Aids to navigation

(a)  Light buoys should be established in the following geographical positions:

   (i)   $51^{\circ}20'.0$ N., $2^{\circ}25'.2$ E
  (ii)  $51^{\circ}21'.5$ N., $2^{\circ}18'.1$ E
(iii)  $51^{\circ}20'.9$ N., $2^{\circ}08'.3$ E (with RACON, to mark the centre of the traffic separation zone).

(b)  Fairy Bank buoy West in position

$51^{\circ}23'.7$ N., $2^{\circ}14'.0$ E

recently removed should be replaced.

## Consequential changes

Consequent upon the introduction of the above scheme it is necessary to amend the boundary of the inshore traffic zone of the Dover Strait on the Continental side as follows:

from position $50^{\circ}53'.6$ N., $1^{\circ}31'.0$ E
the boundary passes through position $51^{\circ}06'.4$ N., $1^{\circ}49'.0$ E
to position $51^{\circ}20'.0$ N., $2^{\circ}25'.2$ E.

- 6 -

A VII/Res.226

### TRAFFIC SEPARATION SCHEME IN THE GERMAN BIGHT

(This scheme supersedes the scheme
adopted by Resolution A.186(VI))

(Reference Charts:  British Admiralty - 1875, 2593, 3761;

(West) German Hydrographic Office -
50, 53;

Netherlands Hydrographic Office -
1037, 1352, 1353).

Description of the Scheme

A two-mile wide separation zone is centred upon the
following geographical positions:

(i)   $53^{\circ}28'.9$ N., $4^{\circ}46'.2$ E
(ii)  $53^{\circ}47'.5$ N., $6^{\circ}22'.1$ E
(iii) $53^{\circ}55'.6$ N., $7^{\circ}39'.9$ E

A traffic lane, three miles wide, is established on each
side of the separation zone.  The main traffic directions are:

$072^{\circ} - 252^{\circ}$ and
$080^{\circ} - 260^{\circ}$

An area, situated southward of the landward boundary of
the Scheme is considered as an inshore traffic zone.

Aids to navigation:

I.   The centreline of the traffic separation zone is marked by:

(a)  "Terschellingerbank" lightvessel in the position (i)
above ($53^{\circ}28'.9$ N., $4^{\circ}46'.2$ E).

(b)  "Borkumriff" lightvessel in the position (ii) above
($53^{\circ}47'.5$ N., $6^{\circ}22'.1$ E).

II.  The southern outside limit of the east-bound traffic lane
is marked by buoys, fitted with radar reflectors and
positioned as follows:

- 7 -

A VII/Res.226

| black conical lightbuoy | "TE 1" | Qk.Fl | $53^{\circ}25'.6$ N., $4^{\circ}49'.0$ E |
| " — " | "TE 3" | Gp.Fl(3) | $53^{\circ}27'.5$ N., $4^{\circ}58'.5$ E |
| " — " | "TE 5" | Fl. | $53^{\circ}29'.4$ N., $5^{\circ}08'.1$ E |
| " — " | "TE 7" | Gp.Fl(3) | $53^{\circ}31'.3$ N., $5^{\circ}17'.6$ E |
| " — " | "TE 9" | Fl. | $53^{\circ}33'.1$ N., $5^{\circ}27'.1$ E |
| " — " | "TE 11" | Gp.Fl(3) | $53^{\circ}35'.0$ N., $5^{\circ}36'.7$ E |
| " — " | "TE 13" | Fl. | $53^{\circ}36'.8$ N., $5^{\circ}46'.2$ E |
| " — " | "TE 15" | Gp.Fl(3) | $53^{\circ}38'.7$ N., $5^{\circ}55'.7$ E |
| " — " | "TE 17" | Fl. | $53^{\circ}40'.5$ N., $6^{\circ}05'.3$ E |
| " — " | "TE 19" | Qk.Fl | $53^{\circ}42'.4$ N., $6^{\circ}14'.8$ E |
| b.w. vertical striped lightbuoy | "DB/A" | Int.Qk.Fl. | $53^{\circ}44'.0$ N., $6^{\circ}23'.0$ E |
| " " " " | "DB/B" | Fl. | $53^{\circ}45'.1$ N., $6^{\circ}33'.3$ E |
| " " " " | "DB/C" | Gp.Fl(3) | $53^{\circ}46'.2$ N., $6^{\circ}43'.7$ E |
| " " " " | "DB/D" | Fl. | $53^{\circ}47'.2$ N., $6^{\circ}53'.0$ E |
| " " " " | "DB/E" | Gp.Fl(3) | $53^{\circ}48'.2$ N., $7^{\circ}02'.3$ E |
| " " " " | "DB/F" | Fl. | $53^{\circ}49'.1$ N., $7^{\circ}11'.7$ E |
| " " " " | "DB/G" | Gp.Fl(3) | $53^{\circ}50'.1$ N., $7^{\circ}21'.0$ E |
| " " " " | "DB/H" | Fl. | $53^{\circ}51'.1$ N., $7^{\circ}30'.3$ E |
| " " " " | "DB/J" | Gp.Occ(3) | $53^{\circ}52'.1$ N., $7^{\circ}39'.7$ E |

III.  The northern outside limit of the <u>west-bound</u> traffic lane is
    marked by buoys, fitted with radar-reflectors and positioned
    as follows:

| red can lightbuoy | "TE 2" | Gp.Fl(2) | $53^{\circ}32'.0$ N., $4^{\circ}43'.3$ E |
| " — " | "TE 4" | Occ. | $53^{\circ}33'.8$ N., $4^{\circ}52'.9$ E |
| " — " | "TE 6" | Gp.Fl(4) | $53^{\circ}35'.7$ N., $5^{\circ}02'.4$ E |
| " — " | "TE 8" | Occ. | $53^{\circ}37'.5$ N., $5^{\circ}12'.0$ E |
| " — " | "TE 10" | Gp.Fl(2) | $53^{\circ}39'.4$ N., $5^{\circ}21'.5$ E |
| " — " | "TE 12" | Occ. | $53^{\circ}41'.3$ N., $5^{\circ}31'.1$ E |
| " — " | "TE 14" | Gp.Fl(4) | $53^{\circ}43'.1$ N., $5^{\circ}40'.6$ E |
| " — " | "TE 16" | Occ. | $53^{\circ}44'.9$ N., $5^{\circ}50'.0$ E |
| " — " | "TE 18" | Gp.Fl(2) | $53^{\circ}46'.8$ N., $5^{\circ}59'.6$ E |
| " — " | "TE 20" | Occ. | $53^{\circ}48'.6$ N., $6^{\circ}09'.1$ E |

- 8 -

A VII/Res.226

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| r.w. vertical striped lightbuoy | | | | "DB 1" / PE | Qk.Fl | 53°51'.1 N., 6°21'.9 E |
| " | " | " | " | "DB 2" | Gp.Occ(2) | 53°52'.1 N., 6°31'.4 E |
| " | " | " | " | "DB 3" | Gp.Fl(2) | 53°53'.1 N., 6°40'.8 E |
| " | " | " | " | "DB 4" | Qk.Fl | 53°54'.0 N., 6°50'.1 E |
| " | " | " | " | "DB 5" | Gp.Occ(2) | 53°55'.0 N., 6°59'.5 E |
| " | " | " | " | "DB 6" | Gp.Fl(2) | 53°56'.0 N., 7°08'.8 E |
| " | " | " | " | "DB 7" | Qk.Fl | 53°56'.9 N., 7°18'.1 E |
| " | " | " | " | "DB 8" | Gp.Occ(2) | 53°57'.9 N., 7°27'.4 E |
| b. with red band lightbuoy | | | | "TW/B" / DB | Int.Qk.Fl | 53°58'.9 N., 7°36'.7 E |

Date of implementation: This scheme has been in operation
since 1 October 1970

TRAFFIC SEPARATION SCHEME
IN THE APPROACHES TO CHEDABUCTO BAY

(Reference Charts: Canadian Hydrographic Service –
4013 and 4335)

The traffic separation scheme for Chedabucto Bay consists
of three parts:

Part I

(a)   Traffic separation zone number 1 is the area contained
      within lines joining the following geographical positions:

      (1)   45°24'00" N., 60°36'42" W
      (2)   45°24'12" N., 60°27'10" W
      (3)   45°23'42" N., 60°28'12" W
      (4)   45°23'49" N., 60°36'29" W

(b)   A traffic lane is established on each side of the
      separation zone, the outside limits of which are lines
      joining the following geographical positions:

- 9 -

A VII/Res.226

   (5)  $45^{\circ}25'26''$ N., $60^{\circ}41'42''$ W
   (6)  $45^{\circ}26'00''$ N., $60^{\circ}23'12''$ W, and
   (7)  $45^{\circ}22'18''$ N., $60^{\circ}34'30''$ W
   (8)  $45^{\circ}22'09''$ N., $60^{\circ}31'36''$ W

The main traffic directions are:

     $092^{\circ} - 267^{\circ}$

Part II

(a)  Traffic separation zone number 2 is the area contained
    within lines joining the following geographical positions:

   (9)  $45^{\circ}22'34''$ N., $60^{\circ}40'00''$ W
  (10) $45^{\circ}19'53''$ N., $60^{\circ}36'30''$ W
  (11) $45^{\circ}19'18''$ N., $60^{\circ}37'48''$ W
  (12) $45^{\circ}22'41''$ N., $60^{\circ}42'10''$ W

(b)  A traffic lane is established on each side of the
    separation zone, the outside limits of which are lines
    joining the following geographical positions:

   (7)  $45^{\circ}22'18''$ N., $60^{\circ}34'30''$ W
  (13) $45^{\circ}21'21''$ N., $60^{\circ}33'18''$ W
  (14) $45^{\circ}22'54''$ N., $60^{\circ}46'30''$ W
  (15) $45^{\circ}21'17''$ N., $60^{\circ}44'24''$ W
  (16) $45^{\circ}14'28''$ N., $60^{\circ}48'23''$ W

The main traffic directions are:

     $138^{\circ} - 318^{\circ}$
     $202^{\circ}$

Part III

(a)  A separation line connects the following geographical
    positions:

  (17) $45^{\circ}23'54''$ N., $60^{\circ}41'42''$ W
  (18) $45^{\circ}23'54''$ N., $60^{\circ}58'48''$ W

- 10 -

A VII/Res.226

(b)  A traffic lane is established on each side of the separation
     line, the outside limits of which are lines joining the
     following geographical positions:

     (5)  45°25'26" N., 60°41'42" W
     (19) 45°24'54" N., 60°58'48" W
     (14) 45°22'54" N., 60°46'30" W
     (20) 45°22'54" N., 60°58'48" W

     The main traffic directions are:

          090° - 270°

Aids to Navigation

     A lighted buoy, equipped with a Racon and fog horn, is
placed at the eastern limit of this part in position (17).

     Four other lighted buoys, equipped with radar reflectors,
are set at three mile intervals along the length of the
separation line including one at position (18), the western
limit of this part.

Date of implementation:  This scheme has been in operation
since 1 August 1971.

            TRAFFIC SEPARATION SCHEME AT NORTH HINDER

                        (as extended)

     (Reference charts:  1406 and Netherlands chart 1349)

     Important:  This Scheme is operative from 1 July 1971

     The Scheme consists of two parts as follows:

Part I

(a)  A traffic separation zone one mile wide is centred upon
     the following geographical positions:

     (i)   51°47'.1 N., 2°34'.5 E
     (ii)  51°47'.0 N., 2°33'.0 E
     (iii) 51°42'.5 N., 2°26'.5 E

- 11 -

A VII/Res.226

(b)  A traffic separation line is established between the
     following geographical positions:

  (iii)  51°42'.5 N., 2°26'.5 E
  (iv)  51°28'.0 N., 2°07'.1 E

Part II

(c)  A traffic separation zone one mile wide is centred upon
     the following geographical positions:

  (v)  51°47'.8 N., 2°39'.5 E
  (vi)  51°48'.9 N., 2°45'.8 E

(d)  A traffic separation line is established between the
     following geographical positions:

  (vi)  51°48'.9 N., 2°45'.8 E
  (vii) 51°57'.0 N., 3°34'.3 E

     The line connects the North Hinder and Goeree Schemes.

(e)  A traffic lane three miles wide for west-bound traffic is
     established between the traffic separation zone in (c)
     and an outside boundary of the lane.

     The aim of the lane is to ensure that deep-draught vessels
     bound for New Waterway avoid end-on meetings with west
     going traffic in the area.

Aids to Navigation

     A light buoy with radar reflectors to be established
in position (ii).

     A RACON is fitted on the North Hinder Light Vessel.

- 12 -

A VII/Res.226

TRAFFIC SEPARATION SYSTEM AT THE
APPROACHES TO HOOK OF HOLLAND

(Reference charts:    1406 and 122 and
                      Netherlands charts 1449,
                      1349 and 1350)

The traffic separation system consists of three schemes
as follows:

- A traffic separation scheme North of Goeree L.V. to
  separate east-and west-bound traffic, going to and
  coming from the Port of Rotterdam.

- A traffic separation scheme north of the entrance to
  the New Waterway to separate south-and north-bound
  traffic, going to and coming from the Port of Rotterdam.

- A circular traffic separation zone centred at the
  Maas buoy.

The details of the individual schemes of the system
adopted are as follows:

1.   The Goeree Traffic Separation Scheme

(a)  A traffic separation zone is an area bounded by a
     line connecting the following positions:

         (i)   $51^\circ 59'.3$ N., $3^\circ 46'.7$ E
        (ii)   $51^\circ 58'.8$ N., $3^\circ 46'.9$ E
       (iii)   $51^\circ 57'.3$ N., $3^\circ 39'.1$ E
        (iv)   $51^\circ 56'.5$ N., $3^\circ 34'.5$ E
         (v)   $51^\circ 57'.5$ N., $3^\circ 34'.0$ E
        (vi)   $51^\circ 58'.5$ N., $3^\circ 38'.7$ E

(b)  A lane for west-bound traffic is an area between
     the traffic separation zone in (a) above and a
     line connecting the following positions:

         (i)   $52^\circ 00'.7$ N., $3^\circ 46'.0$ E
        (ii)   $51^\circ 58'.8$ N., $3^\circ 27'.6$ E

- 13 -

A VII/Res.226

(c)  A lane for east-bound traffic is an area between
     the traffic separation zone in (a) above and a line
     connecting the following positions:

     (i)  $51^{\circ}54'.6$ N., $3^{\circ}35'.4$ E
     (ii) $51^{\circ}55'.8$ N., $3^{\circ}39'.8$ E
     (iii) $51^{\circ}57'.3$ N., $3^{\circ}47'.6$ E

(d)  The following aids to navigation are used to support
     the Goeree scheme:

     on the northern outside limit of the scheme:

     (i)   Buoy "EURO 1"
     (ii)  Buoy "EURO 1a"
     (iii) Buoy "EURO 3"
     (iv)  Buoy "EURO 3a"
     (v)   Buoy "EURO 5"
     (vi)  Buoy "EURO 5a"

     on the southern outside limit of the scheme:

     (i)  L/V Goeree, positioned at $51^{\circ}55'.6$ N, $3^{\circ}39'.8$ E
     and in addition

     (ii) a buoy, "Maas South" with radar reflector,
          positioned at $51^{\circ}57'.3$ N, $3^{\circ}47'.6$ E

2.  Traffic Separation Scheme north of the entrance to
    the New Waterway

(a)  A two-mile wide traffic separation zone is centred
     upon the following positions:

     (i)  $52^{\circ}06'.3$ N., $3^{\circ}58'.3$ E
     (ii) $52^{\circ}03'.4$ N., $3^{\circ}57'.2$ E

(b)  A traffic lane two-miles wide, is established on
     each side of the separation zone;

- 14 -

A VII/Res.226

    (c)  To support the traffic separation scheme a buoy
        "Maas North" with radar reflector is established
        in position:

            52$^o$06'.9 N., 3$^o$53'.5 E

3.    <u>The Maas buoy circular traffic separation zone</u>

    A circular separation zone, ½ mile in diameter, is
centred at the position:

            52$^o$01'.10 N., 3$^o$53'.34 E

    This position coincides with the present position of
of "Maas" buoy.

    <u>Navigation in the area</u>

    All incoming and outgoing traffic, except the deep-draught
vessels which have to make use of the deep-draught route,
should keep the Maas buoy and its separation zone on their
port side.

<u>Date of implementation</u>:  This scheme has been in operation
since 1 April 1971.

           TRAFFIC SEPARATION SCHEME IN
          THE APPROACHES TO RIVER ELBE

    (Reference charts:  German Hydrographic Office
                   Nos. 44 and 49)

<u>Description of the scheme</u>

    A half-mile wide separation zone is centred upon the
following geographical positions:

    (i)  54$^o$00'00" N., 8$^o$05'28" E
  (ii)  54$^o$00'00" N., 8$^o$07'09" E

    A traffic separation line is established between the
following geographical positions:

  (ii)  54$^o$00'00" N., 8$^o$07'09" E
 (iii)  53$^o$59'57" N., 8$^o$13'22" E

- 15 -

A VII/Res.226

A traffic lane is established on each side of the traffic separation zone and line.  Exterior boundaries of the lanes are lines connecting following points:

(a)  Northern limit

(i)  $54^{\circ}01'51''$ N., $8^{\circ}05'28''$ E
(ii)  $54^{\circ}01'38''$ N., $8^{\circ}13'34''$ E

(b)  Southern limit

(i)  $53^{\circ}58'00''$ N., $8^{\circ}05'28''$ E
(ii)  $53^{\circ}59'23''$ N., $8^{\circ}13'17''$ E

The main traffic directions are:

$091^{\circ}$ - $271^{\circ}$

Aids to Navigation

The lightvessel "Elbe I" is placed within the traffic separation zone in position $54^{\circ}00'00''$ N, $8^{\circ}06'35''$ E.

Note

Co-ordinates are given in degrees, minutes and seconds, for reasons of accuracy.

Date of implementation:  1 January 1972

TRAFFIC SEPARATION SCHEME
OFF KIEL LIGHTHOUSE

(Reference chart:  German Hydrographic Office number 32)

Description of the scheme

A traffic separation zone bounded by a line connecting the following positions:

(i)  $54^{\circ}29'58''$ N., $10^{\circ}18'31''$ E
(ii)  $54^{\circ}29'47''$ N., $10^{\circ}18'43''$ E
(iii)  $54^{\circ}29'01''$ N., $10^{\circ}16'34''$ E
(iv)  $54^{\circ}29'11''$ N., $10^{\circ}16'32''$ E

- 16 -

A VII/Res.226

A traffic lane is established on each side of the traffic separation zone.  Exterior boundaries of the lanes are lines connecting the following points:

    (v)   $54^{o}29'39"$ N., $10^{o}15'47"$ E
   (vi)  $54^{o}30'29"$ N., $10^{o}17'54"$ E
  (vii)  $54^{o}28'09"$ N., $10^{o}17'34"$ E
 (viii)  $54^{o}29'12"$ N., $10^{o}19'24"$ E

The main traffic directions are:

      $059^{o} - 239^{o}$

## Aids to Navigation

(a)   The southwest limit of the separation zone is marked by Lightbuoy Kiel, BRVS, Iso 3 sec. positioned in $54^{o}29'02"$ N., $10^{o}16'33"$ E

(b)   The northwest limit of the separation zone is marked by Lightbuoy 1, RW chequered, Fl (3) 20 sec. positioned in $54^{o}29'54"$ N., $10^{o}18'36"$ E

## Note

Co-ordinates are given in degrees, minutes and seconds for reasons of accuracy.

Date of implementation:  April 1968
Published in German Notice to Mariners No. 68-1734

## TRAFFIC SEPARATION SCHEME
## OFF TEXEL

(Reference charts:  British Admiralty charts Nos. 191, 1405, 2322, 2593

                 Netherlands charts Nos. 1037, 1350 1352, 1452)

## Description of the Scheme

A two-mile wide separation zone is centred upon the following geographical positions:

- 17 -

A VII/Res.226

(i)  53°02'.2 N., 4°18'.3 E
(ii) 53°06'.4 N., 4°22'.7 E

A traffic lane, three miles wide, is established on each side of the separation zone.  The main traffic directions are:

032° – 212°

The area situated south-eastward of the landward boundary of the scheme is considered as an inshore traffic zone.

<u>Aids to navigation</u>

The southern outside limit of the north-east bound traffic lane is marked by Texel Lightvessel in the following geographical position:

53°00'.0 N., 4°24'.0 E

The northern outside limit of the south-west bound traffic lane is marked by a lightbuoy fitted with a radar reflector as follows:

Red Can Lightbuoy "TX" Gp.Fl. R. 53°08'.4 N., 4°17'.1 E

<u>Date of implementation</u>:  1 January 1972

DEEP-DRAUGHT ROUTE LEADING TO EUROPOORT

(Reference:  Netherlands Charts 1449, 1349, 1350, 1540
British Admiralty Charts 1406, 122)

<u>Description of the route</u>

A deep-draught route named "Eurogeul" is established leading to Europoort.  The limits of the route are lines joining the following positions:

- 18 -

A VII/Res.226

(a)  Northern limit

    (i)  $52^{\circ}00'$.0 N., $3^{\circ}27'$.9 E

   (ii)  $52^{\circ}02'$.1 N., $3^{\circ}53'$.6 E

 (iii)  $52^{\circ}01'$.3 N., $3^{\circ}56'$.4 E

for continuation to Europoort see Netherlands
Chart 1540.

(b)  Southern limit

    (i)  $51^{\circ}59'$.4 N., $3^{\circ}28'$.0 E

   (ii)  $52^{\circ}01'$.3 N., $3^{\circ}51'$.8 E

 (iii)  $52^{\circ}01'$.1 N., $3^{\circ}55'$.3 E

for continuation to Europoort see Netherlands
Chart 1540.

The directions of the route are:

    $082^{\circ}$.5 - $262^{\circ}$.5 and

    $112^{\circ}$  - $292^{\circ}$

## Least waterdepth

West of the line through (a)(iii) and (b)(iii) at least
22.5 metres at mean LLWS;  East of this line at least 22 metres
at mean LLWS.

## Aids to Navigation

(a)  Buoys

Lightbuoys fitted with radar reflectors marking the
southern limit of the Eurogeul are positioned as follows:

|        | Euro       |                          |
|--------|------------|--------------------------|
| (i)    | Euro 1     | $51^{\circ}59'$.2 N., $3^{\circ}27'$.7 E |
| (ii)   | Euro $1^{a}$ | $51^{\circ}59'$.5 N., $3^{\circ}30'$.9 E |
| (iii)  | Euro 3     | $51^{\circ}59'$.7 N., $3^{\circ}34'$.2 E |
| (iv)   | Euro $3^{a}$ | $52^{\circ}00'$.0 N., $3^{\circ}37'$.4 E |
| (v)    | Euro 5     | $52^{\circ}00'$.3 N., $3^{\circ}40'$.6 E |
| (vi)   | Euro $5^{a}$ | $52^{\circ}00'$.5 N., $3^{\circ}43'$.9 E |
| (vii)  | Euro 7     | $52^{\circ}01'$.0 N., $3^{\circ}49'$.0 E |
| (viii) | Maas Centre | $52^{\circ}01'$.2 N., $3^{\circ}53'$.6 E |

- 19 -

A VII/Res.226

(b)  <u>Leading line</u>

The axis in the eastern part of the Eurogeul ($112^{o}$ - $292^{o}$) is indicated by a leading line of white interrupted lights.

(c)  <u>Decca Navigational Chain</u>

A provisional Decca Navigational Chain is in operation. This chain - and from early 1972 onwards a permanent one - enables Masters of deep-draught vessels equipped with a suitable receiver, to be informed continuously and highly accurately about the ship's deviation from the axes of the route.

For optimal use of this aid in the eastern part of the Eurogeul a portable Decca indicator, which is either brought on board by the pilot or installed permanently, is needed.

<u>Date of implementation</u>:  The scheme has been in operation for some considerable time.

TRAFFIC SEPARATION SCHEME
IN THE APPROACHES TO LOS ANGELES - LONG BEACH
(a continuation of the Santa Barbara Channel scheme)

(Reference chart: United States National Ocean Survey
Chart No. 5101)

<u>Elements of the System</u>

A two-mile wide separation zone is centred upon the following geographical positions:

(i)   $33^{o}39'.7$ N., $118^{o}17'.6$ W
(ii)  $33^{o}39'.7$ N., $118^{o}27'.3$ W
(iii) $33^{o}44'.1$ N., $118^{c}36'.3$ W

A traffic lane, one mile wide, is established on each side of the separation zone.

A VII/Res.226

The main traffic directions are:

090° - 270° and
120° - 300°

Date of implementation:  1 January 1972.

TRAFFIC SEPARATION SCHEME
NEWARP/CROSS SAND

(Reference:  Admiralty Chart 1543)

Description of the Scheme

A half-mile wide separation zone is centred upon the following geographical positions:

(i)   52°39'.0 N., 1°59'.2 E
(ii)  52°43'.9 N., 1°59'.2 E
(iii) 52°46'.7 N., 1°52'.5 E

A traffic lane, one-and-a-half miles wide, is established on each side of the separation zone.

The main traffic directions are:

000° - 180° and
305° - 125°

Aids to Navigation

(a)  Three buoys are established in the following geographical positions:

(i)   52°45'.3 N., 1°50'.9 E
(ii)  52°43'.9 N., 1°59'.2 E
(iii) 52°39'.0 N., 2°02'.0 E

(b)  The Cross Sand Lightvessel should be moved to the following geographical position:

(iv)  52°37'.5 N., 1°56'.0 E

- 21 -

A VII/Res.226

<u>Date of implementation:</u>  The United Kingdom Administration
hopes that the required aids to navigation can be provided and
the necessary work be carried out for the scheme to be
implemented 1 January 1972.

<u>Note:</u>  This scheme was adopted by the Committee on the under-
standing that the United Kingdom Government will further
report on the installation, in slightly altered positions,
of the necessary aids to navigation.

TRAFFIC SEPARATION SCHEME
SOUTH OF WILSON PROMONTORY IN THE BASS STRAIT

(Reference charts:   British Admiralty Chart No. 1695A -
BASS STRAIT EASTERN SHEET

Australian Chart AUS 801 -
CAPE PATTERSON TO KENT GROUP)

<u>Description of the Scheme</u>

A separation zone is to be established in an area within
lines connecting the following geographical positions:

| Latitude | Longitude |
|----------|-----------|
| $39^{\circ}11'S$ | $146^{\circ}45'E$ |
| $39^{\circ}15'S$ | $146^{\circ}33'E$ |
| $39^{\circ}15'S$ | $146^{\circ}15'E$ |
| $39^{\circ}12'S$ | $146^{\circ}25'E$ |

The traffic lanes of the scheme are as follows:

<u>For West-bound Traffic</u>

A traffic lane, not less than $2\frac{1}{2}$ miles wide, is established
on the northern side of the separation zone.

The main traffic directions are $250^{\circ}$ and $270^{\circ}$.

<u>For East-bound Traffic</u>

A traffic lane, not less than 4 miles wide, is established
on the southern side of the separation zone.

The main traffic directions are $090^{\circ}$ and $067^{\circ}$.

- 22 -

A VII/Res.226

Boundary of the Northern traffic lane

|  | Latitude | Longitude |
|---|---|---|
| (i) | $39^{o}10'.8$ S | $146^{o}15'.0$ E |
| (ii) | $39^{o}10'.8$ S | $146^{o}19'.2$ E |
| (iii) | $39^{o}09'.0$ S | $146^{o}26'.0$ E |
| (iv) | $39^{o}02'.0$ S | $146^{o}45'.0$ E |

Boundary of the Southern traffic lane

| (v) | $39^{o}19'.0$ S | $146^{o}15'.0$ E |
|---|---|---|
| (vi) | $39^{o}19'.0$ S | $146^{o}45'.0$ E |

The area between Wilson Promontory and the traffic separation scheme is considered as an inshore traffic zone.

Date of implementation:  1 January 1972.

———————