CG Suppl. AR Doc. 7

Case 1:05-cv-02191-PLF    Document 46-9    Filed 03/23/2007    Page 2 of 6

 INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION



NAV XIV/2(c)/3
6 December 1972
Original: ENGLISH

# IMCO

SUB-COMMITTEE ON SAFETY
OF NAVIGATION — 14th session
Agenda item 2(c)

MATTERS RELATED TO TRAFFIC SEPARATION SCHEMES

NEW SCHEMES

Note by the Government of the United States of America

The United States proposes to establish traffic separation
schemes off the coasts of Maine, Massachusetts and Rhode Island
as described in Annexes I, II and III hereof.

Charts depicting the schemes will be provided for the
Sub-Committee for review at its fourteenth session.

For reasons of economy, this document is printed in a limited
number of copies. Delegates and observers are kindly requested
not to mislay their copies and not to request additional copies.

NAV XIV/2(c)/3

Annex I

Traffic Separation Scheme

IN THE APPROACH TO PORTLAND, MAINE

Elements of the System

A five-mile radius precautionary area centered upon geographical position 43°31'.5N., 70°06'.0W.

Eastern Approach:

A one-mile wide traffic separation zone centered upon the following geographical positions:

    (i)  43°30'.2N., 69°59'.4W.
    (ii)  43°24'.75N., 69°33'.0W.

A two-mile wide one-way traffic lane on each side of the traffic separation zone.

General direction of traffic flow:  107° and 287°

Southern Approach:

A one-mile wide traffic separation zone centered upon the following geographical positions:

    (iii)  43°26'.8N., 70°03'.5W.
    (iv)  43°07'.8N., 69°55'.3W.

A two-mile wide one-way traffic lane on each side of the traffic separation zone.

General direction of traffic flow:  162° and 342°

General Concept

The traffic separation scheme described herein is recommended for use by all seagoing vessels. These traffic lanes are not necessarily intended for use by tugs and tows or small vessels which traditionally operate outside of steamer lanes or close to the shoreline. Traffic lanes are not intended to supersede nor alter applicable rules of the road.

NAV XIV/2(c)/3

Annex II

Traffic Separation Scheme

IN THE APPROACH TO BOSTON, MASSACHUSETTS

Elements of the System

A five-mile radius precautionary area centered upon geographical position 42°22'.7N., 70°47'.0W.

A one-mile wide traffic separation zone centered upon the following geographical positions:

     (i)   42°21'.0N., 70°40'.7W.
    (ii)  42°08'.5N., 69°53'.6W.
  (iii)  40°49'.5N., 69°00'.0W.

A two-mile wide one-way traffic lane on each side of the traffic separation zone.

General direction of traffic flow:  110° - 153° and 290° - 333°

General Concept

The traffic separation scheme described herein is recommended for use by all seagoing vessels. These traffic lanes are not necessarily intended for use by tugs and tows or small vessels which traditionally operate outside of steamer lanes or close to the shoreline. Traffic lanes are not intended to supersede nor alter applicable rules of the road.

NAV XIV/2(c)/3

Annex III

Traffic Separation Scheme

IN THE APPROACHES TO NARRAGANSETT BAY, RHODE ISLAND
AND BUZZARDS BAY, MASSACHUSETTS

Elements of the System

A four and one-quarter mile radius precautionary area centered upon
geographical position 41°06'.0N., 71°23'.4W.

A three-mile radius precautionary area centered upon geographical
position 41°25'.6N., 71°23'.4W.

Narragansett Bay Approach:

A two-mile wide traffic separation zone centered upon the following
geographical positions:

    (i)   41°22'.7N., 71°23'.4W.
    (ii)  41°10'.2N., 71°23'.4W.

A one-mile wide one-way traffic lane on each side of the traffic
separation zone.

General direction of traffic flow:  000° and 180°

A two-mile wide restricted area extending from the northern limits of
the traffic separation zone to Latitude 41°24'.7N.

The restricted area within the precautionary area will only be closed
to vessel traffic by the Naval Underwater System Center during periods
of daylight and optimum weather conditions for torpedo range usage.
The closing of the restricted area will be indicated by the activation
of a white strobe light mounted on Brenton Reef Light and controlled
by a Navy vessel supporting the torpedo range activities.  There would
be no vessel restrictions expected during inclement weather or  when
the torpedo range is not in use.

Buzzards Bay Approach:

A one-mile wide traffic separation zone centered upon the following
geographical positions:

    (iii) 41°09'.3N., 71°20'.0W.
    (iv)  41°24'.9N., 71°03'.9W.

A one-mile wide one-way traffic lane on each side of the traffic
separation zone.

General direction of traffic flow:  038° and 218°

NAV AIV/2( ) 5
ANNEX III
Page 2

## General Concept

The traffic separation scheme described herein is recommended for
use by all seagoing vessels. These traffic lanes are not necessarily
intended for use by tugs and tows or small vessels which traditionally
operate outside of steamer lanes or close to the shoreline. Traffic
lanes are not intended to supersede nor alter applicable rules of the
road.