CG Suppl. AR Doc. 10

Case 1:05-cv-02191-PLF     Document 46-12     Filed 03/23/2007     Page 1 of 6

INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION

SUB-COMMITTEE ON SAFETY OF
NAVIGATION - 19th session
Agenda item 3(a)

IMCO

NAV XIX/3(a)/2
20 January 1977
Original: ENGLISH

MATTERS RELATED TO ROUTEING OF SHIPS

PROPOSED NEW AND AMENDED SCHEMES

AMENDMENT TO THE TRAFFIC SEPARATION SCHEME OFF NEW YORK

Note by the Government of the
United States of America

1. At its twenty-fifth session, MSC (see MSC XXV/17, paragraph 7) decided to ask original sponsors of "Part B Traffic Separation Schemes" (see Part B of Annex II to NAV XII/11) to reconsider listed schemes in light of the comments made in Part B.

2. The Government of the United States of America announced the existing coverage in the easterly and southeasterly approaches to New York, implying that coverage was adequate. However, in order to affirm the degree of accuracy of radio beacon fixing in these lanes, the Government of the United States of America felt that operational tests using transiting vessels would be advisable. The Sub-Committee was to be further advised.

3. Limited operational tests and user surveys were commenced, but before conclusive results were obtained, the radio beacons became the object of re-evaluation for the purpose of overall system re-design.

4. Re-design has been accomplished. Implementation has commenced. The objective is to provide more continuous operation and to correct deficient coverage in some areas. Implementation of changes in the area served by this traffic separation scheme is anticipated by mid-1977. Until conversion, coverage will be as follows:

        Nantucket . . . . . . . . . . . . . . . . range 100 miles
        Buzzards Bay . . . . . . . . . . . . . . . range  75 miles
        Block Island . . . . . . . . . . . . . . . range  70 miles
        Fire Island . . . . . . . . . . . . . . . range 100 miles
        Ambrose . . . . . . . . . . . . . . . . . range 100 miles

After conversion, coverage will be as follows:

        Nantucket . . . . . . . . . . . . . . . . range 100 miles
        Montauk . . . . . . . . . . . . . . . . . range 125 miles
        Ambrose . . . . . . . . . . . . . . . . . range 125 miles
        Cape Henelopen . . . . . . . . . . . . . range 125 miles

Both existing and re-designed radio beacon coverage gives a minimum of two line coverage within the entire area served by this scheme. It

NAV XIX/3(a)/2                          - 2 -

should be noted that Nantucket Lightship is a manned, therefore continuously monitored, floating aid to navigation.

5. The government of the United States of America informed the Sub-Committee of the redesign and proposed deletion of the note in the text of Res. A. 284(VIII), which states: "NOTE: Under review--possible insufficient navigational marking in the eastern and southeastern approaches." (See NAV XVIII/11, paragraph 15)

6. The Sub-Committee (NAV XVIII) expressed doubts as to whether position fixing by radio beacon would be sufficiently precise in the central part of the eastern approach and the outer limits of the south-eastern approach to enable vessels to comply with Rule 10 of the International Regulations for the Prevention of Collisions at Sea, 1972 under all circumstances. The Sub-Committee was of the opinion that more information was necessary in this respect before the note could be deleted.

7. The scheme has been reconsidered in its entirety. It has been determined that removal of the note is of critical importance in light of the forthcoming effective date of the 1972 COLREGS. Accordingly, the government of the United States of America proposes to amend the Traffic Separation Scheme off New York, effective 15 June 1977, as follows:

(Reference Charts: United States Chart numbers 12300 and 12326)

NOTE: Use of LORAN C enables masters of appropriately equipped vessels to be informed highly accurately and continuously about the vessel's position in the area covered by this scheme.

Description of the traffic separation scheme: The Traffic Separation Scheme off New York consists of five parts.

Part I -- Precautionary area

(a) A precautionary area of radius seven miles is centered upon Ambrose Light in geographical position 40°27'.5N, 73°49'.9W.

Part II -- Eastern approach; off Nantucket

(a) A separation zone bounded by a line connecting the following geographical positions:

         (1) 40°29'.4N          68°42'.0W
         (2) 40°27'.6N          70°13'.8W
         (3) 40°30'.6N          70°14'.0W
         (4) 40°32'.4N          68°42'.2W

(b) A traffic lane for westbound traffic between the separation zone and a line connecting the following geographical positions:

    (5) 40°37'.4N          68°42'.2W
    (6) 40°35'.6N          70°14'.2W

(c) A traffic lane for eastbound traffic between the separation zone and a line connecting the following geographical positions:

    (7) 40°22'.6N          70°13'.6W
    (8) 40°24'.4N          68°42'.0W

Part III -- Eastern approach; off Ambrose

(a) A separation zone bounded by a line connecting the following geographical positions:

    (9) 40°24'.3N          73°05'.0W
   (10) 40°24'.2N          73°11'.5W
   (11) 40°26'.0N          73°40'.8W
   (12) 40°27'.0N          73°40'.7W
   (13) 40°27'.2N          73°11'.5W
   (14) 40°27'.3N          73°05'.0W

(b) A traffic lane for westbound traffic between the separation zone and a line connecting the following geographical positions:

   (15) 40°32'.3N          73°04'.9W
   (16) 40°32'.2N          73°11'.5W
   (17) 40°27'.9N          73°40'.6W

(c) A traffic lane for eastbound traffic between the separation zone and a line connecting the following geographical positions:

   (18) 40°25'.0N          73°41'.2W
   (19) 40°19'.2N          73°11'.5W
   (20) 40°19'.3N          73°05'.0W

Part IV -- South-eastern approach

(a) A separation zone bounded by a line connecting the following geographical positions:

   (21) 40°03'.1N          73°17'.9W
   (22) 40°06'.3N          73°22'.7W
   (23) 40°22'.4N          73°43'.5W
   (24) 40°23'.0N          73°42'.7W
   (25) 40°08'.6N          73°20'.1W
   (26) 40°05'.3N          73°15'.3W

NAV XIX/3(a)/2                            - 4 -

(b) A traffic lane for north-westbound traffic between the separation zone and a line connecting the following geographical positions:

  (27) 40°09'.0N   73°10'.9W
  (28) 40°12'.2N   73°15'.7W
  (29) 40°24'.0N   73°41'.9W

(c) A traffic lane for eastbound traffic between the separation zone and a line connecting the following geographic positions:

  (30) 40°21'.7N   73°44'.5W
  (31) 40°02'.7N   73°27'.2W
  (32) 39°59'.4N   73°22'.3W

Part V -- Southern approach

(a) A separation zone bounded by a line connecting the following geographical positions:

  (33) 39°45'.7N   73°48'.0W
  (34) 40°20'.5N   73°48'.3W
  (35) 40°20'.7N   73°47'.0W
  (36) 39°45'.7N   73°44'.0W

(b) A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:

  (37) 39°45'.7N   73°37'.7W
  (38) 40°21'.2N   73°45'.8W

(c) A traffic lane for south-eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

  (39) 40°20'.4N   73°49'.6W
  (40) 39°45'.7N   73°54'.4W



OFF NEW YORK – AU LARGE DE NEW YORK