CG Suppl. AR Doc. 12

INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION



NAV XIX/3(a)/4
20 January 1977
Original: ENGLISH

SUB-COMMITTEE ON SAFETY OF
NAVIGATION — 19th session
Agenda item 3(a)

**IMCO**

MATTERS RELATED TO ROUTEING OF SHIPS
PROPOSED NEW AND AMENDED SCHEMES
AMENDMENT TO TRAFFIC SEPARATION SCHEME IN THE
APPROACHES TO CHESAPEAKE BAY

Note by the Government of the United States of America

1.    The Government of the United States, noting recommendations of
Resolution A.284(VIII) to review and adjust as necessary routeing
systems, so as to maintain their effectiveness, has made minor design
modifications to this scheme.  The purpose of the amendment is to
provide separation between incoming and outgoing traffic lanes of
converging elements of the scheme.

2.    Noting that the amendment is not of an emergency nature, and
recognizing that the amendment will not be formally adopted until the
Tenth Assembly meets, a 1 January 1978 effective date for the change
is proposed.

3.    Proposed text for the amended scheme:

Traffic Separation Scheme in the Approaches to Chesapeake Bay

(Reference Charts:  United States Chart numbers 12200, 12207 and 12221)

Part I — Precautionary area

A precautionary area of radius two miles is centred upon geographical
position 36°56'.1N., 75°57'.5W.

Part II — Eastern approach

A separation line connects the following geographical positions:
     (1) 36°58'.7N             75°48'.7W
     (2) 36°56'.8N             75°55'.1W
A traffic lane, half a mile wide, is established on each side of the
separation line.
The main traffic directions are:  070° and 250°

NAV XIX/3(a)/4                    - 2 -

Part III - Southern approach

A separation line connects the following geographical positions:

    (3) 36°51'.3N                    75°50'.9W
    (4) 36°54'.8N                    75°55'.6W

A traffic lane, half a mile wide, is established on each side of the separation line.

The main traffic directions are:    132° and 312°



Dispositif de séparation du trafic aux abords de la baie de Chesapeake
Traffic Separation Scheme in the approaches to Chesapeake Bay