CG Suppl. AR Doc. 13

INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION

SUB-COMMITTEE ON SAFETY OF
NAVIGATION – 19th session
Agenda item 3(a)



NAV XIX/3(a)/5
20 January 1977
Original: ENGLISH

## IMCO

MATTERS RELATED TO ROUTEING OF SHIPS

PROPOSED NEW AND AMENDED SCHEMES

AMENDMENT TO THE TRAFFIC SEPARATION SCHEME IN THE APPROACHES
TO NARRAGANSETT BAY, RHODE ISLAND AND BUZZARDS BAY,
MASSACHUSETTS

Note by the Government of the United States of America

1. The Government of the United States, noting recommendations of Resolution A.284(VIII) to review and adjust as necessary routeing systems, so as to maintain their effectiveness, has made minor design modifications to this scheme. The purpose of the amendment is to provide separation between incoming and outgoing traffic lanes of converging elements of the scheme.

2. Noting that the amendment is not of an emergency nature, and recognizing that the amendment will not be formally adopted until the Tenth Assembly meets, a 1 January 1978 effective date for the change is proposed.

3. Proposed text for the amended scheme:

<u>Traffic Separation Scheme in the Approaches to Narragansett Bay, Rhode Island and Buzzards Bay, Massachusetts</u>

(Reference Charts: United States Chart numbers 12300, 13200, 13006 and 13218)

<u>NOTE</u>: A restricted area, one mile wide, extending from the northern limit of the Narragansett Bay approach traffic separation zone to latitude $41°24'.7N$ has been established.

The restricted area within the precautionary area will only be closed to vessel traffic by the Naval Underwater System Center during periods of daylight and optimum weather conditions for torpedo range usage. The closing of the restricted area will be indicated by the activation of a white strobe light mounted on Brenton Reef Light and controlled

NAV XIX/3(a)/5                        - 2 -

by a Naval vessel supporting the torpedo range activities. There would be no vessel restrictions expected during inclement weather or when the torpedo range is not in use.

Part I - Precautionary area

A precautionary area of radius 5.4 miles is centred upon geographical position $41°06'.0N$., $71°23'.4W$.

Part II - Narragansett Bay approach

A separation zone, one mile wide, is centred upon the following geographical positions:

      (1) $41°22'.6N$            $71°24'.0W$
      (2) $41°11'.1N$            $71°24'.0W$

A traffic lane, one mile wide, is established on each side of the separation zone.

The main traffic directions are:
      $000°$ and $180°$

Part III - Precautionary area

A precautionary area of radius 3.55 miles is centred upon geographical position $41°25'.6N$., $71°23'.4W$.

Part IV - Buzzards Bay approach

A separation zone, one mile wide, is centred upon the following geographical positions:

      (3) $41°10'.15N$          $71°19'.15W$
      (4) $41°24'.9N$            $71°03'.9W$

A traffic lane, one mile wide, is established on each side of the separation zone.

The main traffic directions are:
      $038°$ and $218°$

NAV XIX/3(a)/5

Traffic Separation Scheme in the approaches to Narragansett Bay, Rhode Island and Buzzards Bay, Massachusetts

Dispositif de séparation du trafic aux abords de la baie de Narragansett (Rhode Island) et de Buzzards Bay (Massachusetts)