CG Suppl. AR Doc. 15

INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION



Distr.
GENERAL

A X/Res.374
18 January 1978

Original: ENGLISH

ASSEMBLY - 10th session
Agenda item 8(b)

**IMCO**

FEB 15 1978

Washington, D.C.
GAIA

RESOLUTION A.374(X)

adopted on 14 November 1977

ROUTEING SYSTEMS

THE ASSEMBLY,

NOTING Article 16(i) of the Convention on the Inter-Governmental Maritime
Consultative Organization concerning the functions of the Assembly,

CONSIDERING that the Assembly has adopted general provisions, traffic separation
schemes, deep water routes and areas to be avoided,

RECOGNIZING that the practice of following routeing systems adopted by the
Organization for international use would contribute considerably to the avoidance of
collisions between ships,

RECOGNIZING ALSO that such practice would consequently reduce the risk of pollu-
tion of the marine environment and the risk of damage to marine life resulting from collisions
or strandings,

HAVING EXAMINED the Recommendations by the Maritime Safety Committee at its
thirty-fourth and thirty-sixth sessions,

DECIDES:

(a)  to adopt the new and amended routeing systems described in the Annex to this
Resolution;

(b)  to withdraw the traffic separation scheme "Off Cape Finisterre", adopted by
Resolutions A.161(ES.IV) and A.284(VIII),

INVITES the Governments concerned to advise ships to comply with the adopted
routeing measures from the appropriate date,

REQUESTS the Secretary-General to advise all concerned of the details of the routeing
systems described in the Annex to this Resolution and to promulgate their dates of coming
into force or withdrawal.

For reasons of economy, this document is printed in a limited number. Delegates
are kindly asked to bring their copies to meetings and not to request additional copies.

A X/Res.374                           – 2 –

ANNEX

TRAFFIC SEPARATION SCHEMES

AT NORTH HINDER (amended scheme)
(Reference charts: British Admiralty 1406 and Netherlands Hydrographic Office 1349)


**Description of the traffic separation scheme**

(a)   A separation zone, one mile wide, is centred upon the following geographical positions:
       (1)   51°49'.1 N.,      2°45'.8 E.
       (2)   51°48'.0 N.,      2°39'.4 E.

(b)   A separation line connects the following geographical positions:
       (3)   51°48'.0 N.,      2°39'.4 E.
       (4)   51°47'.2 N.,      2°34'.5 E.

(c)   A separation zone, one mile wide, is centred upon the following geographical positions:
       (5)   51°47'.2 N.,      2°34'.5 E.
       (6)   51°47'.0 N.,      2°33'.0 E.
       (7)   51°28'.0 N.,      2°07'.1 E.

(d)   A traffic line for south-westbound traffic is established between the separation
     zones/line and a line connecting the following geographical positions:
       (8)   51°53'.6 N.,      2°43'.8 E.
       (9)   51°51'.2 N.,      2°28'.5 E.
     (10)   51°30'.4 N.,      2°00'.0 E.

(e)   A traffic lane for north-eastbound traffic is established between the separation
     zones/line and a line connecting the following geographical positions:
     (11)   51°44'.5 N.,      2°47'.5 E.
     (12)   51°42'.3 N.,      2°36'.2 E.
     (13)   51°39'.7 N.,      2°31'.2 E.
     (14)   51°22'.8 N.,      2°12'.4 E.

**Note:**

The separation zones of this scheme are connected by a separation line to indicate the area
where a concentration of crossing traffic is likely to be met.

- 3 -                                  A X/Res.374

AT WEST HINDER (amended scheme)

(Reference charts: British Admiralty 1406, 1895 and Belgian Hydrographic Office
"Vlaamse Banken")

### Description of the traffic separation scheme

(a)   A separation line connects the following geographical positions:

    (1)   51°22'.0 N.,        2°42'.7 E.
    (2)   51°22'.0 N.,        2°37'.0 E.
    (3)   51°22'.5 N.,        2°30'.0 E.
    (4)   51°19'.2 N.,        2°16'.7 E.

(b)   A separation zone bounded by a line connecting the following geographical positions:

    (5)   51°19'.2 N.,        2°16'.7 E.
    (6)   51°20'.8 N.,        2°11'.0 E.
    (7)   51°19'.6 N.,        2°10'.1 E.

(c)   A traffic lane for westbound traffic is established between the separation line/zone
described in paragraphs (a) and (b) above and a line connecting the following
geographical positions:

    (8)   51°23'.0 N.,        2°42'.7 E.
    (9)   51°23'.0 N.,        2°37'.0 E.
   (10)   51°23'.5 N.,        2°30'.0 E.
   (11)   51°22'.8 N.,        2°26'.5 E.
   (12)   51°21'.3 N.,        2°17'.7 E.
   (13)   51°22'.8 N.,        2°12'.4 E.

(d)   A traffic lane for eastbound traffic is established between the separation line/zone
described in paragraphs (a) and (b) above and a separation line connecting the following
geographical positions:

   (14)   51°21'.2 N.,        2°42'.7 E.
   (15)   51°21'.2 N.,        2°37'.0 E.
   (16)   51°21'.5 N.,        2°31'.2 E.
   (17)   51°20'.0 N.,        2°24'.6 E.
   (18)   51°12'.5 N.,        2°05'.0 E.

### Inshore traffic zone

The area between the continental coast and the southern boundary of the traffic separation
scheme is designated as an inshore traffic zone.

A X/Res.374                          - 4 -

IN THE STRAIT OF DOVER AND ADJACENT WATERS (amended scheme)
(Reference charts: British Admiralty 1406, 1598, 1895 and 2451)

## Description of the traffic separation scheme

(a)  A separation zone, one mile wide, is centred upon the following geographical positions:

    (1)  51°28'.0 N.,      2°07'.1 E.
    (2)  51°25'.4 N.,      2°03'.7 E.

(b)  A separation line connects the following geographical positions:

    (3)  51°25'.4 N.,      2°03'.7 E.
    (4)  51°23'.7 N.,      2°01'.5 E.

(c)  A separation zone, one mile wide, is centred upon the following geographical positions:

    (5)  51°23'.7 N.,      2°01'.5 E.
    (6)  51°16'.5 N.,      1°52'.4 E.

(d)  A separation line connects the following geographical positions:

    (7)  51°16'.5 N.,      1°52'.4 E.
    (8)  51°06'.1 N.,      1°38'.2 E.

(e)  A separation zone, one mile wide, is centred upon the following geographical positions:

    (9)  51°06'.1 N.,      1°38'.2 E.
    (10)  50°57'.2 N.,     1°23'.6 E.

(f)  A natural separation zone is formed by The Ridge or Le Colbart.

(g)  A separation zone, two miles wide, is centred upon the following positions:

    (11)  50°48'.9 N.,     1°16'.2 E.
    (12)  50°37'.9 N.,     1°04'.4 E.
    (13)  50°33'.7 N.,     0°57'.8 E.

(h)  A separation zone bounded by a line connecting the following geographical positions:

    (14)  50°33'.0 N.,     0°59'.0 E.
    (15)  50°34'.4 N.,     0°56'.7 E.
    (16)  50°28'.8 N.,     0°00'.0
    (17)  50°25'.0 N.,     0°00'.0

(i)  A traffic lane for south-westbound traffic is established between the separation zones/line described in paragraphs (a), (b), (c), (d), (e) and (f) above and a separation line connecting the following geographical positions:

    (18)  51°30'.4 N.,     2°00'.0 E.
    (19)  51°23'.0 N.,     1°50'.0 E.
    (20)  51°14'.1 N.,     1°44'.1 E.
    (21)  51°06'.9 N.,     1°31'.0 E.
    (22)  50°57'.3 N.,     1°12'.2 E.

(j)  The traffic lane for south-westbound traffic described in paragraph (i) above is continued between the separation zones described in paragraphs (f), (g) and (h) above and a separation zone, half a mile wide, centred upon the following geographical positions:

    (23)  50°57'.3 N.,     1°12'.2 E.
    (24)  50°52'.0 N.,     1°02'.2 E.
    (25)  50°36'.8 N.,     0°27'.4 E.
    (26)  50°34'.7 N.,     0°00'.0

- 5 -                          A X/Res.374

(k)  A traffic lane for north-eastbound traffic is established between the separation zones
     described in paragraphs (g) and (h) above and a separation zone, half a mile wide, centred
     upon the following geographical positions:

     (27)   50°37'.7 N.,        1°21'.0 E.
     (28)   50°26'.6 N.,        0°58'.8 E.
     (29)   50°12'.0 N.,        0°00'.0

(l)  The traffic lane for north-eastbound traffic described in paragraph (k) above is continued
     between the separation zones/line described in paragraphs (a), (b), (c), (d), (e) and (f)
     above and a separation line connecting the following geographical positions:

     (30)   51°22'.8 N.,        2°12'.4 E.
     (31)   51°12'.5 N.,        2°05'.0 E.
     (32)   51°06'.4 N.,        1°49'.0 E.
     (33)   50°53'.6 N.,        1°30'.8 E.
     (34)   50°44'.5 N.,        1°27'.0 E.
     (35)   50°37'.7 N.,        1°21'.0 E.

(m)  A deep water route forming part of the north-eastbound traffic lane between the
     north-western edge of the Sandettie Bank and the separation zone/line described in para-
     graphs (c) and (d) above has been established between the latitude of 51°10'.3 N and a
     line connecting the following geographical positions:

     (i)     51°23'.4 N.,       2°02'.2 E.
     (ii)    51°22'.3 N.,       2°05'.8 E.
     (iii)   51°18'.4 N.,       2°04'.8 E.

## Inshore traffic zones

The areas between the outer boundaries of the traffic separation scheme and the adjacent
coasts are designated as inshore traffic zones.


WARNING

1.   A deep water route forming part of the north-eastbound traffic lane is established to the
     north-west of the Sandettie Bank and masters considering the use of this route should
     take into account the proximity of traffic using the south-westbound lane.

2.   The main traffic lane for north-eastbound traffic lies to the south-east of the Sandettie
     Bank and shall be followed by all such vessels as can safely navigate therein having
     regard to their draught.

3.   In the area of the deep water route east of the separation line vessels are recommended
     to avoid overtaking.

A X/Res.374                    – 6 –

IN THE GULF OF SUEZ (new scheme)

(Reference charts: British Admiralty 757, 2373, 2374 and 2375)

## Description of the traffic separation scheme

(a)  A separation zone is bounded by a line connecting the following geographical positions:

| | | |
|---|---|---|
| (1) | 29°45′.00 N., | 32°31′.70 E. |
| (2) | 29°35′.60 N., | 32°31′.70 E. |
| (3) | 26°29′.70 N., | 33°04′.90 E. |
| (3)(bis) | 28°19′.00 N., | 33°11′.80 E. |
| (4) | 28°10′.45 N., | 33°17′.90 E. |
| (5) | 27°52′.60 N., | 33°40′.60 E. |
| (6) | 28°11′.25 N., | 33°19′.30 E. |
| (7) | 28°30′.00 N., | 33°05′.45 E. |
| (8) | 29°35′.60 N., | 32°32′.35 E. |
| (9) | 29°45′.00 N., | 32°32′.35 E. |

(b)  A separation line connects the following geographical positions:

| | | |
|---|---|---|
| (10) | 27°52′.60 N., | 33°40′.60 E. |
| (11) | 27°36′.85 N., | 33°55′.55 E. |

(c)  A separation zone is bounded by a line connecting the following geographical positions:

| | | |
|---|---|---|
| (12) | 27°36′.85 N., | 33°55′.55 E. |
| (13) | 27°30′.00 N., | 34°05′.80 E. |
| (14) | 27°30′.00 N., | 34°08′.00 E. |

(d)  A traffic lane for southbound traffic is established between a separation zone/line and a line connecting the following geographical positions:

| | | |
|---|---|---|
| (15) | 29°45′.00 N., | 32°30′.00 E. |
| (16) | 29°35′.30 N., | 32°30′.00 E. |
| (17) | 28°28′.00 N., | 33°04′.00 E. |
| (18) | 28°09′.95 N., | 33°17′.00 E. |
| (19) | 27°48′.40 N., | 33°43′.30 E. |
| (20) | 27°36′.30 N., | 33°54′.80 E. |
| (21) | 27°30′.00 N., | 34°03′.60 E. |

(e)  A traffic lane for northbound traffic is established between a separation zone/line and a line connecting the following geographical positions:

| | | |
|---|---|---|
| (22) | 29°45′.00 N., | 32°34′.10 E. |
| (23) | 29°35′.70 N., | 32°34′.10 E. |
| (24) | 28°31′.20 N., | 33°06′.75 E. |
| (25) | 28°11′.80 N., | 33°20′.30 E. |
| (26) | 27°57′.40 N., | 33°37′.20 E. |
| (27) | 27°37′.45 N., | 33°56′.20 E. |
| (28) | 27°30′.00 N., | 33°11′.00 E. |

**OFF DELAWARE BAY** (amended scheme)
(Reference charts: British Admiralty 2563 and United States Charts 12214, 12200)

### Description of the traffic separation scheme

The traffic separation scheme off Delaware Bay consists of two parts.

*Part I:*
**Eastern approach**

(a)  A separation zone bounded by a line connecting the following geographical positions:

| | | |
|---|---|---|
| (1) | 38°46'.8 N., | 74°34'.6 W. |
| (2) | 38°46'.8 N., | 74°55'.7 W. |
| (3) | 38°47'.8 N., | 74°55'.4 W. |
| (4) | 38°47'.8 N., | 74°34'.6 W. |

(b)  A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

| | | |
|---|---|---|
| (5) | 38°49'.8 N., | 74°34'.6 W. |
| (6) | 38°48'.8 N., | 74°55'.3 W. |

(c)  A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

| | | |
|---|---|---|
| (7) | 38°45'.8 N., | 74°56'.1 W. |
| (8) | 38°44'.8 N., | 74°34'.6 W. |

*Part II:*
**South-eastern approach**

(a)  A separation zone bounded by a line connecting the following geographical positions:

| | | |
|---|---|---|
| (9) | 38°27'.0 N., | 74°42'.3 W. |
| (10) | 38°43'.4 N., | 74°58'.0 W. |
| (11) | 38°44'.2 N., | 74°57'.2 W. |
| (12) | 38°27'.6 N., | 74°41'.3 W. |

(b)  A traffic lane for north-westbound traffic is established between the separation zone and a line connecting the following geographical positions:

| | | |
|---|---|---|
| (13) | 38°28'.8 N., | 74°39'.3 W. |
| (14) | 38°45'.1 N., | 74°56'.6 W. |

(c)  A traffic lane for south-eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

| | | |
|---|---|---|
| (15) | 38°42'.8 N., | 74°58'.9 W. |
| (16) | 38°27'.0 N., | 74°45'.4 W. |

### Precautionary area

A precautionary area of radius eight miles is centred upon Harbour of Refuge Light in geographical position:

38°48'.9 N.,      75°05'.6 W

A X/Res.374                    – 8 –

**OFF FALSTERBOREV** (amended scheme)
(Reference charts: Swedish Administration of Shipping and Navigation 921 and 929)

### Description of the traffic separation scheme

The traffic separation scheme off Falsterborev consists of four parts:

*Part I:*

(a)  A roundabout with a circular traffic separation zone of half a mile in diameter is centred at the following geographical position:

(1)  55°18'.6 N.,       12°39'.5 E.

(b)  A circular traffic lane, one-and-three-quarter miles wide is established around the circular separation zone.

*Part II:*

(a)  A separation line connects the following geographical positions:

(2)  55°15'.9 N.,       12°51'.8 E.
(3)  55°17'.5 N.,       12°42'.5 E.

(b)  A traffic lane, one point one mile wide, is established on each side of the separation line and the outside limits of the traffic lanes are extended to intersect with the outside limit of the roundabout.

The main traffic directions are:
107° –287°.

*Part III:*

(a)  A separation line connects the following geographical positions:

(4)  55°13'.1 N.,       12°39'.1 E.
(5)  55°16'.6 N.,       12°38'.9 E.

(b)  A traffic lane, one mile wide, is established on each side of the separation line and the outside limits of the traffic lanes are extended to intersect with the outside limit of the roundabout.

The main traffic directions are:
177° –357°.

*Part IV:*

(a)  A separation line connects the following geographical positions:

(6)  55°20'.5 N.,       12°39'.4 E.
(7)  55°25'.0 N.,       12°40'.7 E.

(b)  A traffic lane, one-and-a-half miles wide, is established on each side of the separation line and the outside limits of the traffic lanes are extended to intersect with the outside limit of the roundabout.

The main traffic directions are:
010° – 190°.

### Note:

The roundabout serves the purpose of facilitating manoeuvring in the area where traffic to and from the Baltic Sea, the Kiel Canal and the Sound meet.

4/3

- 9 -                                           A X/Res.374

OFF USHANT (amended scheme)

(Reference chart: British Admiralty 2643)

**Description of the traffic separation scheme**

(a)   A separation zone, two miles wide, is centred upon the following geographical positions:

     (1)   48°29'.1 N.,       05°24'.9 W.
     (2)   48°34'.6 N.,       05°20'.5 W.
     (3)   48°38'.2 N.,       05°12'.8 W.

(b)   A traffic lane, five miles wide, is established on each side of the separation zone.

    The main traffic directions are:

        028° — 208° and
        055° — 235°.

A X/Res.374                      - 10 -

## IN THE SOUTHERN APPROACHES TO THE KERCH STRAIT (new scheme)
(Reference chart: USSR Chart No. 514)

### Description of the traffic separation scheme

(a)  A separation zone is bounded by lines connecting the following geographical positions:
       (1)  44°49'.7 N.,        36°29'.0 E.
       (2)  45°02'.3 N.,        36°30'.0 E.
       (3)  44°49'.7 N.,        36°31'.0 E.

(b)  A separation line connects the following geographical positions:
       (2)  45°02'.3 N.,        36°30'.0 E.
       (4)  45°06'.8 N.,        36°30'.0 E.

(c)  An eastern boundary of a traffic lane connects the following geographical positions:
       (5)  44°49'.7 N.,        36°33'.2 E.
       (6)  45°06'.8 N.,        36°30'.3 E.

(d)  A western boundary of a traffic lane connects the following geographical positions:
       (7)  45°06'.8 N.,        36°29'.7 E.
       (8)  44°49'.7 N.,        36°26'.8 E.

The main traffic directions are:
       355° and 185°.

A X/Res.374

IN THE APPROACHES TO PORTLAND, MAINE (amended scheme)
(Reference charts: United States Charts 13006, 13009, 13260, 13286, 13288 and 13290)


## Description of the traffic separation scheme

The traffic separation scheme in the approaches to Portland, Maine consists of three parts:

*Part I:*
**Precautionary area**

(a)   A precautionary area of radius five miles is centred upon geographical position
43°31'.5 N., 70°06'.0 W., the areas within separation zones and traffic lanes excluded.

*Part II:*
**Eastern approach**

(a)   A separation zone, one mile wide, is centred upon the following geographical positions:
   (1)   43°30'.15 N.,      69°58'.9 W.
   (2)   43°24'.75 N.,      69°33'.0 W.

(b)   A traffic lane, one and one-half miles wide, is established on each side of the separation zone.

The main traffic directions are:
107° and 287°.

*Part III:*
**Southern approach**

(a)   A separation zone, one mile wide, is centred upon the following geographical positions:
   (3)   43°26'.8 N.,      70°03'.4 W.
   (4)   43°07'.8 N.,      69°55'.3 W.

(b)   A traffic lane, one and one-half miles wide, is established on each side of the separation zone.

The main traffic directions are:
162° and 342°.

A X/Res.374                          – 12 –

OFF NEW YORK (amended scheme)

(Reference charts: United States Charts 12300 and 12326)

### Description of the traffic separation scheme

The traffic separation scheme off New York consists of five parts:

*Part I:*
**Precautionary area**

(a)   A precautionary area of radius seven miles is centred upon Ambrose Light in geographical position 40°27'34.9" N., 73°49'51.4" W.

*Part II:*
**Eastern approach; off Nantucket**

(a)   A separation zone bounded by a line connecting the following geographical positions:

|     |              |              |
|-----|--------------|--------------|
| (1) | 40°28'45" N., | 69°14'50" W. |
| (2) | 40°27'37" N., | 70°13'46" W. |
| (3) | 40°30'37" N., | 70°14'00" W. |
| (4) | 40°31'45" N., | 69°14'58" W. |

(b)   A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

|     |              |              |
|-----|--------------|--------------|
| (5) | 40°36'45" N., | 69°15'10" W. |
| (6) | 40°35'37" N., | 70°14'09" W. |

(c)   A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

|     |              |              |
|-----|--------------|--------------|
| (7) | 40°22'37" N., | 70°13'36" W. |
| (8) | 40°23'45" N., | 69°14'38" W. |

*Part III:*
**Eastern approach; off Ambrose Light**

(a)   A separation zone bounded by a line connecting the following geographical positions:

|      |              |              |
|------|--------------|--------------|
| (9)  | 40°24'20" N., | 73°04'58" W. |
| (10) | 40°24'12" N., | 73°11'30" W. |
| (11) | 40°26'00" N., | 73°40'56" W. |
| (12) | 40°27'00" N., | 73°40'45" W. |
| (13) | 40°27'12" N., | 73°11'30" W. |
| (14) | 40°27'20" N., | 73°04'57" W. |

(b)   A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

|      |              |              |
|------|--------------|--------------|
| (15) | 40°32'20" N., | 73°04'57" W. |
| (16) | 40°32'12" N., | 73°11'30" W. |
| (17) | 40°28'00" N., | 73°40'44" W. |

(c)   A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

|      |              |              |
|------|--------------|--------------|
| (18) | 40°25'03" N., | 73°41'19" W. |
| (19) | 40°19'12" N., | 73°11'30" W. |
| (20) | 40°19'20" N., | 73°04'58" W. |

*Part IV*:
**South-eastern approach**

(a)   A separation zone bounded by a line connecting the following geographical positions:
| | | |
|---|---|---|
| (21) | 40°03'06" N., | 73°17'56" W. |
| (22) | 40°06'30" N., | 73°22'44" W. |
| (23) | 40°22'27" N., | 73°43'33" W. |
| (24) | 40°23'12" N., | 73°42'42" W. |
| (25) | 40°08'43" N., | 73°20'06" W. |
| (26) | 40°05'19" N., | 73°15'17" W. |

(b)   A traffic lane for north-westbound traffic is established between the separation zone and a line connecting the following geographical positions:
| | | |
|---|---|---|
| (27) | 40°08'59" N., | 73°10'52" W. |
| (28) | 40°12'25" N., | 73°15'40" W. |
| (29) | 40°24'01" N., | 73°41'58" W. |

(c)   A traffic lane for south-eastbound traffic is established between the separation zone and a line connecting the following geographical positions:
| | | |
|---|---|---|
| (30) | 40°21'49" N., | 73°44'33" W. |
| (31) | 40°02'48" N., | 73°27'09" W. |
| (32) | 39°59'26" N., | 73°22'21" W. |

*Part V*:
**Southern approach**

(a)   A separation zone bounded by a line connecting the following geographical positions:
| | | |
|---|---|---|
| (33) | 39°45'42" N., | 73°48'00" W. |
| (34) | 40°20'38" N., | 73°48'20" W. |
| (35) | 40°20'52" N., | 73°47'04" W. |
| (36) | 39°45'42" N., | 73°44'00" W. |

(b)   A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:
| | | |
|---|---|---|
| (37) | 39°45'42" N., | 73°37'42" W. |
| (38) | 40°21'15" N., | 73°45'51" W. |

(c)   A traffic lane for southbound traffic is established between the separation zone and a line connecting the following geographical positions:
| | | |
|---|---|---|
| (39) | 40°20'32" N., | 73°49'39" W. |
| (40) | 39°45'42" N., | 73°54'24" W. |

**Note:**

Use of LORAN C enables masters of appropriately equipped vessels to be informed highly accurately and continuously about the vessel's position in the area covered by this scheme.

A X/Res.374                         – 14 –

IN THE APPROACHES TO CHESAPEAKE BAY (amended scheme)
(Reference charts: United States Charts 12200, 12207 and 12221)


Description of the traffic separation scheme

The traffic separation scheme in the approaches to Chesapeake Bay consists of three parts:


*Part I:*
Precautionary area

(a)   A precautionary area of radius two miles is centred upon geographical position
      36°56'.1 N., 75°57'.5 W.


*Part II:*
Eastern approach

(a)   A separation line connects the following geographical positions:
              (1)   36°58'.7 N.,      75°48'.7 W.
              (2)   36°56'.8 N.,      75°55'.1 W.

(b)   A traffic lane, half a mile wide, is established on each side of the separation line.

      The main traffic directions are:
              070° and 250°.


*Part III:*
Southern approach

(a)   A separation line connects the following geographical positions:
              (3)   36°51'.3 N.,      75°50'.9 W.
              (4)   36°54'.8 N.,      75°55'.6 W.

(b)   A traffic lane, half a mile wide, is established on each side of the separation line.

      The main traffic directions are:
              132° and 312°.

- 15 -                          A X/Res.374

IN THE APPROACHES TO ANTOFAGASTA (new scheme)
(Reference charts: Chilean Hydrographic Office 200 and 204)

## Description of the traffic separation scheme

(a)   A separation zone, one mile wide, is centred upon the following geographical positions:

|      |             |             |
|------|-------------|-------------|
| (1)  | 23°38'43" S., | 70°26'37" W. |
| (2)  | 23°38'43" S., | 70°30'42" W. |

(b)   A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

|      |             |             |
|------|-------------|-------------|
| (3)  | 23°37'13" S., | 70°26'37" W. |
| (4)  | 23°36'13" S., | 70°30'42" W. |

(c)   A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

|      |             |             |
|------|-------------|-------------|
| (5)  | 23°40'13" S., | 70°26'37" W. |
| (6)  | 23°41'13" S., | 70°30'42" W. |

The main traffic directions are:
                090° − 270°.

A X/Res.374                          - 16 -

IN THE APPROACHES TO QUINTERO BAY (new scheme)
(Reference charts: Chilean Hydrographic Office 407 and 501)

### Description of the traffic separation scheme

(a)  A separation zone, half a mile wide, is centred upon the following geographical positions:
      (1)  32°44'42" S.,     71°32'22" W.
      (2)  32°44'42" S.,     71°36'48" W.

(b)  A traffic lane for westbound traffic is established between the separation line and a line connecting the following geographical positions:
      (3)  32°43'42" S.,     71°32'22" W.
      (4)  32°43'12" S.,     71°36'48" W.

(c)  A traffic lane for eastbound traffic is established between the separation line and a line connecting the following geographical positions:
      (5)  32°45'42" S.,     71°32'22" W.
      (6)  32°46'12" S.,     71°36'48" W.

The main traffic directions are:
      090° − 270°.

- 17 -                          A X/Res.374

IN THE APPROACHES TO VALPARAISO (new scheme)

(Reference charts: Chilean Hydrographic Office 501 and 502)

### Description of the traffic separation scheme

(a)  A separation zone, half a mile wide, is centred upon the following geographical positions:

    (1)  32°57'43" S.,    71°37'44" W.
    (2)  33°00'38" S.,    71°36'59" W.

(b)  A traffic lane for southbound traffic is established between the separation zone and a separation line connecting the following geographical positions:

    (3)  32°57'58" S.,    71°39'11" W.
    (4)  33°00'48" S.,    71°37'52" W.

(c)  A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (5)  32°57'27" S.,    71°36'17" W.
    (6)  33°00'28" S.,    71°36'07" W.

   The main traffic directions are:

    168° – 348°.

### Inshore traffic zone

The area between the coast and the landward boundary of the traffic separation scheme is designated as an inshore traffic zone.

A X/Res.374                          - 18 -

IN THE APPROACHES TO CONCEPCION BAY (new scheme)

(Reference charts: Chilean Hydrographic Office 601)


<u>Description of the traffic separation scheme</u>

(a)   A separation zone, a quarter of a mile wide, is centred upon the following geographical
      positions:

         (1)   36°34′06″ S.,      73°01′45″ W.
         (2)   36°36′04″ S.,      73°01′19″ W.
         (3)   36°38′30″ S.,      73°01′19″ W.

(b)   A traffic lane, half a mile wide, is established on each side of the separation zone.

      The main traffic directions are:
                  170° – 350° and
                  000° – 180°.

– 19 –                              A X/Res. 374

IN THE APPROACHES TO SAN VICENTE BAY (new scheme)
(Reference charts: Chilean Hydrographic Office 601)

## Description of the traffic separation scheme

(a)  A separation zone is bounded by a line connecting the following geographical positions:
        (1)  36°40'54" S.,      73°13'25" W.
        (2)  36°43'54" S.,      73°10'08" W.
        (3)  36°43'48" S.,      73°10'02" W.
        (4)  36°40'35" S.,      73°12'57" W.

(b)  A traffic lane for southbound traffic is established between the separation zone and a line connecting the following geographical positions:
        (5)  36°41'46" S.,      73°14'42" W.
        (6)  36°44'10" S.,      73°10'33" W.

(c)  A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:
        (7)  36°39'50" S.,      73°11'50" W.
        (8)  36°43'31" S.,      73°09'36" W.

The main traffic directions are:
        140° – 320°.

A X/Res.374                    – 20 –

DEEP WATER ROUTES


DEEP WATER ROUTE LEADING TO THE PORT OF ANTIFER (new route)

(Reference charts: 6614-T, 6614-D by Service hydrographique et océanographique de la Marine, France)


<u>Description of the deep water route</u>

(a)   The deep water route is bounded by a line connecting the following geographical
      positions:

|     |              |             |
|-----|--------------|-------------|
| (1) | 49°55'.3 N., | 00°40'.7 W. |
| (2) | 49°44'.8 N., | 00°10'.8 W. |
| (3) | 49°44'.7 N., | 00°06'.8 W. |
| (4) | 49°45'.1 N., | 00°06'.5 W. |
| (5) | 49°47'.4 N., | 00°08'.5 W. |
| (6) | 49°58'.2 N., | 00°39'.2 W. |

      The main traffic directions are:
            118°.5 – 298°.5.


<u>Note:</u>

This deep water route is a continuation of the buoyed fairway leading from Antifer harbour.

– 21 –                          A X/Res.374

## DEEP WATER ROUTE FORMING PART OF THE NORTH-EASTBOUND TRAFFIC LANE OF THE STRAIT OF DOVER AND ADJACENT WATERS TRAFFIC SEPARATION SCHEME (amended route)

(Reference charts: British Admiralty 1406 and 1895)

### Description of the deep water route

A deep water route forming part of the north-eastbound traffic lane between the north-western edge of the Sandettie Bank and the separation zone/line described in paragraphs (c) and (d) of the traffic separation scheme in the Strait of Dover has been established between the latitude of 51°10'.3 N and a line connecting the following geographical positions:

    (i)   51°23'.4 N.,    2°02'.2 E.
    (ii)  51°22'.3 N.,    2°05'.8 E.
    (iii) 51°18'.4 N.,    2°04'.8 E.

### Notes:

1.   See note pertaining to the traffic separation scheme "In the Strait of Dover and Adjacent Waters".

2.   Limiting depths available in the route should be ascertained by reference to the latest large scale navigational charts of the area, noting that the seabed is relatively unstable.

———————