CG Suppl. AR Doc. 16

INTERNATIONAL MARITIME
ORGANIZATION

SUB-COMMITTEE ON SAFETY OF
NAVIGATION - 27th session
Agenda item 3

IMO

NAV 27/3/2
25 June 1982
Original: ENGLISH

ROUTEING OF SHIPS

AMENDMENT TO THE TRAFFIC SEPARATION SCHEME
"IN THE APPROACH TO BOSTON, MASSACHUSETTS"

Note by the Government of the United States

1    The Government of the United States hereby submits a proposal to amend the existing traffic separation scheme (TSS) "In the Approach to Boston, Massachusetts" for adoption as provided by resolution A.378(X), as amended by resolution A.428(XI).

2    The existing TSS was adopted by IMO on 20 November 1973, by resolution A.284(VIII). It is described on page BIX/3 of IMO publication "Ships' Routeing".

3    The Government of the United States is of the opinion that the proposed amendment to establish a precautionary area at the seaward entrance to the Boston approach is necessary to ensure the safety of persons, vessels and the environment.

4    The proposed precautionary area will be located at the terminus of the Boston approach TSS and the terminus of the "Eastern approach, off Nantucket" segment of the "Off New York" TSS. This precautionary area is needed to emphasize to mariners that extreme care should be exercised where TSSs meet.

5    Information on vessel traffic density indicates that approximately 26 vessels per day transit this area (including fishing vessels), primarily to enter or exit the two TSSs or in coastwise transit. Vessel activity here presents a potential for collision and warrants the establishment of a precautionary area where the TSSs converge, as provided for by IMO resolution A.378(X), paragraph 4.1(e)(iii). This precautionary area would also provide an added measure of protection for the persons aboard the Nantucket light vessel which is involved in numerous close passage situations each year. The proposal is described in the Annex.

6    It is proposed that this amendment become effective four months following adoption by the Maritime Safety Committee.

NAV 27/3/2

## ANNEX

IN THE APPROACH TO BOSTON, MASSACHUSETTS
(Reference Chart: United States 13009; North American 1927 geodetic Datum.)

### DESCRIPTION OF THE TRAFFIC SEPARATION SCHEME

(a) A separation zone, one mile wide, is centered upon the following geographical positions:

       (1) 42°21'.0N.,    70°40'.7W.
       (2) 42°08'.5N.,    69°53'.6W.
       (3) 40°49'.5N.,    69°00'.0W.

(b) A traffic lane, two miles wide, is established on each side of the separation zone.

       The main traffic directions are:
         110°--290° and
         153°--333°.

### PRECAUTIONARY AREAS

(a) A precautionary area of radius five miles is centered upon geographical position 42°22'.7N., 70°48'.0W.

(b) A precautionary area is bounded to the east by a circle of radius 15.5 miles, centered upon geographical position 40°35'.0N., 69°00'.0W. intersected by the traffic separation schemes "In the Approach to Boston, Massachusetts" and the "Eastern approach, off Nantucket" (Part II of the TSS "Off New York") at the following geographical positions:

       (i) 40°50'.3N.,    68°56'.6W.
       (ii) 40°23'.7N.,    69°13'.8W.

The precautionary area is bounded to the west by a line connecting the two traffic separation schemes between the following geographical positions:

       (iii) 40°36'.8N.,    69°14'.0W.
       (iv) 40°48'.0N.,    69°03'.0W.

NAV 27/3/2
ANNEX
Page 2

*[Nautical chart showing Precautionary Area, Nantucket to Ambrose Traffic Lane, Separation Zone, and Ambrose to Nantucket Traffic Lane.]*