CG Suppl. AR Doc. 18

INTERNATIONAL MARITIME ORGANIZATION

4 ALBERT EMBANKMENT,
LONDON SE1 7SR

Telephone: 01-735 7611
Trams: INTERMAR-LONDON SE1
         23588



IMO

COLREG.2/Circ.20
5 August 1983

Ref. T2/2.07

## NEW AND AMENDED TRAFFIC SEPARATION SCHEMES
## AND OTHER ROUTEING MEASURES

1  Traffic separation schemes

1.1 The Secretary-General has the honour to state that pursuant to resolution A.376(X), the Maritime Safety Committee at its forty-eighth session adopted the following new and amended traffic separation schemes (MSC 48/25, Annex 25):

New traffic separation schemes

.1  At Hatter Barn;
.2  In the approaches to Galveston Bay;
.3  Off Cabo San Antonio;
.4  Off La Tabla;
.5  Off Costa de Matanzas;
.6  In the Old Bahama Channel;
.7  Off Punta Maternillos;
.8  Off Punta Lucrecia; and
.9  Off Cabo Maysi.

Amended traffic separation schemes

.10  In the approaches to Los Angeles - Long Beach;
.11  In the approach to Boston, Massachusetts;
.12  Off New York; and
.13  In the approaches to Narragansett Bay, Rhode Island and Buzzards Bay, Massachusetts.

1.2 For the purposes of Rule 10 of the International Regulations for Preventing Collisions at Sea, 1972:

.1  the new scheme "At Hatter Barn" will be implemented on 1 April 1984, subject to the establishment of certain aids to navigation;