CG Suppl. AR Doc. 19

INTERNATIONAL MARITIME
ORGANIZATION



IMO

NAV 36/3/4
24 May 1990
Original: ENGLISH

SUB-COMMITTEE ON SAFETY OF
NAVIGATION - 36th session
Agenda item 3

ROUTEING OF SHIPS

In the Approaches to Chesapeake Bay

Note by the Government of the United States

1     The Government of the United States proposes to amend the existing traffic separation scheme (TSS) "In the Approaches to Chesapeake Bay" by reconfiguring the Southern Approach to conform with a dredged deep-water channel in the area.

2     The existing TSS was adopted by IMO (IMCO) on 12 October 1971. It is described on page IX/7 in part B of IMO publication Ships' Routeing.

3     The United States temporarily adjusted the traffic separation scheme on 15 October 1988, by suspending the Southern Approach lanes. Completion of a dredging project in the Thimble Shoal Channel necessitated the suspension. After dredging, the Thimble Shoal Channel, within Chesapeake Bay, accommodates vessels with draughts exceeding the water depths in the Southern Approach lanes. A system of safe water buoys now directs vessels to naturally occurring deeper water in the vicinity of the suspended lanes.

4     A study conducted by the United States concluded that the Southern Approach lanes should be realigned and reconfigured to incorporate a proposed deep-water route with recommended practices for vessels using the Southern Approach.

5     The reconfigured Southern Approach consists of an inbound lane, an outbound lane, and a deep-water route located between these two lanes. The inbound and outbound lanes can accommodate vessels with draughts up to 45 feet. The deep water route can currently accommodate vessels with draughts up to 50 feet. The United States plans to dredge this channel, to be known as "The Atlantic Ocean Channel", to accommodate vessels with draughts up to 60 feet. Annex 1 describes the proposed Southern Approach lanes.

6     Recommended practices for navigation in the Southern Approach are contained in annex 2.

7     The United States Government proposes that the reconfigured Southern Approach be implemented six months after adoption by the Maritime Safety Committee.

8     The Sub-Committee is invited to approve the proposed Southern Approach and submit it to the Committee for adoption.

***

W/3727e*

NAV 36/3/4

## ANNEX 2

IN THE APPROACHES TO CHESAPEAKE BAY

a.  It is recommended that the following vessels use the deep water route when bound for Chesapeake Bay from sea or to sea from Chesapeake Bay:

1. Deep draft vessels, drafts defined as greater than 13.5 meters/45 feet in fresh water, and naval aircraft carriers;

2. Those carrying petroleum and petroleum distillate cargoes in bulk; and,

3. Those carrying "certain dangerous Cargo" as defined and listed in Title 33 U.S. Code of Federal Regulations Part 160.203 and in the International Convention for the Prevention of Pollution from ships, 1973, as modified by the Protocol of 1978.

b.  It is recommended that a vessel using the Deep Water Route:

1. Announce its intention on VHF-FM channel 16 as it approaches Chesapeake Bay Southern Approach Lighted Whistle Buoy CB on the south end, or Chesapeake Bay Junction Lighted Buoy CBJ, on the north end of the route;

2. Avoid, as far as practicable, overtaking other vessels operating in the Deep Water Route;

3. Keep as near to the outer limit of the route which lies on the starboard side as is safe and practicable.

c.  All other vessels using the Southern Approach traffic separation scheme should use the appropriate inbound or outbound traffic lane.

ANNEX 1

## IN THE APPROACHES TO CHESAPEAKE BAY

(Reference Charts: United States 12221, 56th Edition - May 2, 1987 and United States 12207, 16th Edition - August 3, 1985

**Description of the traffic separation scheme**

The traffic separation scheme In the Approaches to Chesapeake Bay consists of three parts:

Part I:    Precautionary area - remains unchanged

Part II:   Eastern approach - remains unchanged

Part III:  Southern approach

(a) A separation line connects the following geographical positions:

|     | Latitude     | Longitude    |
|-----|--------------|--------------|
| (1) | 36°55.05' N  | 75°55.34' W  |
| (2) | 36°52.27' N  | 75°52.20' W  |
| (3) | 36°49.61' N  | 75°46.87' W  |

(b) An inbound traffic lane is established between the following geographical positions:

|     | Latitude     | Longitude    |
|-----|--------------|--------------|
| (4) | 36°50.33' N  | 75°46.29' W  |
| (5) | 36°52.90' N  | 75°51.52' W  |
| (6) | 36°55.96' N  | 75°54.97' W  |
| (7) | 36°55.11' N  | 75°55.23' W  |
| (8) | 36°52.35' N  | 75°52.12' W  |
| (9) | 36°49.70' N  | 75°45.80' W  |

(c) An outbound traffic lane is established between the following geographical positions: