CG Suppl. AR Doc. 21

INTERNATIONAL MARITIME
ORGANIZATION



NAV 42/4/3
15 April 1996
Original: ENGLISH

IMO

SUB-COMMITTEE ON SAFETY OF
NAVIGATION
42nd session
Agenda item 4

# ROUTEING OF SHIPS AND RELATED MATTERS

### Traffic separation scheme off Delaware Bay

### Note by the Government of the United States

1    The Government of the United States proposes the amend the existing traffic separation scheme (TSS) "Off Delaware Bay" which was adopted by the Organization on 28 October 1969, and amended on 15 March 1976. The TSS consists of two parts: Part I, Eastern Approach; Part II, South-Eastern Approach and a Precautionary Area.

2    The United States recently completed a port access route study because of mariner concerns about near misses between deep-draught vessels and tugs with tows at the entrance to Delaware Bay. The study concluded that the Eastern Approach traffic lanes and separation zone of the TSS should be adjusted and a two-way route for use by tug and tow traffic should be established to separate tug and tow traffic from large, inbound vessel traffic. The study also concluded that the Precautionary Area needed to be reconfigures to exclude shoal areas too shallow for deep draught vessels. The existing South-Eastern approach would remain as presently configured.

3    There were 1,015 tug/barge transits of this area in 1994. Outbound tugs with tows routinely depart from Brandywine Channel headed on a southeasterly course past Delaware Bay Entrance Channel Lighted Buoy 8 and, in the vicinity of Delaware Bay Entrance Lighted Buoy 6, change course to a northeasterly heading. This course change occurs within the current Precautionary Area near the Pilot Area and frequently confuses inbound deep draught vessels that are not familiar with the local tug practices. The inbound deep draught vessels are placed in what initially appears to be a crossing situation, then what appears to be a possible collision situation, and then again what appears to be a crossing situation. Licensed State pilots, who are familiar with local tug and tow practices, have not yet boarded the incoming deep draught vessel. This places the master of the inbound ship in a situation where he must determine what options apply as the situation appears to change while entering unfamiliar pilotage waters. To complicate the situation further, voice communications are often hampered due to language barriers. This situation is worsened at night when the inbound ship sees a green, then red and green, then red sidelights in a close quarters situation.

4    Tug and tow traffic, departing the Delaware Bay and bound for New York, Boston and other northeast ports, tends to hug the deeper water south and east of the shoals located off Cape May, New Jersey. The eastbound track of the traditional tug route runs parallel with the westbound lane of the Eastern Approach (Five Fathom Bank to Cape Henlopen Traffic Lane) of the TSS. There have been several near misses, and at least one collision (T/V **Faith I** (BH) with T/B **Ocean 192** (US) on 19 August 1990, which resulted in the discharge of approximately 150,000 gallons of unleaded gasoline) between entering deep draught vessels and departing tug/tow traffic in this area. The position of Delaware Bay North Approach Lighted Bell Buoy 2 (LL 1475) marks a 37 ft least depth spot and may have been a contributing factor to this collision. This buoy is located in the middle of the western terminus of the

NAV 42/4/3                                - 2 -

Five Fathom Bank to Cape Henlopen Traffic Lane. The northern boundary of this lane, in conjunction with the position of Delaware Bay North Approach Lighted Bell Buoy 2 (LL 1475), is often confusing to inbound traffic. The buoy is red and thus intended to be passed to starboard by inbound vessels. However, due to the present location of the charted TSS boundary line, inbound ships often mistake the buoy for a safe water buoy. Rotating the west end of the northern boundary of the TSS counterclockwise to the position of Delaware Bay North Approach Lighted Bell Buoy 2 (LL 1475) will eliminate this confusion and serve to better separate tug/barge traffic from inbound seagoing vessels.

5   The current configuration of the Precautionary Area includes numerous shoal areas to the north and east of the channel marked for use by deep draught vessels. These shoals pose no threat to the prudent mariner as they are charted on area charts and navigationally safe waters are well marked with buoys. Only recreational, shallow draught vessels can use these shoal areas. There is no navigational or safety need to include these shoals in the Precautionary Area. This area is traditionally navigated by tugs and tows.

6   During the course of this study, the National Oceanographic and Atmospheric Administration (NOAA) conducted hydrographic surveys which included the area bound by the Eastern Approach, portions of the Precautionary Area and portions of the South Eastern Approach. Results of the surveys have been incorporated into the most recent editions of the charts serving the Delaware Bay Entrance. Formerly charted obstructions were investigated and were either proven to exist or disproved. New obstructions were investigated and charted if proven to be classified as a hazard or obstruction to navigation.

7   The United States Government proposes that the amended TSS be implemented six months after adoption by the Maritime Safety Committee.

**Action requested of the Sub-Committee**

8   The Sub-Committee is invited to approve the amended TSS and submit it to the Maritime Safety Committee for adoption.



***

NAV 42/4/3

## ANNEX

## OFF DELAWARE BY

(Reference Chart: United States 1214, NAD 83
38th Edition - 17 September 1994)

**Description of the traffic separation scheme**

**Part I**
**Eastern Approach**

(a)  A separation zone bounded by a line connecting the following geographical positions:

| Latitude | Longitude |
|---|---|
| (1) 38° 46' 18" N | 74° 34' 27" W |
| (2) 38° 46' 20" N | 74° 55' 45" W |
| (3) 38° 47' 27" N | 74° 55' 24" W |
| (4) 38° 47' 21" N | 74° 34' 30" W |

(b)  A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographic positions:

| Latitude | Longitude |
|---|---|
| (5) 38° 48' 19" N | 74° 55' 18" N |
| (6) 38° 49' 40" N | 74° 36' 45" W |

(c)  A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographic positions:

| Latitude | Longitude |
|---|---|
| (7) 38° 45' 27" N | 74° 56' 12" W |
| (8) 38° 44' 27" N | 74° 34' 21" W |

**Part II:**
**South Eastern approach (no change).**

**Precautionary Area**
A precautionary area as follows: from 38° 42.8' N, 74° 58.9' W; thence northerly by an arc of eight nautical miles centred at 38° 48.9' N, 75° 05.6' W to 38° 47' 27" N, 74° 55' 18" W; thence westerly to 38° 47' 30" N, 75° 01' 48" W; thence northerly to 38° 50' 45" N, 75° 03' 24"W; thence northeasterly to 38° 51' 16"N, 75° 02' 50" W; thence northerly to 38° 52' 12" N, 75° 01' 48" W; thence westerly by an arc of 6.8 nautical miles centred at 38° 48.9' N, 75° 05.6' W to 38° 55' 55" N, 75° 05' 48" W; thence southwesterly to 38° 54' 00" N, 75° 08' 00"W; thence southerly to 38° 42.8' N, 74° 58.9' W.

NAV 42/4/3
ANNEX
Page 2

**Two-way Traffic Route**
The Two-way Traffic Route is bounded on the west and south by a line connecting the following geographical positions:

| | Latitude | Longitude |
|---|---|---|
| (1) | 38° 50' 45" N | 75° 03' 24" W |
| (2) | 38° 47' 30" N | 75° 01' 48" W |
| (3) | 38° 48' 19" N | 74° 55' 18" W |
| (4) | 38° 50' 12" N | 74° 49' 44" W |
| (5) | 39° 00' 00" N | 74° 40' 14" W |

and, bounded on the east and north by a line connecting the following geographical positions:

| | Latitude | Longitude |
|---|---|---|
| (6) | 39° 00' 00" | 74° 41' 00" W |
| (7) | 38° 50' 29" N | 74° 50' 18" W |
| (8) | 38° 48' 48" N | 74° 55' 15" W |
| (9) | 38° 48' 20" N | 74° 59' 18" W |
| (10) | 38° 49' 06" N | 75° 01' 39" W |
| (11) | 38° 51' 16" N | 75° 02' 50" W |

---