CG Suppl. AR Doc. 24

**INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION**



MSC XVIII/3(b)/2
21 October 1969
Original:  ENGLISH

## IMCO

MARITIME SAFETY COMMITTEE –
18th session
Agenda item 3(b)

RECOMMENDATION ON TRAFFIC
SEPARATION SCHEMES AND RELATED MATTERS

Note by the Government of the
United States of America

In view of the fact that the Committee has now approved the
publication of material concerning traffic separation schemes and
related matters, the Government of the United States of America
wishes to bring to the Committee's notice that similar measures
had been introduced some time ago, in conformity with Regulation 8,
Chapter V of the Safety Convention, and before the Sub-Committee
started consideration of such matters, in the approaches to
New York Harbour and in Delaware Bay.  Measures for the
Santa Barbara Channel off the coast of Southern Cal          ill
become effective on 1 January 1969.

The measures mentioned above have already                need
through Notices to Mariners and other appropriate chan  s, and
their application has been found satisfactory.  The Government
of the United States is satisfied that the measures are in  e
with the general principles adopted recently by IMCO.  Of course,
the Committee, if it so wishes, may instruct the Sub-Committee
on Saf  y of Navigation to review them in principle.

The Government of the United States subsequently requests that
the above schemes, a detailed description of which could be made
available to the Sub-Committee, be included in the appropriate
publication.

———————

- 3 -

MSC XVIII/24
OCT 1968

(b) Recommendation on traffic separation schemes and related matters (MSC XVIII/3(b), MSC XVIII/3(b)/Corr.1, MSC XVIII/3(b)/Add.1, MSC XVIII/3(b)/1 and MSC XVIII/3(b)/2)

8.    The Committee had before it for approval, the suggestions of the Sub-Committee on Safety of Navigation regarding the establishment of traffic separation schemes:

   (a)  in the approaches to San Francisco
   (b)  in the Baltic Sea
   (c)  in areas off southern Norway.

9.    The Committee, having introduced certain amendments, gave its approval to the schemes as described at Annex II.

10.  Consideration was also given to additional terms and definitions as well as to general principles regarding traffic separation and routeing, as recommended by the Sub-Committee. The text of terms and definitions, as approved by the Committee, appears at Annex III.

11.  The Committee requested the Secretary-General to submit these new schemes, together with the text on definitions and principles, to the Fourth Extraordinary Session of the Assembly for adoption, with a view to recommending Member Governments to advise ships under their flags to follow the recommended routes in the above areas, and to include the same in the publication which is being prepared by the Secretariat in connexion with traffic separation and routeing.

12.  The Committee further decided that the Sub-Committee on Safety of Navigation, when reviewing Regulation 8, Chapter V of the International Convention for the Safety of Life at Sea, 1960, should also consider inserting appropriate language reflecting IMCO's responsibility with regard to establishing and recommending measures concerning routeing for international use and revise the

- 4 -

MSC XVIII/24

title of this Regulation.   In this respect the Sub-Committee
should be guided by the relevant principles which the Committee
has already adopted.

13.   The Committee noted with approval, information given to it
by the United Kingdom Government on a minor change in the boundary
of the inshore traffic zone adjacent to the British coast in the
Strait of Dover, i.e. the present limit with its angles should be
replaced by one straight line through three points, the co-ordinates
of which are:

   (a)   Latitude 51°14'06" N     Longitude 01°44'06" E
   (b)   Latitude 50°53'00" N     Longitude 01°01'48" E
   (c)   Latitude 50°36'48" N     Longitude 01°27'00" E

The Secretary-General was requested to bring this information to
the attention of all governments concerned.

14.   The Committee also agreed, at the request of the United States
delegation, that traffic separation schemes in the approaches to
New York Harbour and in Delaware Bay be included in the relevant
publication which is under preparation, whilst similar measures
proposed for the Santa Barbara channel off the coast of Southern
California be submitted to the Sub-Committee on Safety of
Navigation for consideration.

   (e)   Recommendation on additional signals for deep-draught
         ships in narrow channels (MSC XVIII/5(e)

15.   Having examined relevant recommendations by the Sub-Committee
on Safety of Navigation, the Committee approved a draft Assembly
Resolution, set out at Annex IV, recommending the use of additional
signals for the identification of deep-draught ships when navigating
in narrow channels.   It requested the Secretary-General to submit
the draft Resolution to the Fourth Extraordinary Session of the
Assembly for adoption.