CG Suppl. AR Doc. 3

INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION



NAV VIII/WP.7
18 September 1969
Original: ENGLISH

## IMCO

SUB-COMMITTEE ON SAFETY OF NAVIGATION –
8th session
Agenda item 3

REPORT BY THE WORKING GROUP ON
TRAFFIC SEPARATION (CONT'D)

### Traffic Separation Scheme in the Approaches to Chesapeake Bay

10. The Working Group gave consideration to the proposal by the Government of the United States of America (NAV VIII/3(a)/5) to establish a scheme in the above-mentioned area. The general outline of the scheme was agreed, but certain modifications were suggested, which in the opinion of the Working Group would improve the scheme. In Annex VI is given the description of the scheme as modified.

11. The delegation of the United States agreed to bring the aforementioned modifications to the attention of the appropriate national authorities; the Secretary-General would then be informed by the Government of the United States of its comments on the proposed modifications and the scheme together with such comments would be submitted to the Maritime Safety Committee for consideration and eventual inclusion in IMCO publication on routeing.

### Traffic Separation Scheme in the Malacca and Singapore Straits

12. The Working Group had before it documents NAV IV/2/Add.2, NAV VIII/3(a)/2, NAV VIII/3(a)/2/Add.1 and NAV VIII/3(a)/6 submitted by the Government of Japan as well as NAV VIII/3(a)/4

- 2 -

NAV VIII/WP.7

and NAV VIII/3(a)/3 submitted by the Government of the United States and the International Chamber of Shipping respectively.

13. The Working Group was of the unanimous opinion that the concept of the establishment of an _ad interim_ scheme for immediate implementation could not be recommended. A preliminary delineation of the scheme in the area has been produced as an optimum solution on the basis of the information available at present. The description of the scheme should be sent as soon as possible to the countries undertaking the surveys in the area for their guidance.

14. In delineating routeing lanes, a new principle was adopted: a route recommended specifically, and only, for passage of ships with extra deep draughts (in this scheme it is a passage south of Singapore intended for navigation of eastbound ships with draughts of 62 feet and over).

15. The Working Group had in mind the possible abolishment of the deep draught route mentioned in the previous paragraph if the surveys now being carried out prove that equal or deeper waters are available in the Phillips Channel for the safe navigation of such vessels.

16. The detailed description of this preliminary scheme will be prepared for consideration, and possible adoption, at the next session of the Sub-Committee. There was a strong opinion, however, that the scheme could not be brought into operation until outstanding surveys are completed and the necessary aids to navigation are established. At present it is envisaged that at least nineteen buoys will be required, which includes one in the approaches to the eastern end of the scheme.

- 3 -

NAV VIII/WP.7

17. The Working Group took note of the readiness expressed by the International Chamber of Shipping to assist the Sub-Committee in the preparation of the description of the Malacca/Singapore Straits scheme intended for presentation to the Sub-Committee at its ninth session.

### Comments on NAV VIII/WP.3

18. The Working Group unanimously came to the conclusion that the recommendations made by the Group of Experts in paragraphs 1-4 of NAV VIII/WP.3 were compatible with the present and foreseeable requirements of routeing of deep-draught ships. It also expressed its view that these proposals would not be compatible with a starboard-to-starboard system of routeing, i.e. north-east going on the English side of the Channel and south-west going on the Continental side. However, the Working Group was of the opinion that this concept was unacceptable particularly as it is highly desirable to retain the delineation of the Dover Scheme as a whole as near as may be in its present form.

19. Therefore, the Group unanimously agreed to recommend that the Sub-Committee adopt the measures given in NAV VIII/WP.3 except for those in paragraph 5 which should be substituted by the following:

### "Navigation of extra large ships through the Dover Strait

The Working Group felt that such a problem does exist. It was felt highly desirable to recommend the removal of wrecks and the undertaking of necessary clearance of the sea bottom between Sandettie N.E. buoy and Fairy Bank buoys.

- 4 -

NAV VIII/WP.7

The Working Group also gave consideration to the possible eventual routeing of extra deep-draught vessels west of the Sandettie Bank. Such measures would require the removal of certain wrecks in that area and the provision of additional aids to navigation.

The Working Group recommends that consideration be given to the problem, which may be discussed at the next session of the Sub-Committee, due account being taken of studies regarding sand waves and negative storm surges."