CG Suppl. AR Doc. 8

INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION



ASSEMBLY – 8th session
Agenda item 10

Distr.
GENERAL

A VIII/Res.284
19 December 1973

Original: ENGLISH

# IMCO

## RESOLUTION A.284(VIII)

adopted on 20 November 1973

### ROUTEING SYSTEMS



THE ASSEMBLY,

NOTING Article 16(i) of the Convention on the Inter-Governmental Maritime Consultative Organization concerning the functions of the Assembly,

RECALLING Regulation 8, Chapter V of the International Convention for the Safety of Life at Sea, 1960, and the amendment thereto adopted by Resolution A.205(VII),

RECALLING FURTHER Resolution A.228(VII) on observance of traffic separation schemes,

NOTING that the International Regulations for Preventing Collisions at Sea, 1972, and, in particular Rules 1(d) and 10 thereof provide for adoption by the Organization of, and the behaviour of vessels in or near, traffic separation schemes,

RECOGNIZING that there is a need to bring the terms, definitions and general principles concerning traffic separation and routeing, as set out in Annex II to Resolution A.161(ES.IV), into harmony with the International Regulations for Preventing Collisions at Sea, 1972,

RECOGNIZING ALSO that the practice of complying with routeing measures adopted by IMCO for international use would contribute considerably to the avoidance of collisions between ships,

RECOGNIZING FURTHER that such practice would consequently reduce the risk of pollution of the marine environment and the risk of damage to marine life resulting from collisions or strandings,

CONFIRMING that IMCO is recognized as the only international body for establishing and adopting routeing measures on an international level,

NOTING that the Ninth International Hydrographic Conference charged the International Hydrographic Bureau with matters relating to presentation on the charts and in sailing directions, details of routeing provisions which have been considered, approved and adopted by IMCO for international use,

HAVING CONSIDERED the recommendations by the Maritime Safety Committee at its twenty-fifth, twenty-seventh and twenty-eighth sessions,

RESOLVES:

(a)     to adopt the general provisions pertaining to Ships' Routeing approved by the Maritime Safety Committee at its twenty-seventh and twenty-eighth sessions, the text of which appears at Annex I to this Resolution, as a substitute for the terms, definitions and general principles covering traffic separation and routeing set out in Annex II to Resolution A.161(ES.IV);

(b)     to adopt the routeing measures approved by the Maritime Safety Committee at its twenty-fifth, twenty-seventh and twenty-eighth sessions, the text of which appears at Annex II to this Resolution,

REQUESTS the Maritime Safety Committee to revise and update as necessary the publication on "Ships' Routeing" to reflect the decisions taken in the foregoing part of this Resolution and to approve new routeing measures and revisions, cancellations and suspensions of routeing measures previously adopted by the Organization and to submit recommendations thereon to the Assembly for adoption,

INVITES the governments concerned to advise ships under their flag to comply with the adopted routeing measures,

URGES governments, when planning either to introduce new traffic separation schemes similar to those included in the IMCO publication on "Ships' Routeing" or to amend existing schemes in that publication, to consult the Organization in advance whenever practicable,

REQUESTS the Secretary-General to advise the International Hydrographic Bureau on details of the routeing provisions to facilitate the hydrographers' work on inclusion of this material in the appropriate nautical charts and related publications for the use of mariners.

REVOKES the following Resolutions by which the Assembly adopted terms, definitions and general principles concerning traffic separation and various traffic separation schemes and areas to be avoided: Resolutions A.90(IV), A.161(ES.IV), A.186(VI), A.226(VII) and A.227(VII).

A VIII/Res.284

ANNEX 1

**REVISED GENERAL PROVISIONS FOR ADOPTION, TERMINOLOGY, SYMBOLS, METHODS AND GENERAL PRINCIPLES OF SHIPS' ROUTEING**

PART I

**GENERAL PROVISIONS**

A VIII/Res 284                                          - 4 -

## ADOPTION AND RECOMMENDATION

1.    IMCO is recognized as the only international body responsible for establishing and recommending measures on an international level concerning ships' routeing.

2.    In deciding whether or not to adopt a traffic separation scheme, IMCO will consider:
(a)    whether the aids to navigation proposed will enable mariners to determine their position with sufficient accuracy to navigate in the scheme in accordance with the principles regarding the use of Routeing Schemes;
(b)    whether or not the scheme complies with the established Methods of Routeing.

3.    Having due regard to paragraph 5, a Government shall when establishing, reviewing or adjusting a routeing system, take due account of:
(a)    the rights and practices of Governments in respect of the exploitation of living and mineral resources of the high seas and of the sea-bed and subsoil underlying the high seas;
(b)    the environment, traffic patterns or established routeing systems in the waters under such Government's jurisdiction;
(c)    the aids to navigation already established in the area, and the effect the routeing system may have upon demands for hydrographic surveys and for improvements or adjustments in the navigation aids provided in the waters concerned;

4.    IMCO shall not adopt or amend any scheme that is in the proximity of waters under a Government's jurisdiction without the agreement of that Government, where that scheme may affect:
(a)    the rights and practices of such Government in respect of the exploitation of living and mineral resources of the high seas and of the sea-bed and subsoil underlying the high seas;
(b)    the environment, traffic patterns or established routeing systems in the waters under such Government's jurisdiction;
(c)    demands for improvements or adjustments in the navigation aids provided in the waters concerned.

5.
(a)    A Government proposing a routeing system, any part of which lies within international waters, should consult with IMCO, so that such system may be adopted by IMCO for international use.
(b)    A Government may establish or adjust a routeing system lying partly within international waters, before consulting with IMCO, where local conditions require that early action be taken, with a view to later adoption by the Organization.
(c)    A Government when proposing or establishing a traffic separation scheme should be guided by the following criteria, having due regard to the class of the sea for which the scheme is intended:

(i)    the availability of visual aids to navigation; or
(ii)    the possibility of position-fixing by the use of direction finder or radar.

6.    When establishing areas to be avoided by certain ships, the necessity for creating such areas should be well established and the reasons stated. In general, these areas should be established only in places where inadequate survey or insufficient provision of aids to navigation may lead to danger of stranding, or where local knowledge is considered essential for safe passage or where there is the possibility of unacceptable damage to wildlife, which may result from a casualty. These areas shall not be regarded as prohibited areas unless specifically stated otherwise; the classes of ships which should avoid the areas should be considered in each particular case.

7.    Routeing systems should be reviewed, resurveyed and adjusted as necessary, so as to maintain their effectiveness and compatibility with trade patterns, resource exploitation, changes in depth of water, and other developments.

8.    Except where local conditions require that early action be taken, a routeing system adopted by IMCO should not come into force before a period of three months has elapsed since the date of adoption by the Assembly.

9.    Nothing in the foregoing shall affect the rights, claims or views of any Government in regard to the limits of territorial waters.

## TERMINOLOGY AND SYMBOLS

1.   The following terms and symbols are used in this booklet in connexion with matters related to ships' routeing:

(a)   *Routeing*
A complex of measures concerning routes aimed at reducing the risk of casualties; it includes traffic separation schemes, two-way routes, tracks, areas to be avoided, inshore traffic zones and deep water routes.

(b)   *Traffic separation scheme*
A scheme which separates traffic proceeding in opposite or nearly opposite directions by the use of a separation zone or line, traffic lanes or by other means.

(c)   *Separation zone or line*
A zone or line separating traffic proceeding in one direction from traffic proceeding in another direction. A separation zone may also be used to separate a traffic lane from the adjacent inshore traffic zone.

(d)   *Traffic lane*
An area within definite limits inside which one-way traffic is established.

(e)   *Roundabout*
A circular area within definite limits in which traffic moves in a counter-clockwise direction around a specified point or zone.

(f)   *Inshore traffic zone*
A designated area between the landward boundary of a traffic separation scheme and the adjacent coast intended for coastal traffic.

(g)   *Two-way route*
A route in an area within definite limits inside which two-way traffic is established.

(h)   *Track*
The recommended route to be followed when proceeding between pre-determined positions.

(i)   *Deep water route*
A route in a designated area within definite limits which has been accurately surveyed for clearance of sea bottom and submerged obstacles to a minimum indicated depth of water.

2.   The symbols in the following table are those recommended by the International Hydrographic Organization for representation of details of routeing measures on nautical charts. They are included in this publication for readers' information on what may be generally found in charts. Individual countries may, however, use on their charts symbols different from those given below.

| Detail | Presentation | Description |
|---|---|---|
| 1.   Outside limit of traffic lanes, two-way routes and inshore traffic zones | | Dashed line – the symbol used for maritime limits in general |
| 2.   | | |
| 3.   Separation zone (2) (of any shape) | | The zone shall be indicated by means of a tint light enough to reveal any hydrographic details |
| 4.   Separation line | | A single tinted line |

A VIII Res 284                                    - 6 -

| Detail | Presentation | Description |
|---|---|---|
| 5. Centre of "roundabout" with no separation zone inside |  | A circle |
| 6. Arrows indicating direction of traffic flow (3) |  | Open-outlined arrows so situated and shaped as to indicate general directions of traffic flow |
| 7. Boundaries of areas to be avoided by ships of certain classes (4) |  | A line composed of a series of T-shaped signs, the cross-bar of the T being long and the down-stroke short and pointing towards the area in question, within which a suitable legend may be inscribed |
| 8. Limit of sea exploration and/or exploitation regions which may be dangerous for free navigation | | |
| 9. Recommended track when based on a system of fixed marks |  | A single or double continuous line |
| 10. Recommended track when not based on a system of fixed marks |  | A single dashed line in which arrowheads are inserted at regular intervals, either singly to indicate a one-way track, or in opposing pairs to indicate a two-way track |
| 11. Outside limit of deep water route when ... |  | A dashed line |
| 12. Deep water route when both outside limits are depicted |  | Dashed lines and the the letters DW inserted at regular intervals between them. The minimum depth shall be inserted beside the abbreviation when considered critical |

- 7 -

A VIII/Res.284

| Detail | Presentation | Description |
|---|---|---|
| 13. Deep water route, based on fixed marks | —DW——OW——<br><br>═══DW═══DW═══ | A double or single continuous line with the abbreviation DW inserted at regular intervals. The minimum depth shall be indicated beside the abbreviation when considered critical. When using this symbol, the direction of traffic flow shall be indicated conventionally |
| 14. Deep water route not based on fixed marks, direction of traffic flow | — — → –DW– → –DW →– —<br><br>— ← → –DW– ← → –DW- — | A single dashed line in which arrowheads are inserted at regular intervals, either singly to represent a one-way route, or in opposing pairs, to represent a two-way route. The abbreviation DW shall also be inserted at regular intervals along the symbol, and the minimum depth indicated beside the abbreviation when considered critical |

**Remarks**

(1) The dashed line, representing outside limits of 'roundabout
   reco                                                    re ships are
                                                            ne.
(2) In p                                                   ural features
   (isla                                                   tion of the
   sepa
(3) Dispersion of arrows, instead of placing them in a line,
   is felt desirable.
(4) Notes on conditions of avoidance (classes and sizes of
   ships, nature of cargoes carried, etc.) may be given on
   charts and shall always be given in Sailing Directions.

**General Observations**

The routeing and traffic separation symbols to be used on charts should be printed in colour, preferably magenta.

   Secondary details of routeing and traffic separation, such as figures indicating directions of traffic, schemes and their details, dimensions, distances from coast, etc., should not be shown on charts unless considered critical. These are given in this IMCO publication and may be given in Sailing Directions if so decided by hydrographic offices.

A VIII Res 354                                    8 -

## METHODS OF ROUTEING

1.   When establishing routeing systems the following are among the methods which may be used:

(a)   separation of traffic by separation zones or lines;

(b)   separation of traffic by natural obstacles and geographically defined objects;

(c)   separation of traffic by inshore traffic zones intended to keeping coastal traffic away from traffic separation schemes;

(c)   separation of traffic by sectors at approaches to focal points;

(e)   separation of traffic by roundabouts intended to facilitate navigation at focal points, where traffic separation schemes meet;

(f)   routeing of traffic by deep water zones, two-way routes or tracks for ships proceeding in specific directions.

2.   A description of methods (a) to (e) with drawings intended only to explain their function is given in the following:

(a)   *By separation zones or lines* (Fig.1)
      In such cases, the separation of traffic is achieved by a separation zone or line between streams of traffic proceeding in opposite or nearly opposite directions. The outside limits in such a scheme are the outer boundaries of lanes intended for one-way traffic. Beyond such limits ships can navigate in any direction. A separation zone may also be used to separate a traffic lane from an inshore traffic zone.

      The width and length of separation zones and traffic lanes are determined after careful examination of local conditions, traffic density,  prevailing hydrographic  and  meteorological  conditions,  space  available  for
      ma                          lly their length is kept to
      the                         rc narrow passages and re-
      stri                        ay be adopted in-
      stea                        traffic, to allow for
      more navigable space.

(b)   *By natural obstacles and geographically defined objects* (Fig.2)
      This method is used where there is a defined area with obstacles such as islands, shoals or rocks restricting free movement but providing a natural division for opposing traffic streams.

(c)   *By inshore traffic zones* (Fig.3)
      By using inshore traffic zones coastal shipping can keep clear of through traffic in the adjacent traffic separation scheme. Ships navigating in any direction may be encountered in an inshore traffic zone.

(d)   *By sectors at approaches to focal points* (Fig 4)
      Such a method is used where ships converge at a point or a small area from various directions. Port approaches, sea pilot stations, positions where landfall buoys or light vessels are fixed, entrances to channels, canals, estuaries, etc. may be considered as such focal points. The number of shipping lanes, their dimensions and directions depend mainly on the type of the local traffic.

(e)   *By roundabouts* (Fig.5)
      To facilitate navigation at focal points where several traffic separation schemes meet, ships should move in a counter-clockwise direction around a specified point or zone until they are able to join the appropriate lane.

A VIII Res 284



Figure 1  *Traffic separation by separation zone and a line*
1 = Separation line
2 = Separation zone
3 = Outside limits of lane
4 = Arrow indicating main traffic direction



Figure 2  *Separation of traffic by natural obstacles*



Figure 3  *Inshore traffic zone for coastal traffic*



Figure 4  *Sectional traffic separation scheme at approaches to focal point*
1 = Inshore traffic zone
2 = Separation schemes for main traffic



Figure 5  *Separation of traffic at focal point where schemes meet*
1 = 
2 = 
3 = 
4 = 
5 =

A/VIII/Res.284

# GENERAL PRINCIPLES OF SHIPS' ROUTEING

## The use of routeing systems

1. The International Regulations for Preventing Collisions at Sea apply to navigation in routeing systems.

2. Routeing schemes are intended for use by day and by night in all weathers, in ice-free waters or under light ice conditions where no extraordinary manoeuvres or assistance by icebreaker(s) are required.

3. Routeing systems are recommended for use by all ships unless stated otherwise.

4. A deep water route is primarily intended for use by ships which because of their draught in relation to the available depth of water in the area concerned require the use of such a route. Through traffic to which the above consideration does not apply should, if practicable, avoid following deep water routes. When using a deep water route mariners should be aware of possible changes in the indicated depth of water due to meteorological or other effects.

5. A vessel using a traffic separation scheme shall:
   (i) proceed in the appropriate traffic lane in the general direction of traffic flow for that lane;
   (ii) so far as practicable keep clear of a traffic separation line or separation zone;
   (iii) normally join or leave a traffic lane at the termination of the lane, but when joining or leaving from the side shall do so at as small an angle to the general direction of traffic flow as practicable.

6. A vessel shall so far as practicable avoid crossing traffic lanes, but if obliged to do so shall cross as nearly as practicable at right angles to the general direction of traffic flow.

7. Ins                          be used by
through                         opriate traffic
lane with                       ne.

8. A vessel other than a crossing vessel shall not normally enter a separation zone or cross a separation line except:
   (i) in cases of emergency to avoid immediate danger;
   (ii) to engage in fishing within a separation zone.

9. A vessel navigating in areas near the terminations of traffic separation schemes shall do so with particular caution.

10. A vessel shall, so far as practicable, avoid anchoring in a traffic separation scheme or in areas near its terminations.

11. A vessel not using a traffic separation scheme shall avoid it by as wide a margin as is practicable.

12. The arrows printed on charts merely indicate the general direction of traffic, ships need not set their courses strictly along the arrows.

13. The signal "YG" meaning "You appear not to be complying with the traffic separation scheme" is provided in the International Code of Signals for appropriate use.

- 11 -

A VIII Res.. 84

ANNEX II

PART II

TRAFFIC SEPARATION SCHEMES

ANHERG 294                              - 12 -

BALTIC SEA

> **CAUTION:**
> The charts are for illustrative purposes only and
> must not be used for navigation. Mariners should
> consult the appropriate nautical publications and
> charts for up-to-date details on aids to navigation and
> other relevant information.

- 45 -                                                           A VIII/Res.284

# NORTH AMERICA, ATLANTIC COAST

## INDEX

|   |   | Page |
|---|---|---|
| 1. | In the approaches to Chedabucto Bay | 47 |
| 2. | In the approaches to Portland, Maine | 48 |
| 3. | In the approach to Boston, Massachusetts | 48 |
| 4. | In the approaches to Narragansett Bay, Rhode Island and Buzzards Bay, Massachusetts | 49 |
| 5. | Off New York | 50 |
| 6. | Off Delaware Bay | 51 |
| 7. | In the approaches to Chesapeake Bay | 51 |

A VIII Res.284                     - 46 -

# WARNING

## Navigation in the vicinity of the Grand Banks of Newfoundland

     Attention is drawn to Regulation 8 of Chapter V of the Convention for the Safety of Life at Sea, 1960. It directs that all ships proceeding on voyages in the vicinity of the Grand Banks of Newfoundland avoid as far as practicable the fishing banks of Newfoundland north of latitude 43° N. The reasons for avoiding the area are:

    (a) high concentration of fishing vessels;

    (b) prevailing adverse weather conditions;

    (c) seasonal existence of icebergs.

- 47 -

A VIII Res 284

# IN THE APPROACHES TO CHEDABUCTO BAY

(Reference Charts: Canadian Hydrographic Service 4013 and 4335)

## Description of the traffic separation scheme

The traffic separation scheme for Chedabucto Bay consists of three parts.

*Part I:*
(a) A separation zone bounded by a line connecting the following geographical positions:

    (1)  45°24'00" N.,    60°36'42" W.
    (2)  45°24'12" N.,    60°27'10" W.
    (3)  45°23'42" N.,    60°28'12" W.
    (4)  45°23'49" N.,    60°36'29" W.

(b) A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (5)  45°26'00" N.,    60°23'12" W.
    (6)  45°25'26" N.,    60°41'42" W.

(c) A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (7)  45°22'18" N.,    60°34'30" W.
    (8)  45°22'09" N.,    60°31'36" W.

The main traffic directions are:
    092°—267°.

*Part II:*
(a) A separation zone bounded by a line connecting the following geographical positions:

    (9)  45°22'34" N.,    60°40'06" W.
    (10)  45°19'53" N.,    60°36'30" W.
    (11)  45°19'18" N.,    60°37'48" W.
    (12)  45°22'41" N.,    60°42'10" W.

(b)     ffic is established
    e connecting the

    38' W.
    30' W.

The main traffic direction is 318°.

(c) A traffic lane for southbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (15)  45°22'54" N.,    60°46'30" W.
    (16)  45°21'17" N.,    60°44'24" W.
    (17)  45°14'28" N.,    60°48'23" W.

The main traffic directions are:
    138° and 202°.

*Part III:*
(a) A separation line connects the following geographical positions:

    (18)  45°23'54" N.,    60°41'42" W.
    (19)  45°23'54" N.,    60°58'48" W.

(b) A traffic lane for westbound traffic is established between the separation line and a line connecting the following geographical positions:

    (20)  45°25'26" N.,    60°41'42" W.
    (21)  45°24'54" N.,    60°58'48" W.

(c) A traffic lane for eastbound traffic is established between the separation line and a line connecting the following geographical positions:

    (22)  45°22'54" N.,    60°46'30" W.
    (23)  45°22'54" N.,    60°58'48" W.

The main traffic directions are:
    090°—270°.

- 48 -

A VIII Res.284

## IN THE APPROACHES TO PORTLAND, MAINE
(Reference chart: United States National Ocean Survey
C & GS 1106)

**Description of the traffic separation scheme**
The traffic separation scheme in the approaches to Port-
land, Maine, consists of two parts:

*Part I* – Eastern approach
A separation zone, one mile wide, is centred upon the follow-
ing geographical positions:
    (1)  43°30'.2 N.,    69°59'.4 W.
    (2)  43°24'.75 N.,  69°33'.0 W.
  A traffic lane, two miles wide, is established on each side
of the separation zone.
  The main traffic directions are:
        107° and 287°.

*Part II* – Southern approach
A separation zone, one mile wide, is centred upon the fol-
lowing geographical positions:
    (3)  43°26'.8 N.,      70°03'.5 W.
    (4)  43°07'.8 N.,    69°55'.3 W.
  A traffic lane, two miles wide, is established on each side
of the separation zone.
  The main traffic directions are:
        162° and 342°.
**Note:**
Precautionary area
  A precautionary area of radius five miles is centred upon
geographical position 43°31'.5 N., 70°06'.0 W.

## IN THE APPROACH TO BOSTON, MASSACHUSETTS
(Reference chart: United States National Ocean Survey
C & GS 1107)

**Description of the traffic separation scheme**
A separation zone, one mile wide, is centred upon the fol-
lowing geographical positions:
    42°21'.0 N.,    70°49'.5 W.
    42°08'.5 N.,    69°53'.3 W.
    40°49'.5 N.,    42°00'.5 W.

  A traffic lane, two miles wide, is established on each side
of the separation zone.
  The main traffic directions are:
        110°—290° and
        153°—333°.
**Note:**
Precautionary area
  A precautionary area of radius five miles is centred upon
geographical position 42°22'.7 N., 70°48'.0 W.

- 49 -

A VIII Res.284

## IN THE APPROACHES TO NARRAGANSETT BAY, RHODE ISLAND AND BUZZARDS BAY, MASSACHUSETTS

(Reference charts: United States National Ocean Survey C & GS 1107, 1108 and 1210)

### Description of the traffic separation scheme

The traffic separation scheme in the approaches to Narragansett Bay, Rhode Island and Buzzards Bay, Massachusetts, consists of two parts:

*Part I – Narragansett Bay approach*

A separation zone, two miles wide, is centred upon the following geographical positions:

    (1)  41 22.7 N.,        71 23'.4 W.
    (2)  41 11'.1 N.,        71°23'.4 W.

A traffic lane, one mile wide, is established on each side of the separation zone.

The main traffic directions are:

            000° and 180.

*Part II – Buzzards Bay approach*

A separation zone, one mile wide, is centred upon the following geographical positions:

    (3)  41 10'.15 N.,        71 19'.15 W.
    (4)  41 24'.9 N.,        71 03'.9 W.

A traffic lane, one mile wide, is established on each side of the separation zone.

The main traffic directions are:

            038° and 218.

### Note:

Precautionary areas

A precautionary area of radius 5.4 miles is centred upon geographical position 41 06'.0 N., 71 23'.4 W.

A precautionary area of radius 3.55 miles is centred upon geographical position 41 25'.6 N., 71 23'.4 W.

Restricted area

A restricted area, two miles wide, extending from the northern limit of the Narragansett Bay approach traffic separation zone to latitude 41 24'.7 N. has been established.

The restricted area within the precautionary area will only be closed to vessel traffic by the Naval Underwater System Center during periods of daylight and optimum weather conditions for torpedo range usage. The closing of the restricted area will be indicated by the activation of a white strobe light mounted on Brenton Reef Light and controlled by a Naval vessel supporting the torpedo range activities. There would be no vessel restrictions expected during inclement weather or when the torpedo range is not in use.

- 50 -

A/CH. Res 284

## OFF NEW YORK
(Reference charts: British Admiralty 2755 and United States
National Ocean Survey C & GS 1108)

NOTE: Under review – possible insufficient navigational
marking in the eastern and south-
eastern approaches.

### Description of the traffic separation scheme
The traffic separation scheme off New York consists of
three parts.

*Part I—Eastern approach*
(a)  A separation zone bounded by a line connecting the
following geographical positions:

|     |             |              |
|-----|-------------|--------------|
| (1) | 40°26′.5 N., | 69°27′.9 W. |
| (2) | 40°24′.2 N., | 73°11′.5 W. |
| (3) | 40°26′.0 N., | 73°40′.8 W. |
| (4) | 39°27′.6 N., | 73°40′.7 W. |
| (5) | 40°27′.2 N., | 73°11′.5 W. |
| (6) | 40°31′.5 N., | 69°28′.1 W. |

(b)  A traffic lane for westbound traffic is established be-
tween the separation zone and a line connecting the
following geographical positions:

|     |             |              |
|-----|-------------|--------------|
| (7) | 40°26′.5 N., | 69°28′.2 W. |
| (8) | 40°32′.2 N., | 73°11′.5 W. |
| (9) | 40°27′.9 N., | 73°40′.6 W. |

(c)  A traffic lane for eastbound traffic is established be-
tween the separation zone and a line connecting the
following geographical positions:

|      |             |              |
|------|-------------|--------------|
| (10) | 40°25′.0 N., | 73°41′.2 W. |
| (11) | 40°19′.2 N., | 73°11′.5 W. |
| (12) | 40°23′.5 N., | 69°27′.8 W. |

*Part II—South-eastern approach*
(a)  A separation zone bounded by a line connecting the
following geographical positions:

|      |             |              |
|------|-------------|--------------|
|      | 40°20′.7 N., | 72°18′.0 W. |
|      | 39°         | 73°22′.3 W. |
|      |             | 72°43′   W. |
| (16) |             | 73°41′.7 W. |
| (17) | 40°08′.6 N., | 73°20′.1 W. |
| (18) | 39°23′.0 N., | 72°15′.2 W. |

(b)  A traffic lane for north-westbound traffic is established
between the separation zone and a line connecting the
following geographical positions:

|      |             |              |
|------|-------------|--------------|
| (19) | 39°26′.7 N., | 72°10′.8 W. |
| (20) | 40°12′.2 N., | 73°15′.7 W. |
| (21) | 40°24′.0 N., | 73°41′.9 W. |

(c)  A traffic lane for south-eastbound traffic is established
between the separation zone and a line connecting the
following geographical positions:

|      |             |              |
|------|-------------|--------------|
| (22) | 40°24′.7 N., | 73°44′.5 W. |
| (23) | 40°02′.7 N., | 73°27′.2 W. |
| (24) | 39°17′.9 N., | 72°22′.4 W. |

*Part III—Southern approach*
(a)  A separation zone bounded by a line connecting the
following geographical positions:

|      |             |              |
|------|-------------|--------------|
| (25) | 39°45′.7 N., | 73°48′.0 W. |
| (26) | 40°20′.5 N., | 73°48′.3 W. |
| (27) | 40°20′.7 N., | 73°47′.0 W. |
| (28) | 39°45′.7 N., | 73°44′.0 W. |

(b)  A traffic lane for northbound traffic is established be-
tween the separation zone and a line connecting the
following geographical positions:

|      |             |              |
|------|-------------|--------------|
| (29) | 39°45′.7 N., | 73°37′.7 W. |
| (30) | 40°21′.2 N., | 73°45′.8 W. |

(c)  A traffic lane for southbound traffic is established be-
tween the separation zone and a line connecting the
following geographical positions.:

|      |             |              |
|------|-------------|--------------|
| (31) | 40°20′.4 N., | 73°49′.6 W. |
| (32) | 39°45′.7 N., | 73°54′.4 W. |

**Note:**
Precautionary area
A precautionary area of radius seven miles is centred upon
the Ambrose Light in geographical position 40°27′.5 N.,
73°49′.9 W.

- 51 -

A VIII. Res.284

## OFF DELAWARE BAY
(Reference charts: British Admiralty 2563 and United States Ocean Survey C & GS 1219)

### Description of the traffic separation scheme
The traffic separation scheme of Delaware Bay consists of two parts.

*Part I*—Eastern approach

(a) A separation zone bounded by a line connecting the following geographical positions:

|     |            |           |
| --- | ---------- | --------- |
| (1) | 38 46′.8 N., | 74 34′.6 W. |
| (2) | 38 46′.8 N., | 74 55′.7 W. |
| (3) | 38 47′.8 N., | 74 55′.4 W. |
| (4) | 38 47′.8 N., | 74 34′.6 W. |

(b) A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

|     |            |           |
| --- | ---------- | --------- |
| (5) | 38 49′.8 N., | 74 34′.6 W. |
| (6) | 38 48′.8 N., | 74 55′.3 W. |

(c) A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

|     |            |           |
| --- | ---------- | --------- |
| (7) | 38 45′.8 N., | 74 56′.1 W. |
| (8) | 38 44′.8 N., | 74 34′.6 W. |

*Part II* – South-eastern approach

(a) A separation zone bounded by a line connecting the following geographical positions:

|      |            |           |
| ---- | ---------- | --------- |
| (9)  | 38 27′.0 N., | 74 35′.6 W. |
| (10) | 38 43′.4 N., | 74 58′.0 W. |
| (11) | 38 44′.2 N., | 74 57′.2 W. |
| (12) | 38 27′.6 N., | 74 34′.6 W. |

(b) A traffic lane for north-westbound traffic is established between the separation zone and a line connecting the following geographical positions:

|      |            |           |
| ---- | ---------- | --------- |
| (13) | 38 29′.1 N., | 74 32′.9 W. |
| (14) | 38 45′.1 N., | 74 56′.6 W. |

(c) A traffic lane for south-eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

|      |            |           |
| ---- | ---------- | --------- |
| (15) | 38 42′.8 N., | 74 58′.9 W. |
| (16) | 38 27′.0 N., | 74 39′.2 W. |

**Note:**

Precautionary area

A precautionary area of radius eight miles is centred upon Harbour of Refuge Light in geographical position 38 48′.9 N., 75 05′.6 W.

## IN THE APPROACHES TO CHESAPEAKE BAY
(Reference charts: British Admiralty 2843 and United States National Ocean Survey C & GS 1222)

### Description of the traffic separation scheme
The traffic separation scheme in the approaches to Chesapeake.

*Part I* – Eastern approach

A separation line connects the following geographical positions:

|     |            |           |
| --- | ---------- | --------- |
| (1) | 36 58′.7 N., | 75 48′.7 W. |
| (2) | 36 56′.8 N., | 75 56′.3 W. |

A traffic lane, half a mile wide, is established on each side of the separation line.

The main traffic directions are:

070° and

250°.

*Part II* – Southern approach

A separation line connects the following geographical positions:

|     |            |           |
| --- | ---------- | --------- |
| (3) | 36 51′.3 N., | 75 50′.9 W. |
| (4) | 36 55′.5 N., | 75 56′.6 W. |

A traffic lane, half a mile wide, is established on each side of the separation line.

The main traffic directions are:

132° and

312°.

- 52 -

**NORTH AMERICA,**
**PACIFIC COAST**

> **CAUTION:**
> The chartlets are for illustrative purposes only and
> must not be used for navigation. Mariners should
> consult the appropriate nautical publications and
> charts for up-to-date details on aids to navigation and
> other relevant information: