CG Suppl. AR Doc. 9



INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION

SUB-COMMITTEE ON SAFETY OF
NAVIGATION – 18th session
Agenda item 3



## IMCO

NAV XVIII/3/4
5 March 1976

Original: ENGLISH

### MATTERS RELATED TO ROUTEING OF SHIPS

#### Note by the Government of the United States

1. The Government of the United States has introduced a change to the traffic separation scheme off Delaware Bay.

2. The Government of the United States, noting Resolution A.284(VIII) which:

   "Urges governments, when planning either to introduce new traffic separation schemes similar to those included in the IMCO publication on "Ships' Routeing" or to amend existing schemes in that publication, to consult the Organization in advance whenever practicable,"

   and noting further Annex I, Part 1, General Provisions, Adoption and Recommendation, paragraph 5(b), Resolution A.284(VIII) which provides:

   "A Government may establish or adjust a routeing system lying partly within international waters, before consulting with IMCO, where local conditions require that early action be taken, with a view to later adoption by the Organization."

   announces that the amended traffic separation scheme shall be effective on 15 March 1976.

3. This traffic separation scheme amends the traffic separation scheme OFF DELAWARE BAY—PART II—SOUTH-EASTERN APPROACH, by moving the outermost coordinates more than five miles west thereby effectively rotating that approach approximately 10 degrees in a clockwise direction.

4. The change is being made to provide a safer entrance route for deep draught vessels. It is being made on short notice to correct a navigationally unsafe situation.

For reasons of economy, this document is printed in a limited number. Delegates are kindly asked to bring their copies to meetings and not to request additional copies.

NAV XVIII/3/4                            - 2 -

OFF DELAWARE BAY

(Reference charts: British Admiralty 2563 and United States Charts Number 12214, 12200)

Description of the traffic separation scheme

The traffic separation scheme off Delaware Bay consists of two parts.

Part I - Eastern approach (No change)

Part II - South-eastern approach

- (a) A separation zone bounded by a line connecting the following geographical positions:

    (9)   38°27'.0 N.,        74°42'.3 W.
    (10)  38°43'.4 N.,        74°58'.0 W.
    (11)  38°44'.2 N.,        74°57'.2 W.
    (12)  38°27'.6 N.,        74°41'.3 W.

- (b) A traffic lane for north-westbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (13)  38°28'.8 N.,        74°39'.3 W.
    (14)  38°45'.1 N.,        74°56'.6 W.

- (c) A traffic lane for south-eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (15)  38°42'.8 N.,        74°53'.9 W.
    (16)  38°27'.0 N.,        74°45'.4 W.

Note:

Precautionary area (No change)

***

