CG Suppl. AR Doc. 11

INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION



NAV XIX/3(a)/3
20 January 1977
Original: ENGLISH

SUB-COMMITTEE ON SAFETY OF
NAVIGATION – 19th session
Agenda item 3(a)



IMCO





MATTERS RELATED TO ROUTEING OF SHIPS

AMENDMENT TO TRAFFIC SEPARATION SCHEME
IN THE APPROACHES TO PORTLAND, MAINE

Note by the Government of the
United States of America

1.  The Government of the United States, noting recommendations of Res. A 284(VIII) to review and adjust as necessary routeing systems, so as to maintain their effectiveness, has made minor design modifications to this scheme. The purpose of the amendment is to provide separation between incoming and outgoing traffic lanes of converging elements of the scheme.

2.  Noting that the amendment is not of an emergency nature, and recognizing that the amendment will not be formally adopted until the Tenth Assembly meets, a 1 January 1978 effective date for the change is proposed.

3.  Proposed text for the amended scheme:

Traffic Separation Scheme in the Approaches to Portland, Maine

(Reference Charts: United States Chart numbers 13006, 13009, 13260, 13286, 13288 and 13290)

Part I – Precautionary area

A precautionary area of radius five miles is centred upon geographical position $43°31'.5N., 70°06'.0W.$, the areas within separation zones and traffic lanes excluded.

Part II – Eastern approach

A separation zone, one mile wide, is centred upon the following geographical positions:

  (1) $43°30'.15N$    $69°58'.9W$
  (2) $43°24'.75N$    $69°33'.0W$

A traffic lane, one and one-half miles wide, is established on each side of the separation zone.

NAV XIX/3(a)/3                          - 2 -

The main traffic directions are:

$$107° \text{ and } 287°$$

Part III  -  Southern approach

A separation zone, one mile wide, is centred upon the following geographical positions:

        (3) 43°26'.8N        70°03'.4W
        (4) 43°07'.8N        69°55'.3W

A traffic lane, one and one-half miles wide, is established on each side of the separation zone.

The main traffic directions are:

$$162° \text{ and } 342°$$

- 3 -    NAV XIX/3(a)/3



Traffic Separation Scheme in the approaches to Portland, Maine

Dispositif de séparation du trafic aux abords de Portland (Maine)