CG Suppl. AR Doc. 12

INTER-GOVERNMENTAL MARITIME
CONSULTATIVE ORGANIZATION





NAV XIX/3(a)/4
20 January 1977
Original: ENGLISH

SUB-COMMITTEE ON SAFETY OF
NAVIGATION – 19th session
Agenda item 3(a)

IMCO

MATTERS RELATED TO ROUTEING OF SHIPS

PROPOSED NEW AND AMENDED SCHEMES

AMENDMENT TO TRAFFIC SEPARATION SCHEME IN THE
APPROACHES TO CHESAPEAKE BAY

Note by the Government of the United States of America

1. The Government of the United States, noting recommendations of Resolution A.284(VIII) to review and adjust as necessary routeing systems, so as to maintain their effectiveness, has made minor design modifications to this scheme. The purpose of the amendment is to provide separation between incoming and outgoing traffic lanes of converging elements of the scheme.

2. Noting that the amendment is not of an emergency nature, and recognizing that the amendment will not be formally adopted until the Tenth Assembly meets, a 1 January 1978 effective date for the change is proposed.

3. Proposed text for the amended scheme:

Traffic Separation Scheme in the Approaches to Chesapeake Bay

(Reference Charts: United States Chart numbers 12200, 12207 and 12221)

Part I – Precautionary area

A precautionary area of radius two miles is centred upon geographical position $36°56'.1N., 75°57'.5W.$

Part II – Eastern approach

A separation line connects the following geographical positions:

    (1) $36°58'.7N$      $75°48'.7W$
    (2) $36°56'.8N$      $75°55'.1W$

A traffic lane, half a mile wide, is established on each side of the separation line.

The main traffic directions are: $070°$ and $250°$

NAV XIX/3(a)/4 - 2 -

Part III - Southern approach

A separation line connects the following geographical positions:

(3) 36°51'.3N        75°50'.9W
(4) 36°54'.8N        75°55'.6W

A traffic lane, half a mile wide, is established on each side of the separation line.

The main traffic directions are: 132° and 312°

