CG Suppl. AR Doc. 17

INTERNATIONAL MARITIME
ORGANIZATION



NAV 27/3/3
25 June 1982
Original: ENGLISH

SUB-COMMITTEE ON SAFETY OF
NAVIGATION - 27th session
Agenda item 3

IMO

ROUTEING OF SHIPS

AMENDMENT TO THE TRAFFIC SEPARATION SCHEME "IN THE APPROACHES TO
NARRAGANSETT BAY, RHODE ISLAND AND BUZZARDS BAY, MASSACHUSETTS"

Note by the Government of the United States

1     The Government of the United States hereby submits a proposal to amend the existing traffic separation scheme (TSS) "In the approaches to Narragansett Bay, Rhode Island and Buzzards Bay, Massachusetts" for adoption by IMO as provided by resolution A.378(X), as amended by resolution A.428(XI).

2     The existing TSS was adopted by IMO on 20 November 1973, by resolution A.284(VIII).  It is described on pages BIX/4-1 and 4-2 of IMO publication "Ships' Routeing".

3     The Government of the United States is of the opinion that the proposed amendments to shorten the Buzzards Bay approach and to expand the restricted area in the Narragansett Bay approach are necessary to ensure the safety of persons, vessels and the environment.

4     The proposal to shorten the Buzzards Bay approach lanes by four miles will enable traffic outbound from Buzzards Bay to enter the outbound traffic lane without making the sharp turn to starboard now necessary.  At present, a vessel leaving the Bay is constrained to starboard by shallow water and tends to stay to port.  It must then manoeuvre so as to be able to enter the outbound lane without heading into the inbound lane.  The proposed change will provide more manoeuvring room and reduce the possibility of a potentially dangerous crossing situation which can currently arise if an outbound vessel cuts off an inbound vessel.  The change is described in the Annex.

5     The second proposal will expand the restricted area described in the note associated with the Narragansett Bay approach.  Currently, the note applies to a two mile segment extending into the precautionary area from the northern end of the separation zone.  However, this area, as used by the United States Navy as a

NAV 27/3/3 - 2 -

torpedo test range two or three times a year, does not encompass the whole area in which the operation takes place.  The proposal will enlarge the restricted area to include the entire separation zone in the Narragansett Bay approach. The wording in the note is proposed to be amended to reflect this change, as indicated in the Annex.

6   It is proposed that these amendments become effective four months following adoption by the Maritime Safety Committee.

***

NAV 27/3/3

## ANNEX

IN THE APPROACHES TO NARRAGANSETT BAY, RHODE ISLAND AND BUZZARDS BAY, MASSACHUSETTS
(Reference chart: United States 13218; North American 1927 geodetic Datum.)

### DESCRIPTION OF THE TRAFFIC SEPARATION SCHEME

The traffic separation scheme in the Approaches to Narragansett Bay, Rhode Island and Buzzards Bay, Massachusetts, consists of two parts:

PART I:

Narragansett Bay approach

(a) A separation zone, two miles wide, is centred upon the following geographic position
   (1) 41° 22' .7 N.,        71° 23' .4 W.
   (2) 41° 11' .1 N.,        71° 23' .4 W.

(b) A traffic lane, one mile wide, is established on each side of the separation zone.
   The main traffic directions are: 000° - 180°.

PART II:

Buzzards Bay approach

(a) A separation zone, one mile wide, is centred upon the following geographical positions:
   (3) 41° 10' .15N.,        71° 19' .15 W.
   (4) 41° 21' .8N.,         71° 07' .1W.

(b) A traffic lane, one mile wide is established on each side of the separation zone.
   The main traffic directions are: 038° - 218°.

Precautionary area
   A precautionary area of radius 5.4 miles is centred upon geographic position 41°06'.0N., 71°23'.4W. A precautionary area of radius 3.55 miles is centred upon geographical position 41°25'.6N., 71°23'.4W.

Restricted area

Note:
A restricted area, two miles wide, extending from the southern limit of the Narragansett Bay approach traffic separation zone to latitude 41°24.7'N., has been established.
   The restricted area will only be closed to vessel traffic by the Naval Underwater System Center during periods of daylight and optimum weather conditions for torpedo range usage. The closing the restricted area will be indicated by the activation of a white strobe light mounted on Brenton Reef Light and controlled by a naval vessel supporting the torpedo range activities. There would be no vessel restrictions expected during inclement weather or when the torpedo range is not in use.

NAV 27/3/3
ANNEX
Page 2



IN THE APPROACHES TO NARRAGANSETT BAY,
RHODE ISLAND AND BUZZARDS BAY, MASSACHUSETTS
AUX ABORDS DE LA BAIE DE NARRAGANSETT,
RHODE ISLAND, ET DE BUZZARDS BAY, MASSACHUSETTS