CG Suppl. AR Doc. 20

INTERNATIONAL MARITIME ORGANIZATION

4 ALBERT EMBANKMENT,
LONDON SE1 7SR

Telephone: 071-735 7611
Telegrams: INTERMAR-LONDON SE1
Telex: 23588
Telefax: 071-587 3210



IMO

COLREG.2/Circ.37
19 June 1991

Ref. T2/2.07

## NEW AND AMENDED TRAFFIC SEPARATION SCHEMES

1    The Secretary-General has the honour to state that pursuant to Assembly resolution A.376(x) the Maritime Safety Committee, at its fifty-ninth session, adopted the following new and amended traffic separation schemes (MSC 59/33, paragraph 10.2) details of which are (MSC 59/33, annex 20) attached:

- "Between the Zuluf and Marjan oil fields" (new scheme);
- "In the Approaches to Chesapeake Bay" (amended scheme);
- "Off San Francisco" (amended scheme);
- "Off Falsterborev" (amended scheme);
- "In the Sound" (adopted delineations of inshore traffic zones (ITZ);
- "Off Oland Island" (adopted delineations of ITZ);
- "Off Gotland Island" (adopted delineations of ITZ); and
- "Saronicos Gulf" (cancelled ITZ).

2    The new and amended traffic separation schemes and adopted delineation of inshore traffic zones in adopted traffic separation schemes will be implemented on 16 November 1991 at 0000 hours UTC.

3    The cancellation of inshore traffic zone of the TSS "Saronicos Gulf" has been implemented on 19 April 1991.

***

W0478x/ta

ANNEX 20

NEW AND AMENDED TRAFFIC SEPARATION SCHEMES

BETWEEN THE ZULUF AND MARJAN OIL FIELDS (New scheme)

(Reference chart: British Admiralty 3774, 1986 edition)

Note: This chart is based on Nahwan Datum, Clarke 1880 Spheroid

Description of the traffic separation scheme

(a) A separation zone of 0.54 miles (1,000 metres) wide is centred upon the following geographical positions:

    (1)   28°29'.98 N.,   49°30'.02 E.
    (2)   28°26'.18 N.,   49°29'.89 E.
    (3)   28°19'.61 N.,   49°22'.73 E.
    (4)   28°14'.46 N.,   49°22'.81 E.

(b) A traffic lane for southbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (5)   28°14'.46 N.,   49°21'.37 E.
    (6)   28°16'.83 N.,   49°21'.32 E.
    (7)   28°20'.13 N.,   49°21'.30 E.
    (8)   28°23'.40 N.,   49°24'.92 E.
    (9)   28°26'.69 N.,   49°28'.41 E.
  (10)   28°30'.00 N.,   49°28'.52 E.

(c) A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:

  (11)   28°14'.46 N.,   49°24'.20 E.
  (12)   28°19'.14 N.,   49°24'.14 E.
  (13)   28°22'.37 N.,   49°27'.74 E.
  (14)   28°25'.66 N.,   49°31'.27 E.
  (15)   28°30'.00 N.,   49°31'.32 E.

IN THE APPROACHES TO CHESAPEAKE BAY (Amended scheme)

(Reference chart: United States 12221, 1989 edition)

Note: These co-ordinates are based on North American 1983 datum.

Description of the traffic separation scheme

   The traffic separation scheme In the Approaches to Chesapeake Bay consists of three parts:

Part I:   Precautionary area (Remains unchanged)

Part II:  Eastern approach with separation line connecting geographical positions (1) and (2) (Remains unchanged)

Part III: Southern approach

(a)  A separation line connects the following geographical positions:

     (3)  36°50'.33 N.,   75°46'.29 W.
     (4)  36°52'.90 N.,   75°51'.52 W.
     (5)  36°55'.96 N.,   75°54'.97 W.

(b)  A separation line connects the following geographical positions:

     (6)  36°55'.11 N.,   75°55'.23 W.
     (7)  36°52'.35 N.,   75°52'.12 W.
     (8)  36°49'.70 N.,   75°46'.80 W.

(c)  A separation line connects the following geographical positions:

     (9)  36°49'.52 N.,   75°46'.94 W.
     (10) 36°52'.18 N.,   75°52'.29 W.
     (11) 36°54'.97 N.   75°55'.43 W.

(d)  A separation line connects the following geographical positions:

     (12) 36°54'.44 N.,   75°56'.09 W.
     (13) 36°51'.59 N.,   75°52'.92 W.
     (14) 36°48'.87 N.,   75°47'.42 W.

(e)  A traffic lane for inbound traffic is established between the separation lines described in paragraphs (a) and (b).

(f)  A traffic lane for outbound traffic is established between the separation lines described in paragraphs (c) and (d).

(g)  A deep-water route is established between the separation lines described in paragraphs (b) and (c). The types of ships which are recommended to use the deep-water route are given in the description of the deep-water route (annex 21). All other ships using the southern approach traffic separation scheme should use the appropriate inbound or outbound traffic lane.

OFF SAN FRANCISO (Amended scheme)

(Reference chart: United States 18680, 1990 edition)

Note: These co-ordinates are based on North American 1983 datum.

Part II: Southern approach

Description of the traffic separation scheme

(a) A separation zone is bounded by a line connecting the following geographical positions:

    (9)  37°39'.10 N.,  122°40'.40 W.    (11)  37°27'.00    122°43'.00 W.
    (10) 37°27'.00 N.,  122°40'.40 W.    (12)  37°39'.10    122°43'.00 W.

(b) A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (13) 37°39'.30 N.,  122°39'.20 W.    (14)  37°27'.00    122°39'.20 W.

(c) A traffic lane for southbound traffic is established between the separation zone and a line connecting the following geographical positions:

    (15) 37°27'.00 N.,  122°44'.30 W.    (16)  37°39'.40    122°44'.30 W.

OFF FALSTERBOREV (Amended scheme)

(Reference charts: Swedish Administration of Shipping and Navigation 921 and 929, both 1980 edition)

Note: These charts are based on Swedish national datum.

Description of the traffic separation scheme

Part II

(a) A separation line connects the following geographical positions:

    (2)  55°15'.5 N.,  12°52'.2 E.
    (3)  55°17'.5 N.,  12°42'.5 E.

(b) A traffic lane, 1.1 mile wide, is established on each side of the separation line and the outside limits of the traffic are extended to intersect with the outside limit of the roundabout.

Inshore traffic zone

The area between the eastern landward boundaries of the roundabout and the traffic separation scheme and the Swedish coast, and lying between a line drawn from position (2) to Falsterbokanalen No.2 lighthouse (approximate position 55°23'.6 N., 12°57'.0 E.) and a line drawn from position (7) to position 55°25'.0 N., 12°49'.7 E.) is

IN THE SOUND

Replace the description of the inshore traffic zones by the following:

"Western inshore traffic zone

The area between the western landward boundary of the traffic separation scheme and the Danish coast and between a line drawn in the direction of 223° from position (8) and a line drawn in the direction of 257° from position (11) is designated as an inshore traffic zone.

Eastern inshore traffic zone

The area between the eastern landward boundary of the traffic separation scheme and the Swedish coast and between a line drawn in a direction of 046° from position (4) and a line drawn in a direction of 062° from position (6) is designated as an inshore traffic zone".

OFF OLAND ISLAND

Replace the description of the inshore traffic zone by the following:

"Inshore traffic zone

The area between the landward boundary of the traffic separation scheme and the Oland Island and between a line drawn in an approximate direction of 328° from position (1) to Oland S Udde lighthouse and a line drawn in a direction of 323° from position (3) to the shore-line is designated as an inshore traffic zone".

OFF GOTLAND ISLAND

Replace the description of the inshore traffic zone by the following:

"Inshore traffic zone

The area between the landward boundary of the traffic separation scheme and the Gotland Island and between a line drawn in a direction of 324° from positions (1) and (2) is designated as an inshore traffic zone".

SARONICOS GULF

Delete from the description of the traffic separation scheme:

"Inshore traffic zone

The area between the coast and the eastern boundary of the traffic separation scheme is designated as an inshore traffic zone".

***