CG Suppl. AR Doc. 22

**INTERNATIONAL MARITIME ORGANIZATION**

4 ALBERT EMBANKMENT
LONDON SE1 7SR

Telephone: 0171-735 7611
Fax:       0171-587 3210
Telex:     23588 IMOLDN G



IMO

COLREG.2/Circ.42
2 January 1997

Ref. T2/2.07

# NEW AND AMENDED TRAFFIC SEPARATION SCHEMES

1    In accordance with the provisions of Assembly resolution A.826(19), the Maritime Safety Committee, at its sixty-seventh session (2 to 6 December 1996), adopted the following new and amended traffic separation schemes:

    .1    "At West Hinder" (amended scheme);

    .2    "Off Delaware Bay" (amended scheme);

    .3    "In the Approaches to Rostock" (cancelled);

    .4    "Off Texel" (amended scheme);

    .5    "Off Vlieland" and "Vlieland North" and precautionary area "Vlieland Junction" (amended scheme);

    .6    "Terschelling-German Bight" (amended scheme); and

    .7    "In the Gulf of Suez" (amended scheme).

2    The new and amended traffic separation schemes (listed above and detailed at annex) will be implemented at 0000 hours UTC on 3 June 1997, whilst the amended TSS "In the Gulf of Suez", will be implemented at 0000 hours on 1 July 1997.

***

COLREG.2/Circ.42

# ANNEX

## NEW AND AMENDED TRAFFIC SEPARATION SCHEMES

**At West Hinder (amended scheme)**

(Reference chart: British Admiralty 1872, 1991 edition.
*Note: This chart is based on European datum.*)

**Description of the traffic separation scheme**

(a) A separation line connects the following geographical positions :

　　(1) 51°22'.40 N   2°40'.00 E    (3)  51°19'.20 N   2°16'.70 E
　　(2) 51°22'.50 N   2°30'.00 E

(b) A separation zone is bounded by a line connecting the following geographical positions :

　　(4) 51°19'.20 N   2°16'.70 E    (6)  51°19'.68 N   2°10'.09 E
　　(5) 51°20'.88 N   2°10'.99 E

(c) A traffic lane for westbound traffic is established between the separation line/zone described in paragraphs (a) and (b) above a line connecting the following geographical positions:

　　(7) 51°23'.50 N   2°40'.00 E    (10)  51°22'.80 N   2°26'.50 E
　　(8) 51°23'.50 N   2°37'.00 E    (11)  51°21'.30 N   2°17'.70 E
　　(9) 51°23'.50 N   2°30'.00 E    (12)  51°22'.88 N   2°12'.37 E

(d) A traffic lane for eastbound traffic is established between the separation line/zone described in paragraphs (a) and (b) above and :

　　(i)   a line connecting the following geographical positions :

　　　　(13) 51°21'.10 N   2°40'.00 E    (15) 51°21'.50 N   2°30'.00 E
　　　　(14) 51°21'.20 N   2°37'.00 E    (16) 51°20'.00 N   2°24'.60 E

　　(ii)  a separation zone bounded by lines connecting the following geographical positions :

　　　　(17) 51°20'.00 N   2°24'.60 E    (20) 51°11'.29 N   2°04'.17 E
　　　　(18) 51°12'.55 N   2°11'.40 E    (21) 51°13'.20 N   2°10'.30 E
　　　　(19) 51°09'.90 N   2°03'.20 E

A precautionary area with recommended direction of traffic flow is established connecting the following geographical positions :

　　(22) 51°23'.50 N   2°40'.00 E
　　(23) 51°23'.50 N   2°43'.00 E
　　(24) 51°22'.30 N   2°46'.40 E
　　(25) 51°20'.90 N   2°46'.40 E
　　(26) 51°21'.10 N   2°40'.00 E

COLREG.2/Circ.42
ANNEX
Page 2

The pilot station Wandelaar is positioned in the following geographical position :

    (28) 51°22'.25 N   2°43'.00 E

*Notes* :

1. Positions (12), (19) and (20) form part of both the scheme "At West Hinder" and the scheme "In the Strait of Dover and adjacent waters". The small differences in values of these common points are due to the difference of the geodetic datum of the reference charts on which these two schemes are based.

2. An anchorage is established north of the scheme and is bounded by a line connecting the following geographical positions :

    (i)  51°24'.00 N    2°33'.40 E    (iii)  51°26'.00 N  2°40'.00 E
    (ii)  51°26'.00 N    2°35'.00 E    (iv)  51°24'.00 N  2°40'.00 E

**Off Delaware Bay (amended scheme)**

(Reference Chart: United States 12214, 1994 edition)
Note: This chart is based on North American Datum 1983 (WGS 84)

**Description of the traffic separation scheme**

**Part I**

**Eastern Approach**

(a) A separation zone bounded by a line connecting the following geographical positions:

| Latitude | Longitude |
|---|---|
| (1) 38° 46' 30 N | 74° 34' 45 W |
| (2) 38° 46' 33 N | 74° 55' 75 W |
| (3) 38° 47' 45 N | 74° 55' 40 W |
| (4) 38° 47' 35 N | 74° 34' 50 W |

(b) A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

| Latitude | Longitude |
|---|---|
| (5) 38° 48' 32 N | 74° 55' 30 W |
| (6) 38° 49' 67 N | 74° 36' 75 W |

(c)  A traffic lane for eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

| Latitude | Longitude |
|---|---|
| (7) 38° 45' 45 N | 74° 56' 20 W |
| (8) 38° 44' 45 N | 74° 34' 35 W |

**Part II:**

**South-eastern Approach**

(a)  A separation zone bounded by a line connecting the following geographical positions:

(9) 38° 27'.00 N, 74° 42'.30 W          (11) 38° 44'.20 N, 74° 57'.20 W
(10) 38° 43'.40 N, 74° 58'.00 W         (12) 38° 27'.60 N, 74° 41'.30 W

(b)  A traffic lane for north-westbound traffic is established between the separation zone and a line connecting the following geographical positions:

(13) 38° 28'.80 N, 74° 39'.30 W         (14) 38° 45'.10 N, 74° 56'.60 W

(c)  A traffic lane for south-eastbound traffic is established between the separation zone and a line connecting the following geographical positions:

(15) 38° 42'.80 N, 74° 58'.90 W         (16) 38° 27'.00 N, 74° 45'.40 W

**Precautionary area**

A precautionary area is established as follows:  from 38° 42'.80 N, 74° 58'.90 W;  thence northerly by an arc of eight nautical miles centred at 38° 48'.90 N, 75° 05'.60 W to 38° 48'.32 N, 74° 55'.30 W; thence westerly to 38° 47'.50 N, 75° 01'.80 W;  thence northerly to 38° 50'.75 N, 75° 03'.40 W;  thence northeasterly to 38° 51'.27 N, 75° 02'.83 W;  thence northerly to 38° 54'.80 N, 75° 01'.60 W; thence westerly by an arc of 6.7 nautical miles centred at 38° 48'.90 N, 75° 05'.60 W to 38° 55'.53 N, 75° 05'.87 W;  thence southwesterly to 38° 54'.00 N, 75° 08'.00 W;  thence southerly to 38° 42'.80 N, 74° 58'.90 W.

**Two-way route**

A two-way traffic route is bounded on the west and south by a line connecting the following geographical positions:

| Latitude | Longitude |
|---|---|
| (1) 38° 50'.75 N | 75° 03'.40 W |
| (2) 38° 47'.50 N | 75° 01'.80 W |
| (3) 38° 48'.32 N | 74° 55'.30 W |
| (4) 38° 50' 20 N | 74° 49' 73 W |

COLREG.2/Circ.42
ANNEX
Page 4

and is bounded on the east and north by a line connecting the following geographical positions:

| Latitude | Longitude |
|---|---|
| (6) 39° 00'.00 N | 74° 41'.00 W |
| (7) 38° 50'.48 N | 74° 50'.30 W |
| (8) 38° 48'.80 N | 74° 55'.25 W |
| (9) 38° 48'.33 N | 74° 59'.30 W |
| (10) 38° 49'.10 N | 75° 01'.65 W |
| (11) 38° 51'.27 N | 75° 02'.83 W |

**Note for the use of the two-way route**

This two-way route is recommended for use predominantly by tug and tow traffic transiting to and from the north-east in order to separate such traffic from large, in-bound vessel traffic.

**In the Approaches to Rostock (cancelled)**

The existing traffic separation scheme is cancelled.

**Traffic separation scheme "Off Texel" (amended scheme)**

The existing "Special Provisions" are replaced by the following note:

*"Note:*

The following classes of ships are obliged to use the "Mandatory route for tankers from North Hinder to the German Bight and vice versa" (see annex 4):

(a) tankers of 10,000 tons gross tonnage and upwards, carrying oil as defined under Annex I to the International Convention for the Prevention of Pollution from Ships, 1973, as modified by the Protocol of 1978 relating thereto (MARPOL 73/78);

(b) ships of 5,000 tons gross tonnage and upwards, carrying noxious liquid substances in bulk as assessed as categories A or B of Annex II to the International Convention for the Prevention of Pollution from Ships, 1973, as modified by the Protocol of 1978 relating thereto (MARPOL 73/78);

(c) ships of 10,000 tons gross tonnage and upwards, carrying noxious liquid substances in bulk as assessed as categories C or D of Annex II to the International Convention for the Prevention of Pollution from Ships, 1973, as modified by the Protocol of 1978 relating thereto (MARPOL 73/78); and

(d) ships of 10,000 tons gross tonnage and upwards, carrying liquified gases in bulk."

**Traffic separation schemes "Off Vlieland", and "Vlieland North" and precautionary area "Vlieland Junction" (amended scheme)**

The existing "Special Provisions" are replaced by the following note:

*"Note:*

The following classes of ships are obliged to use the "Mandatory route for tankers from North Hinder to the German Bight and vice versa" (see annex 4):

(a) tankers of 10,000 tons gross tonnage and upwards, carrying oils as defined under Annex I to the International Convention for the Prevention of Pollution from Ships, 1973, as modified by the Protocol of 1978 relating thereto (MARPOL 73/78);

(b) ships of 5,000 tons gross tonnage and upwards, carrying noxious liquid substances in bulk as assessed as categories A or B of Annex II to the International Convention for the Prevention of Pollution from Ships, 1973, as modified by the Protocol of 1978 relating thereto (MARPOL 73/78);



(c) ships of 10,000 tons gross tonnage and upwards, carrying noxious liquid substances in bulk as assessed as categories C or D of Annex II to the International Convention for the Prevention of Pollution from Ships, 1973, as modified by the Protocol of 1978 relating thereto (MARPOL 73/78); and

(d) ships of 10,000 tons gross tonnage and upwards, carrying liquified gases in bulk."

**Traffic separation scheme "Terschelling-German Bight" (amended scheme)**

The existing "Special Provisions" are replaced by the following note:

*"Note:*

The following classes of ships are obliged to use the "Mandatory route for tankers from North Hinder to the German Bight and vice versa" (see annex 4):

(a) tankers of 10,000 tons gross tonnage and upwards, carrying oils as defined under Annex I to the International Convention for the Prevention of Pollution from Ships, 1973, as modified by the Protocol of 1978 relating thereto (MARPOL 73/78);

(b) ships of 5,000 tons gross tonnage and upwards, carrying noxious liquid substances in bulk as assessed as categories A or B of Annex II to the International Convention for the Prevention of Pollution from Ships, 1973, as modified by the Protocol of 1978 relating thereto (MARPOL 73/78);

(c)     ships of 10,000 tons gross tonnage and upwards, carrying noxious liquid substances in bulk as assessed as categories C or D of Annex II to the International Convention for the Prevention of Pollution from Ships, 1973, as modified by the Protocol of 1978 relating thereto (MARPOL 73/78); and

(d)     ships of 10,000 tons gross tonnage and upwards, carrying liquified gases in bulk."

**IN THE GULF OF SUEZ (amended scheme)**

Reference Charts: British Admiralty 2373, 1997 edition; 2374, 1997 edition; 2375, 1997 edition; 2090, 1997 edition; 2098, 1997 edition.
*Note:* These charts are based on WGS 84 Datum.

**Description of the traffic separation scheme**

Part A: Northern scheme

(a)     A separation zone is bounded by a line connecting the following geographical positions:

    (1)   29°46'.60 N,   32°31'.80 E           (3)   29°38'.00 N,   32°32'.90 E
    (2)   29°37'.89 N,   32°32'.10 E           (4)   29°46'.60 N,   32°32'.25 E

(b)     A separation line connecting the following geographical positions:

    (5)   29°37'.97 N,   32°32'.50 E           (6)   29°35'.55 N,   32°32'.90 E

(c)     A separation zone is bounded by a line connecting the following geographical positions:

    (7)   29°35'.56 N,   32°32'.60 E           (9)   29°28'.68 N,   32°36'.50 E
    (8)   29°29'.10 N,   32°35'.60 E           (10)  29°35'.93 N,   32°33'.25 E

(d)     A separation line connecting the following geographical positions:

    (11)  29°28'.90 N,   32°36'.05 E           (12)  29°25'.20 N,   32°37'.80 E

(e)     A separation zone is bounded by a line connecting the following geographical positions:

    (13)  29°25'.50 N,   32°37'.30 E           (18)  28°11'.25 N,   33°19'.70 E
    (14)  29°09'.00 N,   32°45'.80 E           (19)  28°36'.00 N,   33°02'.40 E
    (15)  28°45'.70 N,   32°54'.90 E           (20)  29°09'.20 N,   32°44'.50 E
    (16)  28°15'.25 N,   33°14'.40 E           (21)  29°24'.90 N,   32°38'.20 E
    (17)  28°10'.55 N,   28°18'.40 E

(f)     A traffic lane for southbound traffic is established between:

    (i)     The separation zone and a line connecting the following geographical positions:

    (ii)    The separation line and a line connecting the following geographical positions:

           (24)    29°37'.58 N,   32°30'.10 E        (25)    29°35'.68 N,   32°29'.95 E

    (iii)    The separation zone and a line connecting the following geographical positions:

           (26)    29°35'.68 N,   32°29'.95 E        (27)    29°30'.60 N,   32°32'.35 E

    (iv)    The separation line and a line connecting the following geographical positions:

           (28)    29°30'.60 N,   32°32'.35 E        (29)    29°27'.60 N,   32°33'.90 E

    (v)    The separation zone and a line connecting the following geographical positions:

| | | | | | |
|---|---|---|---|---|---|
| (30) | 29°27'.60 N, | 32°33'.90 E | (33) | 28°15'.00 N, | 33°12'.60 E |
| (31) | 29°08'.20 N, | 32°43'.80 E | (34) | 28°09'.80 N, | 33°17'.00 E |
| (32) | 28°45'.80 N, | 32°52'.70 E | | | |

(g)    A traffic lane for northbound traffic is established between the separation zone line and a line connecting the following geographical positions:

| | | | | | |
|---|---|---|---|---|---|
| (35) | 28°11'.95 N, | 33°20'.90 E | (38) | 29°22'.80 N, | 32°41'.50 E |
| (36) | 28°36'.00 N, | 33°04'.80 E | (39) | 29°35'.45 N, | 32°35'.40 E |
| (37) | 29°10'.00 N, | 32°48'.40 E | (40) | 29°46'.60 N, | 32°33'.40 E |

Part B:  <u>Southern Scheme</u>

(h)    A separation zone is bounded by a line connecting the following geographical positions:

| | | | | | |
|---|---|---|---|---|---|
| (41) | 28°08'.15 N, | 33°21'.70 E | (46) | 27°44'.20 N, | 33°50'.35 E |
| (42) | 27°49'.65 N, | 33°44'.10 E | (47) | 27°50'.20 N, | 33°44'.50 E |
| (43) | 27°43'.60 N, | 33°50'.00 E | (48) | 27°53'.00 N, | 33°41'.40 E |
| (44) | 27°30'.20 N, | 34°05'.45 E | (49) | 27°54'.60 N, | 33°38'.85 E |
| (45) | 27°31'.05 N, | 34°06'.40 E | (50) | 28°08'.55 N, | 33°22'.30 E |

(i)    A traffic lane for southbound traffic is established between separation zone and a line connecting the following geographical positions:

| | | | | | |
|---|---|---|---|---|---|
| (51) | 28°07'.40 N, | 33°20'.40 E | (53) | 27°42'.45 N, | 33°49'.40 E |
| (52) | 27°48'.70 N, | 33°43'.40 E | (54) | 27°28'.65 N, | 34°03'.90 E |

(j)    A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:

| | | | | | |
|---|---|---|---|---|---|
| (55) | 27°33'.15 N, | 34°08'.60 E | (58) | 27°53'.75 N, | 33°42'.65 E |
| (56) | 27°45'.20 N, | 33°50'.95 E | (59) | 27°56'.35 N, | 33°38'.40 E |
| (57) | 27°51'.35 N, | 33°45'.35 E | (60) | 28°09'.30 N, | 33°23'.60 E |

Part C:  Junction scheme off Ain-Sukhna

(k)  A separation zone is bounded by a line connecting the following geographical positions:

   (61)  29°32'.27 N,  32°28'.80 E      (63)  29°35'.68 N,  32°29'.65 E
   (62)  29°30'.60 N,  32°32'.35 E      (64)  29°35'.80 N,  32°27'.50 E

(l)  A traffic lane for south-east bound traffic is established between the separation zone and a line connecting the following geographical positions:

   (65)  29°30'.50 N,  32°29'.35 E      (66)  29°27'.60 N,  32°33'.90 E

(m)  A traffic lane for westbound traffic is established between the separation zone and a line connecting the following geographical positions:

   (67)  29°37'.58 N,  32°30'.10 E      (68)  29°37'.11 N,  32°27'.00 E

Part D:  Precautionary area off Ras-Shukeir

(n)  A precautionary area is established by a line connecting the following geographical positions:

   (69)  28°09'.80 N,  33°17'.00 E      (71)  28°09'.30 N,  33°23'.60 E
   (70)  28°06'.80 N,  33°19'.40 E      (72)  28°12'.20 N,  33°21'.40 E

---