# CG Suppl. AR Doc. 23

INTERNATIONAL MARITIME ORGANIZATION
4 ALBERT EMBANKMENT
LONDON SE1 7SR

Telephone: 020 7735 7611
Fax:       020 7587 3210



IMO

E

Ref. T2-OSS/2.7.1

COLREG.2/Circ.58
11 December 2006

# NEW AND AMENDED EXISTING TRAFFIC SEPARATION SCHEMES

1   The Maritime Safety Committee, at its eighty-second session (29 November to 8 December 2006) adopted, in accordance with the provisions of resolution A.858(20), new and amended existing traffic separation schemes and associated routeing measures listed, in annexes 1 to 8, as follows:

   .1   "Off the coast of Norway from Vardø to Røst" (new scheme);

   .2   "In the SUNK area and northern approaches to the Thames estuary" (new scheme);

   .3   "Off Neist Point" in the Minches (new scheme);

   .4   "In the Strait of Gibraltar" (amended scheme);

   .5   "In the approach to Boston, massachusetts" (amended scheme);

   .6   "In the Adriatic Sea" (amended scheme);

   .7   "Off Cani Island" and "Off Cape Bon", off the coast of Tunisia (amended scheme); and

   .8   "Off Botney Ground" (amended scheme).

2   The new and amended traffic separation schemes (listed in subparagraphs 1.1 to 1.8 above and detailed in annexes 1, 2, 3, 4, 5, 6, 7 and 8) will be implemented at 0000 hours UTC on 1 July 2007.

***

I:\CIRC\COLREG\02\58.doc

COLREG.2/Circ.58

## ANNEX 5

## AMENDMENTS TO THE EXISTING TSS IN THE APPROACH TO BOSTON, MASSACHUSETTS

(Reference charts: United States 13009, 2004 edition; 13200, 2005 edition; 13246, 2003 edition; 13267, 2004 edition.)

*Note*: These charts are based on North American 1983 Datum, which for charting purposes is considered equivalent to the WGS 84.)

### Description of the amended traffic separation scheme

(a) A separation zone, one mile wide, is centred upon the following geographic positions:

   (1) 42°20'.84 N    070°40'.70 W       (3) 40°49'.16 N    068°59'.97 W
   (2) 42°18'.24 N    070°00'.40 W

(b) A traffic lane for northbound traffic is established between the separation zone and a line connecting the following geographical positions:

   (4) 40°50'.27 N    068°56'.97 W       (6) 42°22'.81 N    070°40'.22 W
   (5) 42°20'.08 N    069°57'.92 W

(c) A traffic lane for southbound traffic is established between the separation zone and a line connecting the following geographical positions:

   (7) 42°18'.95 N    070°42'.52 W       (9) 40°48'.03 N    069°02'.96 W
   (8) 42°16'.39 N    070°02'.88 W

### Precautionary areas

(a) A precautionary area of radius five miles is centred upon geographical position 42°22'.71 N, 070°46'.97 W.

(b) A precautionary area is bounded to the east by a circle of radius 15.5 miles, centred upon geographical position 40°35'.01 N, 068°59'.97 W, intersected by the traffic separation schemes "In the approach to Boston, Massachusetts" and "Eastern Approach, Off Nantucket" (part II of the traffic separation scheme "Off New York") at the following geographical positions:

   (4) 40°50'.27 N    068°56'.97 W       (11) 40°23'.75 N    069°13'.95 W

The precautionary area is bounded to the west by a line connecting the two traffic separation schemes between the following geographical positions:

   (9) 40°48'.03 N    069°02'.96 W       (10) 40°36'.76 N    069°15'.13 W

\*\*\*

I:\CIRC\COLREG\02-58.doc