CG Suppl. AR Doc. 24

23/03/2007 15:52    TMO    gacayo→David Kantor and Andrew Turner    3/5
Case 1:05-cv-02191-PLF   Document 47-26   Filed 03/26/2007   Page 2 of 4

Page 1 of 1

**INTER-GOVERNMENTAL MARITIME CONSULTATIVE ORGANIZATION**



MSC XVIII/3(b)/2
21 October 1968
Original: ENGLISH

# IMCO

MARITIME SAFETY COMMITTEE -
18th session
Agenda item 3(b)

RECOMMENDATION ON TRAFFIC
SEPARATION SCHEMES AND RELATED MATTERS

Note by the Government of the
United States of America

In view of the fact that the Committee has now approved the publication of material concerning traffic separation schemes and related matters, the Government of the United States of America wishes to bring to the Committee's notice that similar measures had been introduced some time ago, in conformity with Regulation 8, Chapter V of the Safety Convention, and before the Sub-Committee started consideration of such matters, in the approaches to New York Harbour and in Delaware Bay. Measures for the Santa Barbara Channel off the coast of Southern Cal...... ... become effective on 1 January 1969.

The measures mentioned above have already .......    .....  .ced through Notices to Mariners and other appropriate chan...s, and their application has been found satisfactory. The Government of the United States is satisfied that the measures are in ..... with the general principles adopted recently by IMCO. Of course, the Committee, if it so wishes, may instruct the Sub-Committee on Safety of Navigation to review them in principle.

The Government of the United States subsequently requests that the above schemes, a detailed description of which could be made available to the Sub-Committee, be included in the appropriate publication.

- 3 -

MSC XVIII/24
OCT 1968

(b) <u>Recommendation on traffic separation schemes and related matters (MSC XVIII/3(b), MSC XVIII/3(b)/Corr.1, MSC XVIII/3(b)/Add.1, MSC XVIII/3(b)/1 and MSC XVIII/3(b)/2)</u>

8. The Committee had before it for approval, the suggestions of the Sub-Committee on Safety of Navigation regarding the establishment of traffic separation schemes:

   (a) in the Approaches to San Francisco
   (b) in the Baltic Sea
   (c) in areas off southern Norway.

9. The Committee, having introduced certain amendments, gave its approval to the schemes as described at Annex II.

10. Consideration was also given to additional terms and definitions as well as to general principles regarding traffic separation and routeing, as recommended by the Sub-Committee. The text of terms and definitions, as approved by the Committee, appears at Annex III.

11. The Committee requested the Secretary-General to submit these new schemes, together with the text on definitions and principles, to the Fourth Extraordinary Session of the Assembly for adoption, with a view to recommending Member Governments to advise ships under their flags to follow the recommended routes in the above areas, and to include the same in the publication which is being prepared by the Secretariat in connexion with traffic separation and routeing.

12. The Committee further decided that the Sub-Committee on Safety of Navigation, when reviewing Regulation 8, Chapter V of the International Convention for the Safety of Life at Sea, 1960, should also consider inserting appropriate language reflecting IMCO's responsibility with regard to establishing and recommending measures concerning routeing for international use and revise the

- 4 -

MSC XVIII/24

title of this Regulation. In this respect the Sub-Committee should be guided by the relevant principles which the Committee had already adopted.

13. The Committee noted with approval, information given to it by the United Kingdom Government on a minor change in the boundary of the inshore traffic zone adjacent to the British coast in the Strait of Dover, i.e. the present limit with its angles should be replaced by one straight line through three points, the co-ordinates of which are:

(a) Latitude 51°14'06" N    Longitude 01°44'06" E
(b) Latitude 50°53'00" N    Longitude 01°01'48" E
(c) Latitude 50°36'48" N    Longitude 01°27'00" E

The Secretary-General was requested to bring this information to the attention of all governments concerned.

14. The Committee also agreed, at the request of the United States delegation, that traffic separation schemes in the approaches to New York Harbour and in Delaware Bay be included in the relevant publication which is under preparation, whilst similar measures proposed for the Santa Barbara channel off the coast of Southern California be submitted to the Sub-Committee on Safety of Navigation for consideration.

(c) *Recommendation on additional signals for deep-draught ships in narrow channels (MSC XVIII/5(c))*

15. Having examined relevant recommendations by the Sub-Committee on Safety of Navigation, the Committee approved a draft Assembly Resolution, set out at Annex IV, recommending the use of additional signals for the identification of deep-draught ships when navigating in narrow channels. It requested the Secretary-General to submit the draft Resolution to the Fourth Extraordinary Session of the Assembly for adoption.