UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DEFENDERS OF WILDLIFE, *et al.*,    )
                                    )
       Plaintiffs,                 )
                                    )
   v.                               )   Civil Action No. 05-2191 (PLF)
                                    )
CARLOS GUTIERREZ,                   )
Secretary of the Department of Commerce, )
*et al.*,                           )
                                    )
       Defendants.                 )
_____ )


ORDER AND JUDGMENT

       This matter is before the Court on cross motions for summary judgment. An Opinion explaining the Court's reasoning will follow. After consideration of the entire record herein, it is hereby

       ORDERED that defendants' motion for summary judgment [29] is GRANTED; it is

       FURTHER ORDERED that plaintiffs' motion for summary judgment [21] is DENIED; it is

       FURTHER ORDERED that the claims against defendants Chertoff and Collins are DISMISSED; it is

       FURTHER ORDERED that JUDGMENT is entered for defendants Gutierrez and Hogarth; it is

       FURTHER ORDERED that this case is DISMISSED from the docket of this

Court; and it is

        FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order.  See FED. R. APP. P. 4(a).

        SO ORDERED.

        \_\_\_\_/s/_____
        PAUL L. FRIEDMAN
        United States District Judge

DATE:  March 30, 2007