UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, et al., | ) |
| Plaintiffs, | ) No. 05-2191 (PLF) |
| v. | ) |
| Carlos Gutierrez, et al., | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF
THE COURT'S MARCH 30, 2007 ORDER AND APRIL 5, 2007 OPINION**

Pursuant to Federal Rule of Civil Procedure 59(e), plaintiffs respectfully request reconsideration of those parts of the Court's March 30, 2007 Order and April 5, 2007 Opinion that find that the Coast Guard did not violate the Endangered Species Act, 16 U.S.C. § 1536(a), when it failed to engage in consultation to insure that its actions in establishing and maintaining Traffic Separation Schemes in North Atlantic right whale habitat would not jeopardize the continued existence of the species or adversely modify its critical habitat.  Concurrently, in a separate motion, plaintiffs also request that the Court permit plaintiffs to file their memorandum in support of their Motion for Reconsideration on or before April 26, 2007.

As will be explained in plaintiffs' memorandum in support of this Motion, while plaintiffs recognize that reconsideration is a remedy that should be sought only in unusual circumstances, plaintiffs believe that it is appropriate here for several reasons.  For example, the Court did not

1

have before it a complete Administrative Record on which to base its decision. Rather, the Coast Guard essentially admitted the inadequacy of the original record it produced for the Court when it filed a supplemental Administrative Record to support its position after briefing and oral argument in the case were complete, and without opportunity for plaintiffs to respond before the Court issued its decision. And, among other substantive concerns, the Court's ruling appears to assume that plaintiffs' claim against the Coast Guard asserting violations of section 7 of the Endangered Species Act, 16 U.S.C. 1536, must be pled as an Administrative Procedure Act ("APA") claim and hence is bound by the APA's "final agency action" requirement. *See* Mem. Op. at 18 ("plaintiffs have not shown that the Coast Guard engaged in any final agency actions that are reviewable under the [APA]"). As plaintiffs will address in more detail in their memorandum, plaintiffs' claim against the Coast Guard does not arise under the APA but, rather, under the ESA citizen suit provision, and hence plaintiffs need not meet the stringent "final agency action" requirement of the APA. Plaintiffs respectfully suggest that these and related concerns may lead the Court to reconsider its ruling.

Pursuant to Rule 59(e), the deadline for plaintiffs to move this Court for reconsideration is April 13, 2007. As this date is only six business days after the court issued its Opinion on which the instant motion is based, and because of the various commitments of plaintiffs' counsel detailed in the related motion to delay the briefing of these issues, plaintiffs are also requesting additional time to evaluate the substance of the Court's opinion, and to file a memorandum of the points and authorities in support of this Motion for Reconsideration.

## **CONCLUSION**

Plaintiffs respectfully request that, based on the forthcoming memorandum of points and authorities, the Court grant plaintiffs Motion for Reconsideration.

Respectfully submitted,

_____/s/_____
Michael P. Senatore (D.C. Bar No. 453116)
Andrew Hawley (Cal. Bar No. 229274)
Defenders of Wildlife
1130 Seventeenth Street, N.W.
Washington, D.C.  20036
(202) 682-9400

April 10, 2007                                               Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
Defenders of Wildlife, et al.,      )
                                    )
    Plaintiffs,                    )    No.  05-2191 (PLF)
                                    )
    v.                             )
                                    )
Carlos Gutierrez, et al.,           )
                                    )
    Defendants.                    )
_____)

Upon consideration of plaintiffs' Motion for Reconsideration of the Court's March 30, 2007 Order and April 5, 2007 Opinion, the supporting memorandum, and the entire record herein, it is hereby on this ____ day of April, 2007 ORDERED that the motion is GRANTED.

_____
U.S. District Court Judge