UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 05-2191 (PLF) |
| ) | |
| v. ) | |
| ) | |
| Carlos Gutierrez, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO DEFER FILING A MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION**

Plaintiffs respectfully move that the Court permit plaintiffs to file their memorandum in support of their Motion for Reconsideration, filed simultaneously with this motion, on or before April 26, 2007. The reasons for this request are as follows:

1. On March 30, 2007, the Court issued a final Order and Judgment denying plaintiffs', and granting defendants', respective motions for summary judgment. On April 5, 2007, the Court issued its accompanying Opinion.

2. Pursuant to Rule 59(e), the deadline for plaintiffs to file a Motion for Reconsideration of the Court's ruling began to run on March 30, 2007 – the date of the Court's final Order – and thus must be filed by April 13, 2007. This date is only six business days after the court issued its Opinion on which a Motion for Reconsideration will be based.

3. As noted in plaintiffs' March 22, 2007 Notice of Filing, see Plaintiffs' Notice of Filing Regarding Coast Guard Traffic Separation Schemes at 1, n.1, plaintiffs' lead counsel has been out of the country since before the final judgment was entered, and will be returning on April 16, 2007. In addition, plaintiffs' remaining counsel are preparing for a Supreme Court

1

argument on April 17, 2006, in <u>National Association of Homebuilders et al. v. Defenders of Wildlife et al.</u>, Nos. 06-340, 06-549.  In order to allow sufficient time to prepare plaintiffs' memorandum in support of the Motion for Reconsideration, plaintiffs respectfully request that the Court permit plaintiffs to file their supporting memorandum no later than April 26, 2007.

    4.    Plaintiffs' counsel has conferred with defendants' counsel, who represents that defendants do not oppose the request for extension of time for plaintiffs to file their supporting memorandum of point and authorities.

## **CONCLUSION**

For the foregoing reasons, plaintiffs respectfully request that the Court grant their Motion to Defer Filing a Memorandum in Support of their Motion for Reconsideration until April 26, 2007.

Respectfully submitted,

        /s/
Michael P. Senatore (D.C. Bar No. 453116)
Andrew Hawley (Cal. Bar No. 229274)
Defenders of Wildlife
1130 Seventeenth Street, N.W.
Washington, D.C.  20036
(202) 682-9400

April 9, 2007        Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 05-2191 (PLF) |
| ) | |
| v. ) | |
| ) | |
| Carlos Gutierrez, et al., ) | |
| ) | |
| Defendants. ) | |

Upon consideration of Plaintiffs' Unopposed Motion to Defer Filing a Memorandum in Support of Plaintiffs' Motion for Reconsideration of the Court's March 30, 2007 Order, it is hereby on this ____ day of April, 2007 ORDERED that the motion is GRANTED; and it is further


ORDERED that plaintiffs may file their memorandum in support of their motion for reconsideration on or before April 26, 2007.  Defendants' response will be due no later than May 10, 2007.

_____
U.S. District Court Judge