UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Defenders of Wildlife, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 05-2191 (PLF) |
| ) | |
| v. ) | |
| ) | |
| Carlos Gutierrez, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Defenders of Wildlife, The Humane Society of the United States, The Ocean Conservancy, and Regina Asmutis-Silvia hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from: (a) a March 28, 2007 Order denying plaintiffs' motion to supplement the administrative record; (b) a March 30, 2007 Order granting defendants' motion for summary judgment, and denying plaintiffs' motion for summary judgment, on plaintiffs' claims against (i) the Secretary of Commerce and Administrator of the National Marine Fisheries Service (Claim One), and (ii) the Secretary of Homeland Security and Commandant of the United States Coast Guard (Claim Two); and (c) a June 29, 2007 Order denying plaintiffs' motion for reconsideration.

Respectfully submitted,

Of Counsel:

      /s/
Howard M. Crystal (D.C. Bar No. 446189)
Andrew Hawley (Cal. Bar No. 229274)
Meyer Glitzenstein & Crystal
Defenders of Wildlife
1601 Connecticut Ave., N.W., Suite 700
1130 Seventeenth Street, N.W.
Washington, D.C. 20009
Washington, D.C. 20036
(202) 588-5206

August 16, 2007

Attorney for Plaintiffs