UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Defenders of Wildlife, et al. | ) | |
| | ) | No. 05-2191 (PLF) |
| v. | ) | |
| | ) | |
| Carlos Gutierrez, et al. | ) | |
| | ) | |

## **JOINT REPORT**

Pursuant to the Court's July 21, 2008 Minute Order directing the parties to meet and confer and file a Joint Report, the parties hereby inform the Court that they have conferred on the matters the Court has raised.

The federal defendants' position is as follows: the United States is not prepared at this point to inform the district court how it intends to proceed. After issuance of the D.C. Circuit's July 18 opinion, the United States is still evaluating that court's ruling and all of its options. The Federal Rules of Appellate Procedure provide a 45-day period within which to file a petition for rehearing. Fed.R.App.P. 40(a)(1). Moving forward now in the district court would effectively foreclose the United States from the ability to fully consider its options in the appellate forum. The United States respectfully requests the court's leave to file a further status report after the 45-day FRAP 40(a) time period runs and the mandate issues.

In light of the federal defendants' position, plaintiffs do not object to extending the deadline for the parties to respond to the Court's inquiry, but plaintiffs presently anticipate that they will request an opportunity to file supplemental briefs on the issues remanded by the Court of Appeals.

Accordingly, the parties respectfully request that the Court extend the deadline for the

parties to provide a complete response to the Court's July 21, 2008 Minute Order until September

8, 2008.

Respectfully submitted,


_____/s/_Howard M. Crystal_____
Howard M. Crystal (D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C 20009
(202) 588-5206

Attorney for Plaintiffs

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JEAN E. WILLIAMS, Chief

__/s/_Bridget Kennedy McNeil___
BRIDGET KENNEDY McNEIL, Trial Attorney
Wildlife and Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

Attorneys for Defendants

2