UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 05-2191 (PLF) |
| v. ) | |
| ) | |
| Carlos Gutierrez, et al. ) | |
| ) | |
| Defendants. ) | |

**SECOND JOINT REPORT**

Pursuant to the Court's August 1, 2008 Minute Order granting the parties an extension until September 8, 2008 to inform the Court as to how they intend to proceed, the parties inform the Court as follows:

On September 2, 2008 the U.S. Coast Guard initiated settlement discussions with the plaintiffs. In light of that recent development, the parties agree that it would serve the interests of judicial economy for the parties to spend the next thirty (30) days exploring settlement. If the parties are unable to make substantial progress within that time period, they propose that at that time they file a Report answering the original inquiry posed in the Court's July 21, 2008 Minute Order.

Accordingly, the parties respectfully request that the Court extend the deadline for the parties to provide a complete response to the Court's July 21, 2008 Minute Order until October 8, 2008.

        Respectfully submitted,

        _/s/ Howard M. Crystal_
        Howard M. Crystal (D.C. Bar No. 446189)
        Meyer Glitzenstein & Crystal
        1601 Connecticut Ave., N.W., Suite 700
        Washington, D.C 20009
        (202) 588-5206

        Attorney for Plaintiffs

        RONALD J. TENPAS
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        JEAN E. WILLIAMS, Chief

        _/s/ Bridget Kennedy McNeil_
        BRIDGET KENNEDY McNEIL, Trial Attorney
        Wildlife and Marine Resources Section
        1961 Stout St., 8th Floor
        Denver, CO 80294
        Ph: 303-844-1484
        bridget.mcneil@usdoj.gov

        Attorneys for Defendants