# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5278**                                              **September Term, 2007**

FILED ON: JULY 18, 2008

DEFENDERS OF WILDLIFE, ET AL.,
      APPELLANTS

v.

CARLOS GUTIERREZ, SECRETARY, DEPARTMENT OF COMMERCE, ET AL.,
      APPELLEES

[FILED JUL 18 2008 — UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT, CLERK]

---

Appeal from the United States District Court
for the District of Columbia
(No. 05cv02191)

---

Before: SENTELLE, *Chief Judge*, HENDERSON and RANDOLPH, *Circuit Judges*.

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed in part, reversed in part, and the case is remanded, in accordance with the opinion of the court filed herein this date.

<u>**Per Curiam**</u>

[MANDATE stamp: Pursuant to the provisions of Fed. R. App.Pro.41(a); ISSUED: 9/10/08; BY: [signature]; ATTACHED: ___ Amending Order, ___ Opinion, ___ Order on Costs]

FOR THE COURT:
Mark J. Langer, Clerk

BY: [signature]

Michael C. McGrail
Deputy Clerk

Date: July 18, 2008

Opinion for the court filed by Chief Judge Sentelle.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk